# EXHIBIT 1

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS
07/21/2021

**SYNOPSIS:**
On 03/02/2021 at approximately 1858 hours, Valerie MCKINSTRY was placed under arrest for child abuse at the Child Development Center located at the Marine Corps Air Station, 3900 S Avenue 3E. MCAS employees then began reviewing video footage pertaining to MCKINSTRY roughly handling another juvenile, ███████████. The video was viewed but the actions do not appear to amount to criminal charges. This report is for documentation purposes only.

**ADDITIONAL YUMA POLICE DEPARTMENT PERSONNEL:**
Detective ALMODOVA

**ADDITIONAL SUBJECTS:**
Joe SANCHEZ


**CONNECT-UP REPORT:**
21-12523

**DIGITAL MEDIA:**
Body-worn camera footage has been captured and submitted into the YPD Digital Evidence Management System (DEMS). Human memory and perception have limitations and video evidence may depict events differently than the report writer perceived during the event or recalled at the time of writing this report. The report writer did not review the video, in whole or in part, before writing this report.

**EVIDENCE COLLECTED:**
Surveillance video was obtained

**INJURIES:**
███████████ sustained a bruise to his left elbow but it is unknown where it occurred.

**NARRATIVE:**
On 03/02/2021 at approximately 1557 hours, I was dispatched to the Child Development Center (CDC) located at the Marine Corps Air Station, 3900 S Avenue 3 E, in reference to a possible child abuse case involving one of their employees. During my investigation, I reviewed video footage that showed the employee, Valerie MCKINSTRY, roughly handling another juvenile. I spoke to MCKINSTRY and placed her under arrest for that case at approximately 1858 hours. The case number for that incident is 21-12523.

On 03/05/2021 at approximately 1303 hours, I was dispatched to a call at MCAS in reference to another incident of child abuse involving MCKINSTRY. Call notes said the reporting party, Erin YASHER, contacted MCAS Dispatch who called us to report the incident. I called YASHER who identified herself as the Family Advocacy Program (FAP) Manager. She said their unit became involved in the previous incident and was

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS
07/21/2021

able to obtain a video which they started reviewing. She told me they were going to spend the next several weeks reviewing footage of MCKINSTRY and her actions in the CDC. While reviewing, they located a video from 02/26/2021 in which MCKINSTRY pushes one-year-old ▇ and another child off of a stool and onto a third child. She said there is also a video of her shoving him into a chair. YASHER told me the MCAS loss prevention office could show me the video of the incident. She also said ▇ mother, ▇, had located a bruise on ▇ elbow which YASHER believed was obtained during the events in question.

I responded to MCAS where I was escorted to the loss prevention office by PMO. The loss prevention officer, Joe SANCHEZ, provided me with a disc that held the video from the CDC. He said he saved several small videos dated 02/26/2021 involving MCKINSTRY and several juveniles. While in the office, Laura FRANK, the CDC director, arrived on the scene. I was in contact with FRANK during the previous incident. FRANK said she was asked to review the video with me to identify the children in the video.

SANCHEZ then showed me the video of the CDC which is dated 02/26/2021. There were several incidents that I observed that included MCKINSTRY roughly handling the children. One of the videos I watched was at 1548 hours and showed ▇, one-year-old ▇, and one-year-old ▇ all climbing on an approximate three-foot step stool. The kids are playing on the stool for several seconds next to MCKINSTRY. She then grabs onto their upper arms and drags them off the stool onto the ground. During that, ▇' head hits ▇ right cheek and she begins rubbing the cheek. The kids then continue playing.

At approximately 1525 hours, the kids are sitting at the tables eating a snack and another little girl gives her graham cracker to juvenile ▇. MCKINSTRY is then seen yanking the cracker away from him. ▇ is also seen playing with an empty cup and MCKINSTRY grabs the cup and throws it into the sink.

At approximately 1600 hours, ▇ is standing next to a chair and MCKINSTRY is changing another kid's diaper. She then walks around the changing table and grabs ▇ roughly by his left wrist and pulls him to the other side of the table and forcefully sits him down. A few seconds after that she has him stand up and affectionately rubs his head.

After reviewing the video, I left the office and relayed my findings to Detective ALMODOVA. We determined it was best to complete this report for informational purposes pending any other video. I called and spoke with ▇ and explained to her what was going on. She said she noticed a bruise on ▇ elbow which she was told by MCAS employees looked to have been obtained by something observed in the video. I told her I did not see ▇ being grabbed on the video but I only observed portions of the video and not every single interaction. I told her I would be documenting the case as informational for now and provided her with

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS
07/21/2021

the case number. The surveillance videos were later placed into evidence. Case status is open/other pending any new evidence.

**NFAT**

Yuma Police Department
Montoyaplazan of Records Division
COPY Released to:
NCIS