EXHIBIT 2

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Arizona State Bar No. 021327
LINDSEY E. GILMAN
Arizona State Bar No. 034003
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov
Email: lindsey.gilman@usdoj.gov
*Attorneys for Defendant United States*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Crosby, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>United States of America,<br><br>               Defendant. | No. 2:24-cv-03307-CDB<br>  Member cases:<br>  2:24-cv-03362-DJH<br>  2:24-cv-03363-DJH<br>  2:24-cv-03364-DJH<br>  2:24-cv-03365-DJH<br><br>**DECLARATION OF<br>LAURA FRANK** |

Laura Frank declares as follows:

    1.    I submit this declaration on behalf of the United States based on my personal knowledge, experience, review of relevant documents, and information I learned while serving as Director of the Child Development Center at the Yuma Marine Corps Air Station.

## General Background

    2.    I am a current employee of Marine Corps Community Services ("MCCS"), more specifically of the Marine Corps Child and Youth Program. I have been employed by

1    MCCS since 1996, first as a Training and Curriculum Specialist for one year, and then for

2    21 years as a Child Development Center ("CDC") Director at different Marine Corps bases.

3    My job as CDC Director at MCAS-Yuma began in 2012. The incidents relevant to this

4    litigation occurred in 2020 and 2021. As such, I was Director during that time frame.

5          3.      As CDC Director, I oversee the daily operations of the CDC to ensure a safe,

6    clean, and developmentally appropriate environment for all children in our care. I maintain

7    the CDC's high standards for facility condition, safety, and sanitation, ensuring we comply

8    with all regulatory and accreditation requirements. When personnel issues arise, I address

9    them directly and professionally, taking disciplinary action when necessary. I also

10   contribute to the development and implementation of standard operating procedures to help

11   our programs run efficiently and effectively.

12         4.      In my role, I also supervise staff by assigning work, coaching, and mentoring,

13   reviewing performance, managing leave, and initiating personnel actions. In 2021, the

14   CDC's organizational structure consisted of me as CDC Director, and two CDC Assistant

15   Directors below me. Reporting to the Assistant Directors were Program Leaders and

16   Program Assistants. ***See* Attachment 1, Organizational Chart**.

17         5.      I work closely with families and employees to address concerns and maintain

18   open communication. I also coordinate with the team managing the waitlist to ensure

19   program spaces are fully utilized and filled in a timely manner. I take prompt action to

20   implement recommendations from inspections or accreditation visits and ensure we meet

21   all health, safety, and program standards. I am dedicated to compliance with child abuse

22   and neglect reporting requirements and to creating a supportive, accountable, and mission-

23   driven environment for both children and staff.

24         6.      The CDC at MCAS-Yuma is spread out between two buildings. We currently

25   have three Assistant Directors who report to me, and they oversee different age groups.

26   Each of them currently is responsible for between 22-37 employees (program assistants)

27   depending on their area of responsibility. These roster sizes were similar in 2021 but not

28

1   identical. Classroom staff (program assistants) are also overseen and supported by Training

2   and Curriculum Specialists, Assistant Trainers, a Nurse, and a Behavioral Specialist. The

3   people who hold these positions are not directly supervised by me. The Assistant Trainers

4   are supervised by the Training and Curriculum Specialists. The Behavioral Specialist, the

5   Nurse, and the Training and Curriculum Specialists are supervised by the Program

6   Administrator. The organizational chart from 2021 reflects the CDC's structure as of that

7   approximate time period. *See* **Attachment 1.**

8                          <u>Discussion of Plaintiffs' Allegations</u>

9           7.      I am aware that five families have filed legal actions in the U.S. District

10  Court, based on incidents that came to the attention of myself March 2, 2021. The

11  allegations within these lawsuits state that employees of the CDC hold certain "mandatory

12  directives." *Crosby v. United States*, Dkt. 17, ¶ 16. However, certain functions of the CDC

13  are mandatory, while others involve matters of discretionary judgment.

14          8.       Witnessing child abuse invokes a mandatory obligation to report the abuse

15  under CDC policies, as well as state and federal law. Thus, any CDC employee who

16  witnesses inappropriate physical contact of a child by another employee, where the contact

17  does not respect the child's personal space and is negative in context, triggers a mandatory

18  obligation to report the incident. The Department of the Navy, Marine Corps Order

19  ("MCO") 1710.30 addresses this topic with a specific definition of child abuse, for

20  example. *See* **Attachment 2**, MCO 1710.30 at 29, Appendix A-1.

21          9.       In reviewing the *Crosby* complaint, I see that a total of 14 listed obligations

22  by federal employees are listed that the Plaintiffs' allege were violated, or breached. *Crosby*

23  *v. United States*, Dkt. 17, ¶ 43. The identical 14 obligations are listed in the other four

24  lawsuits at issue. *See Lucero v. United States*, Dkt. 18, ¶ 49; *Hitchcock v. United States*,

25  Dkt. 17, ¶ 47; *Wilson v. United States*, Dkt. 17, ¶ 49; *Johnson v. United States*, Dkt. 15, ¶

26  47. In this declaration, I will refer to the *Crosby* paragraph number as the point in reference,

27  which is paragraph 43.

28

**<u>Discussion of Plaintiffs' 14 Categories of Alleged Breaches</u>**

10.     The 14 allegations by Plaintiffs fall into three categories of functions by CDC staff: hiring, training, and supervision. Hiring is the subject of subsection (a) of paragraph 43. Training is the subject of subsections (b), (c), and (m). Supervision is the subject of subsections (d), (e), (f), (g), (h), (i), (j), (k), (l), and (n).

11.     On the subject of hiring, the approved Position Description for a Program Assistant is attached. **Attachment 3**. To qualify to work at the MCAS-Yuma CDC, the minimum qualifications are that the person must be 18 years or older, have a high school diploma or equivalent, communicate in English, undergo local and national background checks, drug testing, health screening, and complete mandatory training. In reviewing the remainder of the Complaint, I do not see specific allegations that any of these mandatory requirements were ignored or violated by the CDC.

12.     Of the two employees who were convicted of abuse in this matter, both had been cleared through background checks prior to the incidents in question, which occurred in 2020 and 2021.

13.     On the subject of training, MCO 1710.30's mandatory obligations on training to detect child abuse and neglect are described in chapter 4, "CYP Mandatory Training." **Attachment 2 at 21 (4-1)**. The exact nature of this training is within the discretion of the Marine Corps as stated in paragraph 4.

14.     On the subject of supervision, MCO 1710.30's mandatory obligations on how employees shall be supervised are found in multiple locations. For example, employees who have not yet been cleared of background checks are required to be supervised under "Line of Sight Supervision" of a cleared employee until the background check is confirmed. **Attachment 2 at 24 (5-2)**. In general, however, the exact manner in which CDC employees should be supervised, monitored, and overseen by supervisory officials is within the discretion of the CDC's leadership structure.

15.     Paragraph 43(g) in the *Crosby* complaint refers to the obligation to "implement a system to ensure that all children were properly supervised and protected

from abuse and neglect." MCO 1710.30 points to numerous requirements for how children should be supervised. One key document on this subject is the Supervision and Accountability protocol, identified under "Operational Procedures" of the MCO. **Attachment 2 at 18-19 (3-4 and 3-5), subsection (i)**. The Supervision and Accountability protocol that this refers to is attached as **Attachment 4**. This protocol addresses topics such as facility ratios, group size requirements, name-to-face procedures, indoor versus outdoor supervision, and transportation. None of these topics contain a specific course of instruction on how to precisely detect or prevent child abuse.

16.    Paragraph 43(h) refers to the obligation to "operate in a manner that was designed to minimize the risk of abuse and neglect to children." This, too, is a reference to the manner in which employees shall be supervised for the CDC and its supervisory staff have discretion.

17.    Paragraph 43(l) refers to the obligation to "to have appropriately trained employees review live and recorded video feeds from each classroom on a regular basis to detect abuse and neglect within the Daycare." MCO 1710.30 addresses the subject of closed circuit television for monitoring purposes in chapter 5. **Attachment 2 at 25 (5-3).** Chapter 5, paragraph 6 regarding video monitoring contains no mandatory instruction that governs how frequently video feeds from a classroom must be reviewed or monitored. Any decisions on this topic will necessarily vary according to staff availability, the physical layout of the facility, the number of classrooms, the ages of children assigned to any given classroom, and other relevant factors.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this <u>28th</u> day of April, 2025, in Yuma, Arizona.

FRANK.LAURA.L.11
43005255
Digitally signed by
FRANK.LAURA.L.1143005255
Date: 2025.04.28 14:38:35 -07'00'

LAURA FRANK

- 5 -

ATTACHMENT 1

# 2021 Organizational Chart, MCAS Yuma CDC



Shawn Cohlon
**Marine Corps Community Services Director**

Shanna Thomas
**Marine and Family Services Director**

Maria Zamorano
**Family Care Program Manager**

Leslie Martinez
**Family Care Administrative Specialist**

Laura Frank
**Child Development Center Director**

**RESOURCE & REFERRAL**
Rita Graham, Manager
**Brittney Hodges, Assistant**

Cynthia Shoup
**USDA Coordinator**

**T&C Specialists**
Maria Arias-Santos -PreK, Support .Staff
Lindsey Bohstedt -Infants & Youth Center
Brittni Smaltz—Ones & Twos

Sheena Martin
**CYP Nurse**

Candice Brown
**School Liaison Officer**

Kevin Mains
**Behavior Specialist**

Bianca Ramirez
**EFMP Manager**

Sasha Hernandez
**CDC Asst. Director Preschool**

Jenn Fornof
**CDC Asst. Director Ones & Twos**

VACANT
**CDC Asst. Director Infants & Admins**

**CYP Food Service**
Berenice Duarte
Lilia Casares
Fernanda Holguin
Adela Silen
Celine Stinson

**Assistant Trainers**
Mayra Foster (Infants)
Jean Fonseca (Ones)
Rene Standford (Twos)
Wendy Fuentes (PreK)
Diane McDonnell (SAC)

Pat Carson
**Youth Center Director**

Tawnie Carbajal
**Caseworker**
Liz Smith
**TEO and Admin Asst**

**Program Leads**

Yadi Fuerte
**YC Assistant Director**

Program Leads

Program Assistants

Program Assistants

**ADMIN ASSTS**
Justine Gomez
Ashley Fortin

**MAINTENANCE**
Abel Gerardo
Melchor Bagaan
Ignacio Olivas

**ADMIN ASSISTANTS**
Claudia Crayton, Judi Castaneda
Holly Wall, Christina Reyes

ATTACHMENT 2



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
3000 MARINE CORPS PENTAGON
WASHINGTON DC 20350-3000

MCO 1710.30
MFY
5 AUG 2015

MARINE CORPS ORDER 1710.30

From: Commandant of the Marine Corps
To:   Distribution List

Subj: MARINE CORPS CHILD AND YOUTH PROGRAMS (SHORT TITLE: CYP)

Ref: (a) DoD Instruction 6060.02, "Child Development Programs (CDPs),"
         August 5, 2014
     (b) DoD Instruction 6060.4, "Department of Defense (DoD) Youth
         Programs (YPs)," August 23, 2004
     (c) MCO 5210.11F
     (d) Facilities Criteria 4-740-14N, Navy and Marine Corps Child
         Development Centers, April 1, 2014
     (e) MCO 1320.11F
     (f) MCO 1754.11
     (g) MCO P1700.27B
     (h) SECNAVINST 5211.5E
     (i) Sections 1783, 1791 through 1800, 2809, and 2812 of title 10,
         United States Code
     (j) SECNAVINST 5720.42F
     (k) MCO 11000.22
     (l) 5 U. S. C Chapter 71, United States Code
     (m) Navy and Marine Corps Public Health Center Technical Manual 6260

Encl: (1) Marine Corps Child and Youth Programs Procedural Guidance

1.  <u>Situation</u>.  The Marine Corps CYPs provide high quality, affordable
programs and services that support eligible families with children 6 weeks to
18 years of age.  Accessibility, availability and affordability of CYP are
key components of the program.

2.  <u>Cancellation</u>.  MCO P1710.30E.

3.  <u>Mission</u>.  This Order establishes policy and procedural guidance for the
effective execution of the CYP and standardizes child care and youth programs
across the Marine Corps.  All installations shall be in compliance with
policies and procedures contained in this Order.

4.  <u>Execution</u>

    a.  <u>Commander's Intent and Concept of Operations</u>

        (1) <u>Commander's Intent</u>.  To ensure CYP is provided adequate
information pertaining to policies, procedures, and responsibilities to
execute high quality, affordable child youth programs and services for
children ages 6 weeks to 18 years old.

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is
unlimited.

(2) <u>Concept of Operations</u>

(a) This Order shall be used in conjunction with references (a) through (m) to ensure compliance with policies and procedures established by the Commandant of the Marine Corps and Higher Headquarters.

(b) Terms applicable to this Order are defined at Appendix A.

(c) CYP is a beneficial service that may be provided on and off installations within the bounds of capacity and available resources.

(d) Quality assurance of CYP is assessed, in part, by Higher Headquarters annual unannounced inspections, conducted by qualified Headquarters Marine Corps (HQMC) CYP professionals.  Policy protocols are used to ensure compliance with standards.

(e) Feedback from patrons shall be collected annually to determine program satisfaction using HQMC approved resources.

(f) This Order does not apply to programs operated outside of CYP for occasional care such as those provided by chapels in support of religious services.

(g) CYP operates without discrimination as to race, color, sex, special needs, or national origin.

(h) CYP uses an electronic records management system for records, files and data storage.

b.  <u>Subordinate Element Missions</u>

(1) <u>Deputy Commandant for Manpower and Reserve Affairs shall</u>:

(a) Develop, manage, monitor, and coordinate CYP policy.

(b) Coordinate and collaborate efforts and resources among all Marine Corps Community Services (MCCS) activities to promote optimum delivery of CYP.

(c) Ensure CYP is coordinated, as needed, with HQMC activities, Major Commands, and other Headquarters and activities.

(d) Identify fiscal and personnel resources necessary to coordinate and effectively execute CYP throughout the Marine Corps.  Prepare annual budget and manpower requirements.

(e) Collect and provide data as needed for program oversight or as required by HQMC, per reference (h).

(f) Implement child care fees in accordance with references (a) and (b).

(g) Implement CYP employee wage plan in accordance with reference (g).

(h) Ensure qualified professionals manage CYP according to manpower requirements.

MCO 1710.30
5 AUG 2015

(i) Establish child care priority and hardship waiver policy as directed by references (a).

(2) <u>Commanding General, Marine Corps Installation Command shall</u>:

(a) Serve as a subordinate command in all matters pertaining to Marine and Family Programs.

(b) Ensure implementation of this Order to support Operating Forces, tenant commands, and activities.

(3) <u>Headquarters Marine Corps Marine and Family Programs Division, Child and Youth Programs (HQMC CYP) shall</u>:

(a) Provide or facilitate ongoing training on HQMC approved programs and practices to CYP personnel.

(b) Execute CYP annual reporting requirements.

(c) Conduct evaluations of CYP activities and assess the impact to assist in the planning, policy development, resource allocation, and policy implementation.

(d) Coordinate, as appropriate, with federal and civilian community resources concerning the execution of CYP activities.

(e) Research emerging and mandated programs and practices and maintain protocols for CYP operations.

(f) Produce and make available CYP family and professional (staff) handbooks.

(g) Review and validate the demand for installation child care capacity and take appropriate action to expand the availability of care as needed.

(h) Ensure installation Parent Boards (PB) meet requirements of sections 1783 and 1791 of reference (i).

(i) Develop, budget, and execute a HQMC CYP managed Off Base Child Care Fee Assistance Program.

(j) Execute annual and periodic inspections; and conduct technical assist visits as well as monitor required corrective and follow-up actions are completed within specified timeframes.

(k) Ensure a CYP eHQMC Gear Locker site, https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx is maintained for posting of HQMC CYP approved forms, policy and protocols and program documents.

(4) <u>Installation Commanders shall</u>:

(a) Ensure CYP compliance in accordance with reference (a) and (b) and this Order.  Be responsible for the establishment, implementation, and operation of CYP.

MCO 1710.30
5 AUG 2015

(b) Ensure that all personnel involved in the CYP comply with this Order.

(c) Ensure installation CYP funding is adequate to meet mission requirements and complies with guidance in this Order.

(d) Ensure adequate, up-to-date resources and equipment are available, including internet connectivity, computer hardware/software and technical support for CYP mission accomplishment.

(e) Ensure child care fees are applied in accordance with references (a) and (b).

(f) Ensure CYP personnel are paid in accordance with the Employee Wage Plan and 75 percent of the program's total labor hours are paid to direct care program professionals who are in benefit status per reference (a).

(g) Manage the installation child care priority and hardship waiver policy.

(h) Review and validate the demand for installation child care capacity and take appropriate action to expand the availability of care as needed.

(i) Convene a PB and ensure a viable parent participation program is in accordance with references (a) and (b).

(j) Ensure CYP oversight and inspection requirements, to include corrective action requirements and reports program inspections are completed.

(k) Convene and manage a Quality Review Board (QRB) of oversight and certification of Family Child Care (FCC) Program.

(l) Ensure eligible CYP initiate, follow and maintain national accreditation. Programs shall follow accreditation communication requirements detailed in this Order.

(m) Ensure CYP incident and child abuse reporting processes are implemented. Ensure CYP incidents and alleged or suspected child abuse incidents are reported in accordance with references (a), (b), and (f).

(n) Develop and implement, with consultation of the Family Advocacy Program Manager, a Home Alone/Self-Care policy addressing the ages and circumstances under which a child or youth under the age of 13 can be left at home alone or use services provided at Installation facilities without adult supervision (when applicable given the availability of youth services). The installation policy shall be consistent with or more stringent than the applicable laws and ordinances of the State or country in which Installations are located.

(o) Coordinate the installation CYP with other MCCS programs to maximize service delivery and minimize duplication of effort.

(p) Ensure sound safety practices are in place.

(q) Administer and direct installation CYP; assess the needs of the military community; and publicize available programs and services.

(r) Designate a CYP health subject matter expert to monitor program health and nutritional requirements.

(s) Ensure CYP professionals review and execute the HQMC CYP Program Protocols.  Submit recommendations for changes and exceptions to the Protocols to HQMC CYP via the appropriate chain of command.

(t) Provide HQMC CYP data and information requested as necessary to support quality assurance, improvement processes, financial, risk management, program development, demographic data, and other purposes.

(u) Execute background check process, in coordination with local Human Resources Offices, for Appropriated Fund (APF) and Non Appropriated Fund (NAF) employees, FCC Providers, contractors, and specified volunteers.

(v) Coordinate with installation medical authority to establish communication concerning CYP health related matters.

(w) Ensure Youth Sports and instructional activities are offered, in compliance with requirements, to include background checks, annual training, and inspected annually as core youth programs in accordance with reference (b).

(x) Ensure any child and youth service provided under a Public Private Venture activity are approved and comply with policy in accordance with reference (k).

(y) Ensure that unions representing CYP professionals are notified of this Order and provided a copy; and, that any requested impact and implementation bargaining is completed in a timely manner prior to implementing this Order with regard to bargaining unit employees in accordance with reference (l).

5.  <u>Administration and Logistics</u>

   a.  The currency, accuracy and completeness of publication and distribution of this Order, and changes thereto, are the responsibility of HQMC CYP.  Submit recommendations for changes to this Order to HQMC CYP via the appropriate chain of command.

   b.  Records created as a result of this Order shall be managed per reference (c) to ensure proper maintenance, use, accessibility and preservation, regardless of format or medium.

   c.  The generation, collection or distribution of personally identifiable information and management of privacy sensitive information shall be in accordance with the Privacy Act of 1974, as amended, per reference (h).  Any unauthorized review, use, disclosure or distribution is prohibited.

   d.  Department of Defense (DD) forms mentioned in this Order are available at http://www.dtic.mil/whs/directives/infomgt/forms/index.htm and Navy/Marine Corps (NAVMC) forms are available at https://navalforms.documentservices.dla.mil.

MCO 1710.30
5 AUG 2015

6.  <u>Command and Signal</u>.  This Order is applicable to the Marine Total Force
and is effective on the date signed.

M. A. BRILAKIS
Deputy Commandant for
Manpower and Reserve Affairs

DISTRIBUTION:  PCN 10202392400

MCO 1710.30
5 AUG 2015

LOCATOR SHEET

Subj:  MARINE CORPS CHILD AND YOUTH PROGRAMS

Location: _____
             (Indicate location(s) of copy(ies) of this Order.)

MCO 1710.30
5 AUG 2015

RECORD OF CHANGES

Log completed change action as indicated.

| Change Number | Date of Change | Date Entered | Signature of Person Incorporated Change |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Enclosure (1)

## TABLE OF CONTENTS

| IDENTIFICATION | TITLE | PAGE |
|---|---|---|
| **Chapter 1** | **Marine Corps Child and Youth Programs** | **1-1** |
| 1. | Purpose | 1-1 |
| 2. | Intent | 1-1 |
| 3. | Child Development Programs | 1-1 |
| 4. | Resource and Referral Service | 1-1 |
| 5. | Youth Program | 1-2 |
| 6. | Supplemental Programs and Services | 1-2 |
| **Chapter 2** | **Priorities and Eligibility** | **2-1** |
| 1. | Child Development Program | 2-1 |
| 2. | Youth Program | 2-1 |
| **Chapter 3** | **Resource Management and Administration** | **3-1** |
| 1. | Funding and Delivery Services | 3-1 |
| 2. | Fees | 3-2 |
| 3. | Enrollment | 3-2 |
| 4. | Waitlist and Vacancies | 3-2 |
| 5. | Marketing Plan | 3-2 |
| 6. | Registration | 3-3 |
| 7. | Records, Files and Forms | 3-3 |
| 8. | Termination of CYP Participation | 3-3 |
| 9. | Accreditation | 3-3 |
| 10. | Immunization Requirements | 3-4 |
| 11. | Inclusion | 3-4 |
| 12. | Operational Procedures | 3-4 |
| 13. | HQMC CYP Off Base Child Care Fee Assistance Administration, Oversight and Exception Requests | 3-6 |
| 14. | Handbooks | 3-6 |
| **Chapter 4** | **Management Administration** | **4-1** |
| 1. | Position Descriptions | 4-1 |
| 2. | Qualifications | 4-1 |
| 3. | Pay Compensation for CYP Direct Care | 4-1 |
| 4. | CYP Mandatory Training | 4-1 |
| 5. | Individual Development Plan | 4-1 |
| 6. | Health Requirements | 4-1 |
| 7. | Identification | 4-2 |
| 8. | CDP Program Goals | 4-2 |
| 9. | Youth Programs | 4-2 |

MCO 1710.30
5 AUG 2015

**TABLE OF CONTENTS**

<u>IDENTIFICATION</u>                                        <u>TITLE</u>                                        <u>PAGE</u>

**Chapter 5**           **Facility, Health, Safety & Risk Management**      **5-1**

1.                      Facility                                         5-1
2.                      Health                                           5-1
3.                      Safety                                           5-1
4.                      Background Checks                                5-2
5.                      Oversight and Inspection                         5-2
6.                      Closed Circuit Television                        5-3
7.                      FCC Provider Liability Insurance                 5-3
8.                      CYP Incident/Child Abuse Reporting               5-4

**Chapter 6**           **Communication**                                **6-1**

1.                      Family Rapport                                   6-1
2.                      Parent Involvement and Participation             6-1
3.                      Dissemination of Religious Materials             6-1
4.                      Youth Sponsorship Program                        6-1
5.                      Partnerships                                     6-2

APPENDIX A              **Key Terms**                                    **A-1**

Chapter 1

Marine Corps Child and Youth Programs (CYP)

1.  Purpose.  Marine Corps CYP provides high quality, affordable child care and youth services that support military families both on and off installation.

2.  Intent.  To ensure Marine Corps CYP is equipped to provide quality programs, services and resources that support military families.

3.  Child Development Programs (CDP).  CYP shall operate installation based Child Development Center (CDC), School Age Care (SAC) and FCC programs offering care for children ages 6 weeks through 12 years on a full-day, part-day, short term, or intermittent basis.

    a.  In accordance with reference (a), CDC, SAC, and FCC Programs Standards of Operation detail the minimum required operational standards that programs shall satisfy in order to receive the annual DoD Certificate to operate as discussed in Chapter 5 of this Order.

    b.  Operating hours of CDPs, excluding FCC, shall be based on community needs and available resources as determined by the Installation Commander.

    c.  CDC programs primarily offer care to children ages 6 weeks through five years of age, but may also provide SAC programs.

    d.  SAC programs primarily offer care to children 6 through 12 years of age who require full day and/or before and after school care.  For children 5 years of age, CYP may make placement adjustments with documentation of school enrollment.

        (1) SAC shall operate before and after school, full-day care/camps on school holidays, teacher in-service days, inter-sessions, and during school closings.

        (2) SAC may be offered in CDCs and other installation facilities, such as youth centers and schools.

    e.  FCC programs are home-based child care programs for children 6 weeks through 12 years of age.  FCC augments and supports CYP by increasing the availability of child care on the installation.

        (1) FCC shall be provided in government and privatized government housing.

        (2) FCC shall be certified by the Installation Commander if child care services are provided on a regular basis for more than 10 hours per week/per child.

4.  Resource and Referral (R&R) Service.  CYP shall have a no cost system for delivering R&R services to patrons by providing a one-stop location for available child and youth resources on and off the installation. R&R services shall include the following:

    a.  Management of the CYP registration process.

MCO 1710.30
5 AUG 2015

b.  Referral assistance for on and off installation child and youth options.  Program staff shall work closely with patrons to identify their needs.  When multiple off base options are available that meet the patron's needs, program staff shall not direct the patron any specific option.

c.  Consultation with families to assist in choosing child and youth programs and services that meet their individual needs.

d.  Liaison with installation programs and services.

e.  Marketing CYP services.

f.  Coordination of annual feedback from CYP patrons to determine program satisfaction.

g.  Coordination and management of the online centralized request for care system to include management of program waitlist and vacancies described in Chapter 3 of this Order.

h.  Maintain requirements for the Youth Sponsorship Program detailed in Chapter 6 of this Order.

i.  Manage the CYP electronic records management system.

5.  <u>Youth Programs (YP)</u>.  Planned and/or self-directed activities and events that respond to the needs of eligible participants.

a.  YP for participants 12 and under shall not operate during SAC program hours.

b.  YP for participants ages 13 and above may operate at any time with age appropriate activities.

6.  <u>Supplemental Programs and Services</u>.  Programs and services may be provided based on need, capability and availability of funding.

a.  Installation CDP Part-Day and Hourly Child Care Programs may be offered for patrons not requiring full-time care.

b.  The HQMC CYP managed Off Base Child Care Fee Assistance Program assists eligible Marines in paying for community based child care services for children ages 6 weeks through 12 years of age, when installation based care is not available.  This program is not guaranteed and shall be maintained within the limits of funding.

c.  Installation Short Term Alternative Child Care (STACC) is an optional child care service that provides on-site hourly, group care in an installation facility where parents remain in or immediately adjacent to the building during the entire care period.

(1) Installation CYP shall schedule staff, dates, times, and/or equipment for STACC session.  A written agreement between CYP and the

MCO 1710.30
5 AUG 2015

sponsoring unit/organization shall specify time, date, location, number and ages of children to be served, number of CYP trained personnel needed, description of services and cost.

    (2) STACC shall follow requirements of this Order.

Chapter 2

Priorities and Eligibility

1.  <u>Child Development Program (CDP)</u>.  Established priorities shall be used to determine eligibility requirements for Marine Corps CDP including CDC, SAC and FCC per reference (a).

    a.  Marine Corps CDP priorities can be found in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.**

    b.  The establishment of installation mission-unique sub-priorities requires HQMC CYP approval.  Submit requests for additional sub-priorities via the appropriate chain of command.

2.  <u>Youth Program (YP)</u>.  Kindergarten through grade 12 participants of military members, DoD civilian employees, and other eligible patrons as authorized per reference (b) shall be eligible.

Chapter 3

Resource Management and Administration

1.  Funding and Delivery of Services.  CYP is a Category B Military Morale,
Welfare, and Recreation activity staffed by civilian personnel; operated,
maintained, and funded with a combination of APF and NAF support, unless
otherwise directed in this Order.  The Uniform Funding and Management
practice funding guidelines outlined in references (a) and (b) apply to CYP.

   a.  CYP services shall be conducted in the most cost efficient manner
practicable and follow efficiency requirements for specific areas, but not
limited to, staffing, maximum utilization of resources, and filling
participant vacancies, outlined in Program Protocols Library at
**https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.**

      (1) CDC and SAC shall be funded by a combination of APF and NAF.  APF
support of CDPs shall be at least equal to the parent fees collected, except
for CDCs that operate under a long-term facilities' contract or lease-
purchase agreement.

         (a) Installation CYP that cannot meet the 50/50 split shall
provide written justification to HQMC CYP.

         (b) CDP spaces used for anything other than full time child care
shall not exceed 20 percent of the program's capacity during operational
hours.

      (2) FCC providers are private contractors.  Fees are established
between the provider and parent, unless such providers receive direct
monetary subsidies.

         (a) FCC providers may receive direct monetary subsidies funded by
NAF generated funds only to reduce the cost of care for authorized patrons.
If subsidies are provided, the Installation Commander or designee shall
determine relevant fees charged by the provider.

         (b) CDP patrons shall be supported primarily through use of
facility-based care; however, upon extenuating circumstances, FCC may be
considered an option for child care.  Examples of extenuating circumstances
include, but are not limited to, CDP capacity, irregular work hours, a
special needs accommodation and emergency care.

         (3) Youth programs and activities shall be offered at a break-even
cost to CYP, supported primarily with NAF.

   b.  CYP may be eligible for financial and other support through MCCS
commercial sponsorship, grants, gifts, funding from non-DoD Federal and State
sources to offset the cost or enhance the availability of CYP activities to
authorized patrons.  Soliciting non-Federal sources for support, and
acceptance of funds or in-kind goods, is prohibited except as authorized by
Federal law and regulation or military policy.  Questions should be directed
to the supporting MCCS Counsel.

   c.  All eligible CYP shall participate in the United States Department of
Agriculture Child and Adult Care Food Program (USDA CACFP), if available.

MCO 1710.30
5 AUG 2015

    d.  Construction and maintenance of CYP facilities (CDP and Youth) shall be funded per references (a) and (b).

2.  <u>Fees</u>.  Per reference (a), patron fees for CDP, regardless of location, shall be determined using an initial and subsequent annual verification of Total Family Income and the fee ranges/categories outlined in the Program Protocols Library at <u>https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.</u>

    a.  Requests to use high or low market rate options shall be submitted to HQMC CYP for approval.

    b.  CYP may collect a registration fee, not to exceed more than one week of the published fee of the applicable income category, at the time a child care space is accepted or other CYP services are used.

    c.  The CDP fees (excluding FCC) include a maximum of 50 hours of child care and all meals and snacks per participant.  Program operations beyond 50 hours of child care per week shall be funded 100 percent with parent fees or NAF generated funds.

    d.  Installation Commander or designee providing a Youth Program may establish fees at a reasonable cost comparable to local community youth programs and events.

    e.  Installation Commander or designee may make provisions for those who are not able to participate because of a financial hardship.  Such provisions shall be documented and retained in CYP.

    f.  Installation Commander or designee shall establish CYP hourly fee rates based upon installation needs.

3.  <u>Enrollment</u>.  A central enrollment registry shall be available for all eligible patrons.  A centralized request for care system shall be accessible for all patrons through a HQMC CYP approved web-based system.  The web-based system shall act as a registry of all enrolled participants and patrons requesting space in an installation CDP.

4.  <u>Waitlist and Vacancies</u>.  Programs shall ensure tracking and monitoring of CDP vacancies and waitlists for on-installation child care and youth center programs; as well as the following:

    a.  Maintain a waitlist for children birth to 12 years old.  The date the application is received and the information from the Request for Care shall determine family's placement on the waitlist.

    b.  Maintain records of referrals made to local child and youth related community resources.

    c.  Ensure that accurate information regarding current enrollment and immediate need is collected and reported to HQMC CYP as requested.

    d.  Use and maintain the HQMC CYP approved software management system.

5.  <u>Marketing Plan</u>.  Programs shall establish a marketing strategy to inform all authorized patrons, responsible commanders, tenant commanders, senior enlisted personnel, MCCS managers and other key personnel of CYP services.

MCO 1710.30
5 AUG 2015

6. <u>Registration</u>.  Programs shall make available to CYP patrons all required HQMC CYP approved registration forms.  Registration forms are located in the Program Protocols Library at https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.

7. <u>Records, Files and Forms</u>.  CYP records, including Privacy Act records for CYP professionals, patrons, and participants shall be maintained in accordance with references (c) and (h).  Record file documentation required by this Order shall be updated annually.

   a.  Such records shall include, at a minimum, the requirements outlined in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.**

       (1) Records shall be readily available for inspection purposes.

       (2) Requests by individuals for their own records shall be coordinated through the installation Privacy Officer per reference (h).

       (3) A developmental portfolio shall be maintained for CYP participants ages 6 weeks through five years.  This portfolio shall transition with the participant as they move through the program.

   b.  CYP shall execute classroom daily attendance sheets to include each participant's arrival/departure date and time and parent/guardian signature. Youth Program participants meeting the installation's Home Alone/Self-Care age requirement do not require a parent signature.

   c.  Upon approval, CYP shall use standardized forms which will be available for download at the HQMC CYP Gear Locker site **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**; or from the DoD Forms website, http://www.dtic.mil/whs/directives/infomgt/forms/.

8. <u>Termination of CYP Participation</u>.  Patrons shall provide two weeks written notice indicating their intent to vacate a child care space or may be responsible for complete payment of fees.  CYP shall coordinate with the applicable finance office to collect unpaid fees.

9. <u>Accreditation</u>.  CYP shall ensure all eligible CDPs (excluding FCC) are accredited by a DoD-approved national accrediting body per reference (a).

   a.  Programs shall submit all necessary accreditation correspondences (e.g., applications, notifications, and annual reports) to HQMC CYP for review (no less than two weeks) prior to, submitting to the accrediting body. Incident reporting documentation shall be submitted in conjunction with HQMC CYP incident and child abuse reporting guidance and procedures outlined in Chapter 5 of this Order.

   b.  HQMC CYP shall support installation CYP during the accreditation process and communicate directly with the accrediting body as needed.  CYP shall authorize communication between the accrediting body and HQMC CYP. Such authority may also be included in the contract with the accrediting body.

   c.  Programs shall provide accreditation status reports when requested by HQMC CYP.

    d.  FCC providers shall be encouraged to seek accreditation from an appropriate national accrediting body.

10.  Immunization Requirements.  Per references (a) and (b), current immunization requirements shall be followed for CYP professionals and participants.  Current immunizations requirements are available in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

11.  Inclusion.  Per references (a) and (b), CYP shall embrace inclusion as an attitude and philosophy that welcomes and supports the participation of all children and supports reasonable accommodations.  Children, or their parent/guardian, who have a disability, may require a reasonable accommodation in order to obtain the full benefit of CTYP services.

    a.  CYP shall implement an Inclusion Action Team as outlined in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

    b.  Upon a request for accommodation due to a disability/special need, CYP shall support all reasonable accommodations.  A reasonable accommodation may include modifying a policy, practice, or procedure to integrate participants with qualifying disabilities into CYP activities.

    c.  An accommodation request will be considered reasonable when it does not place an undue hardship on the CYP.  An unreasonable accommodation results in undue hardship, such as requiring a fundamental alteration of program activities, or requiring alterations contrary to safety codes.

    d.  CYP shall coordinate with installation personnel, such as Behavioral Specialists and Installation School Liaisons, and other relevant resources when appropriate to assist CYP professionals and patrons in developing skills to respond to challenging behaviors and reduce stress for CYP participants and professionals.

    e.  Participants shall not be excluded from field trips due to disability/special need.  Requirements of the participant's Inclusion Action Plan shall be supported during CYP sponsored field trips.

12.  Operational Procedures.  Programs shall establish written policies and procedures.  In development of such policies and procedures, Programs shall follow the guidance located in the Program Protocols Library found at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx** and ensure local guidance is provided for:

    a.  Effective and Efficient Programs

    b.  Record Management

    c.  Oversight and Inspections

    d.  Incident/Serious Incident and Child Abuse

    e.  Health Promotion

    f.  Infant Sleep

g.  Professional Development

h.  Appropriate Touch

i.  Supervision and Accountability

j.  Inclusion

k.  Safety and Risk Management

l.  Background Check Requirement

m.  Appropriate Guidance

n.  Adverse Weather

o.  Individual Development Plan

p.  Supervising an Individual Development Plan

(1) Programs shall develop and execute written policies and procedures to address areas such as, but not limited to:

(a) Hours of operation

(b) Parent involvement plan

(c) Facility access control

(d) Cash handling and control

(e) Recruiting and marketing policies

(f) Accreditation

(g) Security, fire, emergency, safety requirements

(h) Requirements for FCC programs

(i) Denial of certification, re-certification, revocation, disciplinary procedures for FCC

(j) Active shooter

(k) Address leave periods for families in the event of emergencies, priority access to hourly care spaces for relocating families, and other installation community needs.

(l) Emergency situations (e.g., crisis, natural disasters, and epidemics)

(m) Home Alone/Self-Care

(2) Policies and procedures shall be reviewed and approved by the appropriate subject matter experts prior to implementation and upon change.

MCO 1710.30
5 AUG 2015

(3) Policies and procedures shall be available to CYP professionals and patrons and accessible during the Annual Higher Headquarter Inspection.

(4) HQMC CYP may execute additional protocols as a result of program deficiencies identified during annual higher headquarters inspections.

13.  <u>HQMC CYP Off Base Child Care Fee Assistance Administration, Oversight and Exception Requests</u>.  Program assists geographically dispersed active duty Marine families with the cost of community based child care programs when access to installation child care programs is unavailable.

a.  Off Base Respite Child Care for Wounded Warriors and Fallen Marine families provides up to 16 hours of child care per month at no cost.

b.  HQMC CYP shall designate a national service provider to administer the program.

c.  An exception to eligibility criteria may be submitted to HQMC CYP using Administrative Action form NAVMC 10274 accompanied by an endorsement from the Battalion/Squadron Commander or equivalent.

14.  <u>Handbooks</u>.  Per references (a) and (b) handbooks for CYP patrons and professionals shall be made available annually and updated accordingly.  CYP shall use the handbook located in Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

Chapter 4

Management Administration

1.  Position Descriptions (PD).  HQMC approved PDs shall be used for all CYP operations and can be found in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

2.  Qualifications.  CYP professionals shall be hired based on their demonstrated ability, qualifications and successfully complete and maintain required background checks as outlined in this Order.

    a.  Training, education, and experience shall influence progression from entry level to the positions of greater responsibilities as required.

    b.  CYP professionals may be hired at full performance (GS/GSE-4) level upon verification of compliance with listed position description experience and education requirements.

3.  Pay Compensation for CYP Direct Care.  Programs shall follow reference (a) or the most current guidance on classification and pay as found in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.  Pay increases and promotions shall be tied to satisfactory performance and completion of mandatory training.

4.  CYP Mandatory Training.  Per references (a) and (b) CYP professionals shall meet training requirements set forth by HQMC CYP; with satisfactory completion a condition of employment.  The CYP Professional Development (training guidance) can be found in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

    a.  CYP professionals shall be responsible to complete any additional training requirements.

    b.  CYP training shall be entered into the HQMC CYP approved electronic records management system and readily available during the Higher Headquarters Annual Inspection.

    c.  Volunteers shall complete CYP training per reference (a).

    d.  Training related to the health and nutritional requirements shall be conducted by a CYP subject matter expert.

5.  Individual Development Plan (IDP).  CYP professionals shall have a current IDP to assist in career and professional development.  Supporting human resources activities shall provide the IDP for CYP professionals.  IDP guidance can be found in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx.**

6.  Health Requirements.  Per reference (m), individuals who have regular care responsibilities or services delivery contact with CYP participants, including CYP professionals, FCC providers and any other persons living in a home where child care is provided, substitute or backup FCC providers, and specified regular volunteers, shall be in good health and free from communicable disease as determined and notated, at employment in-processing and annually, by the installation medical authority.  The information shall

be current and on file in the CYP professional's record and the HQMC CYP approved electronic records management system.

7.  Identification.  CYP professionals and specified volunteers shall be identified at all times (e.g., nametags).

8.  CDP Program Goals.  CYP shall establish and execute developmentally appropriate activity plans, observations, family communication and assessment, in accordance with reference (a).

    a.  Programs shall use the HQMC CYP standardized planning, curriculum and assessment program materials and tools that meet guidelines of program accreditation.

    b.  Daily schedules and program of activities shall be approved by program management and posted in a conspicuous area viewable to all CYP patrons, professionals and volunteers.

    c.  SAC programs shall compliment, rather than duplicate the school day.

    d.  An annual classroom environmental rating scale of each facility/classroom shall be completed.  Programs shall take action on identified areas through changes in program operations to ensure safety of CYP participants and professionals.

9.  Youth Programs (YP).  Programs and activities shall promote and recognize the development and achievement of youth and be available to eligible participants living on and off the installation in accordance with reference (b).

    a.  Programs shall coordinate efforts with MCCS programs and services, schools and other youth serving organizations.

    b.  Programs shall include the following youth development strategies:

        (1) Character and leadership development

        (2) Education support and career development

        (3) Health and life skills

        (4) Sports (not to include Youth Sports activities), fitness and recreation

        (5) The arts

    c.  Programs shall provide activities to meet the needs of participants during out of school hours and activities for youth should be held at different times or in clearly defined designated areas.

    d.  Programs shall provide a written schedule, approved by program management, for all activities with specific beginning and ending times.

Chapter 5

Facility, Health, Safety and Risk Management

1.  Facility.  CYP shall execute and operate under the prescribed minimum facility construction standards and renovation projects.

    a.  CDP shall execute references (a) and (d).

    b.  Youth facilities (to include facilities that operate SAC) shall execute reference (b) criteria standards.

    c.  CYP shall comply with the current version of the National Fire Protection Association 101, "Life Safety Code®" for program facilities.

    d.  CYP playgrounds shall meet or exceed the requirements outlined in references (a), (b) and (d).

2.  Health.  Programs shall ensure health related matters are addressed for CYP participants and professionals through the execution of thorough processes and procedures.

    a.  Policies and procedures for identifying mildly ill participants, emergencies, exclusion criteria, and medication storage, first aid kits, and immunization requirements for CYP participants and professionals can be located in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

    b.  CYP shall have installation veterinary authority approval of any animal housed by CYP and inform parents in writing (prior to enrollment) of the presence of any animals and/or before a new animal is acquired for the program.

    c.  Per references (a) and (b) appropriate health and sanitation procedures shall be followed for food preparation and serving and the USDA CACFP guidelines.

    d.  Soft items such as, but not limited to, blankets, pillows, comforters, quilts, or bumper pads shall not be used in cribs.  Infant sleep guidance can be located in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

3.  Safety.  Programs shall ensure safety related matters are addressed for CYP participants and professionals through the execution of thorough processes and procedures using guidance located in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

    a.  Poisonous plants are prohibited in all CYP and all non-poisonous plants used in programs shall be labeled.

    b.  Per reference (a), infant walkers, infant bouncy seats, stationary infant seats (to include playpens, mechanical swings, toy boxes/chests, other similar hinged equipment, trampolines, and wading/swimming pools) shall be prohibited from use in CYP.  Equipment, materials and furnishings shall be developmentally appropriate.

c.  Any resource, such as but not limited to water play areas and interactive fountains, shall follow national standards for operation and MC policy as applicable.

d.  The Installation Commander or designee shall ensure that safety and health offices review written daily safety checklists and reports kept in the program files, review written verification and documentation of safety procedures and verify all procedures are followed.

4.  Background Checks.  Per references (a) and (b), criminal history background checks are required for all individuals involved with the provision of child and youth services who have regular contact with children under the age of 18.  CYP shall follow background check guidance and procedures located in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

a.  New CYP professionals who have cleared initial local background checks and are pending completion of additional required checks, may provide child care services under Line of Sight Supervision (LOSS).  Employees in LOSS status shall wear distinctive red apparel that puts forward a clear visual identification.

b.  Volunteers and contractors working within CYP shall have background checks required by references (a) and (b).

c.  LOSS is the continuous visual observation and supervision of an individual pending favorable background check adjudication.  Video surveillance equipment shall not be used as a flexible and reasonable alternative for a direct sight supervision alternative for those working in LOSS.

d.  CYP shall ensure background check information is maintained in the HQMC CYP approved electronic records management system and is available during the Higher Headquarters Annual Inspection.

5.  Oversight and Inspection.  In accordance with references (a) and (b), CYP inspections shall be conducted to ensure the safety and well-being of children, to monitor evidence of program corrective actions and the proper use of program resources.  Local inspections and one annual higher headquarters inspection shall be conducted for all CYP components.  CYP shall follow inspection and oversight guidance and procedures located in the Program Protocols Library at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

a.  Upon demonstration of annual compliance of this Order and applicable inspection requirements, HQMC CYP will issue a DD Form 2636, Child Development Program DoD Certificate to Operate, to each CDC, SAC, YP, Youth Sports/Fitness/Recreation activity and FCC Program.  Certificates shall be displayed in a visible location.

b.  The Installation Commander shall ensure the immediate remedy of any life-threatening violation of this Order or other safety, health, and child welfare laws or regulations (discovered at an inspection or otherwise) at a DoD CDP, or he or she will close the facility (or affected parts of the facility).

c.  Oversight includes the development and implementation of Corrective Action Plans (CAP) for all local and higher headquarters required inspections.  Each CAP shall be a comprehensive plan that targets deficiencies and monitors results in order to achieve and maintain compliance.

6.  <u>Closed Circuit Television (CCTV)</u>.  CCTV supports CYP training purposes, provide a means for parents and CTYP professionals to observe participants in a non-disruptive manner and deter child abuse and neglect.

   a.  CCTV shall not be used to monitor CYP professionals who have not cleared background checks and are in LOSS status.

   b.  Unless required for internal management purposes, CCTV video recordings shall be maintained at least 30 days.  This will provide CYP a reasonable period of time to review the tapes for any internal business purposes.  Should management become aware of a claim against the Government; foresee litigation as a result of events occurring at a CYP facility that may have been recorded by the CCTV system; or require retention of a recording pending investigation into allegations of misconduct depicted in the video, the responsive recording shall not be destroyed until released for destruction by the supporting MCCS Counsel or legal advisor.

   c.  In the spirit of providing "unrestricted access" to children, where CCTV is available, parents shall be allowed to view their children in real-time interacting with other children and the CYP professionals by viewing their children through CCTV monitors on the premise.

   d.  Parental requests to view all or a portion of a CCTV video recording of CYP activities, including requests for copies thereof, fall within the purview of the Freedom of Information Act (FOIA), as implemented by reference (j).

      (1) CYP professionals should inform parents desiring to view or obtain a copy of a CCTV recording to contact the installation FOIA Coordinator for information regarding how to properly submit a FOIA request Copies of CCTV recordings shall not be placed in a participant's file.

      (2) CYP shall not make release determinations nor respond directly to a parent requesting to either view, or obtain a copy of, a CCTV video recording except to direct the parent to the installation FOIA Coordinator.

7.  <u>FCC Provider Liability Insurance</u>.  In accordance with reference (a), FCC providers shall maintain personal liability insurance to protect themselves and those affiliated with the Marine Corps in an official capacity against potential liability claims for negligence that might arise from their operations.

   a.  The minimum amount allowed shall be $500,000 per each occurrence and $1,000,000 aggregate limit for liability insurance. The policy shall include personal liability exposure from any animals present in the FCC home.

   b.  FCC providers shall be responsible to purchase provider insurance upon completion of the initial provider certification process and prior to participant placement and providing child care services.

c.  Certified FCC substitute providers who have satisfactorily meet all FCC training requirements and background checks may provide child care in a FCC certified and approved FCC home, only if that FCC provider possesses a current commercial liability insurance policy that provides coverage which is approved by the FCC/CYP command coordinator.

d.  FCC providers transporting children shall obtain and maintain appropriate auto liability insurance that includes coverage if the certified provider is deemed to be operating a business as defined by their insurance company, since normally a personal auto policy will not afford or extend liability insurance to a business.  The minimum coverage allowed shall be $500,000 per each occurrence and $1,000,000 aggregate limit for auto liability insurance.  Documentation shall be maintained in the provider's file and the HQMC CYP approved electronic records management system and is available during the Higher Headquarters Annual Inspection.

e.  Upon request from HQMC CYP, HQMC Human Resources Office will assist in providing research and information regarding available FCC and OFCC insurers, that meet CYP insurance program requirements.

8.  <u>CYP Incident/Child Abuse Reporting</u>.  CYP shall document and execute a process for incident reporting per references (a) and (b).  HQMC CYP incident and child abuse reporting guidance and procedures can be located in the Program Protocols Library **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

a.  Any incident involving CYP participants shall be recorded on NAVMC 1750/6 – CYP Incident Report and maintained in the participant's file; in addition, is appropriate for informing the parent/guardian of a reportable incident.

b.  Serious incidents and suspected child abuse reports shall be submitted using the HQMC CYP approved process which can be found in the Program Protocols at **https://ehqmc.usmc.mil/sites/family/mfy/mfy3/default.aspx**.

c.  DoD Child Abuse/Safety Violation Hotline telephone numbers shall be posted in highly visible areas, including the facility lobby, and included in family and professional handbooks.

Chapter 6

Communication

1.  Family Rapport.  Programs shall establish and execute dialog with and between families and CYP professionals to ensure positive relationships.

    a.  New families shall receive a program orientation upon registration.

    b.  Family conferences shall be held, at a minimum, one time per year for children ages 6 weeks to 5 years of age.

    c.  Communication regarding the care and well-being of the CYP participant shall occur between the direct caregiver and the parent/guardian in accordance with accreditation standards.

2.  Parent Involvement and Participation.  In accordance with references (a) and (b), installation PBs shall be formed to discuss CYP recommendations for improving programs and services and coordinate a parent participation program.

    a.  The PB shall be comprised of and chaired by volunteers who have children enrolled in CYP.

    b.  PB recommendations shall be forwarded through CYP to the Installation Commander or designee for review and disposition.  Recommendations are reviewed during the HQMC CYP annual unannounced inspection.

    c.  PB ensures patrons are involved in CYP planning and evaluation.

    d.  PB members may be eligible for child care fees at a reduced rate. The parent participation rate reduction shall not exceed 10 percent of the child care fees.

    e.  PB shall coordinate parent participation program activities.

3.  Dissemination of Religious Materials.  CYP shall not allow the distribution of religious information or materials, or provide program activities that teach or promote religious doctrine.

    a.  Programs operated by Chaplains are exempt from this prohibition.

    b.  FCC providers offering program activities that teach and promote religious doctrine must include notification in the parent contract.

4.  Youth Sponsorship Program.  Per reference (e), CYP shall support a Youth Sponsorship Program to facilitate transition into a new community.

    a.  CYP shall identify and provide a list of eligible youth interested in becoming sponsors to installation Information and Referral (I&R) Program staff.

    b.  CYP may participate in Settling In services with I&R Program coordination.

5.  <u>Partnerships</u>.  CYP shall coordinate opportunities to enhance and expand program resources with on and off installation agencies.  Documentation shall be readily available during the Higher Headquarters Annual Inspection.

APPENDIX A

<u>KEY TERMS</u>

1.  <u>Child Abuse</u>.  The physical or sexual abuse, emotional abuse, or neglect of a child by a parent, guardian, foster parent, or by a caregiver, whether the caregiver is intrafamilial or extra familial, under circumstances indicating the child's welfare is harmed or threatened.  Such acts by a sibling, other family member, or other person shall be deemed to be child abuse only when the individual is providing care under express or implied agreement with the parent, guardian, or foster parent.

2.  <u>Child and Adult Care Food Program (CACFP)</u>.  A U.S. Department of Agriculture federally sponsored program (child care component) that provides nutritious meals and snacks to children enrolled in child care institutions in the states and territories.  The term institution shall include programs developed to provide care outside school hours for school children.

3.  <u>Exceptional Family Member (EFM)</u>.  An enrolled EFM is a dependent who resides with the Sponsor, has a military ID card, and has an identified special need which requires special health care or educational services.

4.  <u>Exceptional Family Member Program (EFMP)</u>.  A mandatory program that safeguards the continuum of care for Marine Corps members with special needs.

5.  <u>Inclusion Support Plan (ISP)</u>.  An ISP is an individualized health plan and should include information about how CYP will support the participant's needs will be supported at in the program or activity.  The ISP is developed as a result of a cooperative effort between the family, healthcare providers and CYP professionals.  The plan should include a summary of the participant's strengths and needs, individualized supports, and specify how support for an individual participant will be implemented in the program, including details about what modifications in CYP policies will be allowed, who will provide care, and who is responsible for supervising the provision of care.

6.  <u>Incident</u>.  An unplanned and/or undesired event that could have, or did adversely affect completion of a task and/or results in personal injury or property damage.  The event could have possibly caused no property damage or personal injury, but, given a slight shift in time or position, damage and/or injury easily could have occurred.

7.  <u>Off Base Child Care Fee Assistance</u>.  A program which assists eligible geographically dispersed Marines in paying for community based child care services in a military approved program for children 6 weeks through 12 years of age, when installation care is not available.

8.  <u>Off Base Respite Child Care</u>.  Care for children in a military approved child care setting that provides a parent or guardian temporary respite from their role as a primary caregiver.

9.  <u>Participant</u>.  A child (6 weeks to 18 years of age) who participates in CYP programs and services.

10.  <u>Patron</u>.  An eligible person(s) for CYP programs and services.

11.  <u>Professional</u>.  A Child and Youth Program employee.

MCO 1710.30
5 AUG 2015

12.  <u>Quality Review Board (QRB)</u>.  A committee formed to make recommendations to the Installation Commander regarding FCC certification, denial or revocation.  QRB shall include, but is not limited to, a chairperson (chosen by the board), the FCC Director, a representative from health, security, housing office, intervention and treatment, fire department and safety.  The QRB is also the mechanism for hearing appeals by providers/applicants.  All decisions of the QRB will be given in writing.

13.  <u>Reasonable Accommodation</u>.  Making a change to a policy or program so that qualified persons with a disability can participate.

14.  <u>Inclusion Action Team (IAT)</u>.  An IAT is a team of qualified people who will assess the accommodations necessary for a child with special needs to participate in a CYP and determine the most appropriate placement for the child.

15.  <u>R&R Service</u>.  Provides information about child and youth programs and services on and off the installation to meet patrons' needs and maximize use of available resources.

16.  <u>School Liaison Program (SLP)</u>.  The SLP operates as a military-civilian community communication and support program intended to support all military school age children (K-12) within the geographic region of the assigned Marine Corps installation.

17.  <u>Self-Care</u>.  Addresses the ages and circumstances under which a child or youth under the age of 13 can be left at home alone or use services provided at Installation facilities without adult supervision (when applicable given the availability of youth services).  Policy shall consider applicable laws and ordinances of the states or countries in which Installations or facilities are located.

18.  <u>Serious Incident</u>.  Any incident that did or could have compromised the essential health and safety of any child, such as, but not limited to, the death of a child or serious injury that resulted in the program advising that the child be taken to a medical treatment facility (MTF) (whether transported by the Emergency Medical Response team, program, parent, or other individual).  Additionally, any information received that a child was taken to an MTF as a result of an occurrence at the program, incidents involving a lack of supervision (such as but not limited to a child being left unattended or leaving the facility alone), and suspected physical or psychological abuse of a child at the program or in connection with the program shall be considered a serious incident.

19.  <u>Settling In Services</u>.  Services have an emphasis on available government living quarters, private housing, child care, spouse employment assistance information, cultural adaptation, and community orientation.  Installations may choose how Settling-In services are provided, either by Welcome Aboard brief, one-on-one counseling, or in any form that best suits their personnel and installation requirements.  The I&R Specialist is the point of contact for Settling-In Services.

20.  <u>Temporary Employees</u>.  Includes non-status appointments to a competitive service position for a specified period of less than a year.  Includes summer hires and student interns.

21.  <u>Volunteer</u>.  An individual who donates their time or services to CYP activities on an unpaid bases when such time and service are accepted per reference (insert MCO when approved).  Volunteers are not counted in the staff to child youth ratios.

22.  <u>Waitlist</u>.  List of children whose parents have requested space in a CYP and none is available.

23.  <u>Youth Sponsorship Program</u>.  Fosters partnerships that serve the youth population and provides opportunities for stakeholders (i.e., youth, parents, schools, commanders, relocation assistance, Marine and Family Programs) to be involved in the planning, implementation, and delivery of youth relocation and transition services.

ATTACHMENT 3

## NONAPPROPRIATED FUND POSITION DESCRIPTION

**JOB TITLE:**  Child and Youth Program Assistant        **JOB CODE:**  010496
(Entry Level-GSE2)

**JOB SERIES:** 1702                                      **PAY LEVEL**:   CY-1

**SUMMARY OF DUTIES:** Serves as a Child and Youth Program (CYP) Assistant in one or more CYPs. Maintains control and accounts for whereabouts and safety of children and youth ranging in age from 6 weeks to 18 years.   Assists in providing and leading planned activities for program participants.

Performs the more routine simple child-care tasks, following step-by-step instructions.   Little or no previous training or experience is required.   Work is reviewed in detail, while in progress and upon completion, to ensure and assess trainee's progress and to evaluate attainment of training objectives and readiness for further training.   Training will be of a progressively more responsible and specialized nature associated with the child-care and development operations.   These duties are performed to increase knowledge of child care duties and responsibilities and to develop skills for advancing to the higher-level positions.

Helps establish a program environment that promotes positive interactions with other children, youth, and adults.   Helps prepare, arrange, and maintain indoor and outdoor activity areas and materials to accommodate daily schedules.   Uses prepared curriculum and program materials and assists with developing a list of needed supplies and equipment for submission to the supervisor.

Helps create adult-made games and play materials (mixing paint and play dough and assembling props for dramatic plays, activities, etc.).

Interacts with participants using appropriate approved guidance and development techniques as provided by supervisors and Training and Curriculum (T&C) Specialists.   Interacts professionally with staff members, parents, and local installation command personnel.

Supervises participants during daily schedule of indoor and outdoor activities and on field trips, outings, and special events.   Promotes and models safety, fitness, health, and nutrition practices.   Prepares and implements program options to care for participants with special needs as directed by the supervisor. Notifies supervisor of health, fire, and safety compliance concerns.   Helps arrange for and serve appropriate snacks or meals where applicable.

Observes program participants for signs that may indicate illness, abuse, or neglect and reports as directed.   Notes special instructions provided by parents.   Ensures participants (as applicable) depart with authorized person according to written parental instructions.

Assists in maintaining program participation data and completing required daily reports. Provides care and supervision, oversight, and accountability for program participants in compliance with DoD, DoD Component, and local installation policies, guidance, and standards.

Completes training requirements using approved OSD and Service materials to include designated training modules. Participates in program evaluation as required.   Assists in achieving and maintaining DoD certification and national accreditation where applicable.   Ensures compliance with law, policies, and regulations applicable to DoD CYPs.

Performs other related duties as assigned.

May work a fluctuating work schedule to complete work assignments outside of the typical work hours.

**MINIMUM QUALIFICATIONS:**   Be 18 years of age, possess a high school diploma or equivalent, have the ability to speak, read and write English, follow verbal and written instructions and communicate effectively orally and in writing.   Be able to lift and carry children and objects up to 45lbs independently and over 45lbs with assistance.   Activities may require incumbent to drive an automobile (to include driving a government vehicle while transporting children).   May be required to obtain a government driver's license.   Prior experience working with children or youth preferred.

Satisfactorily complete all background checks in accordance with DoD and Marine Corps policy for employees who provide child care services.   Must pass a pre-employment physical and annual physicals thereafter, provide evidence of immunization and be free from communicable disease.   Must complete all DoD training requirements within the specified time including orientation, initial, DoD Standardized Module Training, and annual ongoing training requirements, and required certifications, if any.   Must maintain current food handlers, CPR and First Aid certifications.   Position is subject to both pre-employment and random drug testing as a condition of employment.   A positive drug test, or failure to submit for testing, may become the basis for removal from this position.

ATTACHMENT 4



# Supervision and Accountability Protocol

1. **<u>PURPOSE.</u>**  To provide practices, requirements, and guidance to ensure appropriate supervision, accountability, and safety.

2. **<u>PARTICIPANT SUPERVISION</u>**

   a.  Child and Youth Programs (CYP) supervision involves watching, listening to, interacting with, and protecting the safety of participants.

   b.  Professionals practice active supervision with focused attention and intentional observation of children at all times.  Professionals position themselves to observe all children by watching and listening at all times.

   c.  Supervision of Youth Programs (YP) does not require continuous sight or sound observation of youth participants.  Professionals must maintain situational awareness of a youth's location and activities.

   d.  Professionals have knowledge of each child's development and abilities to anticipate what they will do, then get involved and redirect when necessary.

   e.  Professionals monitor participant conversations and intervene when necessary to prevent teasing, bullying, and inappropriate behavior.

   f.  A system is in place to ensure participants are supervised at all times, ratios are maintained, and accountability is transferred safely.  Participants are never left unattended.

   g.  A system is in place to account for all children/youth during fire and evacuation drills.

   h.  Professionals are assigned a primary care group and are responsible for the accountability and developmental programming for each child/youth in that group.

   i.  A process is in place for reporting a lost or missing child or youth.

3. **<u>FACILITY/FAMILY CHILD CARE (FCC) HOME CONTROL AND VISITORS</u>**

   a.  Professionals keep unauthorized people from taking children and youth.  Professionals confirm permission and identity of any unknown person before releasing a child or youth.

   b.  Access controls are in place to ensure entry points are secure and access is limited to authorized individuals.

      (1)  Facilities have a single centrally controlled entry point.

      (2)  FCC home entry points are secured by locked doors.

   c.  A system is in place to monitor visitors entering and exiting (sign in and sign out) all facilities/homes.  The system documentation includes name(s), relationship to facility (vendor, guest, etc.), and time in/out.

    (1)    Individuals dropping off and picking up participants are not considered visitors.

    (2)    Individuals visiting a facility wear a badge and remain under supervision at all times.

    (3)    Professionals from other facilities may be required to register as a visitor.

d.   At minimum, two individuals are present in a facility during operational hours, to include an assigned management staff member in accordance with (IAW) the Effective and Efficient Operations Protocol.

e.   The number of staff, transitioning from one classroom or activity to another, is minimized. CYP management monitors the number of staff transitions and schedules staff to support continuity of care.

f.   Professionals do not use personal electronic devices when counted in staff to child/youth ratio (to include nap time).

g.   CYP supports the use of Professionals, from an external site, who are designated to deliver services to a child (school district, county, etc.). These professionals are not subject to Department of Defense (DoD) background checks IAW the United States Marine Corps Background Check Letter of Instructions; rather will hold required background checks per their employer for their services.

    (1)    Upon the development of the Inclusion Support Plan (ISP), CYP uses documentation provided by parents/medical provider/school or others in support of the child's Individualized Family Service Plan or Individuated Education Plan services. If the child receives or is required to begin receiving services, CYP documents the ISP with the following details.

        (a)    The professional or organization, providing services, is named in the ISP

        (b)    The parent/guardian provides consent and indicates whether the child can work alone with this provider

        (c)    Details of the provided services

    (2)    CYP keeps this information current and updates accordingly. The Professional is considered a visitor and follows visitor procedures, but is not required to fall under line of sight supervision guidelines as he/she is not considered as providing a DoD child and youth service.

*Supervision and Accountability Protocol*

## 4. FACILITY RATIOS

| Category | Age Range | Staff to Child | Max Group Size |
|---|---|---|---|
| Infant | 6 weeks to 12 months | 1 to 4 | 8 |
| Pre-toddler | 12 months to 24 months | 1 to 5 | 10 |
| Toddler | 24 months to 36 months | 1 to 7 | 14 |
| Preschool | 3 to 5 years | 1 to 12 | 24 |
| School Age | 5 to 12 years | 1 to 15 | 30 |
| Youth | 13 to 18 years | 1 to 15 | |
| Residential Camps and Overnight Trips | | 1 to 12 | |
| Adventure Activities - Youth Staff to youth ratio will be based on a risk assessment conducted before the adventure activity takes place. | | | |

Table 1- Group size requirements

| IF: | THEN: |
|---|---|
| Children in the youngest age category make up 20 percent or more of the group. | Use the staff/child ratio for that specific group. |
| Children in the youngest age category make up less than 20 percent of the group. | Use the staff/child ratio of the next higher group. |

Table 2 – Mixed age group size requirements

a. Programs may offer a younger youth activity group for ages 10 to 12 to allow for developmentally appropriate social inclusion activities.

b. CYP maintains minimum staff to child/youth ratios during operational hours. Management may downsize the number of Professionals during Non-Core programming; however, ratios are maintained at all times.

c. Professionals are counted in ratio when providing direct care to participants.

　　(1) Child Development Center (CDC) Professionals sign in and out of activity rooms, with both first and last names, when counted in ratio.

　　(2) School Age Care (SAC) and Youth Direct Care Professionals sign in and out of the facility upon all arrivals and departures. This process includes, not limited to, any type of clocking in and out accountability system.

d. Staff to Child/Youth ratios guidance includes:

　　(1) Minimum staff/child ratios are met during all hours of operation, including indoor and outdoor play, and field trips.

(2)  Group size requirements (Table 1) are met at all times of the day, except during playground periods and special activities such as field trips where the group size does not exceed more than 50 children.

(3)  A participant's group assignment is based on his/her developmental, maturity levels, and age.  Moving participants to the next age group on his/her birthday is not required.  Enrollment in SAC is based on a school year perspective and CYP has discretion to place participants in the most conducive environment (e.g. summer camp).

(4)  Mixed age groups (Table 2) staffing requirements are met for the youngest participant in the group.

(5)  SAC participants are often located in various activity areas of the program; however, engage with their assigned professional daily (check-in) and at times when the normal routine is disrupted (e.g. emergencies, evacuations, and drills).

(6)  Ratio for instructional classes will follow professionally accepted practices, as defined by nationally recognized and reputable certified programs.  Additional considerations should be given to room size, the number of participants, and the age and skill levels of participants.  This ratio should not exceed the youth programs activity ratio.

(7)  Volunteers and support professionals (e.g. kitchen, custodial, and admin) are not counted in staff to child/youth ratios.  All volunteers, interns, and students are supervised when interacting with participants IAW the Background Check Protocol.

## 5.  FCC RATIOS

| Age Range | Provider/Child Ratio | Max Group Size |
|---|---|---|
| Infant Toddler (6 weeks – 2 years) | 1:3 | 3 per provider |
| Multi Age (6 weeks – 12 years) | 1:6 | 6 per provider (2 children under 2 years) |
| School Age (5 years – 12 years) | 1:8 | 8 per provider |

Table 3 – FCC group size requirements

a.  The maximum number of participants allowed in FCC homes is specified by local fire department and/or state and local licensing and does not exceed max group sizes, as noted in Table 3.

b.  The maximum group size in a home includes the provider's own children under the age of eight.

c.  Policies and procedures are in place regarding use of personal electronic devices during operational hours.

## 6.  ACCOUNTABILITY AND NAME TO FACE PROCEDURES

a.  CDC participants are signed in and out of the facility and classroom by a parent/guardian.

b.  CDC Professionals use and maintain ratio sheets for accountability (See Appendix Supervision and Accountability).

c. CDC Professionals ensure participant accountability by using "name to face" checks. Name to face checks include the following procedures:

    (1) Professionals review the ratio sheet, saying the participant's name while visually assessing the participant's presence.

    (2) Name to face checks are conducted at every transition, to include leaving one area and arriving at another, going indoors or outdoors, when accountability is transferred, and during evacuations.

    (3) Professionals ensure accuracy of parent/guardian sign in/sign out forms and ratio sheets. In cases of a discrepancy, action is taken to account for all participants.

    (4) Management periodically verifies alignment of parent sign in/sign out forms and ratio sheets.

    (5) At a minimum, CDC ratio is counted using a name to face check every hour.

d. FCC Providers conduct "name to face" checks for all transitions to and from the home.

e. SAC Professionals complete a "name to face" check of all participants prior to departing the program, when departing school, and upon arrival to the program.

f. CYP Professionals complete a "name to face" check of all children or youth before departing the program, every hour when away, before departing destinations prior to returning, and upon arrival.

g. SAC and Youth Professionals develop a process for accountability, during transitions, while at the facility. The process ensures the safety of participants without limiting opportunity for choice.

## 7. <u>INDOOR SUPERVISION</u>

a. Professionals provide active and positive supervision of infants, pre-toddlers, toddlers, preschoolers, and school-age children by sight and sound at all times to include, but not limited to, when children are resting or sleeping, eating, or being diapered.

b. SAC programs have processes in place to ensure all participants are accounted for at all times, to include, moving from room to room and from inside to outside.

c. All indoor activity rooms/areas permit visibility of children and youth. The structural design of any activity area does not interfere with a Professional's ability to observe participants. There are no blind spots and convex mirrors may be used to increase visibility, but mirrors do not replace supervision.

d. Professionals set up the environment to supervise children and be accessible at all times. Small spaces are clutter-free and big spaces have clear play areas that professionals can observe.

e. Professionals position themselves in the environment to prevent children from harm and can see and hear all children in their care.

f.  Clear paths to where children are playing, sleeping, and eating are maintained so Professionals can react quickly when necessary.  Professionals stay close to children who may need additional support.  Their location helps them provide care, if necessary.

g.  Professionals are always able to account for children and youth in their care.  They continuously scan the entire environment to know where everyone is and what they are doing.

h.  Specific sounds or the absence of them may signify reason for concern.  Professionals who are listening closely to children immediately identify signs of potential danger.  Programs are encouraged to implement additional strategies to safeguard children, such as door alarms, to alert adults when a child leaves or enters the room.

## 8.  <u>OUTDOOR SUPERVISION</u>

a.  Professionals supervise outdoor play areas by strategically watching all participants within a specific zone.  Professionals do not engage in extended activities or conversations that could distract them from their duty to supervise.

b.  Professionals are alert and attentive, knowledgeable of safe playground rules, and intervene when inappropriate behaviors occur.

c.  A system is in place when children or youth need to leave the group/outdoor play area.

d.  Professionals provide supervision at climbing structures and more challenging outdoor activities.

e.  Outdoor play areas are arranged to ensure professionals can supervise by sight and sound.  A plan is in place to ensure safety if blind spots exist due to layout or design.

f.  Active and positive supervision involves:

    (1)  Knowing participant's abilities;

    (2)  Establishing clear and simple safety rules;

    (3)  Being aware of and scanning for potential safety hazards;

    (4)  Scanning play activities and circulating around the area;

    (5)  Focusing on the positive rather than the negative to teach safety;

    (6)  Teaching appropriate and safe use of each piece of equipment (e.g., using a slide correctly- feet first only- and teaching why climbing up a slide can cause injury, possibly a head injury).

## 9.  <u>ARRIVALS, DEPARTURES, FIELD TRIPS, AND TRANSPORTATION SUPERVISION.</u>

a.  Participant's arrivals and departures are tracked by the Headquarters Marine Corps approved electronic management system.

b.  FCC participants are signed in and out of the home on a daily basis and only released to authorized individuals.

c.  Professionals ensure participants are released only to those authorized in writing.  There is at least two local authorized individual for pickup, who is also considered an emergency contact.

d.  Parents/guardians notify the program when participants will not be in attendance.

e.  In an effort to prevent child vehicular heatstroke, CYP communicates with parents when children and youth are absent.  CDCs notify parents/guardians by 0900 when participants are not in attendance and do not arrive when expected.  SAC programs notify parents/guardians when children do not arrive at the scheduled/usual time, either from home or from school.

f.  Programs have procedures for field trips, evacuations, and transportation to include, not limited to, instructions on maintaining accountability and overall safety of participants while away from the facility.  A system is in place to locate participants who may be separated from the group.  Professionals and volunteers are trained prior to leaving the facility.

g.  Staff to child/youth ratios are maintained on field trips and during transport.  The driver is not included in ratio.

h.  Professionals check vehicles, upon arriving and departing destinations, to ensure participants are not left in vehicles.  When unloading, professionals perform a physical check in and around the vehicle, to include the last row.

i.  Only SAC and Youth participants may partake in swimming and water sport field trips.  Monitor children and youth who may need more attention (e.g., identification of those who cannot swim).

j.  Children and youth self-release with parent/guardian permission.  Self-release procedures are consistent with the installation home alone policy or self-care policy.

## REFERENCES:

(a) *Caring for Our Children: National Health and Safety Performance Standards, 4th Edition*
(b) *NAEYC Early Childhood Program Standards*
(c) *NECPA Early Childhood Program Accreditation Standards*
(d) *Thompson, D., Hudson, S., & Olson, H., (2007). S.A.F.E. Play Areas; Creation, Maintenance, and Renovation. Cedar Falls, IA: National Program for Playground Safety.*
(e) *Dodge, D., Rudick, S., Berke, K., (2011). The Creative Curriculum for Infants, Toddlers & Twos. Washington DC; Teaching Strategies.*