TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Arizona State Bar No. 021327
LINDSEY E. GILMAN
Arizona State Bar No. 034003
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov
Email: lindsey.gilman@usdoj.gov
*Attorneys for Defendant United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brittany Crosby, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | No. 2:24-cv-03307-CDB-DJH<br><br>Member cases:<br>2:24-cv-03362-DJH<br>2:24-cv-03363-DJH<br>2:24-cv-03364-DJH<br>2:24-cv-03365-DJH<br><br>**CERTIFICATION OF COUNSEL** |

Defendant United States of America files this Certification of Counsel to comply with LRCiv 12.1(c). Undersigned counsel avers that before filing the Motion to Dismiss (Doc. 23) on today's date, the United States notified Plaintiffs through counsel of the issues asserted in the motion. Plaintiffs, upon reviewing the issues identified by the United States, amended their complaints in each of the five consolidated actions.

//

//

//

1    Respectfully submitted on April 28, 2025.

                                             TIMOTHY COURCHAINE
                                             United States Attorney
                                             District of Arizona

                                             s/*Neil Singh*
                                             NEIL SINGH
                                             LINDSEY E. GILMAN
                                             Assistant United States Attorneys
                                             *Attorneys for Defendant United States*