TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NEIL SINGH
Arizona State Bar No. 021327
LINDSEY E. GILMAN
Arizona State Bar No. 034003
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov
Email: lindsey.gilman@usdoj.gov
*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Crosby, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | No. 2:24-cv-03307-CDB<br>Member cases:<br>2:24-cv-03362-DJH<br>2:24-cv-03363-DJH<br>2:24-cv-03364-DJH<br>2:24-cv-03365-DJH<br><br>**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE** |

　　　The United States of America responds to the Court's Order to Show Cause regarding the responsive pleading deadline (Doc. 22) as follows, and respectfully requests that it be discharged.

　　　The Court in these consolidated matters, pursuant to multiple joint stipulations by the parties, had ordered a deadline of April 18, 2025, for the United States to file a responsive pleading. Due to an internal calendaring and docketing error by the United States, this date was miscalendared as April 28, 2025. When the deadline passed, no party took action, and undersigned counsel for the United States believed and was preparing for an April 28 deadline. The Court's Order to Show Cause then issued on April 23, 2025,

upon which counsel for both sides conferred about the error.

The United States represents to this Court that a mutual agreement with Plaintiffs exists (a) as to the nature of the calendaring error, and (b) that the most prudent course of action would be for the Government to simply proceed with its original albeit incorrectly-calendared plan to file on April 28, 2025. The Government apologizes for this oversight, which was purely clerical in nature and obviously not an effort to evade this litigation, given that the Government has actively filed motions in cooperation with Plaintiffs for the management of these five actions. A default judgment is only appropriate when a defendant's conduct is "culpable," such as when it has "*intentionally* failed to answer." *Gambol Indus., Inc. v. M/Y Heart's Desire*, 626 F. Supp. 3d 1138, 1144 (C.D. Cal. 2022) (emphasis added; quotation omitted).

Since the Government is filing a responsive pleading contemporaneously on today's date, it respectfully requests that the Order to Show Cause be discharged.

Respectfully submitted on April 28, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
LINDSEY E. GILMAN
Assistant United States Attorneys
*Attorneys for Defendant United States*