Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021



| Submit by Email | Print Form |



# REDACTION/RELEASE APPROVAL PROCESS WORKSHEET

YPD REPORT NUMBER: 2021-00015867    INCIDENT TYPE: Child Abuse

REQUESTOR'S INVOLVEMENT WITH REPORT: parent of minor victim
(VICTIM, SUSPECT, DRIVER, ETC.)

REQUESTOR'S NAME/AGENCY: Crecelius, Stefani    PHONE: 507-459-6395

---

REASON FOR COPY REQUEST: non-commercial

REPORT PROCESSOR: ASM    DATE: 06/16/2021    DATE: 06/23/2021
(INITIALS)        (RECEIVED)        (PROCESSED)

INVESTIGATOR/SUPERVISOR: Det. Almodova

☒ APPROVED    ☐ RELEASE DECLINED (SEE COMMENTS BELOW)

INVESTIGATOR SIGNATURE: *Detective Almodova*

RECORDS SUPERVISOR: *Alice V. Estrada*

INVESTIGATOR COMMENTS:

General redaction rules apply to all reports in accordance with all applicable Arizona Revised Statues, as well as YPD Operational Policy 7.08 and 7.09. The following will be redacted:
**Originating Agency Identifier (ORI), D.O.B., SSN, Operator's License# (OLN), protected victim/witness information, partial juvenile names, medical information, victim advocate's identifying information, signatures, fingerprints and other agency's documentation.**
*Additional documents/information being redacted/withheld:*

| WITHHELD/REDACTED | WITHHELD/REDACTED |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021





# Yuma Police Department

## Summary

| | |
|---|---|
| **Print Date/Time:** | 06/29/2021 09:39 |
| **Login ID:** | morgaa |
| **Case Number:** | 2021-00015867 |

**ORI Number:**  Yuma Police Department

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2021-00015867 | **Incident Type:** | Child Abuse |
| **Location:** | 3900 S AVE 3 E | **Occurred From:** | 02/26/2021 10 14 |
| | YUMA, AZ 85365 | **Occurred Thru:** | 02/26/2021 10:14 |
| **Reporting Officer ID:** | 6048 - Miner | **Disposition:** | Active |
| | | **Disposition Date:** | 03/17/2021 |
| | | **Reported Date:** | 03/17/2021 13:00 Wednesday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13A | 13-3623B1 (F) | CHILD/VUL ADULT ABUSE-INTENT | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Contact | 2 | Yasher, Erin Christine | 1146 S BRANGUS AVE Yuma, AZ 85364 | (928)261-6775 | White | Male | /1968 52 |
| Investigative Lead | 1 | MENDEZ, Maria GUADALUPE | 3826 W 27TH ST Yuma, AZ 85364 | (928)341-4586 | Unknown | Female | /1965 55 |
| Investigative Lead | 2 | ALVAREZ, VIRIDIANA | 2100 S AVE A E7 Yuma, AZ 85364 | (480)548-3371 | Unknown | Female | /1983 37 |
| Parent/Guardian | 1 | LUCERO, Hannah Marie | | | White | Female | /1992 28 |
| Parent/Guardian | 2 | HITCHCOCK  Katelyn | | | White | Male | /1999 21 |
| Parent/Guardian | 3 | OLSEN, KIMBERLY | | | Unknown | Female | |
| Parent/Guardian | 4 | JOHNSON, LONDON | | | Unknown | Male | /1996 24 |
| Parent/Guardian | 5 | PEDROZA, AMANDA | | | Unknown | Female | |
| Parent/Guardian | 6 | CRECELIUS, STEFANI | | | White | Female | |
| Parent/Guardian | 7 | LOPEZ, FLORAIS | | | White | Female | |
| Parent/Guardian | 8 | WILSON, MARIAH | | | White | Female | |
| Parent/Guardian | 9 | MILLER, JACQULYN | | | Unknown | Female | /1990 30 |
| Parent/Guardian | 10 | BENNETT, KHYERA | | | Unknown | Female | |
| Parent/Guardian | 11 | SPEISER, KRISTEN | | | White | Female | /1998 23 |
| Parent/Guardian | 12 | MCKONE, SAMANTHA | | | White | Female | |
| Suspect | 1 | MCKINSTRY, Valerie | 2086 E 25TH ST Yuma, AZ 85365 | (928)304-0376 | White | Female | /1994 27 |
| Suspect | 2 | MCCOMBS, KATHERINE | 6458 W SUNSET ST Yuma, AZ 85365 | (928)750-6115 | White | Female | /1994 27 |
| Suspect | 3 | ROSAS, JACQUELIN | 1825 E COKER LOOP A YUMA, AZ 85364 | (928)550-2099 | White | Female | /1999 22 |

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021





# Yuma Police Department

## Summary

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 06/29/2021 10:15 | | Yuma Police Department |
| **Login ID:** | morgaa | **ORI Number:** | AZ0140500 |
| **Case Number:** | 2021-00015867 | | |

| Role | No. | Name | | Race | Sex | |
|---|---|---|---|---|---|---|
| Victim | 1 | L███, H███ J█ | ███ | White | Female | ███ 1 |
| Victim | 3 | J███, A███ | ███ | Unknown | Female | ███ 1 |
| Victim | 4 | C███, F███ | ███ | White | Male | ███ 1 |
| Victim | 6 | C███, A██ | ███ | White | Female | ███ 1 |
| Victim | 7 | L███, C███ | | White | Male | ███ 0 |
| Victim | 8 | C███, L███ | ███ | White | Male | ███ |
| Victim | 9 | W███, ███ | | White | Female | ███ 2 |
| Victim | 10 | M███, ███ | | White | Male | ███ 2 |
| Victim | 11 | B███, F███ | ███ | Unknown | Male | ███ 2 |
| Victim | 12 | S███, B██ | | White | Male | ███ 2 |
| Victim | 13 | H███, A██ | ███ | White | Male | ███ |
| Victim | 14 | F███, L██ | ███ | Unknown | Female | ███ 1 ███ |
| Victim | 15 | M███, A██ | ███ | White | Female | ███ 1 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| | | | | | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 06/11/2021 | Evidence | Computer Hardware/Software | | | 3-155 Hard Drive | 189575 | 1 |
| 06/01/2021 | Evidence | Computer Hardware/Software | | | 2-155 Hard Drive of Outdoor Play Area | 189284 | 1 |
| 05/25/2021 | Evidence | Computer Hardware/Software | | | 1-155 Hard Drive with Surveillance Video | 189151 | 1 |
| 03/30/2021 | Evidence | CD | | | 1-6048 mcas surveillance | 187561 | 1 |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021





# Yuma Police Department

## Summary

**Print Date/Time:** 06/29/2021 09:23
**Login ID:** morgaa
**Case Number:** 2021-00015867

**ORI Number:**

Yuma Police **Department**

**Routing:**

- ☐ Liquor Board
- ☐ ADOT
- ☐ Risk Management
- ☐ Yuma County Adult Probation
- ☐ Municipal Court
- ☐ Other LE
- ☐ PMO
- ☐ City Legal
- ☐ City Prosecutor
- ☐ CPS
- ☐ YCJJC
- ☐ County Attorney

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: minerd, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**SYNOPSIS:**
On 02/26/2021 at approximately 1014 hours, daycare employee Valerie MCKINSTRY is seen on video throwing an unknown object at 1-year-old ███████ L███████'S head. This occurred on MCAS at the Child Development Center. On 03/02/2021, MCKINSTRY was placed under arrest in reference to child abuse involving another child at the daycare center (refer to 21-12523). From that incident, MCAS employees elected to review the past 90 days of video footage which is how they came about this current case which was reported on 03/17/2021. MCKINSTRY has not been interviewed in reference to this case.

I request this report be forwarded to the Yuma County Attorney's Office.

**CONNECT-UP REPORT:**
21-12523
21-13248

**ADDITIONAL YUMA POLICE DEPARTMENT PERSONNEL:**
Detective ALMODOVA

**ADDITIONAL SUBJECTS:**
Rachel CAMARGO - MCAS Family Advocacy

**DIGITAL MEDIA:**
Body-worn camera footage has been captured and submitted into the YPD Digital Evidence Management System (DEMS).   Human memory and perception have limitations and video evidence may depict events differently than the report writer perceived during the event or recalled at the time of writing this report.   The report writer did not review the video, in whole or in part, before writing this report.

**EVIDENCE:**
Copy of timestamps to review

**NARRATIVE:**
On 03/17/2021 at approximately 1309 hours, I was dispatched to MCAS Family Advocacy Center about follow-up in reference to 21-12523. I responded to the base where I was directed by PMO to the Family Advocacy Center. I met with the reporting party, Rachael CAMARGO. CAMARGO told me the Family Advocacy unit was in the process of reviewing all of the video footage for the past 90 days from 03/02/2021. CAMARGO said they compiled a list of several incidents they thought was important for the police department to review.

CAMARGO showed me several videos of Valerie MCKINSTRY, who I recognized from the previous case, rough handling several children. The following clips I viewed were what prompted me to generate this report to forward to the County Attorney's Office.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

02/24/2021 and 03/01/20221, MCKINSTRY is seen grabbing the hand of one-year-old A█████ H████████ and hitting him with his hand repeatedly. She also sits him down and shoves his chair into the table forcefully and then hits his head with his hand. She rubs his head seemingly affectionately right after that.

On 02/26/2021 at approximately 1014 hours, one-year-old H████ L██████ is sitting on the ground with other children around her. It appears as if she is listening to another teacher read. MCKINSTRY is sitting on the ground next to her. The video shows MCKINSTRY throw something at the left side of L██████'S head. L██████'S head jerks to the right and she then rubs the left side of her head where the item hit. MCKINSTRY then throws another item at L██████ but it is difficult to see what it is or where it hits.

At approximately 1022 hours, MCKINSTRY is seen on video throwing what appears to be a shoe at L██████'S stomach. It is more of a toss but the item still hits L██████.

I spoke to Erin YASHER who is the head of the Family Advocacy Center. I asked her for a copy of the video and she said she would get it to me ASAP. CAMARGO provided me with contact information for A. H█████████'S mother, Katelyn HITCHCOCK, and H. L██████'S mother, Hannah LUCERO. CAMARGO told me the parents involved had already watched the video.

I called K. H██████████ who told me she saw the video and she did not want to participate in any prosecution of MCKINSTRY. She said they are set to deploy to Japan and do not want any further involvement in the case unless something more severe is seen on video. I called Hannah LUCERO and explained what I observed and she said she had already seen the video. She seemed extremely upset by the incident and wanted to be involved in any court processes and she also wanted to be updated on any future videos involving H████ L██████. Hannah LUCERO did mention H████ came home from daycare once with a bruised eye but she could not confirm how H████ obtained that injury.

On 03/23/2021, I called YASHER because I had not received the video about this case. She explained she had a hard drive with all of the video footage sent over to Detective ALMODOVA. She also told me they continued watching video footage and have 78 videos they would like to show the police department. I asked her to email the video dates and times which she did. I forwarded that email to Detective ALMODOVA. I also spoke to Detective ALMODOVA about how this case should be handled going forward. He reached out to the County Attorney's Office and they said any future updates about the case can be supplemented under this case number.

As of now, I request this report be forwarded to Investigations to be sent to the Yuma County Attorney's Office pending review of all of the video footage.

**NFAT**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: gomezm, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**CONNECT-UP REPORT:**
21-12523
21-13248

**ADDITIONAL YUMA POLICE DEPARTMENT PERSONNEL:**
Detective ALMODOVA

**SUPPLEMENTAL NARRATIVE:**

On 03/29/2021, Detective ALMADOVA requested my assistance in viewing surveillance footage provided by the Child Development Center.

Below is a description of the footage viewed on 03/29/2021:

**VIDEO DATED 03/02/2021**

- Camera 5

- File: Camera5_20210302092959

At 10:14:50, Female employee, MCKINSTRY, grabs the child, presumably A█ C█████ (Identified by CDC staff) from behind, underneath her armpits. She leans forward to place C████ on the floor faster than her feet could keep up and she falls on her bottom. The child does not resist or squirm and stays seated. At 10:14:56, MCKINSTRY grabs the child by the arms from behind a second time and hastily moves her over approximately one foot. Her bottom does come a few inches above the floor and her arms jolt at being dropped the few inches back onto the floor. MCKINSTRY then grabs the toy basket that had been in front of her and throws it approximately 6-8 feet across the room. MCKINSTRY then throws another toy near her in the toy chest closest to her and grabs a toy from another child. Her back is facing the camera and the child is not visible.

- Camera 6

- File: Camera6_20210302093000

At 10:14:50, Female employee, MCKINSTRY, grabs the child, presumably A█ C█████ (Identified by CDC staff) from behind, underneath her armpits. She leans forward to place her on the floor faster than her feet could keep up and she falls on her bottom. The child does not resist or squirm and stays seated. At 10:14:56, MCKINSTRY grabs the child by the arms from behind a second time and hastily moves her over approximately one foot. Her bottom does come a few inches above the floor and she dropped her a few inches back onto the floor. MCKINSTRY then grabs the toy basket that had been in front of her and throws it approximately 6-8 feet across the room. MCKINSTRY then throws another toy near her in the toy chest closest to her and grabs a toy from another child. Her back is facing the camera and the child is not visible.

- Camera 5

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

- File: Camera5_20210302102959

At 10:42:20, MCKINSTRY reaches with her right hand and grabs a male child wearing a black shirt and black shorts, presumably ███ ██████, by his right hand. She grabs him from behind and walks around him to gain a position of advantage and she leads him hastily to another carpeted area of the room. She then walks over to the female child wearing grey pants and a black shirt and pushes her by either her upper back or her head to get her to walk forward. It is unknown why MCKINSTRY did this, as the child was standing by herself and not playing with any toys or at any tables.

At 10:42:40, Female employee wearing black pants and a blue polo short sleeve, with a blonde streak in her brown hair, presumably Jackquelin Salas, interacts with the child presumed to be ███████ ██████. She grabs his right arm with both her hands and walks with him to a different area. She does not walk faster than the child can walk and does not lift his arm higher than it should go. She then turns one female child wearing grey pants and a black shirt around and places her standing up on a play mat and redirects ██████ and another child to the play mat as well.

At 10:42:53, MCKINSTRY reaches with her left hand and grabs the male child wearing a black shirt and black shorts, presumably ███ ██████, by his right arm. He was initially facing her when she grabbed his arm, and when she walked to lead him to a different area, his body was turned quickly in a jerking motion. She leads him a few steps, then picks him up from behind under his arms and lifts him off the ground. His legs swing out to the side as she walks with him. She lifts him to where his head is around her chin level and carries him across the room. She holds him by the undersides of his upper arms, and his arms are above his head as she carries him quickly across the room. She walks out of frame with the child.

At 11:14:31, MCKINSTRY is standing by the bathroom gate and is holding the **hands of the female child** wearing grey pants and a black shirt and a child presumably ███ ██████. ████ is in front of MCKINSTRY to her right and is holding onto the **bathroom gate**. MCKINSTRY is holding ██████'s left arm with her right hand and begins jerking him in a backwards motion approximately 3 times until she leans forward and grabs his right hand off of the gate. Her back is facing the camera so the manner in which she grabs his right hand off of the gate is not in view. She then leads him from behind, holding his right wrist with her right **hand to the** other sink across the room. She has the female child, presumably ███████ ██████, across the room with her as well. MCKINSTRY picks up the female child and places her on a stool in front of the sink. She lets go of ██████'s hand and grabs a cloth from the counter nearby. She begins wiping down one of the children's tables, knocking the hands of another male child off the table in the process. Once she completed wiping down the table, she grabbed ██████'s arms from behind and leads him towards the sink. Once she releases him, ██████ grabs his arm, appearing to have experienced pain or discomfort due to the interaction with MCKINSTRY. He steps away from the sink and when MCKINSTRY turns around after wiping down the other table. She grabs both his arms again and vigorously and in a jerking motion turns him around towards the sink. ██████ appears

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

to be crying. MCKINSTRY steps next to the sink to assist L█████ P█████ in washing her hands. She crouches down to continue to help L█████ P█████ and then turns towards O█████. She addresses O█████ and he still appears to be crying. He attempts to step away from MCKINSTRY and she grabs him underneath the arms and pulls him towards her quickly, and his legs buckle underneath him, forcing him to sit against the cabinets. MCKINSTRY is in the view of the camera so it is unknown if the child hit his head on the cabinets or the manner in which she adjusted him after he was seated on the floor.

At 11:15:59, MCKINSTRY concludes helping L█████ P█████ wash her hands, and grabs her from underneath her arms off of the stool and walks her to a nearby chair. She picks the child up from underneath the arms, and lifts her higher than the seat of the chair and then drops her down into the seat of the chair. She shoves the child's feet under the table and slides the seat in.

At 11:16:05, MCKINSTRY turns towards O█████, who is still seated on the floor by the cabinets and the sink. MCKINSTRY pick O█████ up by the arms, and swings him around to the stool by the sink. She crouches next to O█████ for a moment and then stands back up and grabs a paper towel. She begins trying to dry off his hands but instead ducks his head under the faucet with running water and rubs his head back and forth a few times. She then uses the paper towels to dry his head. She finishes drying him off and picks him up underneath his arms and places him on the ground. He began to walk away and she grabbed him underneath his arms again and then picks him up. She places him on a chair and slides him in to the table. She appears to push him in closer than comfortable and places her hand on the back of the chair to prevent him from pushing out.

After her interaction with O█████, she begins to give out snacks to the children that were seated at the table.

At 11:24:48, Jackquelin Salas observes a child hand a red/orange cup to the child O█████, and she intercepts the pass of the object and pulls the item out of O█████'s hand and places it back in front of the child who attempted to give it to him. This does not appear to be an exceedingly jerking movement and O█████'s arm does not jolt in any quick motion when Salas does this.

At 11:25:10, MCKINSTRY gets up from the table she is supervising and walks over to the other children's table. They all appear to be engaging in snack time. She walks over to a male child, presumably A█████ H█████████ and uses her left hand to pull his chin backwards and his head is facing upwards towards the ceiling. MCKINSTRY's back is facing the camera so it is unknown the manner in which she physically touched the child during this interaction.

- Camera 5

- File: Camera5_20210302112959

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 11:59:56, **MCKINSTRY** is seated on the floor next to a child on a cot. A male child, presumably ▮▮▮▮ ▮▮▮▮, was crawling on the floor near the child in the cot. MCKINSTRY leans forward and grabs his left arm with her right hand and jerks him towards her. She slides him across the floor to her lap and turns him around and holds him.

At 12:00:35, MCKINSTRY is holding the child on her lap and it is unknown if the child is facing her or away from her. She pats her hand approximately 3 times on the child, patting him on the side of the face.

- Camera 5

- File  Camera5_20210302133000

At 14:01:35, MCKINSTRY is seated on the floor, appearing to draw on a board on the floor. ▮▮▮▮ ▮▮▮▮ is in a cot directly behind her on the floor. ▮▮▮▮ is not sleeping and is sitting on his cot with his legs off the edge when he smacks his hand on his leg twice. This catches the attention of MCKINSTRY and she turns around quickly. She places the cap back on her writing utensil and turns her body on the floor, remaining in the seated position, next to ▮▮▮▮'s cot. She reaches with both her hands and grabs the outsides of ▮▮▮▮'s upper arms, just below his shoulders. He is still seated at the edge of his cot. She pushes his upper body down face first into the cot and picks up his legs and places them on the cot. She places his legs on the cot with some force and his legs bounce up slightly. She pulls the blanket out from under him and his legs flop down and he is laying face first in the cot. She places the blanket on top of him, including his head, and begins smacking his back several times, raising her hand approximately one foot from his back and bringing it back down approximately 12-13 times. She appears to use the heal of her palm several times. She then adjusts to remain seated next to ▮▮▮▮ and moves her project that was on the floor closer to her. She continues patting his back approximately 6 times from a higher than normal height and at a faster frequency than normal when comforting a child. She appears to use the heal of her palm to pat ▮▮▮▮'s back. When Salas moves closer to MCKINSTRY and ▮▮▮▮, MCKINSTRY begins to slow down the pats and does so more gently. She begins to rest her wrist on ▮▮▮▮'s back and only pat him with her hand slightly cupped, then when Salas moves away, MCKINSTRY begins hitting ▮▮▮▮'s back with more force and at a higher frequency.

At 14:03:51, ▮▮▮▮ had adjusted his face so he was not completely covered by the blanket, and MCKINSTRY readjusts the blanket over his head and hits his back again several times. ▮▮▮▮'s arm is visible from underneath the blanket and his arm jostles several times from the force in which MCKINSTRY is hitting ▮▮▮▮.

- Camera 5

- File: Camera5_20210302142959

At 14:30:39, MCKINSTRY walks over to ▮▮▮▮ ▮▮▮▮, who is seated at a table appearing to do a craft. She approaches ▮▮▮▮ and forcefully removes something he

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

is holding from his right hand. She then picks him up from underneath his right upper arm and by his left wrist. She takes approximately 2 steps forward, while ▇▇▇▇ is lifted off of the ground. She then drags ▇▇▇▇ backwards towards his chair and forcefully placed him in the chair. MCKINSTRY pushes ▇▇▇▇ into the table so forcefully that the table jostles, her movements are jerky and harsh. She stands up and pushes her hand on the top of his head and walks away. She pulls up a chair and sat next to ▇▇▇▇ and begins gesturing with her finger to him.

At 14:30:41, Maria MENDEZ walks over to the same table that MCKINSTRY is interacting with ▇▇▇▇, and she begins adjusting a chair near them. She does not touch or interact with ▇▇▇▇ and does not interfere with MCKINSTRY's movements in any way. It is unknown why her name was notated by CDC staff regarding this incident.

**VIDEO DATED 03/01/2021**

- Camera 5

- File: Camera5_20210301113000

At 11:57:19, MCKINSTRY approaches a child, A▇▇ H▇▇▇▇▇, who is crawling on the floor next to the chair he was previously seated on. The child begins to retreat as MCKINSTRY approaches him, and she picks him up by the backs of his arms and appears to forcefully lift him up and drop him in his chair. She slides the chair over quickly, his body can be seen leaning to the side of the chair as she pushes it in towards the table. She begins to walk away from the child when she quickly turns around and uses her right hand to take something out of his hands. The child appears to be crying. MCKINSTRY takes a few steps away from the child then turns back around and addresses the child again. Based on the angle of the camera it is unknown how MCKINSTRY interacted with the child.

At 12:17:43, MCKINSTRY approaches a female child wearing a white shirt and blue pants after pointing at her and appearing to discuss the child with another employee. She picks the child up by her arms and appears to lift her up well above the seat of the chair before dropping her on her bottom onto the seat of the chair. She then quickly slides the chair to the table and pushes the child in. She then picks up the child to the left, presumably H▇▇▇ L▇▇▇▇, who was seated in a chair and eating a snack by her upper arms. She stands the child up in front of her and begins dusting off the front of L▇▇▇▇'s pants with her right hand. After a few swipes, she appears to begin using both hands to pat the sides of the child repetitively and with more force than necessary. She then carries L▇▇▇ by the undersides of her arms to the sink area. She begins assisting the child with hand washing. During handwashing, MCKINSTRY appears to use her left hand to temporarily grip the back of L▇▇▇▇'s neck. When completing handwashing, MCKINSTRY grabs a paper towel to dry L▇▇▇▇'s hands, however she also quickly wipes L▇▇▇▇'s face. She takes the child off the stool and walks behind her holding the L▇▇▇▇'s left hand with her right hand. She is holding L▇▇▇▇'s hand over her head to the diaper changing station.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 12:19:05, MCKINSTRY re approaches L███████ after walking away from her and grabs her upper right arm and left arm, turning L█████ around in a forceful motion. She then takes several steps to the diaper changing station at a higher speed than the child is capable of keeping up with.

- Camera 6
- Camera6_20210301113000

At 11:57:19, MCKINSTRY approaches a child, A███ H███████, who is crawling on the floor next to the chair he was previously seated on. The child begins to retreat as MCKINSTRY approaches him, and she picks him up by the backs of his arms and appears to forcefully lift him up and drop him in his chair. She allows him to stand while maintains control with her left hand and grabs the chair with her right hand. She then picks him back up by the backs of his arms and drops him in the chair on his bottom. Once the child is in the chair, he reaches both arms up and gestures towards his upper back/shoulders as if indicating pain or discomfort. The child's mouth is open and he appears to be crying and MCKINSTRY pushes his chair up to the table. MCKINSTRY begins to walk away from the child and something gets her attention and she quickly turns around to readdress the child. She uses her right hand and uses the knuckles of her fingers to grab simulate grabbing something either from the child's nose or mouth and she quickly pulls her hand away in an exaggerated movement. She appears to have her thumb between her index finger and her middle finger, and holds it out for the child to see.   She then displays her hand to the children around and points to her tucked in thumb with her other left index finger. MCKINSTRY kneels back down to the child she had just interacted with and holds her hand close to his face. She appears to gesture to his face, simulating "replacing his nose" with her thumb. The child appears to still be crying and resists MCKINSTRY's touch by recoiling and leaning his head backwards.

At 12:17:43, MCKINSTRY approaches a female child wearing a white shirt and blue pants after pointing at her and appearing to discuss the child with another employee. She picks the child up by her arms and appears to lift her up well above the seat of the chair before dropping her on her bottom onto the seat of the chair. She then quickly slides the chair to the table and pushes the child in. She then picks up the child to the left, presumably H████ L███████, who was seated in a chair and eating a snack by her upper arms. She stands the child up in front of her and begins dusting off the front of L██████'s pants with her right hand. She then uses both hands to dust and then pat the sides of the child hastily. She picks up the child by underneath her upper arms and lifts her off the floor. She carries her to the sink area out of view of the camera.

- Camera 5
- File: Camera5_20210301153000

At 15:35:12, MCKINSTRY approaches a male child, A███ H███████, who is seated at a table. He was scooting his chair backwards away from the table when MCKINSTRY

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021



approaches him. She grabs H█████████ by the back of his right arm with her right hand and pushes him back towards the table. His upper body moves in a quick up and down motion as he is jostled in the chair. MCKINSTRY crouches down next to H█████████. From the camera angle it is unknown how the interaction between H█████████ and MCKINSTRY continued. She stands up and pats his head as she walks away and H█████████ is grasping the top of his head with his right hand. MCKINSTRY walks over to the counter and grabs something and holds it over the table in front of another child. She takes her hand away and stands for a moment looking at H█████████. MCKINSTRY then leans down and grabs the back of H█████████'s chair and pushes him further to the table.

At 15:45:18, MCKINSTRY runs from the diaper changing table to where A████ H█████████ is standing in the center of the room, and he turns in an attempt to run away from her. MCKINSTRY grabs H█████████ from behind by his upper left arm and underneath his right upper arm. She quickly turns him around and swings him in front of her. She places him back on his feet, adjusts him, and then picks him up underneath his upper arms, with his arms raised above his head. She puts him back down and pushes him to continue walking towards a different play area. The child appears to be crying and places his right hand towards his shoulder as if he is experiencing discomfort or pain. The child briefly turns around to look at MCKINSTRY and begins walking away from her when she re approaches him. She walks next to him and uses her hand to push his head towards a carpeted play area. She pushes him faster than he can walk and he falls with his legs separated and he is bent at the waist with his hands on the floor. MCKINSTRY quickly bends down over him and uses her right arm to grab an unknown item and her forearm pushes against H█████████'s face. MCKINSTRY appears to maneuver her arm intentionally to touch H█████████'s face. His head moves in a jerking motion to the right due to MCKINSTRY's arm.

- Camera 6

- File: Camera6_20210301153000

At 15:35:12, MCKINSTRY approaches a male child, A████ H█████████, who is seated at a table. He was scooting his chair backwards away from the table when MCKINSTRY approaches him. She grabs H█████████ by the back of his arms while he is still seated and pushes him back to the table. His back legs of his chair lifts off the ground and his arms go up as she releases him back to the floor. She then adjusts his chair to the left and crouches down next to him. The child grabs his head with both hands and she lifts his chair up and pushes it back down to the floor quickly in a quick motion two times. The child is indicating to his head when MCKINSTRY grabs his right wrist with her right hand and makes the child hit himself in the head several times. The child leans over to the left, to which MCKINSTRY hold her left hand out to prevent him from falling over. She then shakes her head from the left to the right, commonly referred to as "shaking her head no". She stands up and walks away from the child and pats his head. MCKINSTRY hold a card she retrieved from the countertop out to another child across the table and H█████████ reaches out towards MCKINSTRY. She walks behind his

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

chair and grabs his right arm and puts it to his side and then pushes his chair back into the table.

At 15:45:18, MCKINSTRY runs from the diaper changing table to where A███ H███████ is standing in the center of the room, and he turns in an attempt to run away from her. MCKINSTRY grabs H████████ from behind by his upper left arm and underneath his right upper arm. She quickly turns him around and swings him in front of her. She places him standing in front of her and forcefully removes the toy he is holding from his hands and throws it down on the ground. She then turns away from the camera and pushes H████████ to the other carpeted play area. She re approaches H████████ after he turns to look at MCKINSTRY and she pushes him by his head with her right hand to the carpeted play area. H████████ appears to have been pushed too quickly as he falls with his legs separated and bent at the waist. MCKINSTRY kneels down over him to pick up a toy and his body appears to fall to the left. As MCKINSTRY concludes the interaction with H████████ to return the toy to a different play area, he gets off the floor and begins walking away.

**02/26/2021**

- Camera 3

- File: Camera3_20210226192959

At 10:14:10- This time was notated by CDC staff as being an incident of concern. No employees are viewed at this exact time on this camera touching any children. None of the employees in the video appear to be MCKINSTRY. A female employee wearing jeans and the uniform polo short sleeve appears to be singing a song with the children all seated at the two tables near the front of the class. She has a physical interaction with a child at 10:13:49 to help him readjust a pack he is holding to his face. At 10:14:28, she slides a child's chair closer to the table with her foot. She reaches out and touches another child's right hand with her left when they pointed to her. At 10:15:00, she leans down to assist the child holding a pack to his face.

At 10:22:27- This time was notated by CDC staff as being an incident of concern. No employees are viewed at this exact time on this camera touching any children. None of the employees in the video appear to be MCKINSTRY.   An employee is handing out snacks to the children all seated at the tables and another female employee wearing jeans and the uniform short sleeve polo is seated next to a toy chest writing on a piece of paper. No employees physically interact with any children from 10:20:54 until 10:28:57 when a child grabs the badge on one of the lanyards of the female employee wearing jeans and the uniform short sleeve polo, seated next to her. The female employee gently redirects the child and removes the badge from her hand, and she slightly adjusts the child's chair back towards the table.

- Camera 4

- File: Camera4_20210226093000

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 10:14:10- This time was notated by CDC staff as being an incident of concern. No employees are viewed at this exact time on this camera touching any children.

At 10:22:27- This time was notated by CDC staff as being an incident of concern. No employees are viewed at this exact time on this camera touching any children. An employee is handing out snacks to the children all seated at the tables and another female employee is seated next to a toy chest writing on a piece of paper.

Below is a description of the footage viewed on 03/30/2021

**02/26/2021**

---

- Camera 5

- File: Camera5_20210226093000

At 10:13:18, Employee MENDEZ walks to the corner of the room, out of view of the camera, and appears to sit down. No other employees are viewed on the video until MCKINSTRY stands up from the same corner MENDEZ sat down at 10:21:36. MCKINSTRY is seen wearing black pants and a grey jacket with a hood.

At 10:14:10- This time was notated by CDC staff as being an incident of concern. According to the time stamp on this video, it is dated 02/26/2021, and at time stamp 10:14:00, the children are playing all over the room, with approximately 2-3 children standing at or near the tables where they commonly engage in snack time. This footage is conflicting with camera angles 3 and 4, because time stamps, though the same on all the videos, depict exceedingly varying situations.

At 10:22:29, MCKINSTRY and MENDEZ are picking up toys from around the room as the children play. MCKINSTRY picks up a child's black shoe and sits up on her knees, appears to address some of the children on the other side of the room. At 10:22:32, MCKINSTRY briefly holds the shoe up, appearing as if she is going to toss the shoe in the direction of the children. Instead, MCKINSTRY takes approximately 19 shuffle steps across the room towards the group of children she was addressing, and throws the shoe at one of the children with her right hand. The shoe appears to strike one of the children standing up (presumably ██████ ████████), and the shoe falls to her feet. The shoe appears to hit the child's abdomen area or possibly the legs, the camera angle makes this action difficult to see. MCKINSTRY crawls over to the child who sits down, preparing for help to put her shoe back on. MCKINSTRY is behind a toy chest during this interaction and it is unknown the manner in which she interacted with the child.

At 10:24:22, MCKINSTRY approaches a female child, presumably ██████ ████████, who is playing at a table with a toy. MCKINSTRY approaches her from behind and grabs the child's shoulders. The child appears to attempt to evade MCKINSTRY, turning her body and trying to take a step away. MCKINSTRY firmly places her hands around the sides of the toy, and using the child's hands, walks her to the toy chest approximately 5 steps away and makes the child place the toy on the shelf. Once the

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

child does this action, MCKINSTRY releases her grip and the child walks away from MCKINSTRY.

- Camera 6
- File: Camera6_20210226192959

At 10:14:10- This time was notated by CDC staff as being an incident of concern. At 10:13:12, MENDEZ appears to be cleaning up the room as the children play. MCKINSTRY is seated in a corner with a group of children around her and MENDEZ comes and sat down at a couch in the same corner. At 10:21:35, MCKINSTRY stands up from the corner and begins cleaning up the room.

At 10:22:27, MCKINSTRY appears to be picking up toys from around the room as children play. MCKINSTRY kneels down in a carpeted area and picks up a child's shoe. She is facing the children in the room and appears to address a few children standing near a toy chest. One of the female children, presumably H███████ L█████████ turns around. MCKINSTRY begins shuffle stepping on her knees across the room. MCKINSTRY throws the shoe at L█████ with her right hand, strikes the child, and the child slightly steps back and clutches her abdomen area. L████████ kneels down to pick up the shoe and MCKINSTRY crawls towards the child to pick up the shoe. MCKINSTRY assists the child in placing the shoe back on, by rolling up her pant leg and putting the shoe on. The child begins to occupy herself with a toy puzzle next to her. Once MCKINSTRY finishes putting the shoe on the child, she reaches over to a puzzle board that another child is standing on and pulls the board out from under the child with her right hand. She jerks the board out from under him, causing the child to lose his balance. The child braces himself against the toy chest and catches himself, so he does not fall down. He takes several steps to regain his balance. MCKINSTRY begins playing with the puzzle with the child she had assisted putting the shoe on.

- Camera 3
- File: Camera3_20210226153000

At 15:49:00- This time was notated by CDC staff as being an incident of concern. According to the time stamp on this video, it is dated 02/26/2021, and at time stamp 15:49:00, only one female employee is seen on the video footage at the sink cleaning toys. No children appear in the video and no other employees appear in the room. Motion can be seen outside of the room. At 15:51:07, a female subject in a yellow sweater and black pants enters the room with a female child wearing a pink sweater and grey pants.

- Camera 4
- File: Camera4_20210226152959

At 15:49:00- This time was notated by CDC staff as being an incident of concern. There appears to be only one employee in the room at this time. At 15:51:02, a female subject

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

in a yellow sweater and black pants enters the room with a female child wearing a pink sweater and grey pants. She exits the room at 15:54:32 with two children, she had come to retrieve one of them from the play area outside.

- Camera 5

- File: Camera5_20210226153000

Documented in 2021-13248

At 15:49:25, MCKINSTRY is at the diaper changing station holding a clipboard and a pen. There are three children, identified as H█████ L██████, L████ C████████, and A████ H██████████, playing on a step stool next to the sink in the diaper changing area. C████████ appeared to be on the top step, another child, H████████████ is on the bottom step, and a female child, H████ L████████, is attempting to get on the first step of the stool as well. MCKINSTRY's attention is caught by the children, and she places the clipboard and pen down. She reaches for the child on the top step of the step stool, C████████, and grabs him possibly by the undersides of his upper arms. She lifts him off of the step stool and uses his body as means to knock L████ and H████ off of/away from the step stool. The body of the C████████ strikes the head of L██████, and she takes several steps to regain her balance. Her head can be seen quickly leaning to the left as she is struck by the body of C████████ and she grabs the right side of her face with her right hand. H████████ and C████████ are not totally in view of the camera, though it appears they fall to the ground. C████████ and H████████ crawled away onto the carpeted play area.

At 15:52:37 hours, an unidentified female employee wearing jeans and the short sleeve uniform shelter removes a child from a group of children playing, and carries him from underneath his upper left arm, and his right wrist, to a different carpeted play area. She places the child seated on his bottom on the floor and walks away from him. The child appears to be having an emotional moment, and he picks his legs up, refusing to walk. MCKINSTRY appears to gesture to and address child and point to a different carpeted area. She is standing at the diaper changing table changing an unidentified child  After she points to the corner and addresses the crying child, she takes the child she is changing off of the changing table.

At 15:52:53, MCKINSTRY approaches the crying child who is seated on the floor and stands him up in a jerking motion from underneath his upper arms. She then grasps his right wrist with her right hand and leads him to the corner she had been pointing at with her left hand behind his upper body. She walks with him quickly, and the child bounces and he tries to keep up with her. She places him in the corner in an unknown manner and walks away.

- Camera 6

- File: Camera6_20210226152959

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 15:49:26, the clipboard that MCKINSTRY is holding is barely visible on the camera, but her body is not visible. The clipboard was placed on the counter. H███ L████ enters the frame grasping the right side of her face with her right hand and taking steps to balance herself. 3 children, presumably A███ H█████████, L███ C██████, and another unidentified child, crawl away from the corner that is out of view of the camera.

At 15:52:27, a male child wearing a white shirt pushes a female child, presumably H████ L█████, out of the way in front of an unidentified female employee wearing jeans and a short sleeve uniform polo. The employee appears to attempt to correct the behavior. The child attempts to return to the area, and the employee picks him up off the floor by his left upper arm and his right wrist. The child appears uncooperative and picks his legs up off of the floor. The employee readjusts her grip on the child and holds him by the under part of his upper arms and places him in a seated position on a carpeted play area. She walks away from the child, and MCKINSTRY, who is standing at the diaper changing station changing another unidentified child, appears to address the crying child and points to a corner. MCKINSTRY then removes the child she is changing from the changing table, and approaches the child on the floor.

At 15:52:53, MCKINSTRY grabs the male child seated on the floor by hip upper arms and stands him up in a jerking motion. She then grips his right arm with her right hand and leads him to the corner, using her left hand to push against his upper back. The child runs to keep up with her pace and she sits the child down in the corner before walking away.

**VIDEO DATED 02/25/2021**

- Camera 5

- File: Camera5_20210225093000

At 10:38:31, MCKINSTRY is observing children play with toy ride on cars and small tricycles. One child, presumably A████ H█████████, was pushing a toy car near some other children. MCKINSTRY approaches the child and grips the top of the toy car, and pushes it slightly backwards in a quick motion, forcing H█████████ to fall backwards on his bottom and against another child on a tricycle behind him. MCKINSTRY crawls over to him and picks him up underneath his arms, around his torso, and H█████████ appears to be crying. MCKINSTRY stands up and grabs the child's left hand with her right hand and pulls him to a cushioned play area and sits against the wall with him. She walks with him to the cushioned play area. MCKINSTRY appears to be talking to Mendoza, who is standing at the changing table. MCKINSTRY motions with both arms bent at the elbow in repetitive jerking motions back and forth. MCKINSTRY then pulls H█████████ closer to her, but due to the camera angle it is unknown the manner in which she did this.

At 10:39:50, MCKINSTRY approaches Mendoza and the child at the changing table. The child appears to be crying but is not wiggling his head or upper body in any

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

movement to resist the diaper change. MCKINSTRY grabs the child's shoulders and picks up his upper body slightly off the changing table, and puts him forcefully back down. She then holds down his upper body and the child appears to be crying. MCKINSTRY then slides her arms down the child's body and holds his thighs while Mendoza wipes his bottom area. Mendoza then grabs one of his legs to pick his hips slightly up and MCKINSTRY forcefully grips his left leg and pulls it up to his chest. The child attempts several times to push MCKINSTRY's hand off of his leg.

At 10:41:40, MCKINSTRY temporarily sits down in a child's chair in a carpeted area of a room. She observes a child pushing a toy car and he appears to push the car into another car with a child inside of it. MCKINSTRY runs over to the child pushing the car, and he can be seen taking a step back from MCKINSTRY as she runs up to him. She grips his left wrist with her right hand and lifts him temporarily off the ground by his wrist. She drops him back to his feet in front of her (sandwiching the child between the two toy cars) and transfers the child's left arm that is being held over his head to her left hand. She then uses his body to shove the unoccupied toy car out of the way and pushes the child to a different carpeted area by his arms which are still held over his head. She appears to have to loosen his grip on the occupied toy car, however the exact manner that she does this is not viewed by this camera angle. The child grips his forehead with his left hand as if he experiences pain or discomfort and rubs his eyes with his right hand.

At 11:18:56, MCKINSTRY grabs the back of a child's chair, presumably C███████ L██████. The child is either standing up in front of the chair or pushing himself out of the chair to reach up or in front of him. She shoves the chair into the back of the child to buckle his legs, His shirt can be seen being creased in the back from the force of this motion. MCKINSTRY then grabs the backs of his upper arms and lifts him up and drops him farther into the seat of the chair. The child's arms go up from the quickness of this motion and she shoves him into the table. She then immediately grabs the right wrist of another unidentified child with her left hand and leads him around the table at a quick pace. She places the child in the seat of the chair by lifting them off the ground by the back of their upper arms. The manner in which she actually places the child in the chair is not viewed by this camera angle  She adjusts a nearby child's feet underneath the table and then walks over to the other table.

At 11:19:18, a female child, presumably H██████ L██████, appears to be standing or kneeling near a chair with both her hands on the table. MCKINSTRY quickly picks L███████ up by the underside of her upper arms and drops her into the seat of her chair. L████'s upper body is jostled in a way that indicates her bottom was held at a higher height than the seat of the chair. MCKINSTRY then slides the chair in closely to the table and she adjusts L███████ in the seat forcefully enough that L███████'s whole body leans to the left and then the right. MCKINSTRY places both her hands on top of L███████'s head at the conclusion of this interaction and walks away.

- Camera 6

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

- File: Camera6_202125102959

At 10:38:31, MCKINSTRY observes a child, presumably A█████ H████████, pushing a toy car. He pushes the car near some other children and MCKINSTRY runs towards him. She leans down and she takes a long stride towards him and grips the front of the toy car with both hands. She then jerks the car very quickly back and forth, appearing to dislodge H████████'s grip from the back of the car. H████████ falls backwards onto his bottom and his lower back scrapes up against the wheel of another child's tricycle as he falls. MCKINSTRY immediately lets go of the toy car and kneels down to H████████. She crawls closer to H████████ and picks him up under his arms, but gripping around his torso as one normally does with a child. She stands him up and releases him. She then addresses him for a moment before standing up, grabbing his left hand with her right hand, and leads him to a cushioned play area. She sits down and he sits down next to her unassisted. She pulls the child closer to her by his upper right arm and readjusts him as he is seated next to her.

At 10:39:50, MCKINSTRY goes over to Mendoza, who is changing an unidentified child's diaper at the diaper changing station. MCKINSTRY appears to jerk the child's upper body over and leans down over his face. It is unknown how the rest of this interaction went as the camera angle does not view the diaper changing station very well.

At 10:41:41, MCKINSTRY sits down in a child's chair in the corner of the room for a brief moment as she observes some children playing with toy cars and tricycles. One child, presumably A█████ H████████, is pushing a toy car and collides with another toy car occupied by an unidentified child. MCKINSTRY runs over to the H████████ and grabs his left arm and holds it over his head. She then uses her body to shove the toy car he had been pushing out of the way and he appears to grip onto the occupied toy car for balance with his right hand. She uses her right hand to release his grip by jerking his hand up in a quick motion from the car and begins to walk him over to a carpeted play area. She then releases her grip from his arms and pushes him towards a carpeted play area. The momentum from this motion keeps him walking.

At 11:18:57, MCKINSTRY concludes assisting an unidentified child with handwashing. She then sees a child, presumably C█████ L████, standing up in front of his chair. She approaches the child and grips the back of his chair and shoves it into the back of his legs, buckling his legs at the knees. She pulls the chair back slightly and uses her left hand to prevent the child from falling over. L████'s hand go up as the force of the chair hitting the back of his legs force him off balance. MCKINSTRY then uses her right hand to grab the child's right side and pulls him onto the seat of the chair. She pushes L████ into the table and releases her grip. L████'s head leans back and he appears to begin crying. His mouth is agape and he appears stunned from the interaction. MCKINSTRY then grabs another child by his right hand and leads him to an unoccupied chair around the table. She seats the child and then adjusts a nearby child's legs underneath a table.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 11:19:18, MCKINSTRY walks over to the other table and picks up a child kneeling near their chair, presumably H█████ L██████. She picks her up several inches above the seat of the chair and drops her into it. MCKINSTRY shoves L██████'s chair to the table. She makes approximately 5 jerky adjustments to L██████'s chair. The way in which she adjusts L██████'s chair is unusual because this seems like an excess amount of jerky motions than necessary to properly position the child's chair. MCKINSTRY then appears to pick her right hand up as she stands over L██████'s head and bring it back down in a patting motion.

- Camera 5

- File: Camera5_20210225113000

At 12:02:00, MCKINSTRY picks up an unidentified child underneath the upper arms and drops them into the seat of a chair more roughly than necessary. She slides the child into the table.

At 12:02:07, MCKINSTRY appears to rush over to a child at the other table. The unidentified child was taking a drink from a red sippy cup and MCKINSTRY appears to reach with her left hand and forcefully remove the cup from the child, who was actively taking a drink. The child appears to have to reach down to grab the table for balance and once the child regains his balance, they begin rubbing their face.

At 12:03:59, a child, presumed to be H█████ L██████, appears to be on a chair at the tables commonly used for snack time. She is fidgeting in the chair, which catches the attention of MCKINSTRY. MCKINSTRY approaches L██████ and shoves her chair into the table, causing the child's head to snap back at the neck. MCKINSTRY then pulls L██████'s chair away from the table, touches L██████'s legs, and then pushes her back to the table more slowly this time.

At 12:04:10, MCKINSTRY takes several steps towards a child, presumably P████ C██████, who is walking away from the table, and maneuvers him by pushing his upper arms to his body and moving him to the table. She then pulls an unoccupied chair away from the table with her right hand, and picks the child up from underneath his upper arms. She picks him up higher than the seat of the chair and drops him into the seat of the chair. She pushes his chair into the table and releases her grip.

At 12:05:08, MCKINSTRY appears reach down to a child, presumably H█████ L██████, who is kneeling on a chair at a table commonly used for snack time. MCKINSTRY uses her right hand to jerk the chair out from under L██████ and L██████ uses the table to brace herself. The detailed motions of this interaction are difficult to see due to the camera angle. L██████ sits back on the seat and MCKINSTRY slides her chair back into the table.

- Camera 6

- File: Camera6_20210225112959

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 12:02:00, MCKINSTRY grabs an unidentified child by the upper right arm and pulls the child backwards. MCKINSTRY and picks her up off of the ground. The child was walking around the table during snack time. She picks the child up above the seat of a chair and drops her into it before pushing her into the table.

At 12:02:07, MCKINSTRY approaches an unidentified child who is drinking from a red sippy cup and with her left hand pushes the cup and quickly pulls it away, releasing the child's grip and from the child's mouth. The force of this motion pushes the child out of the frame of the camera. The child reenters the frame and touches their face after this interaction.

At 12:03:59, a child, presumably H█████ L█████████, was seated on a chair but she had pushed the chair away from the table. MCKINSTRY kneels down as she pushes L████████ into the table. Due to the camera angle, the manner in which she does this is not able to be viewed. She appears to pull L██████ out from the table for a moment and then pushed her back to the table.

At 12:04:07, MCKINSTRY takes several steps towards a child, presumably F████ C████████. She grabs the upper arms of the child and leads him to an unoccupied chair. MCKINSTRY uses her right hand to slide the chair out from the table and she picks the child up from under the arms several inches off the ground. She lifts him up well above the seat of the chair and drops him into the chair. She then slides the chair into the table and steps away from the child.

At 12:05:08, a female child, presumably H█████ L█████████, was kneeling on her knees on her chair. Her hands were on the table in front of her and she was interacting with the other children at the table. MCKINSTRY walks behind the chair that L████████ is sitting at and MCKINSTRY uses her right hand to pull the back of the chair backwards from under L████████. MCKINSTRY pulls the chair forcefully, and momentarily pauses before pulling the chair slightly back again. L██████████'s left foot appears to fall off the chair during this motion. MCKINSTRY momentarily picks the chair up off the ground and places it back on the floor behind L████████. Due to the camera angle, L████████'s full body is not visible during this interaction. MCKINSTRY slides the chair back into the table.

- Camera 5

- File: Camera5_20210225123000

At 12:40:00- This time was notated by CDC staff as being an incident of concern. All interactions between staff and children are appear to be appropriate and MCKINSTRY does not appear to be visible in the camera view.

- Camera 6

- File: Camera6_20210225122959

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 12:40:00- This time was notated by CDC staff as being an incident of concern. All interactions between staff and children are appear to be appropriate and MCKINSTRY does not appear to be visible in the camera view

- Camera 6
- File: Camera6_20210225142959

At 14:38:03, MCKINSTRY gets up from where she is kneeling by a toy chest after observing a child, presumably P███ C███, seated on the floor next to a table commonly used for snack time. She takes approximately 6 steps towards C███ and reaches for the child sitting on the floor. She removes papers from C███'s hands and sets them on the floor. MCKINSTRY then picks up C███ but his right upper arm and his left arm and picks him up much higher than the seat of the chair  MCKINSTRY then throws C███ forcefully into the seat of the chair at an angle and the chair slides slightly from the force that C███'s bottom hits the chair. MCKINSTRY then pushes the back of the chair into the table. It appears this was causing discomfort with C███ as he attempted to push away from the table slightly but because MCKINSTRY was holding the back of the chair, the table moved slightly instead of the chair. MCKINSTRY removes both of C███'s hands from the edge of the table and extends his arms in front of him and places them on the table top.

- Camera 5
- File: Camera5_20210225142959

At 14:38:03, MCKINSTRY gets up from where she is kneeling by a toy chest after observing a child, presumably P███ C███, seated on the floor next to a table commonly used for snack time. MCKINSTRY approaches C███ and appears to pick him up. Due to the camera angle, it is difficult to view the detailed motions of the interactions. MCKINSTRY appears to drop C███ into a chair and slide him into the table quickly. C███'s head appears to quickly lean back due to the force in which MCKINSTRY pushes the chair up to the table. MCKINSTRY grabs both of C███'s hands and places his hands extended in front of him on the table top.

**VIDEO DATED 02/24/2021**

- Camera 5
- File: Camera5_20210224092959

At 10:08:00- This time was notated by CDC staff as being an incident of concern. There does not appear to be any unusual or inappropriate interactions between children or CDC employees at this time stamp. MCKINSTRY is not visible in the frame.

At 10:10:56 H███ appears standing up and an unidentified hand reaches to grab L███'s right arm and pulls her to the floor. L███ grans the nearby book case for balance and goes out of the frame.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

- Camera 6
- File: Camera6_20210224092959

At 10:08:00- MCKINSTRY appears in the far corner of the room, presumably underneath camera 5. She is in the carpeted play area with several children around her. A child, presumably A█████ H███████, sits on the floor to MCKINSTRY's left. MCKINSTRY and the children appear to be playing with various toys. At 10:08:50, MCKINSTRY reaches out to H████████ with her left hand. H████████ stood up and MCKINSTRY tugs his right arm in a downwards motion and forces him to sit down. H████████'s arm is seen waving as he is on the floor. MCKINSTRY grabs his right arm and jerks him enough for his whole body to slide farther into the frame. There is a quick motion with MCKINSTRY's hand and she appears to have struck H████████'s head with her hand or another object because he immediately recoils and then grabs the top of his head. H█████ L███████ steps in front of the interaction so the following detailed movements are unseen. After L███████ steps out of the way, MCKINSTRY then grabs H████████'s right wrist with her left hand. H████████ appears to have been touching the area in discomfort. She grabs his wrist and begins smacking himself in the head with his own hand, striking him in the face and head approximately 9 times. H████████ proceeds to continue this motion, but with less force on himself. He then maintains contact between the side of his face and his right hand after MCKINSTRY releases her grip.

- Camera 5
- File: Camera5_20210224112959

At 12:05:21, a child, presumably H█████ L███████, appears to be kneeling on her chair at the table commonly used for snack time. L███████ appears to be sideways in the chair, with her right hand stabilizing her against the back of the chair and her left hand on the table top to keep her balanced. Employee Katherine MCCOMBS approaches L███████ and uses her right hand to grab ahold of L███████'s right shoulder. MCCOMBS pushes L███████ backwards off of the chair, while maintaining her grip on her shoulder, and onto the floor. L███████ lands on her right side. MCCOMBS releases her grip from L███████'s shoulder and allows her arm to fall to the ground. L███████ pushes herself up into a seated position and remains on the floor until 12:05:43. L███████ shakes her head form left to right in a motion commonly referred to as "shaking her head no". MCCOMBS picks L███████ up from underneath her upper arms and drops her into the seat of her chair. She pushes the back of L███████'s chair into the table with her foot.

At 12:06:57, MCCOMBS leans down to L███████, who is sitting in the chair she had previously been placed in. L███████ is sitting on her side in the chair, which appears to catch MCCOMBS attention. MCCOMBS reaches down and roughly adjusts L███████. MCCOMBS grabs L███████'s right shoulder with her right hand and leans her in a quick motion to the right, and L███████'s right leg can be seen swinging above the level of the table top. She then re centers L███████'s upper body and releases her grip. L███████

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

shakes her head form left to right in a motion commonly referred to as "shaking her head no".

At 12:07:50, MCCOMBS is handing out something with a spoon from a cup. A child, presumably A█████ J███████, is seated at the table and is leaning to the left, appearing to pick something up off of the ground. MCCOMBS grabs the child's left arm with her right hand and jerks the child to the side to force them to sit up. Once the child's head bobs back up, she pushes the back of their head towards the table and maintains contact with the back of their head for approximately 1 second.

At 12:09:12, H██ L█████ walks to Maria MENDEZ. MENDEZ is patting another unidentified child who is laying on a cot on the floor. MENDEZ points to the floor next to her, appearing to instruct L████ to sit down. L██████ grabs both of her ears as she approaches MENDEZ and MENDEZ sits up on her knees, leans forward, and grabs L██████'s right wrist with her left hand. She pulls L████'s arm to the ground to get her to sit down. L████ sits on her bottom with her legs out in front of her and points with her left index finger to a toy in a toy chest in front of her. She then uses her right hand to point with her index finger and her arm extended to something on the wall to her right. MENDEZ grabs L██████'s right hand with her left hand and forces her hand down to the ground in a jerking motion.

Below is a description of the footage viewed on 03/31/2021:

- Camera 6
- File: Camera6_20210224112959

At 12:05:21, MCCOMBS reaches for H██ L█████ with her right hand, and grabs L████ by the left shoulder. L█████ was kneeling on a chair and had her left hand holding the back of the hair to balance herself and her right hand on the table top to balance herself. MCCOMBS uses a pushing motion while maintaining a grip on L██████'s arm to push L██████ backwards off of the chair and onto the ground. The child was not interacting with any other children at this time and was looking around the room, she also did not appear to be crying or causing a disturbance at the table. MCCOMBS released her grip from L████ and L██████'s left arm hits the ground from the momentum of being pushed off the chair, she falls on her left side, and she uses her right hand to grab onto the seat of the chair. L█████ pushes herself up from the ground with her left hand and stays seated on her bottom on the floor for approximately 17 seconds. L██████ shakes her head from the left to the right in a motion commonly referred to as "shaking her head no".

At 12:05:41, MCCOMBS bends down at her waist to pick up L██████ off of the floor. She picks her up off of the floor by the underside of her upper arms and puts her in the seat of her chair in a swift motion. MCCOMBS then slides the chair into the table using her right knee and L█████ appears to be gripping the sides of her chair by her hip area with her left hand.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 12:06:57, MCCOMBS leans down to ███████, who is sitting in the chair she had previously been placed in. L████████ is sitting on her side in the chair, which appears to catch MCCOMBS attention. MCCOMBS reaches down and roughly adjusts L█████████. MCCOMBS leans her in a quick motion to the right, and L██████'s right leg can be seen flying above the level of the table top and her left leg becomes parallel with the table top. MCCOMBS then brings L███████ centered, she is gripping L████████'s left upper arm with her left hand. L████████ again shakes her head from left to right after MCCOMBS releases her grip from the child.

At 12:07:50, MCCOMBS is handing out something with a spoon from a cup. She approaches the child, presumably A███████ J███████, is seated at the table to the left of L███████. ████████ is leaning to the left, appearing to pick something up off of the ground. MCCOMBS grabs the child's left arm with her right hand and jerks the child to the side to force them to sit up. Once the child's head bobs back up, she pushes the back of their head towards the table

At 12:09:12, H███████ L████████ walks to Maria MENDEZ. MENDEZ is patting another unidentified child who is laying on a cot on the floor. MENDEZ points to the floor next to her, appearing to instruct L███████ to sit down. L████████ grabs both of her ears as she approaches MENDEZ and MENDEZ leans forward, and grabs L████████'s right wrist or hand with her left hand. She pulls L████████'s arm towards the ground to force her to sit. L████████ sits on her bottom with her legs out in front of her and points with her left index finger to something in front of her. She then uses her right hand to point with her index finger and her arm extended to a decoration on the wall to her right. MENDEZ grabs L███████'s right hand with her left hand as L████████'s arm is extended and forces her hand down to the ground in a jerking motion to get the child to stop pointing.

- Camera 5

- File: Camera5_20210224152959

At 15:31:29, MCKINSTRY observes a child, presumably H███████ L████████, on her hands and feet, in a bear crawl position, near a table that is commonly used for snack time. She walks over to L███████, leans down, and picks L███████ up by her torso, underneath her arms, and turns slightly to the right to put the child in a seated position in her chair. She lifts the child several inches above the seat of the chair and drops her in the chair L████████'s feet can be seen swinging in an upwards motion, almost hitting the underside of the table as MCKINSTRY preforms this quick movement. MCKINSTRY then slides L███████'s chair into the table, with the two back legs slightly lifting off of the ground. The other employee, Viridiana ALVAREZ, is assisting a child at the nearby hand wash station and appears to observe this interaction but does not physically interfere or touch L███████.

At 15:31:49, MCKINSTRY appears to approach an unidentified child sitting at the table to the left of L███████ with an item on some sort of fork or similar eating instrument. She uses her right hand extended downwards to the child, appearing to offer the child the item. The child has approximately two sippy cups in front of them, a red and a

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

yellow sippy cup. The child uses their right hand to reach upwards towards MCKINSTRY's hand to grab the item she is offering and MCKINSTRY quickly leans down and grabs the red cup with her right hand and appears to smack the child's hand or arm with the cup before placing it farther away from the child. MCKINSTRY then immediately grabs the yellow cup with her right hand and taps the cup against the child's hands or arms before placing the cup farther away from the child.

At 15:49:00, MCKINSTRY is cleaning the two tables commonly used for snack time. The tables are not occupied by any children at the time. An unidentified child is crawling on the floor near the tables and slides in between the two tables as MCKINSTRY is cleaning them. MCKINSTRY approaches the child from his right side and leans down to pick him up. She picks him up by the underside of his upper left arm with her right hand and the underneath of his right upper arm with her left hand and stands him up in front of her, facing away from her. MCKINSTRY then adjusts her grip on the child and grabs his left arm, holds it above his head, and uses her right hand to push the child forward. She pushes the child a few steps while gripping him, then pushes him forwards towards a cushioned play mat where she releases her grip, but the force of her push sends the child forward on his hands and knees. The child extends his arms to catch himself and stands back up.

At 15:49:34, MCKINSTRY approaches a child, presumably H█████ L███████, who is standing up near the tables she is cleaning. L█████ appears to be being addressed by ALVAREZ, who is across the room changing another child's diaper at the changing station. MCKINSTRY grabs L█████ with both hands and pushes the child in a downwards motion to the floor. The child falls on her backside, and her legs swing up in the air from the force of this motion. MCKINSTRY maintains a grip on the child and appears to allow her to fall onto her back, and her head is protected by a cushion mat. It does not appear that MCKINSTRY was mindful of L████'s head's positioning as she made no effort to protect her head from hitting the floor, however the cushioned mat merely protected the child from sustaining injury due to the way she fell to the floor. Once completely on her back, MCKINSTRY uses her right hand to throw L████'s legs forward, farther onto the cushioned mat, and her left hand to throw L██████'s right upper body as well. MCKINSTRY uses such force during this motion that L██████'s whole body comes several inches off of the floor and MCKINSTRY's own left hand swings towards her own body at the elbow. The child's body hits the floor, and her legs bend at the knees quickly, and her feet land on the ground (in a "sit up") position. MCKINSTRY gets on her knees and crawls over L██████ and appears to get very close to her face to address her. L███████'s shirt can be seen shifted above her belly button exposing her abdomen, but her head is covered by a decoration hanging from the ceiling. MCKINSTRY can be seen kneeling closer to L█████'s head, only a few inches away. MCKINSTRY stands up on her knees and grabs L██████'s right wrist with her right hand and L██████'s left arm with her left hand to stand the child up. She lifts the child up off of the ground to swing her legs out under her, and brings her arms slightly back down to allow her to stand. MCKINSTRY then re adjusts her hold on L█████ and transfers the child's right arm to her left hand, and turns L█████ around

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

facing away from her. MCKINSTRY appears to check the child's pants/diaper. After a few seconds, MCKINSTRY uses both of her hands to pull the child's pants up and uses her right index finger to slightly push the child away from her.

At 15:57:00, MCKINSTRY is placing chairs back at the two tables commonly used for snack time. She is throwing the chairs towards the tables, and a child, presumably ▅▅▅ ▅▅▅, is on his knees by one of the tables. He appears to be occupying a space that MCKINSTRY is attempting to place a chair. MCKINSTRY is holding a single chair in her left hand and leans down to ▅▅▅▅▅▅. She sets the chair down and grabs ▅▅▅▅▅▅'s right upper arm with her right hand and his left shoulder with her right hand. She grabs his left shoulder with her fingers underneath the arm and her thumb on top of the shoulder. She picks him up off of the floor and pulls him backwards towards the chair she had just sat down. MCKINSTRY releases her grip from ▅▅▅▅▅ while his bottom is still several inches above the seat of the chair and drops him into it. ▅▅▅▅▅▅'s hands reach down and his legs go up due to the quick motion. MCKINSTRY slides ▅▅▅▅▅▅ towards the table and his foot pushes the chair across the table out. MCKINSTRY then grabs the toy off of the floor that ▅▅▅▅▅ had been playing with and smacks it on the table in front of him. MCKINSTRY then walks away and continues throwing chairs down around the other table. None of the other children were being forced to sit at the tables, an all other children were engaging in play time around the room.

- Camera 6

- File: Camera6_20210224152959

At 15:30:29, MCKINSTRY is collecting spoons from the children, who are all centered on the tables engaging in snack time. She reaches for a spoon from an unidentified child's hand. The child is seated and drinking from a sippy cup with their head leaning back. They are holding the spoon with their left hand. MCKINSTRY attempts to retrieve the spoon from the child's hand with her right hand. She initially pulls the spoon but loses her grip, so she grabs the spoon again, and pulls the spoon in a backwards jerking motion to release the spoon from the child's grip.

At 15:31:29, MCKINSTRY observes a child, presumably ▅▅▅ ▅▅▅, on her hands and feet, in a bear crawl position, near a table that is commonly used for snack time. She walks over to ▅▅▅▅, leans down, and picks ▅▅▅▅▅ up by her torso, underneath her arms, and turns slightly to the right to put the child in a seated position in her chair. She lifts the child several inches above the seat of the chair and drops her in the chair. ▅▅▅▅▅'s left arm grips the back of the chair in an effort to support and balance herself. ▅▅▅▅'s feet can be seen swinging in an upwards motion, almost hitting the underside of the table as MCKINSTRY preforms this quick movement. MCKINSTRY pushes ▅▅▅▅▅'s legs under the table. MCKINSTRY then slides ▅▅▅▅▅'s chair into the table, with the two back legs slightly lifting off of the ground. The other employee, Viridiana ALVAREZ, is assisting a child at the nearby hand wash

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**station and** appears to observe this interaction but does not physically interfere or touch ▮▮▮▮▮.

At 15:31:49, MCKINSTRY appears to approach an unidentified child sitting at the table to the left of ▮▮▮▮▮ with a snack held between a pair of tongs. She uses her right hand extended **downwards** to the child, appearing to offer the child the item. The child has approximately two sippy cups in front of them, a red and a yellow sippy cup. The child uses their right hand to reach upwards towards MCKINSTRY's hand to grab the item she is offering and MCKINSTRY quickly leans down and grabs the red cup with her right hand and appears to smack the child's left hand with the cup before placing it farther away from the child. MCKINSTRY then immediately grabs the yellow cup with her right hand and taps the cup against the child's left hand in a similar manner before placing the cup farther away from the child.

At 15:49:34, MCKINSTRY approaches a child, **presumably** H▮▮▮▮ L▮▮▮▮▮, who is standing up near the tables she is cleaning. L▮▮▮▮ appears to be being addressed by ALVAREZ, who is across the room changing another child's diaper at the changing station. MCKINSTRY's back is to the camera so the exact details of the following interaction is not known. MCKINSTRY appears to push L▮▮▮▮ to the ground from behind, and L▮▮▮▮ falls on her right side. L▮▮▮▮'s legs swing upwards form the force of MCKINSTRY's push. L▮▮▮▮ appears to be protected by the nearby cushioned mat, and MCKINSTRY appears to make no effort to protect the child's head from the ground. MCKINSTRY momentarily grabs L▮▮▮▮'s left leg around her knee, which is perpendicular to the ground, with her right hand. MCKINSTRY picks the child's body up by her grip on her leg and with a grip on her upper body and picks the child up slightly off of the ground. MCKINSTRY then essentially throws the child by swinging her arms forward and releasing her grip. L▮▮▮▮ is momentarily seen grabbing her right side of her face with her right hand and rolls slightly to look at MCKINSTRY. MCKINSTRY lunges forward on her **knees** and hovers over L▮▮▮▮. MCKINSTRY's hands are on the ground level with L▮▮▮▮'s shoulders and **her head** is lowered, closer to L▮▮▮▮. MCKINSTRY **leans down** by bending her elbows and appears to address L▮▮▮▮ only inches above her head. MCKINSTRY then sits up on her knees and grab's both of L▮▮▮▮'s arms to pick her up. L▮▮▮▮'s feet are picked up off of the floor momentarily **before** she appears to be **standing** in front of MCKINSTRY. MCKINSTRY turns L▮▮▮▮ around by pulling L▮▮▮▮'s right arm with her right hand. L▮▮▮▮ faces away from her and MCKINSTRY **appears** to check the child's diaper. MCKINSTRY adjusts the child's pants and then reaches out to the child once more before she walks away.

At 15:57:00, MCKINSTRY is placing chairs back at the two tables commonly used for **snack time**. She is throwing the chairs towards the tables, and a child, presumably A▮▮▮ H▮▮▮▮▮▮, is on his knees by one of the tables. He appears to be occupying a space that MCKINSTRY is attempting to place a chair. MCKINSTRY is holding a single chair in her left hand and leans down to H▮▮▮▮▮. She sets the chair down and grabs H▮▮▮▮▮'s right upper arm with her right hand and his left shoulder with her right hand. She grabs his left shoulder with her fingers underneath the arm and her

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

thumb on top of the shoulder. She picks him up off of the floor and pulls him backwards towards the chair she had just sat down. MCKINSTRY releases her grip from H███████ while his bottom is still several inches above the seat of the chair and drops him into it. H██████ ███'s hands reach down and his legs go up due to the quick motion. MCKINSTRY slides H████████ towards the table and his foot pushes the chair across the table out. MCKINSTRY then grabs the toy off of the floor that H█████████ had been playing with and smacks it on the table in front of him MCKINSTRY then walks away and continues throwing chairs down around the other table. None of the other children were being forced to sit at the tables, an all other children were engaging in play time around the room.

- Camera 5

- File: Camera5_20210224162959

At 16:36:19 - This time was notated by CDC staff as being an incident of concern. MCKINSTRY is seated on the floor on a cushioned mat and there are multiple children playing around her. She appears to be having a discussion with ALVAREZ across the room. A child, presumably F████ O██████, is playing behind her and MCKINSTRY quickly turns around, addresses O███████, and then turns her head back towards ALVAREZ. She does not reach out to O████████ in any way and does not make any physical contact with him. O█████ begins playing with MCKINSTRY's hair and their interaction does not appear to be negative.

- Camera 6

- File: Camera6_20210224162959

At 16:36:19 - This time was notated by CDC staff as being an incident of concern. MCKINSTRY is seated on the floor on a cushioned mat and there are multiple children playing around her. She appears to be having a discussion with ALVAREZ across the room. A child, presumably F████ O██████, is playing behind her and MCKINSTRY quickly turns around, addresses O███████, and then turns her head back towards ALVAREZ. She does not reach out to O████████ in any way and does not make any physical contact with him. O█████ begins playing with MCKINSTRY's hair and their interaction does not appear to be negative.

**VIDEO DATED 02/23/2021**

- Camera 5

- File: Camera5_20210223072959

At 07:57:53, a child, presumably A███ H████████, approaches MENDEZ from behind. MENDEZ is seated on the floor in a carpeted play area with another unidentified child. H████████ approaches MENDEZ from the right side, and MENDEZ grabs H████████'s left arm above his elbow with her right hand. She adjusts her grip on the child and holds him by his left wrist. She begins to turn her body to the right, while

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

maintaining a grip on the child's wrist, to get him to turn around. H███████ begins to lose his balance, and MENDEZ continues to pull his arm, causing him to fall on his right side. His right arm extends above the top of his head and touches the floor before his head or upper body. H█████████'s mouth is agape and he tilts his head backwards, so it appears he may be crying. MENDEZ lets go of him and turns back around to tend to the child in front of her.

Footage Viewed 04/01/2021:

At 07:58:02, MCCOMBS approaches H██████, shaking her head from left to right. H████████ is still laying on the floor. She bends down to pick H███████ up, and she appears to pick up H████████ by the arm with her right hand. MCCOMBS back is to the camera, so it is unknown the exact details of her movements during this interaction. MCCOMBS turn around with H████████ in front of her. H████████ is resistant to being led to a different play area, and MCCOMBS is still using her right hand to hold H█████████'s right hand from behind. MCCOMBS attempts to side step and to bring H█████████ behind a book case. H████████ takes a step in the opposite direction at the same time, so when MCCOMBS tries to maneuver him behind the bookcase, his body leans to the left side. H█████████ falls to the left side and his right foot comes off the ground as he loses his balance. MCCOMBS leans down and uses her left arm to prevent H█████████ from falling and to pick him up by his left arm. His right arm is still being held above his head by his wrist. H██████████ appears to resist taking any further steps and his knees buckle. MCCOMBS allows him to fall forward onto the carpeted play area. H████████ falls behind the bookcase, out of view of the camera, so the details of their interaction are not seen from this angle. MCCOMBS leans down with H██████████ and then uses the underside of his upper arms to pick him up and stand him up in front of her. H████████ is now holding a toy in both hands, and MCCOMBS pick him up off the floor and maneuvers his body around the bookcase before standing him up and releasing her grip.

- Camera 6

- File: Camera6_20210223072959

At 07:57:57, a child, presumably A██ H████████, approaches MENDEZ from behind as she sits on the floor playing with another unidentified child in a carpeted area. MENDEZ turns to the right as H██████████ approaches and grabs his left hand with her right hand. H█████████ appears to fall to the right. H████████ fell to the ground and MENDEZ maintains a grip on his left hand. She lets go after H████████ and turns back around to the child in front of her.

At 07:58:03, MCCOMBS approaches H████████ and picks him up off of the floor. MCCOMBS uses her right hand to pick H████████ off of the floor by his left hand. MCCOMBS stands H█████████ up and turns him around towards another carpeted play area. She uses her left hand to lead H████████ by his upper back. MCCOMBS back is turned towards the camera, making hers and H██████████'s detailed motions difficult to see. H████████ appears to lose his balance but MCCOMBS maintains a

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

grip on the **child's arm.** MCCOMBS momentarily leans down and appears to use her left hand to grab H███████ in an unknown fashion. H███████ falls to the ground behind a bookcase in a carpeted play area. She picks H███████ off of the floor and carries him underneath him arms around the bookcase.

- Camera 5

- File: Camera5_20210223153000

At 16:14:13, MCKINSTRY is changing a child's diaper, presumably F████ C████. MCKINSTRY is attempting to secure a new diaper to C█████'s bottom, and C█████ is holding his legs up, bent at the waist with his knees to his chest. This appears to be impeding MCKINSTRY's attempt at putting the diaper on, and she grabs ahold of his left knee with her right hand and firmly and quickly pushes his knee down to the changing table mat. MCKINSTRY leans down and appears to address C█████. She then uses her left hand to reach over to the left side of C█████'s body, grab his left hand, and jerks his left arm above his head. MCKINSTRY pulls the child's arm in a way that does not appear to be mindful of how body mechanics work. The way C█████'s arm is jerked while his body is being held down to the table could reasonably cause injury to his shoulder, and his wrist can be viewed bending very quickly at a very sharp angle, potentially risking injury to his hand or wrist. MCKINSTRY quickly releases his hand but the momentum of the jerking of his arm causes his arm to continue moving above his head and his arm or hand appear to strike him in his own face. ALVAREZ appears to witness the entire incident and does not physically intervene.

- Camera 6

- File: Camera6_20210223152959

At 16:14:13, MCKINSTRY is changing a child's diaper, presumably F████ C████. MCKINSTRY is attempting to secure a new diaper to C█████'s bottom, and C█████ is holding his legs up, bent at the waist with his knees to his chest. This appears to be impeding MCKINSTRY's attempt at putting the diaper on, and she grabs ahold of his left knee with her right hand and firmly and quickly pushes his knee down to the changing table mat. MCKINSTRY then reaches with her left hand across to the left side of C█████'s body and jerks his left arm above his head. The exact details of this movement are not captured at this camera angle. ALVAREZ appears to witness the entire incident and does not physically intervene.

## VIDEO DATED 02/22/2021

- Camera 5

- File: Camera5_201220222093000

At 09:55:10, MCCOMBS approaches a child, presumably L████ C████████, who is standing at a toy chest with multiple other children. She appears to reach down to the

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

toy chest and grabs C██████' right hand with her left hand and makes a repetitive back and forth motion along the top of the toy chest.

Footage Viewing 04/05/2021

At 09:55:40, MCKINSTRY approached a child, presumably A███ H████████, who was partially out of view of the camera behind a toy chest. MCKINSTRY knelt down to the child and appears to stand the child up by lifting him up by his arms or hands. MCKINSTRY was momentarily out of view of the camera, so her detailed movements during this interaction were not seen. After MCKINSTRY stood the child up, she then appeared to push H████ by his back away from the toy chest and in the direction of another cushioned play area. The child stumbled but did not fall. As the child walked away, MCKINSTRY appeared to kneel down and pick up an object off of the floor. She appeared to throw the object in the direction of H████████ and the object struck him in the back.

At 10:22:10, MCKINSTRY appeared to observe a child, presumably P████ C██████, interact with other children at a play table. C██████ appeared to stand up next to the table, and MCKINSTRY reached out with her left hand and placed it on the child's right **shoulder** to push him in a downwards motion, in an effort to force him to sit down C██████'s left hand was gripping the table leg next to him, and MCKINSTRY reached **out with her left hand** and smacked his hand in a downward motion to release his grip from the table leg.

- Camera 6
- File: Camera6_20210222092959

At 09:55:10, MCCOMBS approached a group of children standing around a toy chest playing with a toy on the top of the toy chest. She approached a child, presumably L███ C██████. MCCOMBS leaned down and her left arm moved in a repetitive back and forth motion several times along the top of the toy chest, however her back was turned away from the camera and the exact details of her movements were not able to be viewed. After her arm move several times, she appeared to use her right arm to grab C██████' right arm and force it up towards the top of the toy chest in a jerking motion. MCCOMBS then grabbed C██████' left forearm or wrist with her right hand and quickly pulls him away from the toy chest. She led him over to a carpeted play area and pulled his arm in a manner that led him in front of her and down to the floor, in the corner of the carpeted play area. C██████ appeared to hit the right side of his head on the wall and MCCOMBS **leaned down** and used her right hand to push the child's head away from the wall. C██████ appeared to be on the floor and MCCOMBS walked away from the child.

At 09:55:38, MCKINSTRY approached a female child who was holding a toy, and she pulls the toy out of the child's hands. MCKINSTRY then walked around the toy chest to a child who was playing on the floor, presumably A███ H████████. She kneeled down quickly next to H████████ and shoves the toy between his arms, towards his

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

abdomen. The force from this motion pushes the child backwards, and he falls on his bottom. MCKINSTRY then used her left arm to grab the child's upper arm to stabilize him. She maintains a grip on his right arm and places it on the side of the toy and uses her left hand to grab the child's left arm and places it on the opposite side of the toy, attempting to get the child to grab the toy. She held the child by the wrists and raises his arms above his head to stand the child up. MCKINSTRY appeared to forcibly maneuver H█████████'s arms in a way that could injure his shoulders. MCKINSTRY then moved H█████ slightly to the right, and her back was to the camera. The detailed motions of her interaction with the child were not seen from this angle. MCKINSTRY appeared to stand the child up next to the toy chest. After a moment in front of the toy chest, she picked H██████████ up under the upper arms and placed him on the floor to her right. MCKINSTRY used both her hands to effectively push the child away from the toy chest and towards a cushioned play area. H███████ stumbled and MCKINSTRY leaned down to pick up a toy, possibly a ball, off the floor. MCKINSTRY used her right hand to pick up the toy and proceeded to throw the toy in the direction of H████████ and the toy struck him in the back.

At 10:22:10- This time was notated by CDC staff as being an incident of concern. MCKINSTRY was sitting next to multiple children on the floor near the exit door. Her exact movements and the children are out of view of the camera.

- Camera 5

- File: Camera 5_20210222103000

At 11:14:26, MCKINSTRY approached a child, presumably A█████ J████████. JOHNSON was standing by a table commonly used for snack time. All of the other children were seated in chairs around the table, but J███████ had stood up next to her chair. MCKINSTRY approached the child and appeared to pick the child up underneath her arms. MCKINSTRY appeared to pick J█████ up several inches above the seat of the chair and dropped her into the seat. This motion caused the child's legs to go up, and her left leg appeared to land on top of the table top. MCKINSTRY picked up J████████'s left ankle and removed it from the table top. MCKINSTRY then pushed the child's chair into the table.

At 11:23:45, MCKINSTRY approached a child, presumably P████ C██████. C█████ was seated at a chair at one of the tables commonly used for snack time. MCKINSTRY knelt down towards C██████, and she reached down to him with her right hand. She appeared to physically interact with the child, though the details of her movements cannot be viewed by the camera angle. Her interaction with C█████ lasted approximately 7 seconds.

- Camera 6

- File: Camera6_20210222102959

At 11:14:25, MCKINSTRY approached a child, presumably A█████ J████████. █████████ was standing up near a table commonly used for snack time. All of the other

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

children were seated around the table. MCKINSTRY picked up ████████ by the undersides of her upper arms and lifted her several inches above the seat of the chair. She swung the child over the chair and dropped her in the seat. ████████'s left leg landed on the table top when she was dropped into the seat of the chair. MCKINSTRY used her right hand to grab ██████'s ankle and remove her leg from the table top. MCKINSTRY then slid ████████'s chair closer to the table.

At 11:23:44, MCKINSTRY approached a child who was seated at one of the tables commonly used for snack time, presumably P████ C████. C██████ had his right hand inside of an orange cup in front of him, and the cup appeared to be his own assigned cup. MCKINSTRY reached for the child's cup with her right hand and shoved the cup towards his face. She forced the child's head backwards, and the she forced the cup in his mouth. MCKINSTRY proceeded to tilt the contents of the cup into the child's mouth, while his arms raise. MCKINSTRY finished tilting the remaining contents of the cup into the child's mouth and she put the cup down in front of him on the table top. The child appeared stunned for a moment, and he did not move for approximately 5 seconds. C██████ slowly grabs the rim of the cup, very lightly. MCKINSTRY observed this and re approached C████████ and used her right hand to remove his hand from the cup and placed it back down by his side. MCKINSTRY then removed the utensil C██████ was holding in his left hand, and she held next to her face. She appeared to address the other children sitting at the table and then walked to the nearby sink. It is unknown why MCKINSTRY interacted with C██████ in this manner, as he did not appear to be interfering with other children's snacks or drinks and he did not appear to be causing a disruption with his utensils.

- Camera 5

- File: Camera5_20210222113000

At 11:59:41, MCKINSTRY was seated at a table commonly used for snack time. She was seated next to a child, presumably H████ L████. L██████ appeared to be sitting sideways in her chair, with her right arm resting on the back of the chair MCKINSTRY grabbed L██████'s arms and forced her to face the table. MCKINSTRY pushed L██████'s chair into the table.

At 12:00:21, L██████ was seated next to MCKINSTRY at the table commonly used for snack time. L██████ was out of view of the camera momentarily and MCKINSTRY appeared to lean down L██████'s head suddenly snaps up, though it is unknown how the physical interaction between MCKINSTRY and L██████ went. MCKINSTRY pushes the back of L██████'s chair towards the table.

At 12:00:51, L██████ was seated next to MCKINSTRY at the table commonly used for snack time. L██████ turned in her seat to sit sideways and rested her right hand on the back of her chair. MCKINSTRY roughly grabs L██████ by her upper arms and turns her around to face the table before adjusting her chair.

- Camera 6

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

- File: Camera6_20210222112959

At 11:59:41, MCKINSTRY was seated at a table commonly used for snack time. She was seated next to a child, Presumably H███ L█████. L█████ appeared to be sitting sideways in her chair, with her right arm resting on the back of the chair. MCKINSTRY used her left hand to grab L████'s right upper arm, and her right hand to grab L████'s left upper arm. MCKINSTRY roughly moved L████ to face the table in the seat of her chair and then pushed her chair to the table.

At 12:00:21, L████ appeared to be leaning to the right. L████ was still seated at her chair but appeared to be picking up something off of the floor in front of MCKINSTRY's left foot. MCKINSTRY grabbed L████ by the forehead with her right hand and placed her left hand somewhere on the right side. She roughly shoved L████'s head backwards, and her head snapped back up quickly. MCKINSTRY adjusted L████'s chair towards the table.

At 12:00:51, L████ was seated at her chair and had turned towards her right and was seated sideways. Her right arm was resting on the back of the chair. MCKINSTRY roughly grabbed L████'s right upper arm and her left upper arm and turned her around in her chair. MCKINSTRY turned her so quickly that her chair moved backwards. MCKINSTRY adjusted L████'s legs into the chair and she pushed L████ to the table.

- Camera 5

- File: Camera5_20210222143000

At 15:20:29, MCKINSTRY approached a seated child, presumably A████ H██████. H███ appeared to be seated on his bottom in a chair at a table commonly used for snack time. MCKINSTRY was seated at a table behind him and she appeared to lunge in his direction. Her back is to the camera so the exact details of her movements cannot be viewed by this camera angle. She appeared to pull H████ backwards off of his chair, and his head appeared to hit the ground. His feet were seen in the video swinging upwards above the level of the table top. MCKINSTRY appeared to pick the child up and stood his feet on the floor. Her left arm makes a motion in front of his face (it is not seen if she actually makes contact with his face) and he then sat on her right leg. MCKINSTRY appeared to address the child before picking him up, tilting his legs up in the air as she picked him up, and lifted him over the back of his chair. She then sat him in the seat of the chair and pushed him into the table.

At 15:27:06, MCKINSTRY approached a child, presumably H████ L████, who appeared to be seated at a table commonly used for snack time. MCKINSTRY was standing up by the nearby sink and knelt down to L████'s chair. MCKINSTRY quickly pushed L████'s chair into the table.

- Camera 6

- File: Camera6_20210222142959

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

At 15:20:30, MCKINSTRY approached a child, presumably A████ H████████, who was seated **at a table** engaging in snack time. MCKINSTRY was seated **at a table** behind H██████. She appeared to lunge forward and kneels down next to H████████. MCKINSTRY reaches out with both her hands and grabs H████ by the left shoulder and by the back of his chair. She quickly pulls the chair backwards towards the ground, and his head appeared to land on her knee and on her right forearm. MCKINSTRY quickly picked H██████████ up underneath his arms and stood **him up on his feet.** MCKINSTRY used her left hand to remove an item from H█████████'s right hand and something else from his left hand, and she appeared to **put one or both** of the items in his mouth. MCKINSTRY then picked up the chair, which was lying on its back on the floor. MCKINSTRY picked H████████████ up by scooping him up under the backside of his knees. She lifted him over the back of the chair and placed him in the seat of the chair, before sliding him into the table.

At 15:27:07, MCKINSTRY was walking around one of the tables commonly used for snack time. Several of the children are seated around the table engaging in snack time. A child, H████ L██████, was seated at one of the tables and had pushes herself away from the table. MCKINSTRY observed L███████ and **knelt down** near her chair. She roughly pushed L██████'s chair up to the **table** and L██████'s left side of her abdomen appeared to make contact with the table when MCKINSTRY pushed her chair in. L██████ immediately used her left hand and touched her left abdomen.

- Camera 5

- File: Camera5_20210222152958

At 16:00:36, MCKINSTRY runs towards A█████ H████████, who had been pushing the back of a chair across the room. He began to run in the opposite direction when he saw MCKINSTRY approaching him  MCKINSTRY chased the child and leans down once she got close. H███████ appeared to fall to the ground, however, due to the camera angle, it is unknown if MCKINSTRY pushed him or if he fell on his own. **MCKINSTRY** appeared to pick the child up and stood him up on his feet. She turned H███████ around and was holding him underneath both of his upper arms in front of her. She forces the child to quickly walk across the room to the chair he had been pushing, and she uses her hands to maneuver the child's hands to pick up the chair. She roughly turns the child around and began walking towards the table **where the chair** belonged, and the child appeared to stumble multiple times. She uses H█████████'s hands to place the chair underneath the table and then picked him up underneath his arms. MCKINSTRY appeared to pick him up off of the floor and swing his body to the right. His legs swing upwards and she appears to roughly set him on his bottom on the floor. MCKINSTRY sat next to H██████ and addressed him.

16:20:44, MCKINSTRY appeared to follow a child, L███ C███████, to a carpeted play area. C███████ appeared unaware of MCKINSTRY walking behind him. MCKINSTRY quickly leans down and grabs C███████ abruptly underneath his arms. She pushes him forwards and he appeared to lose his balance. MCKINSTRY pushes

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

him farther onto the floor with her left hand and his head appeared to hit the side of a toy chest, and his left leg swung upwards at the force of MCKINSTRY's push. ████████ did not immediately get up and MCKINSTRY used her right hand to push against his back. This appeared to be an attempt to jostle the child to get him to move. MCKINSTRY then roughly picked ████████ up and leaned him forward and she did this so forcefully ████████ appeared to fall forward, towards the bottom left corner of the toy chest. MCKINSTRY appeared to use ████████' hands to pick up multiple toys and place them in the toy chest. She appeared to force the child to pick up 5 toys and then released his hands. MCKINSTRY allows the child to sit for a moment before again grabbing both of his arms and forced the child to continue picking up toys and place them in the toy chest. She appeared to force him to pick up approximately 7-9 more toys and then roughly adjusts the child under his arms. MCKINSTRY appeared to continue physically interacting with the child however the details of her movements are not seen by this camera angle. MCKINSTRY stood the child up and forced him to take a few steps next to the toy chest and continue to pick up toys by maneuvering his hands. MCKINSTRY stood up and led the child in front of her by his left hand to the diaper changing area. MCKINSTRY then picked up the child by the upper arms and lifted him to the changing table.

Footage Viewed 04/06/2021:

- Camera 6

- File: Camera6_20210222152959

At 16:00:23, MCKINSTRY was standing at the diaper changing station. She appeared to observe A███ H██████ pushing a chair by the back across the room. MCKINSTRY began running towards H██████ and H████████ turned around to run in the opposite direction. MCKINSTRY chased H████████ and grabbed him by underneath his right arm and she grabbed the top of his upper left arm. The child fell backwards on his bottom and MCKINSTRY picked up H██████ to his feet. H██████'s right shoe fell off in the process and MCKINSTRY leans down quickly to address him. MCKINSTRY turns H████████ around and walks him towards the chair he had been pushing. She maintains the grip she had on H████████ when she initially grabbed him. She walks H██████ in front of her at a quick pace, and H████████ stumbles multiple times. MCKINSTRY uses the child's hands to pick up the back of the chair and turns him around to take the chair back to the table commonly used for snack time. MCKINSTRY forced the child to hold the chair above his head and walked him at a pace that he is unable to keep up with. She released H████████'s grip from the back of the chair once they arrived at the table. MCKINSTRY then picked H██████ up underneath his arms and swung him upwards and to the right. H██████'s legs swung up parallel to the ground and his bottom was several inches above the ground. She essentially drops the child onto his bottom on the floor, not necessarily completely releasing her grip of him, but releasing the support that was holding him up off of the floor. H████████ leaned to the right and he braced himself with his right hand when he made contact with the floor. MCKINSTRY sat down in front

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

of him and picked up the shoe that had previously fallen off of his right foot.
H████████ was sitting with his legs extended in front of him and MCKINSTRY
grabbed his right leg roughly and jerked it over to her lap so she could put his shoe on
his foot.

At 16:20:45, MCKINSTRY appeared to push O████████ down in a carpeted play area
near a toy chest. His head moved out of frame and the exact details of their interaction
cannot be viewed by this camera angle. MCKINSTRY appeared to be extremely rough
with O████████ and she appeared to pick him up in an unknown fashion. His head
bobbed above the toy chest and then appeared to be brought back down towards the
floor, and MCKINSTRY still had her arms in front of her, as if she was holding the child.
MCKINSTRY appeared to be maneuvering O████████ from the floor to the toy chest
multiple times. Her movements appeared to be jerking in fashion and very rough.
MCKINSTRY stood the child up from behind and began forcing him to pick up toys near
the toy chest by controlling his hands from behind and appeared to force him to put
them away. MCKINSTRY stood up and grabbed O████████ left arm and held it above
his head and began to lead him to the diaper changing area by pulling his arm and
pushing against his upper back with her right hand. She hastily picks up the child and
lays him on the diaper changing table without being mindful of how his head makes
contact with the table. O████████ head slightly bounced up from the table when she
laid him down, because this movement was done roughly. MCKINSTRY appeared to
address O████████ and both his hands appear to have grabbed the sides of the
changing table when he was laid down. MCKINSTRY grabbed both of his hands and
roughly removed his grip, though typically when a child positions their arms and hands
along the sides of the table it does not typically interfere with a diaper change.

**VIDEO DATED 02/19/2021**

- Camera 5

- File: Camera5_20210219103000

At 11:10:50, MCKINSTRY was standing around some children that were seated around
the tables commonly used for snack time. A child, presumably A██ O████████, began to
stand up out of her chair and MCKINSTRY approached her. MCKINSTRY grabbed the
child's left arm and turned her around the face the table. The child appeared to take a
step over her chair with her right foot. MCKINSTRY instead pulled out the chair to the
left from under the table, picked O████ up off of the floor, and dropped O██ in the
seat of the chair. MCKINSTRY pushed O████ 's chair into the table and took a step
backwards.

At 11:23:04, MCKINSTRY appeared to be standing at the counter next to the tables
while the children engaged in snack time. H████████ appeared to be sitting in his
chair and MCKINSTRY leaned down to pick up the green cup sitting in front of him on
the table top. MCKINSTRY appeared to dump the cup in the sink before lunging
towards H████████ and knocking him out of his chair with her right hand onto the
floor. She did not use her left hand to brace his head or break his fall the floor in any

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

way. Once ███████ is on the floor, she uses her left hand to place the green up on the table top. She leaned down, picked up the child, and stood him up on his feet. She then walked him over to the sink, grabbed his hand and put his hand over the sink and released something form his hands. MCKINSTRY walked H██████ back to his chair, sat him in his seat, and then sat on the floor next to him. H███████ was seated for a moment and MCKINSTRY then grabbed H█████████ under his arms and leans his chair back on the back two legs. She allowed the chair to fall backwards and **the child's legs** appear to swing up perpendicular to the ground. MCKINSTRY picked H████████ up under his arms and picked him up off of the floor. She carried him to **the sink commonly** used by the children and stood him up on the step stool. She appeared to rinse off the child's hands at the sink, dried them off with a paper towel and then she carried him back to his chair. MCKINSTRY picks the chair up off of its back and she lifts H█████████ several inches above the seat of the chair. MCKINSTRY dropped H█████████ into the chair, then she cleared his plate and pushed him back into the table. MCCOMBS did not appear to be physically interacting with the child and was seated across the table in a child's chair observing the incident.

- Camera 6

- File: Camera6_20210219

At 11:10:50, MCKINSTRY was standing around some children that were seated around the tables commonly used for snack time. A child, presumably A██ C██████, began to stand up out of her chair and MCKINSTRY approached her. MCKINSTRY grabbed the child's left arm and turned her around the face the table. The child picked up her right foot, appearing to attempt to step over the chair she had previously been seated. MCKINSTRY instead pulled out the chair to the left of the child from under the table, picked C█████'s feet up off of the floor, and dropped C█████ in the seat of the chair. MCKINSTRY pushed C█████'s chair into the table.

At 11:22:57, MCKINSTRY approached A████ H██████ **who was** seated at a table engaging in snack time. MCKINSTRY walked towards H██ and leans down and uses her right hand to slap his left hand away from **something** slightly out of view of the camera. MCKINSTRY grabbed a green cup that was on the table top in front of H█████ and she appeared to dump the contents in the sink. MCKINSTRY then appeared to turn back around and re approach H█████████. She used her right arm to pull the **child off of the** chair out of view of the camera. MCKINSTRY enters the frame carrying H██████ by holding his **right hand**, she walks over to the nearby sink, and then **returns to the child's** chair with H█████████. MCKINSTRY appeared to carry the child back to his chair under his arms **and leaned** down. The child appeared to be in the chair and MCCKINSTRY appeared to sit on the floor nearby but out of frame. H█████████'s mouth is agape, and he appeared to be crying. MCKINSTRY's hand reappeared in the frame and she appeared to grab H█████████ with her right hand by the left side of his neck to drag him to the ground. H███████'s chair front right leg appeared in the frame and H████████'s legs swing **up into** the air, perpendicular to the ground. MCKINSTRY picked H█████████ up underneath his upper arms and

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

swings him up and takes him back over to the sink and then she returns the child to the chair and dropped him in the seat of the chair. MCKINSTRY cleared H█████████'s plate from the table and kicks his chair into the table with her left knee. MCCOMBS did not appear to be physically interacting with the child and was seated across the table in a child's chair observing the incident.

- Camera 5

- File: Camera5_20210219113000

At 11:54:00, MCKINSTRY was seated near a table while multiple children engaged in snack time around the table. H███████ was seated at the table, and MCKINSTRY appeared to observe H█████. MCKINSTRY appeared to lunge towards H███████ and pulled the back of his chair out with her right hand very quickly. H██████'s body drastically leaned to the left because of the force of this motion. MCKINSTRY used her left hand to push H████████ off of the chair by his right side and he fell off the chair to the left. H███████'s shoes were facing with the soles up towards the ceiling, indicating he was most likely on his stomach when he fell off the chair. MCKINSTRY stood up and leaned down at the waist to pick H████████ up. She roughly picks him up with his arms over his head and she gripped his arms. She picked him up off of the floor and carried him over to the sink, stood him on the step stool in front of the sink, and turned on the water. MCKINSTRY appeared to roughly rinse off his hands and MCKINSTRY then ran her hand under the water and scrubbed H█████████'s face. MCKINSTRY grabbed a paper towel from the dispenser behind the sink and appeared to dry H██████████'s face. H███████████'s body leaned backwards and MCKINSTRY appeared to brace his body with her left leg. MCKINSTRY then dried his hands and lifted him off of the stool by his upper arms and carried him back to his chair. MCKINSTRY roughly dropped H████████ into his chair and turned his chair into the table. MCKINSTRY re approached the child and began cleaning the table off with a paper towel. She once again pushes the child's chair in roughly and then knelt on the ground next to H███████. MENDEZ appeared to observe the incident but did not physically intervene.

- Camera 6

- File: Camera6_20210219113000

At 11:54:00, MCKINSTRY was seated near a table while multiple children engaged in snack time around the table. H███████ was seated at the table, and MCKINSTRY appeared to observe H█████. MCKINSTRY appeared to lunge towards H███████ and pulled the back of his chair out with her right hand very quickly. MCKINSTRY used her left hand to push H████████ out of the chair. H█████████ fell on his stomach out of the chair and his arms were sprawled out above his head. MCKINSTRY got out of her chair and picked the child up by his arms and lifted him multiple inches off of the ground. She carried H█████████ to the sink with his arms above his head. MCKINSTRY grabbed the child by his upper arms and carried him in front of her and appeared to slam him in the seat of his chair. MCKINSTRY releases his

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

arms and then turns his chair back towards the table. MCKINSTRY walked back towards the child and wipes the table top in front of him with a paper towel. MICKINSTRY picked up the paper towel off of the table top and appeared to strike the child in the face. She then pushes the child's chair into the table a second time very forcefully. MENDEZ appeared to observe incident at least partially but did not physically intervene.

- Camera 5

- File: Camera5_20210219153000

At 15:50:35, MCKINSTRY approached ████, who was standing in a carpeted play area behind a bookcase, ████ appeared to be by himself and he was not disturbing other children in the area. MCKINSTRY approached him as he was reaching over the book case and she knelt down next to him ████ retracts his right arm from over the book case and appeared to turn to walk away from MCKINSTRY. MCKINSTRY grabbed ████'s left hand with her left hand and turned the child's wrist backwards to turn his body towards her. ████ continues to turn and attempts to turn in the opposite direction to evade MCKINSTRY. MCKINSTRY grabs his right elbow and tugs the child three times towards her. ████ appeared to lean multiple times when she tugged his arm. MCKINSTRY then grabbed ████'s left side and pushes him towards the ground, causing ████ to fall. ████ was mostly out of view of the camera and MCKINSTRY's exact movements are not able to be viewed. MCKINSTRY appeared to use the child's hands to pick up a toy, and when he did not cooperate, MCKINSTRY stood up, maneuvered the child's left hand to grip the toy, and she grabbed his right hand. She then stood up and the child's legs bend at the knees and the **soles** of his shoes can be seen in the video. MCKINSTRY steps on either side of ████'s legs and begins to drag him across the room, out of the carpeted play area. This is done in a way that did not appear to be mindful of a child's body mechanics, and his arms are extended well above his head, with his full body weight being supported by just his wrists. MCKINSTRY drags the child approximately 10 feet behind another book case, partially out of view of the camera. MCKINSTRY stood up and picked ████ up by his arms. MCKISNTRY then grabs the child from behind by his waist and carries him to the diaper changing table. ALVAREZ appeared to observe at least a portion of this interaction and did not physically intervene.

- Camera 6

- File: Camera6_20210219153000

At 15:50:35, MCKINSTRY approached ████, who was standing in a carpeted play area behind a bookcase, ████ appeared to be by himself and he was not disturbing other children in the area. MCKINSTRY approached him as he was reaching over the book case and she knelt down next to him ████ retracts his right arm from over the **book case** and appeared to turn to walk away from MCKINSTRY. MCKINSTRY grabbed ████'s left hand with her left hand and turned the child's wrist backwards to turn his **body towards her.** ████ continues to turn and attempts to turn in the opposite

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

direction to evade MCKINSTRY. MCKINSTRY grabs his right elbow and tugs the child three times towards her. ▇▇▇▇ appeared to lean multiple times when she tugged his arm. MCKINSTRY then grabbed ▇▇▇▇'s left side and pushes him towards the ground, causing ▇▇▇▇ to fall. MCKINSTRY appeared to use the child's hands to pick up a toy, and when he did not cooperate, MCKINSTRY stood up, maneuvered the child's left hand to grip the toy, and she grabbed his right hand. She then stood up and the child's legs bend at the knees and the soles of his shoes can be seen in the video. MCKINSTRY steps on either side of ▇▇▇▇'s legs and begins to drag him across the room, out of the carpeted play area. This is done in a way that did not appear to be mindful of a child's body mechanics, and his arms are extended well above his head, with his full body weight being supported by just his wrists. MCKINSTRY drags the child approximately 10 feet behind another book case, partially out of view of the camera. MCKINSTRY stood up and picked ▇▇▇▇ up by his arms. MCKISNTRY then grabs the child from behind by his waist and carries him to the diaper changing table. ALVAREZ appeared to observe at least a portion of this interaction and did not physically intervene.

---

### VIDEO DATED 02/10/2021

- Camera 3

- File: Camera3_20210210102959

At 10:54:01, MCCOMBS appeared to observe a child, presumably A▇▇▇ J▇▇▇▇▇, pushing around the chair she had previously been seated in around a table commonly used for snack time. MCCOMBS reached down with her right hand to J▇▇▇▇▇'s right upper arm and MCCOMBS slightly picked the child up and moved her over to her right. MCCOMBS maintained a grip on the child's arm and MCCOMBS pulled the chair out with the left foot. MCCOMBS pulled the chair back and roughly pulled the child backwards into the seat of the chair. MCCOMBS adjusts the child's feet under the table and pushes the back of her chair into the table.

- Camera 4

- File: Camera4_20210210102959

At 10:54:01, MCCOMBS appeared to observe a child, presumably A▇▇▇ J▇▇▇▇▇, standing up around the chair she had previously been seated in around a table commonly used for snack time. MCCOMBS reached down with her right hand to J▇▇▇▇▇'s right upper arm and MCCOMBS and roughly moved her over to her right. MCCOMBS maintained a grip on the child's arm and MCCOMBS pulled the chair out with her foot. MCCOMBS pulled the chair back and roughly pulled the child backwards into the seat of the chair. MCCOMBS adjusts the child's feet and pushes the back of her chair into the table.

This concludes the footage I viewed as well as my involvement in this case.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

This report is to be forwarded to YPD Investigations.

NFAT

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: minerd, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

<u>**Narrative:**</u>

On 04/13/2021, I was tasked with reviewing the remainder of the video regarding this case. I reviewed at least 100 video clips of the CDC and interactions between the children and the caretakers. In summary, the MCAS family advocates were reviewing video footage dating back to December in an attempt to observe and document incidents involving caretakers which could amount to criminal charges. The Family Advocacy Program advocates itemized and organized video clips by date, time and involved child. They placed the list into an Excel document which I used to determine which videos to watch. I took over the case from Patrol Support Technician (PST) GOMEZ who started the review PST GOMEZ reviewed and documented her observations using the Excel spreadsheet. She highlighted the videos she reviewed and documented and I continued reviewing and documenting what was left. The following are my observations prior to realizing PST GOMEZ had already reviewed videos. Some of the following videos may be duplicates to her supplement.

**03/01/2021 at 1157 hours file Camera6_20210301113000**

H⬛⬛⬛ is crawling on the floor around the meal table. MCKINSTRY sees him and picks him up by the back of his shoulders and seats him in a chair. H⬛⬛ starts grabbing the back of his neck while crying. MCKINSTRY then looks like she is playing a game where she pretends to take H⬛⬛'S nose and then appears to affectionately pat him on the head.

**03/01/2021 at 1535 hours file Camera6_20210301153000**
H⬛⬛ is seated in a chair around the meal table. He is squirmy in his chair and pushes it away from the table. MCKINSTRY grabs the back of the chair and shoves it into the table in a jerking motion. H⬛⬛ then begins hitting his head with his hand and MCKINSTRY grabs onto his hand and starts hitting his head using his hand.   She does this at least ten times and starts out rough and gets gentler towards the end. She then pats his head in an affectionate manner and walks away. A few seconds later he starts to turn towards her, while still seated and she yanks him to make him face forward.

**03/01/2021 at 1545 hours file Camera6_20210301153000**
MCKINSTRY is changing a diaper for another child and H⬛⬛ is playing with what appears to be a toy truck. He walks around with the trucks and MCKINSTRY appears to be talking to him. She starts to walk towards him and H⬛⬛ turns the other way and starts running. MCKINSTRY then grabs onto H⬛⬛ by his left arm and the right side of his back and upper shoulder. She grabs him and swings him around and then has him drop the toys he is playing with. She then pushes him away towards a corner play area and H⬛⬛ starts grabbing the right back side of his back where MCKINSTRY grabbed onto him. After that she pushes his head forward to get him to walk towards the southeast corner of the room and he falls over.

**03/02/2021 at 1159 hours file Camera6_20210302113000**
MCKINSTRY appears to be getting the kids ready for their daily nap. H⬛⬛ is crawling on the ground in front of MCKINSTRY when she suddenly yanks his left arm and drags him on the ground towards her. She then sits him on her lap. **The Excel spreadsheet provided by MCAS incorrectly lists the child involved as C⬛⬛. It should be noted PST GOMEZ also listed this video in her supplement as involving C⬛⬛ but the correct juvenile is H⬛⬛.

**02/08/2021 at 0931 hours nothing observed**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**02/08/2021 at 1028 hours nothing observed**

**02/09/2021 at 1030 hours file Camera3_20210209103000**
H⬛⬛⬛ is seated at a table eating his lunch and MCKINSTRY is serving the other kids food. H⬛⬛⬛ spills his cup of milk but is still playing with the empty cup. MCKINSTRY forcefully grabs the cup from H⬛⬛⬛'S hand, pulls him up and out of his chair by grabbing onto his right wrist, yanks something out of his left hand, and then drags him on the ground while holding his right hand/wrist area. She drags him to the sink and pulls him up by the wrist onto a small bench where she wets a towel and hands it to him. She then grabs him by the waist, places him on the ground forcefully and pushes him in the back with her hand. She pushes him towards the area where he was sitting before and he stumbles to maintain his balance. H⬛⬛⬛ then cleans up the milk he spilled on the table and floor. H⬛⬛⬛ then walks back towards the table and MCKINSTRY grabs onto him and seemingly slams into his chair to sit him down. She then shoves his chair into the table so his stomach area hits the table. When she shoves his chair in she did it hard enough to cause the table to move forward.

**02/09/2021 at 1048 hours file Camera3_20210209103000**
H⬛⬛⬛ is still sitting at the table eating. He keeps trying to get up and scoot his chair back. MENDEZ adjusts him in his seat and then shoves the seat into the table causing his stomach to hit the table. When she shoves his chair in she did it hard enough to cause the table to move forward.

The following videos are what I observed and documented which are not listed on the Excel spreadsheet as being reviewed by PST GOMEZ. The following videos are organized by child and the first portion pertains to videos involving H⬛⬛⬛.

**02/18/2021 at 1552 hours file Camera6_20210218153000**
H⬛⬛⬛ and several other juveniles are playing while MCKINSTRY is near the changing station. The kids are near the reading mat and MCKINSTRY walks towards them quickly. She picks H⬛⬛⬛ up by both of his bicep/tricep area. It looks like she forcefully places him on the ground and then grabs C⬛⬛⬛ roughly and places him on the ground. She then grabs L⬛⬛⬛ by her left arm and yanks her arm to force her from a standing position to a sitting position. She then grabs L⬛⬛⬛ by the armpits and seats her on her on the ground. MCKINSTRY then sits with the kids for a couple of minutes. I then watched this same video from camera 5 which is **file Camera5_20210218152959**. This angle shows H⬛⬛⬛ squatting playing with a toy. When MCKINSTRY grabs onto him it is hard enough to knock the toy out of his left hand. She then picks him up and carries him to the corner where they are out of view. It does not show when she grabs onto L⬛⬛⬛ or C⬛⬛⬛. **(Duplicated under C⬛⬛⬛' and L⬛⬛⬛'S incidents)**

**02/18/2021 at 1145 hours Camera6_20210218113000**
H⬛⬛⬛ was originally sitting at the table eating and then stood up for several seconds. MCKINSTRY stands up and from the other table she was sitting at and goes over to H⬛⬛⬛. She grabs a spoon he has in his mouth that he is holding in his hand. She throws the spoon on the ground and then grabs H⬛⬛⬛ by both of his tricep/bicep area and sits him on the ground. MCKINSTRY sits on the ground next to him. This occurred in front of MCCOMBS and POWERY.

**02/18/2021 at 1007 hours file Camera6_20210218093000 and 02/18/2021 at 1008 hours**
All of the kids are in the southeast corner of the room with MCKINSTRY. She is passing around what appears to be a plastic bag with toys in it and the kids are selecting something from within

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

the bag. H███████ selects his toy and walks away from the group while tossing his toy onto the ground. MCKINSTRY goes over to him and stands up. She grabs onto just his left wrist and drags him back to the play mat where the other kids were at. When she grabs onto his wrist she is lifting him up off the ground slightly while dragging him. She seats him down and then throws the toy on the ground in front of him. This can also be observed from camera 5 **Camera5_20210218092958.** After this incident, they all sit around and appear to be listening to MCKINSTRY read. H███████ takes off running away from the group. MCKINSTRY goes after him and grabs him around his waist. She takes him back to the reading area and kind of flings him forward before forcefully sitting him on the ground.

**02/18/2021 at 0951 hours file Camera5_20210218092958**
MCKINSTRY is on the ground putting toys away and H███████ appears to be in her way. She grabs onto him under his arms and sits him on the ground out of her way. He crawls out of view and she grabs onto him and looks like she is yelling at him. She then pushes him, while still holding onto him, away from her and he starts crying. When I watched this video from camera 6 **Camera6_20210218093000** I could see H███████ messing with what looks like photographs on the north side of the changing table. MCKINSTRY then goes over to him and grabs onto this right hand. She then proceeds to hit his head forcefully with his own hand. This is when she pushes him away and he is crying.

**02/18/2021 at 0909 hours file Camera6_20210218083000**
H███████ is sitting at the table eating but keeps trying to get up. MCKINSTRY pushes his chair in and stands behind it so he cannot push it out. H███████ starts crying but it does not appear MCKINSTRY did anything to cause him harm. He then starts playing in a spill mess on the table and MCKINSTRY grabs onto his arm to stop him.

**02/18/2021 at 1549 hours file Camera5_20210217152959**
H███████ Is playing with a play mop and hits or is close to hitting other kids several times. MCKINSTRY is playing with other kids at this time and appears to notice H███████. She grabs the mop from him semi forcefully and places it on the ground. She then walks and continues cleaning. H███████ just picks the mop up and continues playing with it.

**02/18/201 at 1516 hours file Camera5_20210217143000**
The kids are around the table with food and drinks. MCKINSTRY is talking to other children when H███████ tips his drink all the way back, presumably spilling on himself. He then throws the cup away from him. MCKINSTRY then gets up and yanks him out of his seat with one on hand on his wrist and one on his bicep/tricep area. She then drags him to where the cup was at and makes him pick it up. She pulls him to the sink and lifts him off the ground in the process and has him throw the cup in the sink. She then pulls him to another sink where she splashes water on his face, wipes it off and then puts him down. This occurred in front of ALVAREZ and can also be viewed on camera 6 **Camera6_20210217143000.**

**02/17/2021 at 1159 hours file Camera6_20210217143000**
H███████ is sitting at the table eating and starts to scoot his chair back and even gets up and tries to walk away. MENDEZ picks him up and places him in the chair. He then starts playing in the food so she takes the food away and pulls his arm backwards. He had food in his hand which she did not take and once she noticed it was there she removed it. H███████ did not start crying until MENDEZ took the food away.

**02/17/2021 at 1129 hours file Camera6_20210217103000**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

H████████ **is sitting** at the table eating and MCKINSTRY is sitting on a stool drinking something. H████████ throws himself to the floor and starts kicking his chair in while lying on the ground. MCKINSTRY gets up and grabs onto H████████ standing him up. She then slams him into his chair and shoves his chair into the table hard enough to make the table push forward. The table hit H████████'S stomach area and he immediately starts crying. MCKINSTRY then grabs his food and takes it away. H████████ starts throwing his head back and MCKINSTRY grabs the back of his neck/head area with one hand and shoves his head so he's facing forward. H████████ is seen crying after this. MENDEZ was standing there watching during this time.

**02/17/2021 at 0947 hours file Camera6_20210217093000**

H████████ is seated at the meal tables and throws a tow on the ground. MCKINSTRY walks over and shoves his chair into the table and picks up the toy. She then places it gently in front of him and pushes buttons on the toy as if showing him how to use it

**This next set of videos are what I observed and documented and pertain to** L████████.

**02/18/2021 at 1552 hours file Camera6_20210218153000**

H████████ and several other juveniles are playing while MCKINSTRY is near the changing station. The kids are near the reading mat and MCKINSTRY walks towards him quickly. She picks H████████ up by both of his bicep/tricep area. It looks like she forcefully places him on the ground and then grabs C████████ roughly and places him on the ground. She then grabs L████████ by her left arm and yanks her arm to force her from a standing position to a sitting position. She then grabs L████████ by the armpits and seats on her on the ground. MCKINSTRY then sits with the kids for a couple of minutes. I then watched this same video from camera 5 which is **file Camera5_20210218152959**. This angle shows H████████ squatting playing with a toy. When MCKINSTRY grabs onto him it is hard enough to knock the toy out of his left hand. She then picks him up and carries him to the corner where they are out of view. It does not show when she grabs onto L████████ or C████████. **(Duplicated under C████████' and H████████'S incidents)**

**02/18/2021 at 1001 hours file Camera5_20210218092958**

L████████ is standing in front of MCKINSTRY who is seated on the ground. L████████ is playing with what appears to be a spoon or something similar. MCKINSTRY reaches over it and yanks it from her hand but pushes it slightly forward into her face before removing it from her hand. You can see L████████'S head push jerk backwards and she then grabs her face for a second before going back to playing.

**02/18/2021 at 0909 hours file Camera5_20210218082958**

L████████ is playing at the table and keeps getting in and out of her chair. She is on the ground when MCKINSTRY picks her up rapidly in a jerking motion **and sits** her down in her seat. MCKINSTRY then pushes the chair in hard enough to whip L████████'S body forward. L████████ then starts rubbing her left arm where MCKINSTRY had lifted her up from. This video can be viewed better on **file Camera6_20210218083000**.

**02/17/2021 at 1515 hours file Camera6_20210217143000**

L████████ is sitting at the meal table with other children. There is a blonde male toddler wearing a red or orange shirt. MCKINSTRY is sitting on the ground behind both juveniles and kicks the leg of the little boy's chair in what appears to be a prompt for him to face forward. When she

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

kicks the chair L███████ looks back towards him and MCKINSTRY kicks the back of her chair with enough force to push her into the table while jerking her body in the chair.

**02/16/2021 at 1546 hours file Camera5_20210216153000**
MCKINSTRY is on the north side of the room near what appears to be a closet. L██████ followed her over there and started walking away from her. MCKINSTRY grabs ahold of L██████'S left arm causing her to drop her book. She then forces L██████ to grab the book from the ground and pulls her to the book shelf and has her put the book away. She keeps pulling her towards the changing station and spins her around by holding just her wrist. MCKINSTRY places L██████ on the changing table and pats her stomach.

**02/16/2021 at 1157 hours file Camera6_20210216113000**
L██████ is sitting at the meal table with food. MCKINSTRY is cleaning up the mess made by the other kids. L██████ is halfway sitting in her chair facing away from the table. MCKINSTRY grabs onto what appears to be the top of L██████'S head and pulls it back while standing over her talking to her. She then pushes her chair into the table and moves to clean the chair of a little blonde boy who is standing up next to L██████. MCKINSTRY then sits the little boy down and shoves his chair into the table in a jerking motion. When watched from camera 5 file **Camera5_20210216113000** you can see MCKINSTRY place her hand on the top/forehead area of L██████'S head. She then pushes her down in her seat.

**02/16/2021 at 1147 hours file Camera6_20210216113000**
L██████ is sitting at the table across from MCKINSTRY. L██████ is sitting halfway on her seat playing with something on the seat and possibly eating something at the same time. She then starts to lean towards the ground and MCKINSTRY stands up, reaches over the table and nudges L██████ off of the chair. L██████ falls to the ground and MCKINSTRY then taps on the chair as if prompting her to sit down in the chair. This was witnessed by MENDEZ.

**This next set of videos are what I observed and documented and pertain to C██████.**

**02/25/2021 at 1204 hours file Camera6_20210225112959**
C██████ is walking by the meal table and MCKINSTRY picks him up forcefully and sets him down hard in the chair. She then shoves the chair into the table. His head bounces when she sets him down and his body pushes forward when the chair gets pushed in.

**02/24/2021 at 1609 hours file Camera5_20210224152959**
C██████ is laying on one of the meal tables and MCKINSTRY is sitting at a table next to him. She sees him on the table and gets up and grabs a hold of his right leg and drags him off the table. C██████ falls to the ground hitting his abdomen on the floor. It appears as if his head hit the table but it is too hard to see in this portion of the video. **Camera6_20210224152959** shows part of the video but the rest of it is out of view of the camera. It shows MCKINSTRY pulling C██████ off of the table but does not show him hitting his head or landing on the ground. *This would be better viewed on camera three but I do not have that angle for this date.**

**02/12/2021 at 1608 hours file Camera3_20210212153000**
C██████ and MCKINSTRY are the only ones left in the room. They are sitting across from each other and playing with a toy. C██████ looks like he tries to place it in his mouth and MCKINSTRY stops him by pulling it away. They continue playing with no observed issues.

**02/12/2021 at 1100 hours file Camera3_20210212103000**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

MCKINSTRY is sitting on the ground with ▉▉▉▉▉ for a couple of minutes playing with her hair. ▉▉▉ is getting his diaper changed by MENDEZ. Once ▉▉▉ is done, MCKINSTRY points towards the door as if telling him to go outside. He walks away and she then grabs him by his left wrist and also stands ▉▉▉▉ up by pulling her up from her wrist. MCKINSTRY walks quickly ahead of the children while still holding their wrists. ▉▉▉▉ and ▉ appear to be struggling to keep up with her. At one point ▉▉▉▉ slams into a small wooden shelf and MCKINSTRY keeps pulling her to go outside. ▉▉ hits the shelf hard enough it jerks her to the side. They go outside for a second or so and then return inside where MCKINSTRY drags the children in the same manner. She places ▉▉▉▉▉ on a cot and sits back down at the table with ▉▉▉▉ sitting in front of her on the ground.

**02/12/2021 at 1052 hours file Camera3_20210212103000**
▉ is walking to some toys and MCKINSTRY stops him by yanking on his arm. This causes him to lose his balance and stumble backwards. He did not fall down. She then pulls him by the arm to a chair where she sits him in the chair and shoves the chair into the table. This occurred in front of MCCOMBS.

**This next set of videos are what I observed and documented and pertain to ▉▉▉▉▉.**

**02/12/2021 at 1055 hours file Camera3_20210212103000**
▉▉▉▉ is sitting across from MCKINSTRY at the table. ▉▉▉▉ starts lifting her dress up and getting out of her chair. MCKINSTRY gets up hurriedly from the table where she is seated across from ▉▉▉▉. She walks to ▉▉▉▉ and grabs her by her left wrist and right bicep/tricep. She pulls her to where she (MCKINSTRY) was originally sitting and folds her forward before firmly sitting her on the ground. Once she is seated on the ground, ▉ starts crying and MCKINSTRY starts rubbing her face and head.

**02/12/2021 at 1037 hours file Camera3_20210212103000**
▉▉▉▉ is seated at the table across from MCKINSTRY eating her food. She is kicking the feet of a little boy next to her and he is also kicking her feet. She is also playing with a cup which MCKINSTRY yanks out of her hand and throws into the sink. About a minute goes by and MCKINSTRY moves ▉▉▉▉'S plate from in front of her. ▉▉▉▉▉ appears to be playing with something, possibly food, and MCKINSTRY grabs it out of her hand. When she grabs whatever is in her hand she hits ▉▉▉▉'S face with her own (MCKINSTRY'S) hand. She then starts playing with something in her other hand and MCKINLEY grabs it out of her hand. She starts to lean back in her chair and MCKINSTRY pulls the chair into the table roughly. This occurred in front of MENDEZ. You can also see this on camera 4 file Camera4_20210212103000 which actually shows ▉▉▉▉▉'S hand hitting her face.

**02/18/2021 at 1158 hours file Camera6_20210218113000**
▉▉▉▉▉ and ▉▉▉▉ are sitting at separate tables. ▉▉▉▉▉ is scooting his chair back and moving around in it. MCKINSTRY grabs onto the chair and shoves the chair into the table hitting ▉▉▉▉' stomach area on the table and causing the table to slide forward. ▉ is sitting at the table and starts to get out of her chair and walking around. MCKINSTRY picks her up and jerks her to the side and then sits her down in the chair roughly. (Duplicated under ▉▉▉▉▉▉' incidents)

**This next set of videos are what I observed and documented and pertain to ▉▉▉▉▉▉.**

**03/02/2021 at 1138 hours file Camera5_20210302112959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

█████ is sitting in a chair during what appears to be lunch. MCKINSTRY is sitting at a separate table. I do not see █████ doing anything other than sitting at the table and looking around. MCKINSTRY gets up from her table and walks over to █████, grabs a hold of him out of the chair and sits him on the ground near the sink. She then proceeds to take care of the other kids. While sitting on the ground, █████ seems to get bored and starts looking around and getting on his knees. MCKINSTRY then grabs a hold of him and firmly sits him on the ground. After a few seconds of sitting, █████ gets up and walks to the table to sit down.

**02/18/2021 at 1158 hours file Camera6_20210218113000**
█████ and █████ are sitting at separate tables. █████ is scooting his chair back and moving around in it. MCKINSTRY grabs onto the chair and shoves the chair into the table hitting █████' stomach area on the table and causing the table to slide forward. █████ is sitting at the table and starts to get out of her chair and walking around. MCKINSTRY picks her up and jerks her to the side and then sits her down in the chair roughly. **(Duplicated under █████'S incidents)**

**02/18/2021 at 1552 hours file Camera6_20210218153000**
█████ and several other juveniles are playing while MCKINSTRY is near the changing station. The kids are near the reading mat and MCKINSTRY walks towards them quickly. She picks █████ up by both of his bicep/tricep area. It looks like she forcefully places him on the ground and then grabs █████ roughly and places him on the ground. She then grabs █████ by her left arm and yanks her arm to force her from a standing position to a sitting position. She then grabs █████ by the armpits and seats on her on the ground. MCKINSTRY then sits with the kids for a couple of minutes. I then watched this same video from camera 5 which is **file Camera5_20210218152959**. This angle shows █████ squatting playing with a toy. When MCKINSTRY grabs onto him it is hard enough to knock the toy out of his left hand. She then picks him up and carries him to the corner where they are out of view. It does not show when she grabs onto █████ or █████. **(Duplicated under █████'S and █████'S incidents)**

**02/12/2021 at 0651 hours file Camera3_20210212063000**
MCCOMBS is sitting with █████ and another child at the play mat below the mailboxes. █████ is playing with a bucket of toys and MCCOMBS yanks it away from him. He looks like he starts to walk away from her and she grabs onto his left arm to pull him back to her in a jerking motion. She then grabs both of his arms and walks him to a mat where she lays him down. He gets up and starts walking back to play.

Officer BAISCH took over reviewing videos which concludes my involvement for now.
**NFAT**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: baischj, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**NARRATIVE:**

On 04-21-2021, I was tasked with reviewing video regarding this case. I reviewed at least 100 video clips of the CDC and interactions between the children and the caretakers.   The following are my observations.

**03-02-2021 0759 hours Camera5_20210302072959 Camera6_20210302073000**
Nothing of note seen.

**03-02-2021 0819 hours Camera5_20210302072959 Camera6_20210302073000**
Nothing of note seen.

**03-02-2021 0925 hours Camera5_20210302082959 Camera6_20210302083000**
A█ C███████ was standing by the shelves.   MCKINSTRY took C██████'s hands and put them on top of a shelf and moved C█████'s hands back and forth, as if she was making C█████ wash the shelf.   MCKINSTRY then picked C█████ up and laid her down on the matts, face down.

**03-02-2021 0927 hours Camera6_20210302083000**
A█ H███████ was standing on one side of a set of shelves and MCKINSTRY was on the other side.   H███████ had a toy keyboard on top of the shelves. MCKINSTRY grabbed the keyboard and shoved it across the shelves towards H███████.   The keyboard appeared to strike H███████ in the face, causing his face to be moved back.   H███████ moved away from her and MCKINSTRY caught him and placed him in a chair at the half circle table.

**03-02-2021 0929 hours Camera6_20210302083000**
A█ H███████ was seated at the half circle table.   MCKINSTRY took him by the right arm and walked him over to the matts where H███████ fell down on his knees. MCKINSTRY took him by the arms and laid him on his back.   She grabbed him by the feet and spun him 180 degrees.   She then grabbed him by the legs and lifted his legs above his head so his back was on the ground and his feet were lifted in front of his face.   She did this twice very quickly.

**03-02-2021 1217 hours Camera5_20210302112959**
MCKINSTRY was seated on the ground next to a child on a cot.   P█████ C██████ was seated on MCKINSTRY's lap.   C█████ laid down on a different cot and MCKINSTRY patted him on the back.

**02-26-2021 1027 hours Camera5_20210226093000 Camera6_20210226092959**
Nothing of note seen.

**02-26-2021 1039 hours Camera5_20210226103000 Camera6_20210226102959**
Nothing of note seen.

**02-26-2021 1442 hours Camera6_20210226142959 Camera5_20210226143000**
Nothing of note seen.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**02-24-2021 1111 hours Camera5_20210224102959 Camera6_20210224102959**
MCKINSTRY was walking several children to the half circle table.   She picked up
P███ C███ and dropped him into a chair and pushed the chair forward.

**02-24-2021 1502 hours Camera5_20210224142959**
Nothing of note seen.

**02-24-2021 1634 hours Camera6_20210224162959 Camera5_20210224162959**
P███ C███ was playing by the half circle table.   MCKINSTRY grabbed him and
picked him up and walked him to the matt where she pushed him to the ground on his
back.

**02-22-2021 1046 hours Camera5_20210222103000**
Nothing of note seen.

**02-17-1101 Camera6_20210217103000 Camera5_20210217102959**
Nothing of note seen.

**02-17-2021 1201 Camera6_20210217113000**
A███ H███ was seated at the half circle table.   Maria MENDEZ pushed his
chair forward and he started crying.   He then pulled his left hand out from underneath
the table, it appeared that he hurt his left hand when she pushed the chair forward.

**02-17-2021 1554 hours Camera5_20210217152959**
A███ H███ was next to a shelf.   MCKINSTRY crawled over to him.   She
pushed him to the ground.   H███ tried to get away but MCKINSTRY grabbed
him by his leg and pulled him to her.

**02-16-2021 1200 Camera6_20210216113000**
C███ L███ was standing by the half circle table.   MCKINSTRY picked up L███
and placed her in a chair and shoved the chair forward causing L███ to strike the
table, moving the table a small amount.

**02-12-2021 0919 hours Camera3_20210212083000 Camera4_20210212083000**
███ W███ was standing in front of MCKINSTRY, who was seated on the ground.
MCKINSTRY took hold of W███'s arm.   W███ was turning her head back and
forth, it appeared she did not want to look at MCKINSTRY.   MCKINSTRY grabbed both
of W███'s hands and aggressively jerked W███ around and close to
MCKINSTRY.   MCKINSTRY placed her face very close to W███'s face, it appeared
she was speaking to W███ L. R███ M███ was seated next to MCKINSTRY.
MCKINSTRY picked up M███, approximately six inches off the ground, and threw
him approximately two feet.

**02-10-2021 1110 hours Camera3_20210210102959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

H█████ L██████ was seated in her chair.   Katherine MCCOMBS shoved her chair towards the half circle table.

**02-10-2021 1110 hours Camera3_20210210102959**
A█████ J██████ was seated in her chair.   Katherine MCCOMBS pushed her chair towards the half circle table.

**02-10-2021 1413 hours Camera3_20210210132959**
A█████ J██████ was seated at the half circle table.   She poured some of her drink out on the table.   MCKINSTRY was seated next to her.   MCKINSTRY grabbed her by the arms and jerked her to her feet and pushed her to her sink.

**02-09-2021 0828 hours Camera3_20210209073000**
L█████ C█████████ was walking.   MCKINSTRY took hold of his right arm and walked him over to where she had been sitting and sat him down

**02-09-2021 0923 hours Camera4_20210209082959 Camera3_20210209093000**
I did not observe anything of note.

**02-09-2021 0926 hours Camera4_20210209082959**
I did not observe anything of note.

**02-09-0934 hours Camera3_20210209093000 Camera4_20210209092959**
Nothing of note seen.

**02-09-2021 1015 hours Camera3_20210209093000**
I did not observe anything of note.

**02-09-2021 1021 hours Camera3_20210209093000**
I did not observe anything of note.

**02-09-2021 1023 hours Camera3_20210209093000**

I did not see anything of note.

**02-09-2021 1030 hours Camera3_20210209103000**
A███ H██████ was seated at the half circle table eating with several other children.   H████████ had spilled his milk.   He had his cup in his hand with MCKINSTRY **approached** him appeared to slap the cup out of his hand.   She picked him up by his wrist and pulled him across the floor.   She gave him paper towels to clean up the milk.   After H██████████ cleaned up the milk MCKINSTRY put him in his chair and shoved it forward causing H████████████'s chest to hit the table, moving the table several inches.

**02-09-2021 1048 hours Camera3_20210209103000**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A███ H█████ was standing in front of his chair at the half circle table.   Maria MENDEZ approached him and put him in his chair.   She pushed his chair forward causing H█████'s chest to strike the table, moving the table several inches.

**02-09-2021 1053 hours Camera3_20210209103000**

H███ L████ was seated on her chair at the half circle table.   MCKINSTRY approached her from behind, grabbed her by the upper arms.   MCKINSTRY jerked L████ back approximately two feet.   MCKINSTRY then yanked the chair out from underneath L████, causing L████ to call on her butt.   MCKINSTRY put her face a few inches away from L████.   She then grabbed L████ and yanked her across the floor approximately two feet.

**02-09-2021 1055 hours Camera3_20210209103000**

H███ L████ was on her knees next to her chair.   MCKINSTRY grabbed her by the upper arms lifted her up and slammed her into a seated position in the chair. MCKINSTRY then put her face in L████'s face.   She then shoved L████ on the arm and put her face closer to L████'s.

F███ C█████ was sitting at the half circle table.   MCKINSTRY grabbed him and aggressively jerked him out of the chair by his upper arms.   She appeared to scold him and then take him to the sink.

**02-09-2021 1056 hours Camera3_20210209103000**

H███ L████ was on her knees on her chair.   MCKINSTRY appeared to grab her by the front of the neck.   MCKINSTRY placed her other hand on the **back of** her neck. MCKINSTRY shoved L████ out of the chair and onto her back.   L████ laid on the floor and then MCKINSTRY picked her up and dropped her into **the chair.**

**02-09-2021 1203 hours Camera3_20210209113000 Camera4_20210209112959**

Nothing of note noticed.

**02-09-2021 1207 hours Camera4_20210209112959 Camera3_20210209113000**
Did not notice anything of note.

**02-09-2021 1212 hours Camera3_20210209113000 Camera4_20210209112959**
Nothing of note noticed.

**02-09-2021 1347 hours Camera3_20210209133000**
H███ L████ **was seated** by the half circle table.   MCKINSTRY shoved the chair forward causing L████'s chest to strike the table, moving the table several inches. This was witnessed by Maria MENDEZ.

**02-09-2021 1416 hours Camera3_20210209133000**
H███ L████ was sitting on her chair.   MCKINSTRY grabbed her by the shoulders yanked her out of the chair sideways and forced her to the ground.   L████ hit the

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

ground so hard her foot came up over her head.    MCKINSTRY picked L⬛⬛ up forcibly put L⬛⬛ in the chair and shoved the chair forward causing L⬛⬛'s chest to strike the table.    Viridiana ALVAREZ witnessed this

**02-09-2021 1420 hours Camera3_20210209133000**

H⬛ L⬛⬛ was sitting on a chair at the half circle table.    MCKINSTRY grabbed the chair and jerked it out from underneath L⬛.    This caused L⬛⬛ to fall to the floor on her side.    MCKINSTRY grabbed L⬛⬛ under the arms and shoved her against the dishwasher.

**02-09-2021 1432 hours Camera4_20210209142959**
Did not observe anything of note.

**02-09-2021 1616 hours Camera3_20210209153000 Camera4_20210209153000**
Did not observe anything of note.

**02-09-2021 1623 hours Camera3_20210209153000**
I did not observe anything of note.

**02-08-2021 0931 hours Camera3_20210208092959 Camera4_20210208092959**

Several children are waiting to go outside.    MCKINTRY stopped a blonde female child from going out the door with the other children.    MCKINTRY grabbed the child by the wrist, spun her around and sat her on the floor.

**02-08-2021 1028 hours Camera3_20210208092959**

I did not see MCKINSTRY have any contact with A⬛ H⬛⬛.

**02-08-2021 1157 hours Camera3_20210208113000 Camera4_20210208112959**

I did not observe anything of note.

**02-08-2021 1203 hours Camera3_20210208113000 Camera4_20210208112959**

I did not observe anything of note.

**02-08-2021 1205 hours Camera3_20210208113000 Camera4_20210208112959**

I did not observe anything of note.

**02-04-2021 1042 hours Camera3_20210204102959**

H⬛ L⬛⬛ was seated at the half circle table.    She was bending sideways in her chair.    Katherine MCCOMBS grabbed her by her right arm and jerked her upright. MCCOMBS then kicked the chair forward towards the table.

**02-04-2021 1045 hours Camera3_20210204102959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

H████ L████ was seated at the half circle table.  She had pushed her chair back away from the table.  MCCOMBS approached her from behind and shoved the chair forward causing L████ to strike her chest on the edge of the table.

**02-03-2021 1055 hours Camera3_20210203103000**

H████ L████ was seated on the floor next to the half circle table.  She had her right shoe off and in her hand.  She then sat on her chair next to the table.  MCCOMBS walked up to her and put her foot on the inside of the back leg of the chair L████ was seating on.  MCCOMBS then pulled the chair sideways causing L████ to fall out of the chair.  MCCOMBS moved the chair so fast that it caused L████ to fall out of the chair backwards do a complete summersault and land on her hands and knees. L████ got up and got back in the chair, she still had her shoe in her hand. MCCOMBS took her shoe from her and threw it across the room.

**02-03-2021 1100 hours Camera3_20210203103000**

H████ L████ was seated on a chair next to the half circle table.  She had her stomach on the chair and her hands were on the ground.  Maria MENDEZ approached her and took hold of her by the right thigh and right arm and guided her onto the floor. MENDEZ then picked L████ up by the arms and sat her on the chair.  MENDEZ then pushed the chair forward.

**02-02-2021 1047 hours Camera3_20210202102959**

H████ L████ was seated on a chair next to the half circle table.  She had moved her chair away from the table.  MCKINSTRY approached her and placed her left hand on L████'s left shoulder and her right hand under L████'s right arm. MCKINSTRY pulled L████ backwards and into the seat.  MCKINSTRY then pushed the chair forward to the table.

**02-01-2021 0802 hours Camera3_20210201073000**

A████ H████ was in the play area with several other children.  He threw a toy approximately 5 feet.  MCKINSTRY was standing approximately 10 feet away from him.  She walked towards the toy and picked it up.  She then walked towards H████. H████ turned and tried to get away from MCKINSTRY. MCKINSTRY caught him and grabbed him by the right arm.  She walked him over to a mat and let him go, he then fell on the ground crying.

**02-01-2021 0807 hours Camera3_20210201073000**

C████ L████ was at the half circle table.  MCCOMBS approached her from behind and grabbed her by the left upper arm.  MCCOMBS jerked her around and walked her away from the table

**02-01-2021 1001 hours Camera3_20210201093000 Camera4_20210201093000**

MCKINSTRY picked a child up by the arms and walked the child to the half circle **table** and sat her in a chair.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**02-01-2021 1005 hours Camera4_20210201093000**

MCKINSTRY and a blonde male child were by the outside door.   The child appeared to be crying.   The child tried to walk away.   MCKINSTRY grabbed the child by the arm and pulled him to her.   She then snapped her fingers in the child's face.   The child looked away from her and she put her hand on the child's face and forced it back in her direction.   MCKINSTRY then patted the child on the chest with an open hand several times.

MCKINSTRY walked the male child to the half circle table.   H███ L███ was seated at the half circle table.   MCKINSTRY approached her and shoved her out of her seat and onto the floor.   L█████ appeared to be sitting still and not doing anything. MCKINSTRY then sat the male child in the seat.   She then jerked L█████ up by her arms and walked her to the other half circle table, picked her up off the ground and dropped her into a chair.

**02-01-2021 1008 hours Camera3_20210201093000**

Did not observe anything of note.

**02-01-2021 1056 hours Camera3_20210201103000**

Did not observe anything of note.

**02-01-2021 1057 hours Camera3_20210201103000**

H███ L███ was seated at the half circle table.   Maria MENDEZ approached her and grabbed her by the left arm and jerked her back from the table, in her chair, approximately three feet.   MENDEZ then appears to scold the child.

**01-29-2021 1053 hours Camera3_20210129103000**

A███ C███ was seated at the half circle table with several other children.   It appeared they were eating lunch.   Three caregivers are seated around the children.   C████ turned around in her chair.   MCCOMBS stood up and approached her.   MCCOMBS grabbed her under the arms and lifted her up to MCCOMBS waist level and roughly sat her back in the chair.   She then pushed the chair forward.   This was witnessed by MCKINSTRY and MENDEZ.

**01-29-2021 1059 hours Camera3_20210129103000**

H███ L███ was seated at the half circle table.   L█████ pushed herself away from the table.   MCKINSTRY was seated at the table by L█████.   MCKINSTRY turned and appeared to be speaking to L█████.   MCKINSTRY then moved her head close to L█████ and lightly bumped L█████'s head with her head.   MCKINSTRY then pushed L█████'s chair towards the table.   L█████ pushed her chair away from the table.   MCKINSTRY stood up and pushed L█████'s chair forward with her foot causing L█████'s chest to strike the table.

**01-28-2021 0802 hours Camera4_20210128073000**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Valerie MCKINSTRY was seated on the floor. ███ ██ was standing next to a basket with balls in it. ████ was across the room from MCKINSTRY. █ took a ball out of the basket and tossed it approximately four feet. MCKINSTRY moved towards ██████ and stopped approximately seven feet from █. MCKINSTRY was seated on the ground. MCKINSTRY picked up a ball, I was unable to determine the construction of the ball but it appeared to be about the size of a baseball, and threw it overhand at █████, striking her in the back. ██████ turns around and looked towards MCKINSTRY then turned her back to MCKINSTRY. MCKINSTRY then threw another ball overhand at █, striking her again in the back. ████ turned around and looked at MCKINSTRY. MCKINSTRY picked up a ball the size of a soft ball and threw it at █ striking her in the face. ██████'s head moved back when it was struck by the ball. ███████ started crying. MCKINSTRY picked up a ball and threw it at ████ again, striking her in the face with the ball while ██████ was crying. MCKINSTRY threw balls at ██████ striking her several more times. MCKINSTRY threw the ball at █ ███████ with less speed the more she threw it at

**01-28-2021 0911 hours Camera4_20210128082959**

MCKINSTRY was putting a matt on the floor in the middle of the room. ███ █ ██████ was standing next to her. MCKINSTRY hit ███████ in the face with the matt. It appeared this was not done by accident. ████ then moved out of the way. As ████ was walking away MCKINSTRY grabbed her left arm and jerked her backwards causing ██████ to fall to the ground. It did not appear that ██████ was doing anything to cause MCKINSTRY to use this force against ██████. MCKINSTRY then grabbed ███████ by the arms and pulled her to her to her feet, carried ██████ approximately two feet and set her down. Maria MENDEZ was sweeping approximately three feet away from them while this happened and never stopped sweeping. She was looking in MCKINSTRY direction while MCKINSTRY did this to █████.

**01-28-2021 0916 hours Camera3_20210128083000**

MCKINSTRY and MENDEZ were standing by a changing table. A ███ █ ████████ appeared to take a piece of paper off the side of the changing table. ████ threw the piece of paper. ███████ was approximately five feet from MCKINSTRY. MCKINSTRY moved rapidly towards ███████ and grabbed him by the right arm, she pulled him back towards her and spun him over onto his stomach. She grabbed his right hand and appeared to force ███████ to pick up the photograph. MCKINSTRY picked ███████ up by the wrists and lifted him off the ground and carried him to the changing table and appeared to force him to put the piece of paper on the side of the changing table. MCKINSTRY then placed ███████ on the ground away from the changing table. ███████ stood up and walked towards MCKINSTRY. MCKINSTRY pushed ███████ back and he fell to the ground. All this was witnessed by MENDEZ.

**01-28-2021 0937 hours Camera4_20210128092959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

MCKINSTRY was changing H█████ L████████'s diaper.   MCKINSTRY put L██████ on the floor.   While MCKINSTRY cleaned up L███████ tried to crawl away.    MCKINSTRY used her foot to block L████████ from leaving.    MCKINSTRY also appeared to pull L████████ back by her feet and put a clip board in front of L████████'s face to keep her near until she got done cleaning.

**01-28-2021 1005 hours Camera3_20210128093000**

MCKINSTRY was washing H█████ L████████'s and a male child's hands at the sink. L████████ appeared to be drying her hands with paper towels.    MCKINSTRY aggressively grabbed L███████ by the upper arms and swung her around in a half circle setting L███████ on the ground.

**01-28-2021 1040 hours Camera3_20210128103000**

Maria MENDEZ was seated at the half circle table and a male child was seated next to her.   The child put his feet on her chair.   She took hold of his feet and spun him around.   The child fell out of the chair.

**01-28-2021 1047 hours Camera3_20210128103000**

A blond male child was standing next to the half circle table.   He was in front of his chair.   MCKINSTRY approached him from behind grabbed him by the shoulders, jerked him back into his chair and then pushed the chair forward to the table.

**01-28-2021 1318 hours Camera3_20210128123000**

A███ H████████ was walking across the room.   MCKINSTRY was walking past, approached H██████ and grabbed him by the arm.   She walked him to the half circle table picked him up and roughly placed him in a chair.

**01-28-2021 1333 hours    Camera3_20210128133000**

A███ H████████ was kneeling next to his chair at the half circle table.   He had his knees on the floor and his hands on his chair.   MCKINSTRY picked him up and placed him into the chair.   She placed him into the chair with enough force that he appeared to bounce.   A short time later an adult female came into the room and appeared to be checking clip boards.   H█████████ got out of his seat again.   This time when MCKINSTRY placed him in the chair she did it more gently.

**01-28-2021 1353 hours Camera3_20210128133000**

A███ H████████ was standing by the half circle table.   MCKINSTRY was seated on the floor.   H███ ran past her and MCKINSTRY caught him by the arm.   She held onto both his hands and walked him back to the half circle table.   She then picked him up and dropped him into a chair and shoved the chair forward causing H█████████'s chest to strike the table.   This caused the table to move approximately two inches.   This was witnessed by caregiver Viridiana ALVAREZ

**01-27-2021 0837 hours Camera3_20210127082959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A █████████ was sitting at the half circle table.   MCKINSTRY walked up behind H███████.   MCKINSTRY grabbed H███████'s left hand and pushed it into his face.   She then grabbed H████████ by the arms and jerked him off the chair and onto his feet.   She walked him across the room.

**01-27-2021 0853 hours Camera4_20210127082959**

MCKINSTRY and MCCOMBS are seated, across from each other, on a rug with several children.   A█████ H███████ was seated in front of MCCOMBS.   MCKINSTRY reached across and gently pushed H████████ over.   He fell onto MCCOMBS lap.   MCCOMBS then lifted him up by the arms and set him next to her.   H████████ appeared to be crying.   MCKINSTRY got up took H██████████ by the arm and walked him over to a matt, across the room, and left him there.

**01-27-2021 0900 hours Camera4_20210127082959**

MCKINSTRY and MCCOMBS are seated, across from each other, on a rug with several children.   H████ L██████ appeared to be squatting next to MCKINSTRY.   There was a shelf blocking the camera view of the lower half of MCKINSTRY's body.   MCKINSTRY picked L█████████ up to get her feet off the ground and then slams her on the ground, it appears that L████████ was forced into a seated position.

**01-27-2021 0901 hours Camera4_20210127082959**

MCKINSTRY and MCCOMBS were seated, across from each other, on a rug with several children.   One of the children appeared to be reaching for something in MCKINSTRY's lap.   MCKINSTRY grabbed the child by the arm and lifted the child away from her and pushed the child away.

**01-27-2021 1002 hours Camera3_20210127092959**

A██ O█████ was walking with two other children towards the half circle table.   MCKINSTRY approached her from behind and grabbed her by the right arm.   MCKINSTRY jerked her forward and O██████'s feet left the ground.   O██████ started crying and could not walk fast enough to keep up with MCKINSTRY.   MCKINSTRY picked her up by both arms and carried her to the half circle table and dropped her into a chair.   MCCOMBS and MENDEZ were both in the room with this happened.

**01-27-2021 1051 hours Camera3_20210127102959**

█████ W███████ was walking between the two half circle tables.   MCCOMBS appeared to tell her to sit down in a specific chair.   W███████ did not.   MCCOMBS took hold of her by the arms and lifted her up and placed her in the chair.

**01-27-2021 1054 hours    Camera3_20210127102959**

MCCOMBS was by the sink and H████ L█████████ was at the half circle table.   L█████████ was sitting on her knees on a chair.   MCCOMBS grabbed her by the shoulders and pulled her onto the floor.   L█████████ got up and sat in the chair.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

MCCOMBS saw this and grabbed L█████ by the upper arms and shoved her backwards and then guided her to the floor.

**01-27-2021 1057 hours     Camera3_20210127102959 Camera4_20210127102959**

Nothing seen

**01-27-2021 1338 hours Camera3_20210127132959**

MCKINSTRY was kneeling by the half circle table. A█ H████████ was walking on the other side of the table. MCKINSTRY reached across the table and grabbed H███████ by the arm. She pulled H████████ by the arms across the table and sat him in a chair. She then shoved the chair forward causing H███████'s chest to strike the table, causing the table to move several inches.

**01-26-2021 1005 hours Camera3_20210126093000**

A█ O█ and A█ H████████ were walking around the room. MCKINSTRY grabbed HITHCOCK by the shoulders and picked him up. She carried him to the half circle table, lifting him by the shoulders so he was in a vertical position, and roughly sat him in a seat. She then grabbed C████ picked her up the arms and roughly put her in a seat. MCCOMBS was in the room.

**01-26-2021 1029 hours Camera3_20210126093000**

MCKINSTRY was seated at the half circle table, several children were at the table and MCCOMBS and **MENDEZ were present.** A█ H████████ was seated across from MCKINSTRY. H███████ threw a plastic cup on the ground. MCKINSTRY grabbed H████████ **by the** shoulders and pulled him out of his chair and onto the ground. **She put the** cup into this arm and roughly picked him up by the arm and shoulder carried him to the sink, lifted him off the ground and to the sink where he put the cup into the sink. She then slammed him into the chair to a seated position. MCCOMBS and MENDEZ both saw.

**01-26-2021 1037 hours Camera3_20210126103000**

MCKINSTRY was seated at the half circle table, several children were at the table and MCCOMBS and MENDEZ were present. A████ J██████ was seated at one of the tables. J████████ got out of her seat and had her hands on the seat and her feet on the floor with her stomach towards the ceiling. MCKINSTRY got up rapidly approached J████████ grabbed her by the shoulders and **slammed** her back into a seated position in the chair. She then shoved the chair, with J████████ in it, forward causing J████████'s chest to strike the table, moving the table several inches. MENDEZ and MCCOMBS were in the room.

**01-26-2021 1037 hours Camera3_20210126103000**

MCKINSTRY was seated on the floor next to H███ L█████. L██████ was seated at the half circle table. MCKINSTRY for no apparent reason grabbed L███████'s chair

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

and shoved it forward causing L█████'s chest to strike the table, moving the table. MENDEZ and MCCOMBS were in the room.

### 01-26-2021 1039 hours Camera3_20210126103000

MCKINSTRY was seated on the floor next to H███ L████. L███████ was seated at the half circle table. MCKINSTRY pushed L█████'s chair forward causing L█████'s chest to strike the table, moving the table. MENDEZ and MCCOMBS were in the room.

### 01-26-2021 1106 hours Camera3_20210126103000

H███ and A██ J███████ were seated next to the sink. MCKINSTRY was cleaning up. L███████ stood up on her chair. MCKINSTRY approached her, grabbed her by the shoulders and jerked her backwards off the chair and onto the floor, on her back. She then reached over and grabbed J███████, who was seated on the chair, and spun her around as she pulled her onto the floor, on her left side. MCKINSTRY then pulled J███████ to her feet by her shoulders. She then pulled L█████ to her feet by an arm and her shoulder and escorted her to the changing table, where MENDEZ was. MCKINSTRY forced J███████ and L██████ to sit on the floor next to MENDEZ. MCCOMBS was present for this.

### 01-26-2021 1317 hours Camera3_20210126123000

MCKINSTRY and MENDEZ were in the room, it appeared that the children were waking up from naps. A██ O█████ was near a shelf and it appeared she took an item off the shelf. MCKINSTRY walked up to her and appeared to try to slap the item out of O████'s hand. MCKINSTRY then grabbed O██████ by the arms and walked her over to the half circle table. She put O█████ in a chair and shoved the chair forward causing O█████ to strike her chest on the table, moving the table several inches.

### 01-26-2021 1323 hours Camera3_20210126123000

MCKINSTRY was seated by the half circle table. MENDEZ was standing and several children were seated at the table. A██ O█████ was standing in front of MCKINSTRY. MCKINSTRY bumped O████'s head with her head twice and then hugged her tightly and shook her. MCKINSTRY then sat O█████ in a chair in front of her, facing away from MCKINSTRY. It appeared O█████ was crying. O█████ pushed a plastic cup that was in front of her out of the way. MCKINSTRY picked up the cup and hit O█████ in the face with it. It appeared that the cup struck O█████ in the area of her right eye. I could not tell if MCKINSTRY did this intentionally or if she accidently hit her. MCKINSTRY made no attempt to console O█████ after hitting her in the face. MENDEZ witnessed this incident.

### 01-26-2021 1409 hours Camera3_20210126133000

MCKINSTRY was seated at the half circle table and ALVAREZ was standing by the sink. Several children were seated at the table. A██ O█████ tipped her plastic cup over. MCKINSTRY grabbed the cup and pushed it into O█████'s face causing

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

O███'s head to be pushed backwards several inches, there appeared to be milk in the glass which spilled out onto O███ when MCKINSTRY shoved the glass in O███'s face.    ALVAREZ witnessed this.

**01-26-2021 1411 hours Camera3_20210126133000**

MCKINSTRY was seated at the half circle table and ALVAREZ was standing by the sink.   Several children were seated at the table.   A███ J███ was standing in front of her chair.   MCKINSTRY approached her from behind picked her up and aggressively slammed her into a seated position in the chair.   J███ started crying.   MCKINSTRY pushed the chair forward and took J███'s cookie and threw it away.   J███ put her hands on the table and pushed herself back from the table approximately two inches.   MCKINSTRY slapped J███'s hands down, off the table and shoved J███'s chair forward

**01-25-2021 0800 hours Camera3_20210125072959**

H███ L███ and several other children were sitting at the half circle table.   MCKINSTRY and MCCOMBS were in the room.   L███ had one of her feet on the floor.   MCKINSTRY saw this, rapidly approached L███ picked her up off the chair, approximately one foot, and slammed her back into the chair.   MCKINSTRY then jerked the chair over to the table.

**01-25-2021 0802 hours Camera3_20210125072959**

H███ L███ and other children were sitting at the half circle table.   MCKINSTRY and MCCOMBS were in the room.   L███ stood up.   MCKINSTRY saw this and approached L███.   She picked her up off the chair, approximately one foot, and placing roughly back into the chair.   MCKINSTRY then shoved the chair forward.

**01-25-2021 1006 hours Camera4_20210125092959**

MCKINSTRY was seated in a play area with several children around her.   P███ O███ attempted to run past MCKINSTRY.   She caught him by an arm pulled him back to her and sat him on the floor.

**01-25-2021 1031 hours Camera3_20210125102959**

MCKINSTRY was cleaning up spilt milk on the half circle table.   There were several children seated at the table.   She was standing behind L███ O███, who was sitting in a chair.   For an unknown reason she put both of her hands on the back of his chair and shoved it forward causing O███ to strike the table which moved the table several inches.

**01-25-2021 1032 hours Camera3_20210125102959**

A███ J███ and other children were sitting at the half circle table eating.   MCKINSTRY and MCCOMBS were in the room.   J███ was moving her feet out from under the table and MCKINSTRY was pushing her feet back under the table with her hands, this happened several times.   MCKINSTRY then moved behind J███

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

and held the chair against the table with her feet.   It appeared that ███████ was trying to push herself back away from the table.   MCKINSTRY then reached forward jerked the chair back, with ███████ in it.   The caused ███████ to fall out of the chair and onto the floor, onto her back.   MCKINSTRY then pulled ███████ onto her lap and placed her face a few inches away from ███████'s.   MCKINSTRY then placed ███████ back in the chair.   This was witnessed by MCCOMBS.

### 01-25-2021 1034 hours Camera3_20210125102959

A████ █████████ and other children were sitting at the half circle table eating.   MCKINSTRY and MCCOMBS were in the room.   ███████ was sitting in a chair.   MCKINSTRY walked up behind her grabbed her by the arm and jerked her out of the chair onto the floor.   I saw no reason why she did this    This was witnessed by MCCOMBS.

### 01-25-2021 1034 hours Camera3_20210125102959

A████ H███████ was seated at the half circle table with several other children.   MCKINSTRY pushed his chair into the table, pinning him between the table and the back of his chair.   She then lifted up his arms and held them above his head for several seconds.

### 01-25-2021 1036 hours Camera3_20210125102959

H████ L██████ and other children were sitting at the half circle table eating.   MCKINSTRY and MCCOMBS were in the room.   ███████ was sitting on her chair with her legs hanging off the side.   MCKINSTRY grabbed L██████ by the shoulders and pushed her to the ground, causing her chair to fall over.   L█████████ ended up on her stomach.   MCKINSTRY stood over her for a few seconds.   MCKINSTRY lifted her off the floor and dropped her in her chair and pushed the chair up to the table.   This was witnessed by MCCOMBS.

### 01-25-2021 1039 hours Camera3_20210125102959

A████ █████████ and other children were sitting at the half circle table eating.   MCKINSTRY and MCCOMBS were in the room.   ███████ was sitting on the chair but her hands were on the floor.   MCKINSTRY jerked ███████'s chair out from underneath her causing her to fall on the ground in the seated position.   MCKINSTRY then pushed ███████ down onto her back so she was flat on the floor.   MCKINSTRY then knelt over ███████ and appeared to speak to her.   MCCOMBS witnesses this.

### 01-25-2021 1043 hours Camera3_20210125102959

H████ L██████ and other children were sitting at the half circle table eating.   MCKINSTRY and MCCOMBS were in the room.   L██████ was sitting on her chair with her legs hanging off the side.   MCKINSTRY grabbed L██████ by the shoulders and spun her around almost 180 degrees.   MCKINSTRY then pulled L██████ back so she was facing forward in the chair and shoved the chair forward causing L██████ to strike the table with her chest.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**01-25-2021 1102 hours Camera3_20210125102959**

H██████ L████████ and other children were sitting at the half circle table eating. MCKINSTRY, MENDEZ and MCCOMBS were in the room. L███████ was sitting on her chair with her chest towards the back of the chair and her legs on the side of the chair. MCKINSTRY was sweeping. MCKINSTRY set the broom down walked up to chair that L████████ was seated on and shoved the chair forward with her hands causing L███████'s back to strike the table, moving the table.

**01-25-2021 1406 hours Camera3_20210125132959**

Several of the children were sitting at the half circle tables. MENDEZ was seated on the floor and A███ H█████████ was crawling **on the floor** between her and the half circle tables. MENDEZ stood up grabbed H████████ by the arm and walked him to the table. She then picked him up and roughly **put him** in the chair then shoved the chair forward causing H████████'s chest to strike the table, moving the table several inches. There is another caregiver in the room but I did not know who she was. It may have been MCCOMBS.

**01-25-2021 1534 hours Camera3_20210125152959**

MCKINSTRY was standing at the sink. L███ C█████████ was messing around with a chair and got his foot caught in the hole in the **back of the chair.** MCKINSTRY came over to him and helped him get his foot out, by taking his shoe off. She then picked him up and roughly sat him on the chair into a seated position. She then put his shoe back on.

**01-23-2021 1105 hours**

There is no footage for 01-23-2021 in the zip drive.

**01-22-2021 0819 hours Camera4_20210122072959**

MCKINSTRY was standing by the sink. A████ H█████ was across the room with other children and an unidentified caregiver. H████████ was lying on his back. For an unknown reason MCKINSTRY rapidly walked over to H█████████ and drug him a few feet on his back. She then walked him to a corner of the room laid him down and threw several items on top of him.

**01-22-2021 0820 hours Camera4_20210122072959**

A███ H█████████ was standing next to a magazine rack and MCKINSTRY was seated on the floor in front of him. MCKINSTRY grabbed his legs and pulled his feet out from underneath him causing him to fall onto his butt. H██████████ had his arm on **the rack and** MCKINSTRY grabbed **his arm** and pulled it away from the rack. L████████ C████████ was seated next to H██████████. MCKINSTRY picked him up **approximately** 4 inches and then **aggressively** sat him back down.

**01-22-2021 0942 hours Camera3_20210122092959 Camera4_20210122092959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A⬛ H⬛ was lying on the ground.   MCKINSTRY was **seated on the** floor **across the room from** him.   MCKINSTRY got up walked over to H⬛ and roughly grabbed him by his leg.   She picked him up by one leg and **carried him** across the room.   She was holding him by one leg and upside down.   If he would have fallen he would have landed on his head from waist high.   This was witnessed by MENDEZ and another caregiver who was pregnant.   MCKINSTRY set him down in the corner by himself and then sat in the way so he could not leave.

**01-22-2021 1020 hours Camera3_20210122092959**

H⬛ L⬛ and other children were sitting at the half circle table with plastic cups. MCKINSTRY, MENDEZ and another caregiver, pregnant unidentified, were in the room. L⬛ was sitting on her chair with the plastic cup to her mouth.   MCKINSTRY approached L⬛ grabbed the cup and smashed it into ⬛'s face.   This caused L⬛ **'s head to be** propelled backwards several inches.   MCKINSTRY then put her face next to L⬛'s.   MCKINSTRY then stepped away and L⬛ tried to take a drink from **the cup.**   MCKINSTRY aggressively grabbed the cup out of L⬛'s hand.

**01-22-2021 1518 hours Camera4_20210122143000**

A⬛ H⬛ sat down on the floor and took his sock off.   He then took the sock to MCKINSTRY who was seated on the floor a short distance away.   MCKINSTRY **grabbed his** hands and jerked his hands down towards the ground causing H⬛ to sit down.   She then put his sock back on.

**01-22-2021 1534 hours Camera4_20210122153000**

Nothing of note seen.

**01-21-2021 0809 hours Camera3_20210121073000**

H⬛ L⬛ was playing.   A male child sat a toy **down and** L⬛ picked it up **and started walking away.**   MCKINSTRY approached L⬛ **from behind** and picked L⬛ up by upper arms and carried her back to where the male child was still **sitting.**   MCKINSTRY then forcefully sat L⬛ down next to the male child and took the toy away from L⬛ and gave it to the male child.   MCKINSTRY then picked L⬛ up by the wrist.

**01-21-2021 0856 hours Camera4_20210121082959**

A⬛ H⬛ was playing on a small couch, **the** seat of the couch was **approximately six inches off the ground.**   H⬛ was standing on the seat of the couch.   MCKINSTRY approached H⬛ **grabbed** him by one foot and jerked him off the couch, H⬛ landed on his butt on the seat and MCKINSTRY then drug him to the floor.

**01-21-2021 0956 hours     Camera4_20210121092959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A█ H████████ and L███ C██████ were at the half circle tables with several other children. O█████████ was standing next to the table. MCKINSTRY grabbed him by the shoulders and jerked him around 180 degrees and walked him over to the corner and pushed him into the corner. H██████████ was kneeling on a chair. MCKINSTRY picked him up out of the chair and laid him on the floor. MCKINSTRY then pulled him to his feet by one arm.

**01-21-2021 1030 hours Camera3_20210121103000**

E██████, last name unknown, was seated at the half circle table with other children. E████ was seated with his legs off the side of the chair. MCKINSTRY shook the front of the chair. MCKINSTRY then assisted E██████ in moving so he was seated facing forward and pushed the chair to the table.

**01-21-2021 1033 hours Camera3_20210121103000 Camera4_20210121103000**

H██ L██████ was seated at the half circle table with other children. MCKINSTRY approached L████████ with a handful of paper towels. She pushed L██████'s face back while she wiped her face with the towels.

**01-21-2021 1041 hours Camera3_20210121103000 Camera4_20210121103000**

H██ L██████ was seated at the half circle table with other children. MCKINSTRY, MCCOMBS and MENDEZ are in the room. L██████ was banging her plastic cup on the table. MCKINSTRY approached L████████ and violently slapped her hand holding the cup. The cup was knocked out of her hand and onto the ground. MCKINSTRY then grabbed L██████ by the upper arms and jerked her out of her seat and onto the ground, L███████ ended up on her hands and knees. MCKINSTRY then picked up the cup and pulled L██████ to her feet by her wrists. MCKINSTRY then walked L██████ to the sink and threw the cup into the sink. She walked L██████ back to her chair, picked her up and dropped her into the chair and shoved L████████ and the chair forward to the table, causing L████████'s chest to strike the table. This was witnessed by MCCOMBS.

**01-21-2021 1046 hours Camera3_20210121103000**

A██ H█████████ was seated at the half circle table with several other children. MCKINSTRY grabbed him by the shoulders and pulled him over backwards, causing him and his chair to fall to the ground. She stood over top of him for several seconds. MCKINSTRY grabbed H█████████ by one arm and the back of the chair and jerked the chair and H████████████ up. She then shoved the chair forward causing H█████████'s chest to strike the table, moving the table several inches.

**01-21-2021 1409 hours Camera3_20210121133000**

H██ L██████ was seated at the half circle table with several other children. MCKINSTRY and ALVAREZ were in the room. L████████ slid out of her chair and was getting up when MCKINSTRY grabbed her by the shoulders and picked her up, spun

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

her around and slammed her into her chair.   MCKINSTRY then pushed the chair
forward to the table.   ALVAREZ witnessed this.

**01-21-2021 1409 hours Camera3_20210121133000 Camera4_20210121133000**

A█ H███████  and another male child were playing on the matts.   H████████
was crawling on his hands and knees.   MCKINSTRY approached him grabbed him by
the shoulders and spun him around let him go, throwing him on the matt.   She grabbed
him by the arm and drug him across the matt to her.   She then put his shoe on.

**01-21-2021 1417 hours Camera3_20210121133000 Camera4_20210121133000**

A█ H██████   and another male child were playing on the matts.   H████████
was on his knees.   MCKINSTRY approached him and pushed him over onto his back.

**01-20-2021 0849 hours Camera3_20210120083000 Camera4_20210120083000**

B█████, last name unknown, and several children were standing in the area by the
small couch.   MCKINSTRY was seated on the couch.   B█████ fell down and
MCKINSTRY grabbed him by one leg and jerked him towards her, causing another child
to fall over B█████.   MCKINSTRY then picked him up, spun him around and put him
on the couch next to her.

**01-19-2021 0735 hours Camera3_20210119072959**

A█ H█████  was seated at the half circle table with several other children.
MCCOMBS and MCKINSTRY were in the room.   H███████ threw his spoon on the
floor.   MCKINSTRY grabbed him by the shoulders and laid him on the floor.   She
picked him up and dropped him in the chair and shoved the chair forward causing
H█████████'s chest to strike the table, moving the table several inches.

**01-19-2021 0802 hours Camera3_20210119072959 Camera4_20210119073000**

A█ H██████  and several other children are by the small couch.   MCKINSTRY
approached them and as she did H██████████ attempted to avoid her.   MCKINSTRY
grabbed him by the shoulders turned him 90 degrees and slammed him into a seated
position.

**01-19-2021 0807 hours Camera3_20210119072959 Camera4_20210119073000**

L█████ C████████  and several other children were by the small couch.   MCKINSTRY
approached them and took C████████ by the hand.   She walked him to the middle of
the room and sat him on the floor.

**01-19-2021 0814 hours Camera3_20210119072959 Camera4_20210119073000**

A█ H█████  was standing on one of the matts next to the wall, he was
approximately twelve inches off the ground.   MCKINSTRY was seated next to him.
She grabbed him by his sides and pulled him down and onto his back.

**01-19-2021 0829 hours Camera3_20210119072959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

L ████ O ████ was hanging off of the bar that goes across the door.   There were two other children next to him.   MCKINSTRY approached the door carrying another child.   She appeared to hold the child up so he could see out the door.   MCKINSTRY put the child down.   She then grabbed O ████████ 's hands and pulled them off the bar and he fell to the ground on his butt.   She then picked him up the legs and carried him, upside down, to the corner.

### 01-14-2021 1008 hours Camera3_20210114092259

H ████ L ████ and A ████ J ████████ were seated at the half circle table with other children.   MCKINSTRY approached L ████ and sat her in her chair so she was facing forward.   MCKINSTRY then shoved the chair forward causing L ████ to strike the table.   MCKINSTRY then jerked J ████ out of her chair, causing the chair tip over, and put her in another chair.   MCKINSTRY then shoved the chair forward causing J ████ to strike the table.

### 01-13-2021 0731 hours Camera3_20210113073000

A ████ H ████ was seated at the half circle table with several other children.   He threw his cup on the floor.   MCKINSTRY jerked H ████████ 's chair back, causing his body to move forward.   She grabbed him by the arms and pulled him out of his chair. She then walked him to the cup and forced him to pick it up.   She walked him to the sink where he put the cup in the sink.   She walked him to his chair and placed him in it and pushed the chair in.

### 01-13-2021 0813 hours Camera4_20210113073000

H ████ L ████ and several other children were playing in the corner of the room. MCKINSTRY was sitting on the floor.   L ████ was standing on the small couch that was approximately six inches off the ground.   MCKINSTRY picked up a child and was walking towards the changing table.   MCKINSTRY reached over and pulled L ████ off the couch and let her fall to the floor.   L ████ landed on her hands and knees.

### 01-13-2021 1055 hours Camera3_20210113102959 Camera4_20210113103000

Nothing of note scene.

### 01-13-2021 1412 hours Camera3_20210113132959

A ████ J ████ was kicking two items across the floor, appeared to be toys. MCKINSTRY approached her and took hold of her by the arms.   She made J ████ pick up the items she was kicking and then made her put the items away.

### 01-13-2021

There is an entry for MCCOMBS and A ████ H ████ with no time.

### 01-12-2021 0757 hours Camera3_20210112073000

A ████ J ████ was seated at the half circle table with several other children. H ████ threw a utensil on the ground.   H ████ slid out of his chair and onto

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

his knees.  MCKINSTRY approached █████████ and grabbed him by the arms, picked him up and carried him to the spoon.  She forced him to pick up the spoon and half carried half dragged him to the sink where he put the spoon.

**01-11-2021 0659 hours Camera3_20210111062959 Camera4_20210111063000**

A███ H██████████ was standing on the small couch.  MCCOMBS was seated next to him.  She reached over and grabbed him by the arm and jerked him backwards onto the couch and then pulled him onto the floor so he was lying on his back.

**01-11-2021 0739 hours Camera3_20210111072959**

A███ H██████████ was seated at the half circle table with several other children.  He threw his plastic cup.  MCKINSTRY approached H█████████ grabbed him under the arms and lifted him out of his chair.  She carried him over to the cup and forced him to pick it up.  She then moved her grip to his wrists and picked him up by the wrists and carried him to the sink and put the cup in the sink.  She then walked him back to his chair and placed him in his chair.

**01-11-2021 0743 hours Camera3_20210111072959**

A███ H██████████ was seated at the half circle table with several other children.  He got out of his chair and got on his hands and knees.  MCKINSTRY approached him and took the bib off of him.  She walked him to the sink.  She appeared to wash his hands and then took H█████████'s hand and rubbed his face with it several times.  It appeared that H█████████ was crying.  She picked him up and dropped him on the matts and left him there crying.

**01-11-2021 1037 hours Camera3_20210111102959**

A███ H██████████ fell next to his chair.  MCKINSTRY picked him up and placed him back in the chair.

**01-11-2021 1040 hours Camera3_20210111102959**

A███ J██████████ was walking by the half circle table.  MCKINSTRY picked her up by her upper arms and jerked her back and dropped her into a chair at the half circle table.

**01-11-2021 1055 hours Camera3_20210111102959**

H███ L█████ was sitting in a chair at the half circle table  L████████ was seated in the chair sideways.  MCKINSTRY pulled the chair out from underneath L██████ so she fell on the ground.  MCKINSTRY picked L███████ up and placed her back in the chair.

**01-11-2021 1155 hours Camera3_20210111112959**

Nothing of note seen.

**01-08-2021 0709 hours Camera3_20210108062959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A████ H████ was walking around the room.    MCCOMBS turned H████████ around 180 degrees and he walked the other way.

**01-08-2021 0806 hours Camera4_20210108072959**

L████ C████████ was in the corner playing with several other children. MCKINSTRY moved one of the toys that was approximately 18 inches wide and 24 inches tall in front of C████ so he was stuck between the toy and the wall. MCKINSTRY picked him up and laid him on his back on the floor.

**01-08-2021 0807 hours Camera4_20210108072959**

A████ H████ was standing next to the window.    MCKINSTRY was at the changing table.   She went over to H████████ grabbed him by the shoulders and drug him to the floor.   She then drug him approximately five feet by his arms, leaving him lying on his back.

**01-08-2021 0905 hours Camera3_20210108082959**

L████ C████████ was by the half circle table.   He was standing and was holding onto a chair.   He had the chair tipped up on two legs with the back of the chair pulled towards him.   MCKINSTRY approached him and grabbed C████████'s left wrist and shoved it forward.   C████████ was still holding onto the back of the chair.   He was propelled forward by MCKINSTRY violently shoving his arm forward.   He landed on his knees.   MCKINSTRY jerked to his feet, by his wrist, and moved him away from her.

**01-08-2021 0906 hours Camera3_20210108082959 Camera4_20210108082959**

L████ C████████ was by the door that leads outside.   Another male child was with him.   MCKINSTRY approached him and grabbed him by the feet and pulled his feet out from underneath him, causing him to land on his butt.

**01-08-2021 1033 hours Camera3_20210108102959**

L████ C████████ was seated at the half circle table with several other children. MCKINSTRY was watching the children.   C████████████ was sitting down but looking under the table.   MCKINSTRY grabbed him by the left arm and pulled him out of the chair and onto the floor.   It appeared he hit his head on the floor and the rest of his body followed, he ended up on his right side.   C████████ had his hands in front of him and appeared to be frozen.   After several seconds C████████ got into his chair and MCKINSTRY shoved the chair forward.

**01-08-2021 1052 hours    Camera3_20210108102959**

B████, last name unknown, and several children were seated at the half circle table. B████ was seated backwards on a chair with his knees of the seat of the chair. MCKINSTRY walked over to B████ and grabbed the back of the chair and his right arm.   She tipped the chair over.   As the chair was tipping over MCKINSTRY let go of the chair and B████.   B████ appeared to strike his face on the floor.   MCKINSTRY picked up B████ and dropped him onto the chair and shoved the chair forward.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**01-08-2021 1058 hours Camera3_20210108102959**

H██████ L██████ was seated at the half circle table with other children. L██████'s chair was moved away from the table approximately eighteen inches. MCKINSTRY shoved L██████'s chair forward causing L██████'s chest to strike the table, moving the table several inches.

**01-08-2021 1101 hours Camera3_20210108102959**

H██████ L██████ was walking towards the half circle table. MCKINSTRY grabbed L██████ by the right arm and spun her around. MCKINSTRY grabbed L██████ by her wrist and picked her up. MCKINSTRY half carried half dragged L██████ to the half circle table and lifted her up and slammed her onto the chair. She then shoved the chair forward.

**01-07-2021 0650 hours Camera4_20210107062959**

A██████ H██████ fell on the floor. As he fell it appeared MCCOMBS stuck her foot under his head to stop his head from hitting the floor.

**01-07-2021 0857 hours Camera3_20210107083000**

A██████ H██████ was walking towards MCKINSTRY. He turned around to run as MCKINSTRY grabbed a toy out of his hand. H██████ fell to the ground. MCKINSTRY took the toy away from him and then pulled him to her and patted him on the stomach.

**01-07-2021 0906 hours Camera3_20210107083000 Camera4_20210107082959**

A██████ H██████ fell down in front of MCKINSTRY. MCKINSTRY was seated on the ground with a female child on her lap. H██████ got up and it appeared that MCKINSTRY pushed him down. She then moved the female child and got hold of H██████ under his arms and started picking him up. It appeared she was trying to get H██████ to sit down but he would place his feet on the ground and not sit. She then pushed him over onto his back. She then grabbed him by the feet and swung him across the floor and next to the changing table.

**01-07-2021 1057 hours Camera3_20210107103000**

MCKINSTRY sat two children into chairs at the half circle table.

**01-07-2021 1102 hours Camera3_20210107103000**

A██████ H██████ was walking by MCKINSTRY, who was seated on the step stool by the sink. She reached out and grabbed H██████ and pulled him to her. She roughly sat him down in front of her. She then put her hands on either side of his head. She appeared to twist his head sideways. H██████ started to cry.

**01-07-2021 1103 hours Camera3_20210107103000**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

MCKINSTRY was sitting on a foot stool and A███ H██████ was sitting in front of her.   Nothing else of note.

**01-07-2021 1110 hours Camera3_20210107103000**

A████ J██████ was sitting at the half circle table.   MCKINSTRY pulled her chair out from underneath her, causing her to fall on floor, landing on her butt.

**01-07-2021 1413 hours Camera3_20210107133000**

MCKINSTRY was washing a child's hands.   H████ L██████ was seated sideways on her chair.   MCKINSTRY reached over and grabbed L█████ and pulled her off of the chair and L██████ landed on her butt.   MCKINSTRY then lifted her to her feet and took her to the sink.

**01-07-2021 1426 hours Camera3_20210107133000**

A████ J██████ was playing on the matts.   MCKINSTRY picked J█████ up by the arm and moved her.

**01-06-2021 0813 hours Camera4_20210106072959**

B█████, last name unknown, was seated on the small couch next to another male child.   It appeared that B█████ was trying to push the other boy off the couch.   MCKINSTRY walked over and took hold of B█████'s arm and pulled him off the couch.

**01-06-2021 0814 hours Camera4_20210106072959**

R████ M████ was seated on the small couch.   MCKINSTRY walked over to him and picked him up by the upper arms and placed him in the corner of the room.

**01-06-2021 0817 hours Camera4_20210106072959**

A███ H██████ was standing next to the wall.   It appeared that MCKINSTRY was talking to him.   MCKINSTRY then advanced towards him and grabbed him by the upper arms.   She spun him around and placed him on his butt.   She then pushed him flat on his back.   She left him lying on his back and walked away.   H█████ stood up.   MCKINSTRY walked over and roughly grabbed him by the hand and jerked him away from where he was.

**01-06-2021 0911 hours Camera4_20210106082959**

H████ L██████ and A████ J██████ were with several other children in the corner.   It appeared that MCKINSTRY was sitting down reading a book to the children.   L██████ was walking away from the group and MCKINSTRY grabbed her by the arm and pulled her to a seated position.   J████████ was walking past and MCKINSTRY grabbed her by the arm and tried to pull her to a seated position.   J█████ resisted MCKINSTRY's efforts to place her into a seated position.   MCKINSTRY then grabbed her with two hands, lifted her up and seated her on her butt.

**01-06-2021 0915 hours Camera4_20210106082959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

H████ L██████ had crawled on top of **a short table**. MCKINSTRY was on her knees picking up items. MCKINSTRY grabbed L██████ and roughly jerked her off the table and onto her butt. L██████ crawled under the table. L██████ was approximately half way under the table. MCKINSTRY grabbed L██████ **and** lifted her up, causing L██████'s head to strike the underside of the table. MCKINSTRY dropped her on her butt, grabbed a toy out of her hand and sent her on her way.

**01-06-2021 0916 hours Camera4_20210106082959**

L████ O████ was pushing a tote with toys across the floor. MCKINSTRY took **hold of** O███████'s hand and pulled him away from the tote. This caused O██████ to fall backwards on the floor. O████████ lay on the floor crying. MCKINSTRY moved the tote and then picked O██████ off the floor.

**01-06-2021 0917 hours Camera3_20210106082958**

A████ J███ had picked something up from a shelf. MCKINSTRY appeared to swat the **item out of** her hand and pick her up by her arms and carry her across the room.

**01-06-2021 1029 hours Camera3_20210106092958**

A████ H█████ was standing up by the half circle table. Most of the children were seated at the tables eating. MCKINSTRY approached H██████ and pulled him towards his chair. H████████ fell down. MCKINSTRY picked him up and dropped him in the chair and pushed the chair forward to the table.

**01-06-2021 1030 hours Camera3_20210106103000**

A████ J██████ was seated at the half circle table with the other children eating. MCKINSTRY was standing behind J███████. J████████ picked something up off of the floor and attempted to place it in her mouth. MCKINSTRY slapped J███████'s hand away from her mouth. She then picked her **up and** dropped her in her seat so her feet were facing forward. MCKINSTRY pushed J███████'s chair forward.

**01-06-2021 1030 hours Camera3_20210106103000**

A██ O████ was seated at the half circle table with the other children eating. O█████ got out of her chair and sat on the floor. MCKINSTRY picked her up by her upper arms and dropped her in her chair and shoved the chair forward to the table.

**01-06-2021 1049 hours Camera3_20210106103000**

L████ O██████ was seated at the **half circle** table with several other children. I did not see **any interaction** between O████████ and MCKINSTRY.

**01-06-2021 1056 hours Camera3_20210106103000**

H████ L██████ was seated at the half circle table with several other children. I did not see any interaction between L███████ and MCKINSTRY.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**01-06-2021 1108 hours Camera3_20210106103000**

A███ H████████ was standing by the half circle table.   MCKINSTRY picked him up and put him in a chair.   She shoved the chair forward causing H████████'s chest to strike the table, causing the table to move.

**01-04-2021 0737 hours Camera3_20210104073000**

A███ H████████ was lying by the half circle table.   MCCOMBS picked him up by the upper **arms sat** him in a chair and pushed the chair forward to the table.

**01-04-2021 0805 hours Camera3_20210104073000**

A███ H████████ was standing on the matts.   H████████ laid on the ground and started rolling over and off the matts.   MCCOMBS grabbed him by an arm jerked him back onto the matts.

**01-04-2021 0930 hours Camera3_20210104093000**

Leger O█████████ was standing by the half circle tables.   MCKINSTRY grabbed him by an arm and pulled him back to her.

**01-04-2021 0940 hours Camera3_20210104093000**

A blonde male child was walking away from the area of the half circle tables. MCKINSTRY was taking a child from the sink to the half circle tables.   MCKINSTRY reached over and grabbed the left upper arm of the blonde child and pulled him back towards herself.   The male child started crying and appeared to be in pain. MCKINSTRY put the child she was carrying from the sink in a chair.   MCKINSTRY then put the blond crying child in a seat.

**01-04-2021 0941 hours Camera3_20210104093000**

O████ L████ was being led away from the sink by MCKINSTRY.   MCKINSTRY let L████ go by the table while she was trying to grab another kid.   L████ hit her face on the chair next to the table.

**01-04-2021 0944 hours Camera3_20210104093000**

A██ O████ was at the half circle table with several other children.   She got out of her chair and pushed it back.   MCKINSTRY picked O████ up and placed her back in the chair and pushed the chair back to the table.

**01-04-2021 1054 hours Camera3_20210104103000**

H████ L████ and A██ O████ were seated at the half circle table with other children.   MCKINSTRY approached L████ and grabbed her by the right arm and pushed her **out of her** chair and pushed her to the floor.   L████ laid on the floor on her back.   L████ laid on the floor for almost one minute.   O████ got out of her chair and was kneeling behind her chair.   MCKINSTRY grabbed O████ by the upper

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

arms and slammed her in the chair and shoved the chair forward causing ██████ to strike the edge of the table with her chest.

**01-04-2021 1118 hours Camera3_20210104103000**

H███ L████ was standing at the half circle table and her chair was behind her. MCKINSTRY picked her up and put her in the chair, she then shoved the chair forward.

**01-04-2021 1311 hours Camera3_20210104123000 Camera4_20210104123000**

H███ L████ was standing by the corner of the room. MCKINSTRY went over to her and grabbed her by the upper arms and jerked her back. MCKINSTRY then walked her to her sleeping matt and forced L████ to pick up a blanket and walked her to the clothes hamper and put the blanket in the clothes hamper. MCKINSTRY walked L████ over to the half circle table and picked her up by under her arms and slammed her into a chair, causing L████'s left side to strike the table.

**There were five entries for 01-04-2021 that had no times.**

**12-31-2020 1041 hours Camera3_20201231102959**

A███ J████ was seated at the half circle table with other children. J████ fell out of her chair. MCKINSTRY grabbed her by the upper arms picked her up and dropped her in the chair and pushed the chair forward.

**12-31-2020 1048 hours Camera3_20201231102959**

H███ L████ was seated on a chair next to the half circle table. L████ was sitting on the chair sideways. MCKINSTRY pushed L████ straight into the chair so she was sitting in it properly. MCKINSTRY then shoved the chair forward causing L████'s chest to strike the table, causing the table to move several inches.

**12-30-2020 0923 hours Camera4_20201230083000**

L███ C████ was laying on the ground by the small couch. He stood up. MCKINSTRY approached him and struck him in the chest with an open palm, causing him to fall backwards. She then picked him up and walked him to the corner of the room where she left him.

**12-30-2020 1040 hours Camera3_20201230102959**

A███ H████ was seated at the half circle table with several other children. MCKINSTRY took hold of his arm and pulled the chair out from underneath him and sat him on the floor. She then sat down next to him on the floor. She kicked his feet with her feet.

**12-23-2020 1020 hours Camera3_20201223093000**

C███ L████ was seated on a chair at the half circle table. L████ had drop something on the floor. MCKINSTRY approached L████ and shoved her chair

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

sideways, causing L███ upper body to move to the side from the force.   It appeared that MCKINSTRY then spoke to L███.

**12-22-2020 0855 hours Camera5_20201222083000 Camera6_20201222083000**

MCCOMBS was standing at the changing table and A███ H███████ was standing at the sink.   MCCOMBS walked over to him and grabbed him by the upper arm.   She lifted him off the ground by one arm carried him approximately six feet then threw him on the matt, where he fell onto his back.   This was witnessed by Viridiana ALVAREZ.

**12-22-2020 1039 hours Camera6_20201222103000**

L███ C████████ was seated at the half circle table with several other children.   He had turned around in his chair.   MCKINSTRY grabbed him by the shoulders and turned him around so he was facing forward and then pushed the chair in.

**12-22-2020 1046 hours Camera6_20201222103000**

A███ H███████ was squatting next to his chair at the half circle table.   MCKINSTRY wiped his face and then sat down and pulled H███████ onto her lap.

**12-22-2020 1100 hours Camera6_20201222103000 Camera5_20201222103000**

L███ C████████ was seated at the half circle table with several other children.   He had pushed his chair back away from the table.   MCKINSTRY approached him from behind and hit him in the chest with her hand, causing him to move back in his chair.   She then pushed his chair forward.   MCKINSTRY then picked him up out of his chair by his arms and carried him to the sink.   She let him go and he fell forward striking his torso on the corner of the sink.

**12-22-2020 1101 hours Camera6_20201222103000**

MCKINSTRY was holding A███ H███████'s hand.   MCKINSTRY shoved H███████'s arm back and down which caused H███████ to fall onto the ground.   MCKINSTRY then hovered over the top of him and appeared to talk to him.

**12-22-2020 1340 hours Camera6_20201222133000**

L███ C████████ was standing at the half circle table.   MCKINSTRY picked him up and roughly put him in a chair and pushed the chair forward.

**12-21-2020 0841 hours Camera5_20201221083000**

A███ H███████ and R███ M████ were standing by the window.   MCKINSTRY grabbed both children and pulled them away from the window.

**12-21-2020 1026 hours Camera6_20201221093000**

A███ H███████ was standing by his chair.   MCCOMBS grabbed him by the arm and jerked him into the chair and pushed the chair forward.

**12-18-2020 MCKINSTRY, Nibriel last name unknown, A███ H███████.**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

No time given

**12-18-2020 0918 hours Camera6_20201218083000 Camera5_20201218083000**

A███ J██████ was walking behind Maria MENDEZ.   MENDEZ walked outside and J███████ followed her.   It appeared that MENDEZ did not know J███████ was behind her.   MENDEZ grabbed J███████ by the wrists.   Lifted her wrists up and walked her back in.   MENDEZ then grabbed J███████ under the arms and slammed J███████ into a seated position on the **floor**.   MENDEZ then appeared to talk to another caregiver across the room.   J███████ stood up and MENDEZ grabbed her under the arms and dropped her onto the small couch.

**12-18-2020 1040 hours Camera6_20201218103000**

A███ H████████ was kneeling next to his chair at the circle table.   MCCOMBS picked him up and placed him in his chair and pushed his chair forward.   MCCOMBS put her foot on the back of H████████'s chair to hold the chair forward, so he could not push it back.

**12-18-2020 1048 hours Camera6_20201218103000**

A███ H████████ was next to the half circle tables.   Caregiver Nibriel, last name unknown, walked him to the sink.   She appeared to wash his hands.   She then took him to MCCOMBS who was seated on the floor with her back to the wall.   MCCOMBS hugged H████████ and then put him on a sleeping matt.

**12-18-2020 1343 hours Camera5_20201218133000**

A███ H████████ was sitting at the half circle table.   MCKINSTRY was standing in the corner.   H████████ got out of his chair and walked over to MCKINSTRY. MCKINSTRY picked him up and put him back in his chair.   It appeared that H████████ hit the back of his head on the window.   The only two camera angles provided did not show the incident very well.

**12-17-2020 1021 hours Camera6_20201217092959**

A███ J██████ was seated at the half circle table eating.   MCKINSTRY was seated at the table behind J███████.   J██████ put her spoon into her cup.   MCKINSTRY stood up rapidly approached J███████, grabbed J███████'s right hand and jerked J███████'s hand back and down which caused the spoon to flying out of J███████'s hand.   This was witnessed by MCCOMBS

**12-17-2020 1042 hours Camera5_20201217102959**

A███ H████████ was seated at the half circle table.   MCKINSTRY was seated next to him.   MCKINSTRY took H████████'s cup and held it to his face. as if she was trying to get him to drink.   H████████'s head was moved back several inches.   I could not tell if H████████ moved his head back to get away from the cup or if MCKINSTRY pushed his head with the cup.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**12-17-2020 1045 hours Camera5_20201217102959 Camera6_20201217102959**

A███ H██████ was seated at the half circle table.   MCKINSTRY was seated next to him.  H███████ was leaning back in his chair.   MCKINSTRY got of her chair and shoved H██████'s chair forward.

**12-17-2020 1107 hours Camera5_20201217102959 Camera6_20201217102959**

A███ J██████ was standing at the half circle table with her chair behind her. MCKINSTRY approached her from behind.   MCKINSTRY picked her up and roughly put her into a seated position in her chair.   She then shoved the chair forward. J███████ was wearing a bib.   MCKINSTRY took the bib off and pulled the bib up so the top center of the bib was pulled into J██████'s chin   It appeared she purposely pulled the bib into J████████'s chin.   MCCOMBS witnessed this.

**12-17-2020 1116 hours Camera5_20201217102959 Camera6_20201217102959**

F█████, last name unknown, was seated at the half circle table.   MCKINSTRY grabbed F█████ and carried her to the area of the sink where there was a chair. MCKINSTRY appeared to roughly place her in the chair.

**12-17-2020 1135 hours Camera5_20201217112959**

MCKINSTRY was sitting on the floor between two cots that had children sleeping on them.   A███ H███████ was sitting on MCKINSTRY's lap.   MCKINSTRY was patting the back of the two children.   She placed one hand on the front of H████████'s head and one hand on the side of his face and pulled his head back into her chest.   She then appeared to talk to him.   She stood him up and another caregiver took him and laid him on a cot.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**21-15867 List of Incidents**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

A██████

1 March: 1545—Valerie—(0106)—CPA met

1 March: 1535—Valerie—(0107)—CPA met

1 March: 1157—Valerie—(0109)—CPA met

2 March: 1159—Valerie—(0094)—CPA met

25 Feb: 1038—Valerie—(0119)—CPA met

24 Feb: 1008—Valerie—(0122)—CPA met

17 Feb: 0947—Valerie—(0156)—CPA DNM

17 Feb: 1129—Valerie (0157)—CPA met and Maria (0158)—CN met

17 Feb: 1516—Valerie (0146) and Viridiana (0147)—CPA met and CN met

17 Feb: 1554—Valerie—(0148)—CPA met

17 Feb: 1201:50—Maria—(0155)—CPA--DNM

18 Feb: 0909—Valerie—(0163)—CPA met

18 Feb: 0951—Valerie—(0164)—CPA met

18 Feb: 1007—Valerie (0166)—CPA met and Maria (0167)—CN met

18 Feb: 1008—Valerie (0168)—CPA met and Maria (0169)—CN met

18 Feb: 1145—Valerie (0159)—CPA DNM, Katie (0160)—CN DNM, and Gianah (0161)—CN DNM

19 Feb: 1123—Valerie (0172)—CPA met and Katie (0173)—CN met

19 Feb: 1154—Valerie (0175)—CPA met and Maria (0176)—CN met

22 Feb: 1600—Valerie—(0142)—CPA met

22 Feb: 1520—Valerie—(0143)—CPA met

23 Feb: 0757—Katie—(0140)—CPA met

22 Feb: 0955—Valerie—(0124)—CPA met

24 Feb: 1557—Valerie—(0135)—CPA met

26 Feb: 1549 (cam 5) and 1442 (cam 3) —Valerie—(0128)—CPA met

9 Feb: 1023—Valerie (0222)—CPA met

*1 OF 15*

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

9 Feb:  1030—Valerie (0223)—CPA met

9 Feb:  1048—Maria (0217)—CPA met

8 Feb:  0931—Valerie (0234)—CPA DNM

8 Feb:  1028—Valerie (0235)—CPA met

1 Feb:  1001 and 1008—Valerie (0249)—CPA met

1 Feb:  0802—Valerie (0243)—CPA met

28 Jan:  1318—Valerie (0260)—CPA met

28 Jan:  1353—Valerie (0283)—CPA met and Viridiana (0284)—CN DNM

27 Jan:  0853—Valerie (0281)-CPA DNM and Katie (0282)—CN DNM

28 Jan:  0916—Valerie (0264) CPA met and Maria (0265)—CN met

27 Jan:  0837—Valerie (0288)—CPA Met

27 Jan:  1338—Valerie (0285)—CPA met

25 Jan:  1406—Maria (0289)—CPA met

25 Jan:  1034—Valerie (0298)—CPA met

26 Jan:  1029—Valerie (0316)—CPA met and Maria (0317)—CN met

26 Jan:  1005—Valerie (0318)—CPA met

22 Jan:  0942—Valerie (0321)—CPA met

22 Jan:  0820—Valerie (0323)—CPA met

22 Jan:  1518—Valerie (0326)—CPA met

22 Jan:  0819—Valerie (0327)—CPA met

21 Jan:  0856—Valerie (0329)—CPA met

21 Jan:  0956—Valerie (0331)—CPA met

21 Jan:  1417—Valerie (0335)—CPA met

21 Jan:  1409—Valerie (0336)—CPA met and Viridiana (0337)—CN met

21 Jan:  1046—Valerie (0340)—CPA met

19 Jan:  0735—Valerie (0352)—CPA met and Katie (0353)—CN met

19 Jan:  0802—Valerie (0351)—CPA met

2 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

19 Jan: 0814—Valerie (0348)—CPA met

12 Jan: 0757—Valerie (0345)—CPA met and Maria (0346)—CN met

8 Jan: 0719—Katie (0375)—CPA met

18 Dec: 1048—Nibriel (0355)—CPA DNM and Katie (0356)—CN DNM

8 Jan: 0807—Valerie (0372)—CPA met

6 Jan: 0817—Valerie (0362)—CPA met

4 Jan: 0737—Katie (0361)—CPA DNM

4 Jan: 0805—Katie (0359)—CPA met and Valerie (0360)—CN met

18 Dec: 1343—Valerie (0354)—CPA met

17 Dec: 1042—Valerie (0381)—CPA met and Maria (0382)—CN DNM

17 Dec: 1045—Valerie (0379)—CPA met and Maria (0380)—CN DNM

17 Dec: 1135—Valerie (0385)—CPA met and Nibriel (0386)—CN Met

6 Jan: 1029—Valerie (0396)—CPA met and Maria (0397)—CN DNM

6 Jan: 1108—Valerie (0400)—CPA met

13 Jan: 0731—Valerie (0427)—CPA met and Maria (0428)—CN DNM

8 Feb: Valerie (0422)—CPA met

13 Jan: Katie (0421)—CPA DNM

18 Dec: Valerie (0417)—CPA met and Nibriel (0418)—CN DNM

4 Jan: Valerie (0416)—CPA met

4 Jan: Valerie (0414)—CPA met and Katie (0415)—CN met

4 Jan: Valerie (0411)—CPA DNM

4 Jan: Katie (0409)—CPA met

4 Jan: Katie (0408)—CPA met

18 Dec: 1040—Katie (0357)—CPA DNM, and Maria (0460)—CN DNM, and Nibriel (0461)—CN DNM

21 Dec: 0841—Valerie (0431)—CPA met

21 Dec: 1026—Katie (0433)—CPA met and Viridiana (0484)—CN DNM

3 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

22 Dec: 1101—Valerie (0434)—CPA met

22 Dec: 0855—Katie (0437)—CPA met and Viridiana (0438)—CN DNM

22 Dec: 1046—Valerie (0441)—CPA DNM and Josefina (0442)—CN DNM

11 Jan: 1037—Valerie (0451)—CPA met and Katie (0452)—CN DNM

11 Jan: 0743—Valerie (0453)—CPA met

11 Jan: 0739—Valerie (0454)—CPA DNM and Maria (0455) CN DNM and Katie (0456)-CN DNM

11 Jan: 0659—Katie (0457)—CPA Met and Maria (0458)—CN Met

7 Jan: 0650—Katie (0462)—CPA DNM

7 Jan: 0857—Valerie (0463)—CPA Met and Katie (0464)—CN Met

7 Jan: 0906—Valerie (0465)—CPA Met

30 Dec: 1040—Valerie (0472)-CPA Met and Maria (0473)—CN Met and Katie (0474)—CN Met

2 Mar: 0759—Valerie (0475)—CPA Met and Jackie (0476)—CN Met

2 Mar: 0819—Valerie (0477)—CPA Met

2 Mar: 0929—Valerie (0480)—CPA Met and Jackie (0481)—CN Met

2 Mar: 0927—Valerie (0482)—CPA Met

28 Jan: 1333—Valerie (0267)--CPA Met

28 Jan: 1040—Valerie (0268)—CPA Met and Katie (0269)—CN Met

26 Feb: 1039—Valerie (0499)—CPA Met and Maria (0500)—CN Met

22 Feb: 1046—Valerie (0496)—CPA Met and Maria (0497)—CN Met

7 Jan: 1102—Valerie (0493)-CPA Met and Maria (0494)-CN Met

    Also, Maria (0491)-CPA DNM and Valerie (0492)-CN DNM

26 Feb: 1027—Valerie (0498)-CN Met


A████ **143 Allegations**

   **143 have gone to the IDC**

   **110 met criteria (85 CPA and 25 CN)**

4 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

H

1 March:  1217—Valerie (0108) and Teresa (0205)—CPA met and CN DNM

25 Feb:  1205—Valerie (0116)—CPA met and Katie (0241)—CN DNM

25 Feb:  1240—Valerie (0113)—CPA met

25 Feb:  1119—Valerie (0117)—CPA met

24 Feb:  1205—Katie (0120)—CPA met

26 Feb:  1022—Valerie (0110)—CPA met

22 Feb:  1527—Valerie (0144)—CPA met

17 Feb:  1515—Valerie (0145)—CPA met

16 Feb:  1147—Valerie (0149)—CPA met and Maria (0187)—CN DNM

16 Feb:  1157—Valerie (0150)—CPA met

16 Feb:  1546—Valerie (0185)—CPA met

18 Feb:  0909—Valerie (0162)—CPA met

18 Feb:  1001—Valerie (0165)—CPA met

24 Feb:  1549—Valerie (0136)—CPA met and Viridiana (0137)—CN DNM

24 Feb:  1531—Valerie (0132)—CPA met Viridiana (0133)—CN DNM

26 Feb:  1442—Valerie (0129)—CPA met

22 Feb:  1159—Valerie (0188)—CPA met

10 Feb:  1110—Katie (0213)—CPA DNM

9 Feb:  0923—Valerie (0215)—CPA met

9 Feb:  1212—Valerie (0224)—CPA DNM

9 Feb:  1053, 1055, 1056, 1207—Valerie (0225)—CPA met and Katie (0226)—CN met

9 Feb:  1347—Valerie (0229)—CPA met and Maria (0238)—CN met

9 Feb:  1416—Valerie (0227)—CPA met and Viridiana (0228)—CN met

9 Feb:  1420—Valerie (0230)—CPA met

1 Feb:  1001 and 1008—Valerie (0253)—CPA met

3 Feb:  1055—Katie (0248)—CPA met

S OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Page: 85 of 100

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

3 Feb:  1100—Maria (0246)—CPA met

2 Feb:  1047—Valerie (0247)—CPA DNM

4 Feb:  1045—Katie (0245)—CPA met

4 Feb:  1042—Katie (0244)—CPA met

1 Feb:  1056—Valerie (0256)—CPA met

27 Jan:  0900—Valerie (0279)-CPA met and Maria (0280)—CN met

28 Jan:  1005—Valerie (0266)—CPA met

28 Jan:  0937—Valerie (0270)—CPA met

28 Jan:  0911—Valerie (0271)—CPA met

28 Jan:  0802—Valerie (0272)—CPA met

29 Jan:  1059—Valerie (0273)—CPA DNM

27 Jan:  1057—Katie (0286)—CPA met

27 Jan:  1054—Katie (0287)—CPA met

25 Jan:  1102—Valerie (0290)—CPA met

25 Jan:  1043—Valerie (0291)—CPA met

25 Jan:  1036—Valerie (0294)—CPA met and Katie (0295)—CN met

25 Jan:  0800—Valerie (0301)—CPA met

25 Jan   0802—Valerie (0302)—CPA **met**

26 Jan:  1106—Valerie (0308)—CPA met and Katie (0309)—CN met

26 Jan:  1039—Valerie (0312)—CPA met

26 Jan:  1037—Valerie (0313)—CPA met

21 Jan:  0809—Valerie (0320)—CPA met

22 Jan:  1020—Valerie (0324)—CPA met and Maria (0325)—CN met

21 Jan:  1032—Valerie (0328)—CPA met

21 Jan:  1409—Valerie (0338)—CPA met and Viri**diana (0339)—CN met**

21 Jan:  1041—Valerie (0341)—CPA met and Katie (0342)—CN met

14 Jan:  1008—Valerie (0343)—CPA met



6 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

8 Jan:  1058—Valerie (0366)—CPA met

8 Jan:  1101—Valerie (0365)—CPA met

15 Jan:  1056—Valerie (0401)—CPA met

6 Jan:  0911—Valerie (0388)—CPA met and Maria (0389)—CN met

6 Jan:  0915.23—Valerie (0392)—CPA met

13 Jan:  0813—Valerie (0429)—CPA met

8 Feb:  1157—Katie (0425)—CPA met and Maria (0426)—CN DNM

8 Feb:  1203—Valerie (0424)—CPA met

8 Feb:  1205—Valerie (0423)—CPA met

31 Dec:  1048—Valerie (0420)—CPA met

4 Jan:  1118—Valerie (0413)—CPA met

4 Jan:  1311—Valerie (0412)—CPA met

4 Jan:  1054—Valerie (0405)—CPA DNM

4 Jan:  0940—Valerie (0404)—CPA DNM

11 Jan:  1105—Valerie (0447)—CPA met

11 Jan:  1055—Valerie (0448)—CPA met and Katie (0449)—CN DNM

7 Jan:  1413—Valerie (0468)—CPA Met

29 Jan:  1059—Valerie (0478)—CPA DNM

7 Jan:  1057—Valerie (0466)—CPA Met


**H▓▓▓▓  89 allegations**

**89 have gone to the IDC**

**75 met criteria (65 CPA and 10 CN)**


**P▓▓▓**

2 March:  1430—Valerie (0091)—**CPA met and Maria (0092)--CN DNM**

2 March:  1401—Valerie (0093)—**CPA met**


7 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

2 March:  1217—Valerie (0214)—CPA met

2 March:  1125—Valerie (0096)—CPA met and Jackie (0102)--CN Met

2 March:  1114—Valerie (0095)—CPA met

2 March:  1043—Valerie (0103)—CPA met and Jackie (0104)--CN DNM

25 Feb:  1438—Valerie (0112)—CPA met

25 Feb:  1204—Valerie (0114)—CPA met

24 Feb:  1634—Valerie (0139)—CPA met

19 Feb:  1550—Valerie (0170)—CPA met and Viridiana (0171)—CN DNM

24 Feb:  1609—Valerie (0209)—CPA met and Viridiana (0236)—CN met

24 Feb:  1111—Valerie (0186)—CPA met

22 Feb:  1022—Valerie (0125)—CPA met

22 Feb:  1123—Valerie (0127)—CPA met

23 Feb:  1614—Valerie (0130)—CPA met and Viridiana (0131)--CN met

12 Feb:  1100 and 1104—Valerie (0198)—CPA met

12 Feb:  1052—Valerie (0200)—CPA met and Katie (0201)—CN met

12 Feb:  1608—Valerie (0196)—CPA met

9 Feb:  0926—Valerie (0216)—CPA met

9 Feb:  1055—Valerie (0218)—CPA met

9 Feb:  1616—Valerie (0231)—CPA met and Viridiana (0239)—CN met

9 Feb:  1432—Valerie (0233)—CPA met

1 Feb:  1001 and 1008—Valerie (0254)—CPA met

25 Jan—1006—Valerie (0300)—CPA met


P███████ **32 allegations**

**32 have gone to the IDC**

**29 met criteria (24 CPA and 5 CN)**

*8 OF 15*

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021



25 Feb:  1118—Valerie (0118)—CPA met

16 Feb:  1200—Valerie (0152)—**CPA met**

1 Feb:  1001 and 1008—Valerie (0251)—CPA DNM

1 Feb:  0807—**Katie (0242)**—CPA met

27 Jan:  0901—**Valerie (0**277)-CPA met and Maria (0278)—CN DNM

23 Dec:  1020--Valerie (0436) --CPA met

24 Feb:  1502—Valerie (0485)—CPA met

13 Jan:  1055—Maria (0488)—CPA met

4 Jan:  0941—Valerie (0505)—CPA DNM

 **10 allegations**

**10 have gone to the IDC**

**7 met criteria (7 CPA)**



24 Feb:  1207—Katie (0121)—CPA met

18 Feb:  1158—Valerie (0184)—CPA met

16 Feb:  1157—Valerie (0151)—CPA met

19 Feb: **1110**—Valerie (0174)—CPA met

22 Feb: **1114**—**Valerie (0**126)—CPA met

12 Feb:  1100 and 1104—Valerie (0197)—CPA met

12 Feb:  1055—Valerie (0199)—CPA met

12 Feb:  1037—Valerie (0202)—CPA met and Maria (0203)—CN DNM

10 Feb:  1054—Katie (0208)—CPA DNM

10 Feb:  1413—Valerie (0211)—**CPA met**

10 Feb:  1110—Katie (0212)—C**PA met**

*9 OF 15*

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

1 Feb:  1056—Valerie (0257)—CPA met

29 Jan:  1053—Katie (0261)-CPA DNM and Maria (0262), CN DNM and Valerie (0263)—CN DNM

25 Jan:  1039—Valerie (0292)—CPA met and Katie (0293)—CN met

25 Jan:  1032—Valerie (0296)—CPA met and Katie (0297)—CN DNM

26 Jan:  1411—Valerie (0303)—CPA met

26 Jan:  1323—Valerie (0306)—CPA met

26 Jan:  1106—Valerie (0310)—CPA met and Katie (0311)—CN met

26 Jan:  1037—Valerie (0314)—CPA met and Maria (0315)—CN DNM

14 Jan:  1008—Valerie (0344)—CPA met

18 Dec:  0918—Maria (0358)—CPA met

17 Dec:  1021—Valerie (0383)—CPA met and Katie (0384)—CN met

17 Dec:  1107—Valerie (0378)—CPA met

6 Jan:  0911—Valerie (0390)—CPA met and Maria (0391)—CN met

6 Jan:  0917—Valerie (0395)—CPA met

6 Jan:  1030—Valerie (0398)—CPA met

13 Jan:  1412—Valerie (0430)—CPA met

31 Dec:  1041—Valerie (0419)—CPA met

4 Jan:  1055—Valerie (0406)—**CPA** met

22 Dec—1058—Valerie (0443)—CPA met and Katie (0444)—CN DNM

11 Jan—1040—Valerie (0450)—CPA m**et**

7 Jan—1110—Valerie (0467)—CPA M**et**

7 Jan—1426—Valerie (0469)—CPA DNM

27 Jan—1053—Valerie (0489)—CPA DNM

17 Feb—1101—Valerie (0495)—CPA Met

10 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

 **45 allegations**

**45 have gone to the IDC**

**35 met criteria (31 CPA and 4 CN)**



2 March:  1015—Valerie (0105)—CPA met

1 Feb:  1001 and 1008—Valerie (0252)—CPA met

27 Jan:  1002—Valerie (0275)-CPA met and Katie (0276)—CN DNM

26 Jan:  1409—Valerie (0304)—CPA met and Viridiana (0305)—CN met

26 Jan:  1317—Valerie (0307)—CPA met

26 Jan:  1005—Valerie (0319)—CPA met

6 Jan:  1030—Valerie (0399)—CPA met

4 Jan:  0944—Valerie (0407)—CPA DNM

2 Mar:  0925—Valerie (0479)—CPA DNM

 **11 allegations**

**11 went to the IDC**

**8 met criteria (7 CPA and 1 CN)**

22 Feb:  1620—Valerie (0141)—CPA met

18 Feb:  1158—Valerie (0183)—CPA met

12 Feb:  0651—Katie (0179)—CPA DNM

22 Feb:  0955—Katie (**0123**)—CPA met

26 Feb:  1549—Valerie (0138)—CPA met

9 Feb:  0828—Valerie (0219)—CPA met

9 Feb:  1015—Valerie (0220)—CPA met and Maria (0237)—CN met

*11 OF 15*

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

9 Feb:  1623—Valerie (0232)—CPA met

25 Jan:  1031—Valerie (0299)—CPA met

25 Jan:  1534—Valerie (0322)—CPA met

21 Jan:  0956—Valerie (0330)—CPA met

19 Jan:  0807—Valerie (0349)—CPA met and Katie (0350)—CN met

19 Jan:  0829—Valerie (0347)—CPA met

8 Jan:  0806—Valerie (0373)—CPA met and Katie (0374)—CN DNM

8 Jan:  0905—Valerie (0371)—CPA met

8 Jan:  0906—Valerie (0370)—CPA met

8 Jan:  1033—Valerie (0368)—CPA met and Katie (0369)—CN met

6 Jan:  0916—Valerie (0394)—CPA met

15 Jan:  1049—Valerie (0387)—CPA met

4 Jan:  0930—Valerie (0410)—CPA met

4 Jan:  0940—Valerie (0403)—CPA met

22 Dec:  1340—Valerie (0435)—CPA met

22 Dec:  1039—Valerie (0439)—CPA DNM and Josefina (0440)—CN DNM

22 Dec:  1100—Valerie (0445)—CPA met and Katie (0446)—CN DNM

22 Jan:  0820—Valerie (0490)--CPA Met

30 Dec:  0923—Valerie (0501)—CPA Met

9 Feb:  0934—Valerie (0504)—CPA Met

L█████  33 allegations

**33 went to the IDC**

**28 met criteria (25 CPA and 3 CN)**

*12 OF 15*

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021



12 Feb: 0919—Valerie (0178)—CPA met

9 Feb: 1021 (0221)—CPA met

1 Feb: 1001 and 1008—Valerie (0250)—CPA DNM

27 Jan: 1051—Katie (0274)—CPA DNM

 **4 allegations**

**4 have gone to the IDC**

**2 met criteria (2 CPA)**



12 Feb: 0919--Valerie (0177)—CPA met

6 Jan: 0814—**Valerie (0363)**—CPA met

21 Dec: 0841--Valerie (0432)--CPA met

**3 allegations 3**

**3 went to the IDC**

**3 met criteria (3 CPA)**

2 Mar: 1115—Valerie (0134)—CPA met

**1 allegation**

**Went to the IDC and met for CPA**

13 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021



1 Feb: 1001 and 1008—Valerie (0255)—CPA met

 1 allegation

**Went to the IDC and met criteria for CPA**



21 Jan: 1030—Valerie (0332)—CPA met

20 Jan: 0849—Valerie (0333)—CPA met and Katie (0334)—CN Met

8 Jan: 1052—Valerie (0367)—CPA met

6 Jan: 0813--Valerie **(0364)**—CPA met

4 Jan: 0940—Valerie (0402)—CPA met

23 Dec: 1105—Valerie (0459)--CPA Met

 **7 allegations**

**7 went to the IDC**

**7 met criteria (6 CPA and 1 CN)**



17 Dec: 1116—Valerie (0376)—CPA met and Katie (0377)—CN met

 **2 allegations**

**2 have gone to the IDC**

**2 met criteria (1 CPA and 1 CN)**

14 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

380 possible incidents as of 13 May 2021

380 have gone to the IDC

307 met criteria (257 CPA and 50 CN)

73 did not meet criteria

15 OF 15

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

|    | Date      | Time     | Camera | Victim | Offender |
|----|-----------|----------|--------|--------|----------|
| 1  | 7-Jan-21  | 11:02:11 | 12     | A      | Valerie  |
| 2  | 7-Jan-21  | 11:02:11 | 12     | A      | Maria    |
| 3  | 7-Jan-21  | 11:02:11 | 12     | A      | Maria    |
| 4  | 7-Jan-21  | 11:02:11 | 12     | A      | Valerie  |
| 5  | 13-Jan-21 | 10:55:03 | 11     | C      | Maria    |
| 6  | 27-Jan-21 | 10:53:22 | 12     | A      | Valerie  |
| 7  | 17-Feb-21 | 11:01:09 | 11     | A      | Valerie  |
| 9  | 22-Feb-21 | 10:46:10 | 11     | A      | Valerie  |
| 10 | 22-Feb-21 | 10:46:10 | 11     | A      | Maria    |
| 11 | 26-Feb-21 | 10:27:51 | 12     | A      | Valerie  |
| 12 | 26-Feb-21 | 10:39:10 | 12     | A      | Valerie  |
| 14 | 26-Feb-21 | 10:39:10 | 12     | A      | Maria    |

1 OF 1

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: almodovai, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**SUPPLEMENT NARRATIVE:**

On 3-19-21 a hard drive containing surveillance video for the base daycare from 12-17-20 until 3-2-21.

On 3-29-21 Officer M. GOMEZ was asked to review the surveillance video on this case. See her supplement for further.

On 4-13-21 Detective MINER was asked to review other surveillance video on this case. See her supplement for further.

On 4-21-21 Officer BAISCH was asked to review the other surveillance video on this case. See his supplement for further.

On 5-19-21 I received the last list of incidents from the base.    From all the videos there were only four new / updated videos that have not been viewed.    This final list is attached with this report.



**1-15-21 1056 hours Camera3 20210115103000**
H█████ L█████ was sitting in her chair at the table.    She then used her arms to push her chair away from the table.   Valerie MCKINSTRY then walks over to L███████, lifts her up and forcibly sits her down on her chair and then pushes the chair into the table causing the table to move forward.

**1-8-21 0719 hours Camera3 20210108062959**
A██ H████████ was playing on the step stool near the children's sink.   Katherine MCCOMBS then stands in between H████ and the step stool.   As H█ attempts to get past MCCOMBS and play on the step stool, MCCOMBS picks up H█████████, takes him to the matted area and lets him go / tosses him onto the padded mat.

**1-7-21 1057 hours Camera3 20210107103000**
H██ L███ is sitting at the table with the other children.   L████ then stands up from her chair and starts to walk away from the table.   Valerie MCKINSTRY then walks over to L███████ and picks her up and forcibly sits her down.   MCKINSTRY then moves L███████ closer to the table.

**12-23-20 1105 hours Camera3 20201223103000**
B██ S██████ was standing by one of the tables but then he starts to wander off. Valerie MCKINSTRY walks over to S██████ and grabs him.   MCKINSTRY lifts S██████ and forcibly sits him on the chair and slides him into the table.

On 5-24-21 I contacted the base to get the information on Katherine MCCOMBS and Jackie SALAS.   I learned there was a mistake about the identity of Jackie SALAS, she was correctly identified as Jacquelin ROSAS.   Both MCCOMBS and ROSAS information is attached in this report.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

On 5-26-21 I received a list of the outdoor incidents that were being reported.   There were seven reported incidents that occurred outside between the dates of 1-7-21 to 2-26-21.   Later that day I received a hard drive containing those outdoor incidents. This list is also attached with this report.

**2-26-21 1039 hours Camera12 20210226103000**
A███ H█████████ is pushing a cozy coupe, a ride on toy for toddlers in the play area. At the same time another child is pushing a toy shopping cart in the same play area. While H█████████ is pushing the cozy coupe into the shopping cart causing the other child to start walking backwards.   Eventually the other child lets go of the shopping cart and gets out of the way.   H█████████ continues to push the cozy coupe and the shopping cart.   Valerie MCKINSTRY sees this and rushes over and grabs H█████████ and sits him down causing the cozy coupe and the shopping cart to roll forward.   MCKINSTRY then lays H█████████ down and gives the other child the shopping cart back.   MCKINSTRY then picks up H█████████ and puts him in the cozy coupe and plays with him.

**2-26-21 1027 hours Camera12 20210226103000**
The video starts at 1030 hours and the reported incident happened at 1027 hours. There is no video of this incident.

**2-22-21 1046 hours Camera11 20210222102959**
A███ H█████████ is pushing a cozy coupe around the playground.   H█████████ eventually pushes the cozy coupe into another cozy coupe.   At the same time another care worker was sitting under the canopy with three children.   H█████████ pushed one cozy coupe and rams it into the other cozy coupe which in turn goes into the care worker and the children. The care worker pushes the empty cozy coupe away from her and the children.   Valerie MCKINSTRY sees this and goes over there.   MCKINSTRY uses the cozy coupe H█████████ was pushing and pushes him backwards causing him to fall down.   MCKINSTRY then continues to push the cozy coupe into H█████████ while he was on the ground.

**2-17-21 1101 hours Camera11 20210217103000**
A███ J█████ is sitting on a picnic table.   Valerie MCKINSTRY walks over and picks up J█████, moves her from the table and lets her fall to the ground. J█████ stays on the ground and cries until MCKINSTRY picks her up and walks away with her.

**1-27-21 1053 hours Camera12 20210127102959**
Valarie MCKINSTRY takes A███ J█████ to a plastic rocking horse underneath the canopy.   MCKINSTRY proceeds to forcibly rock J█████ back and forth causing her to jerk back and forth.   MCKINSTRY then yanks J█████ off the rocking horse while she is sitting on the ground and places J█████ in between her legs.

**1-13-21 1055 hours Camera11 20210113102959**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

C▬ L▬ is playing outside of a playhouse with other children.   Maria MENDEZ is standing next to the playhouse watching the children.   For some reason MENDEZ grabs L▬ shirt and pulls on it causing L▬ to fall to his knees.   L▬ stood up and later MENDEZ grabs him by his wrist and walks him back to the building.

**1-7-21 1102 hours Camera12 20210107103000**
A▬ H▬ is sitting on the ground with Valerie MCKNISTRY and other children while Maria MENDEZ is sweeping the dirt off the sidewalk.   While MENDEZ was sweeping she went and got another child and walked him over to MCKINSTRY. While everyone was sitting on the ground H▬ gets up and runs away. MCKINSTRY attempts to grab him but misses him.   MENDEZ goes and gets him and walks him back to MCKINSTRY.   MENDEZ then lifts H▬ up and sits him on his buttocks next to MCKINSTRY.   H▬ attempts to get up a second time and MCKINSTRY grabs him by the back of his shirts and pulls him to the ground. H▬ lays on the ground for a short time and attempts to get up a third.   Again MCKINSTRY grabs H▬ by his shirt and again pulls him to the ground.

In total MCKINSTRY has numerous incidents involving 11 children; C▬ C▬ , H▬ , L▬ , C▬ , J▬ , L▬ , W▬ , M▬ , S▬ , E▬ from 12-17-20 until 3-2-21.

There were also 15 incidents involving MCCOMBS and 7 incidents involving MENDEZ. The incidents with MCCOMBS were from 1-7-21 until 2-24-21 involving seven children; L▬ , J▬ , H▬ , C▬ , L▬ , C▬ and W▬ .   The incidents with MENDEZ were from 1-25-21 until 2-24-21 involving two children L▬ and H▬ .

Two other children were mentioned, L▬ P▬ and A▬ M▬ ; however; no incidents were observed.

On 6-4-21 I received another hard drive from the base.   This hard drive had all of the previously turned over recordings including all of the videos from the outside playground area from 12-10-20 until 3-2-21.   This hard drive was later turned into evidence.

This report will be forwarded to the Yuma County Attorney's Office for review.   No Further.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**OfficerID: almodovai, Narrative**

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021

**SUPPLEMENT NARRATIVE:**

A█████ H█████████, L████ F████████ and A█████ M█████████ all should be listed as victims in this case.    Also this is the correct way of spelling L████ F████████'S name. No Further.

Yuma Police Department
ASM #9816 of Records Division
Copy released to: Crecelius, Stefani
07/13/2021