**Exhibit B**

Below are links to a sampling of certain videos of abuse collected by the Yuma Police Department. Additional videos of the extensive abuse will be provided to the Court upon request.

https://rawlslawgroup.sharepoint.com/:v:/g/EQ9jGws9jPZDiFYMhtjWAjQB2n2iPB4m00YepimUR_QqZQ

https://rawlslawgroup.sharepoint.com/:v:/g/ESBDuIAl5YZCpKH8fUaGXHEBfAgWDUgFrmt3GbUTJLOkgA?e=VZWyf6&referrer=Outlook.Web&referrerScenario=email-linkwithoutembed

https://rawlslawgroup.sharepoint.com/:v:/g/EbWZDp3VDUlKnKP6N4GdEsoBcFVeqCdTVr4W3b7YHwnmKw?e=U8o7BC&referrer=Outlook.Web&referrerScenario=email-linkwithoutembed