

**DEPARTMENT OF THE NAVY**
**HEADQUARTERS UNITED STATES MARINE CORPS**
**2 NAVY ANNEX**
**WASHINGTON, DC 20380-1775**

MCO P1710.30E
MR
24 Jun 04

MARINE CORPS ORDER P1710.30E W/CH 1

From: Commandant of the Marine Corps
To:   Distribution List

Subj: MARINE CORPS CHILDREN, YOUTH, AND TEEN PROGRAMS (SHORT TITLE: CYTP)

Ref:     (a) DODI 6060.2, Child Development Programs
         (b) DODI 6060.3, School Age Care Program
>CH 1    (c) DODI 6060.4, Youth Programs
>CH 1    (d) MCO 1320.11E Personnel Sponsorship Program
>CH 1    (e) DODI 1020.1 Nondiscrimination on the Basis of Handicap in Programs
>CH 1        and Activities Assisted or Conducted by the Department of Defense
>CH 1    (f) MCO 5100.30 Marine Corps Safety Program
>CH 1    (g) MCO P5100.8F Marine Corps Occupational Safety and Health Program
>CH 1        Manual
>CH 1    (h) NAVMED P-5010-1 Food Safety Training for Food Managers and
>CH 1        Supervisors
>CH 1    (i) MCO 1740.13A Family Care Plans
>CH 1    (j) MCO P1700.27A Marine Corps Community Service Policy Manual
>CH 1    (k) MCO 5500.18 Crime Prevention
>CH 1    (l) DOD 1400-25-M Classification and Pay System for Child Development
>CH 1        Program NAF Assistants, Leaders, and Technicians
>CH 1    (m) DODI 1402.5 Criminal History Background Checks on Individuals in
>CH 1        Child Care Services
>CH 1    (n) UFC 4-740-14 Unified Facilities Criteria

Encl:    (1) LOCATOR SHEET

1. <u>Situation</u>.  The Marine Corps Children, Youth, and Teen Programs Manual was last published in February 2000.  This Manual provides commanders with updated plans, policies and resources to ensure that the Children, Youth and Teen Programs are operated in a safe and healthy environment.

2. <u>Cancellation</u>.  MCO 1710.30D

3. <u>Mission</u>.  To publish policies and standards of the Marine Corps Children, Youth, and Teen Programs in a variety of integrated, balanced, quality programs for eligible children ages 6 weeks to 18 years, as required by reference (a) through (m).

4. <u>Execution</u>

   a. <u>Commander's Intent and Concept of Operations</u>

       (1) Commanders Intent.  This Manual contains the specifics of those programs as modified by recent developments and changes published through DoD Directives, SECNAV Instructions, Marine Corps Bulletins, and ALMARS.  This Manual is designed for ease in locating specific items and to provide a more comprehensive understanding of the Marine Corps Children, Youth and Teen Programs Concept of Operations.

       (2) This Manual will be disseminated to all commands responsible for the operation of Children, Youth, and Teen Programs and those activities that support the program.

**DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.**

MCO P1710.30E
24 Jun 04

    b.  <u>Subordinate Element Missions</u>.  Comply with the intent and content of this manual.

    c.  <u>Coordinating Instructions</u>.  Submit all recommendations concerning this manual to the Commandant of the Marine Corps (MR) via the appropriate chain of command.

5.  <u>Administration and Logistics</u>.  This Manual can be accessed online via the Marine Corps homepage at:  <u>http://www.usmc.mil</u> and the Marine Corps Community Service homepage at:  http://www.usmc-mccs.org.

6.  <u>Command and Signal</u>

    a.  <u>Signal</u>.  This Manual is effective on the date signed.

    b.  <u>Command</u>.  Reserve Applicability.  This Manual is applicable to the Marine Corps Total Force.


GARRY L. PARKS
Deputy Commandant for
Manpower and Reserve Affairs


DISTRIBUTION:  PCN 10202392400

      Copy To:  7000110 (55)
               70000/8145005 (5)
               7000099,144/8145500

CHANGE 1 TO MCO 1710.30E
        MARADMIN 164/05
    ""------------------------------------------------------------""
            Date signed: 04/06/2005MARADMIN Number: 164/05
            Subject: CHANGE 1 TO MCO 1710.30E
            R 061130Z APR 05
            FM CMC WASHINGTON DC(UC)
            TO AL MARADMIN(UC)
            UNCLASSIFIED//
            MARADMIN 164/05
            MSGID/GENADMIN/CMC WASHINGTON DC MR//
            SUBJ/CHANGE 1 TO MCO 1710.30E//
            REF/A/DOC/CMC(MRY)/YMD:20040624//
            POC/KATHLEEN FACON/GS-13/MRZ-3/-/TEL:(703) 784-9553/TEL:DSN 278-9553
            /EMAIL:KATHLEEN.FACON@USMC.MIL//
            AMPN/REF A IS MCO 1710.30 E, CHILDREN, YOUTH AND TEEN PROGRAMS//
            GENTEXT/REMARKS/1.  TO DIRECT PEN CHANGES TO THE BASIC ORDER.
            2.  BACKGROUND AND INFORMATION.  SINCE THE MCO 1710.30E WAS
            RELEASED, THE DEPARTMENT OF DEFENSE INSTRUCTION (DODI) 6060.4, YOUTH
            PROGRAMS AND THE CHILDREN, YOUTH AND TEEN MULTI-DISCIPILNARY AND
            HIGHER HEADQUARTERS INSPECTION TOOLS WERE PUBLISHED.  THIS CHANGE 1
            INCORPORATES SPECIFIC ITEMS FROM THE DODI 6060.4 AND THE
            PROGRAM REQUIREMENTS FROM THE INSPECTION TOOLS.
            3.  ACTION.  EFFECTIVE IMMEDIATELY, MAKE THE FOLLOWING CHANGES TO
            THE REFERENCES.
            A.  ADD REFERENCE C:  DODI 6060.4 YOUTH PROGRAMS, REORGANIZE
            REFERENCES D-N.
            B.  REWORD SENTENCE IN PARAGRAPH 1005.4 TO READ:  THE FACILITY SHALL
            BE INSPECTED AND APPROVED PRIOR TO USE AND ON AN ANNUAL BASIS, BY
            SAFETY, FIRE AND PREVENTATIVE MEDICINE.
            C.  ADD TO THE END OF PARAGRAPH 1005.5:  ALL YOUTH PROGRAMS SHALL
            MEET THE REQUIREMENTS AS ESTABLISHED IN REFERENCE C.
            D.  ADD AFTER THE FIRST SENTENCE IN PARAGRAPH 2001.3 TO READ:  ONE
            OF THE FOUR QUARTERLY INSPECTIONS WILL BE COMPREHENSIVE.
            E.  ADD NUMBER 5 TO PARAGRAPH 2001.4 (B) TO READ:  THIS INSPECTION
            SHALL NOT BE COMBINED WITH ANY OTHER REQUIRED INSPECTION.
            F.  REWORD SENTENCE IN PARAGRAPH 2002.3 (D) TO READ:  ANNUAL
            TRAINING IN THE PROPER PROCEDURES FOR ADMINISTERING MEDICATIONS
            SHALL BE CONDUCTED BY APPROPRIATE MEDICAL PERSONNEL FOR THOSE STAFF
            AND PROVIDERS WHO ADMINISTER MEDICATIONS.
            G.  REWORD SENTENCE IN PARAGRAPH 4008.5 (B) TO READ:  UPON
            COMPLETION OF THE DOD MODULES, EACH PROVIDER SHALL COMPLETE A
            MINIMUM OF 24 HOURS OF ANNUAL ON-GOING TRAINING.
            H.  MAKE CHANGE TO FIGURE 4-1, RENAME DCII, DEFENSE CLEARANCE AND
            INVESTIGATIONS INDEX TO JPAS, JOINT PERSONNEL ADJUDICATION SYSTEM.
            I.  CHANGE NUMBER 4 OF PARAGRAPH 5005 TO READ:  A CPSC APPROVED
            PORTABLE CRIB SHALL BE USED FOR INFANTS 12 MONTHS AND UNDER IN
            FCC/OFCC HOMES.  RENUMBER THE SUBSEQUENT SENTENCES.
            4.  FILE THIS MESSAGE IMMEDIATELY BEHIND THE SIGNATURE PAGE OF THE
            REFERENCE.//

                                              PCN 10202392401

DISTRIBUTION STATEMENT A:  Approved for public release; distribution is unlimited

```
                                                    MCO P1710.30
                                                    24 Jun 04
```

LOCATOR SHEET

Subj:  MARINE CORPS CHILDREN, YOUTH, AND TEEN PROGRAMS

Location: _____
          (Indicate location(s) of copy(ies) of this Manual.)

ENCLOSURE (1)

CYTP

RECORD OF CHANGES

Log completed change action as indicated.

| Change Number | Date of Change | Date Entered | Signature of Person Incorporated Change |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

'

CYTP

CONTENTS

CHAPTER

    1                           SCOPE

    2                           GENERAL POLICY

    3                           RESOURCES

    4                           PERSONNEL

    5                           FACILITIES

APPENDIX

    A                           DEFINITIONS

CYTP

CHAPTER 1

SCOPE

|  | PARAGRAPH | PAGE |
|---|---|---|
| PURPOSE . . . . . . . . . . . . . . . . . . . . . | 1000 | 1-3 |
| INTENT  . . . . . . . . . . . . . . . . . . . . . | 1001 | 1-3 |
| DEFINITIONS . . . . . . . . . . . . . . . . . . . | 1002 | 1-3 |
| ELIGIBILITY AND ENROLLMENT  . . . . . . . . . . . | 1003 | 1-3 |
| PARENT ADVISORY BOARD . . . . . . . . . . . . . . | 1004 | 1-4 |
| CHILDREN YOUTH AND TEEN PROGRAMS  . . . . . . . . | 1005 | 1-4 |
| SPECIAL NEEDS PLACEMENT . . . . . . . . . . . . . | 1006 | 1-7 |
| MEETING CARE NEEDS  . . . . . . . . . . . . . . . | 1007 | 1-8 |
| RESOURCE AND REFERRAL (R&R) . . . . . . . . . . . | 1008 | 1-8 |
| ADDITIONAL INSTALLATION COMMANDERS OPTIONS  . . . | 1009 | 1-9 |
| CURRICULUM AND PROGRAM  . . . . . . . . . . . . . | 1010 | 1-9 |

CYTP

# CHAPTER 1

## SCOPE

1000.  <u>PURPOSE</u>.  The purpose of the Marine Corps Children, Youth, and Teen Programs is to provide quality, affordable child care and youth and teen services.  These services may be provided in a variety of settings on and off the installation.  Resource and Referral (R&R) services shall be included to expand the availability of child care, youth and teen services and provide referrals to quality, affordable child care and youth and teen programs, both on and off base.  Marine Corps Children, Youth, and Teen Programs will provide affordable, quality programs that support military families.

1001.  <u>INTENT</u>

1.  Accessibility to affordable, safe, quality children, youth and teen programs is a major contributor to personal and family readiness.  These programs support the mission by reducing lost duty time, increasing service member productivity, and contributing to the economic self-sufficiency of families.  Programs that support these capabilities shall include child development centers (CDC's), family child care, school age care (SAC) and youth and teen activities.

2.  Children, Youth, and Teen Programs shall focus on the needs of families in order to provide maximum access to useful, flexible, and affordable programs such as child development, social, recreational, and athletic programs.  Children, youth and teens, ages 6 weeks to 18 years, shall be served in integrated, balanced, quality programs that support the continuum of the Marines' family.

1002.  <u>DEFINITIONS</u>.  Definitions used in this Manual are listed in Appendix A.

1003.  <u>ELIGIBILITY AND ENROLLMENT</u>

1.  Eligible users shall include military personnel; DoD civilian personnel paid from appropriated funds (APF's) and non appropriated funds (NAF's), active duty Coast Guard, reservists on active duty or during inactive duty for training, and DoD contract personnel who are performing mission related duty on the installation.  Retirees may be eligible when a waiting list does not exist and space is available.

2.  To establish eligibility for Marine Corps Child Development Program's (CDP), to include Child Development Centers (CDC), Family Child Care, and School Age Care, eligible users shall complete DD Form 2606, Request for Care Record.  Additional enrollment forms shall be required by each program as outlined in paragraph 2007.  Additional information on youth registration and documentation is outlined in paragraph 2008.

3.  If there is a waiting list for child care the individual installation commander may establish and publish a more specific enrollment priority system.  In all cases, priority shall be given to full time care for children of active duty military and DoD civilian personnel who are:  single parents, active duty dual military parents, a spouse who is employed on a full-time basis outside the home, or is a full-time student.

1004                              CYTP


1004.  <u>PARENT ADVISORY BOARD</u>

1.  Parents from all program components, to include CDC, FCC, SAC, youth and teen, shall be offered the opportunity to be involved, actively and directly, in quality assurance initiatives and provide feedback to staff and providers from a parental perspective.

2.  A Parent Advisory Board (PAB) shall be established in accordance with references a and b.

3.  A parent shall be the chairperson of the board.  A parent representative from each component of the Children, Youth and Teen Programs shall participate.

    a.  The Board shall meet quarterly with program staff and the installation commander, or the commander's designated representative.  This shall be for the purpose of discussing concerns and offering improvements to fostering resilient and self-sufficient families that enhance military readiness.

    b.  The Parent Advisory Board shall forward recommendations for improving services to the installation commander, via the program administrator, for review and disposition.  The PAB is exempted from the requirements of the Federal Advisory Committee Act (5 U.S.C. Appendix 2) pursuant to 10 U.S.C. § 1783.

    c.  The PAB, with the advice of program staff, shall be responsible for developing, coordinating, and overseeing implementation of the parent participation program.  Activities for parents, with children birth through 18 years of age, shall include but are not limited to volunteer activities, special program events, and parent education programs in coordination with CYTP and other service organizations.

    d.  When it is within their authority, commanders and supervisors are encouraged to grant time off during the duty day for PAB meetings and program events.


1005.  <u>CHILDREN, YOUTH, AND TEEN PROGRAMS</u>.  Various options are available to meet the needs of installation commanders and the families they serve.  These services shall be provided to the extent possible based on local needs and the resources available.

1.  <u>Child Development Center (CDC)</u>.  Programs are nationally accredited facility-based child care services that support child care needs for children ages 6 weeks through 12 years.  Care options include full-day, part-day, and hourly care.  Operating hours vary from installation to installation as determined by the needs of the base community and available resources.

2.  <u>Family Child Care</u>.  Home based child care programs are encouraged to become nationally accredited and are a viable means of expanding care in addition to center based programs.  FCC Providers are private contractors certified and monitored by the command.  These homes shall be certified by the command if care is provided on a regular basis for more than 10 "child care hours" per week.  The number of child care hours per week shall be calculated by multiplying the number of children by the hours of care (2 children X 5 hours = 10 child care hours).  Each child in care shall be counted individually.  Any home providing care for

CYTP                                                                      1005

children outside the parameters of this definition that is not certified, will be considered unauthorized.  Enforcement of unauthorized care shall be in accordance with the Housing Office rules and regulations.  Two separate components of the home based child care program are on-base family child care homes (FCC) and off-base family child care (OFCC) homes.

a.  FCC programs provide child care in housing owned or leased by the government and under the control of the installation commander.  Providing child care in government owned or leased quarters is a privilege extended to family members at the discretion of the installation commander.  Hours of service, ages of children, and types of services are established by individual providers.

b.  OFCC homes provide child care to eligible patrons in private homes located off the installation.  Homes shall be registered with the local command and meet all requirements as established in a Memorandum of Agreement (MOA) or Memorandum of Understanding (MOU) between the local installation commander and applicable State and local officials.  Standards negotiated in the MOA/MOU shall include local and State regulations but shall be no less stringent than on base FCC standards required by this manual.  Hours of service, ages of children, and types of services shall be established by individual providers.

c.  FCC/OFCC providers shall report to the FCC office, any and all houseguests and/or extended family members 18 years and older, visiting in their homes for periods of time exceeding 7 days.  Individual background checks shall be completed on all visitors staying beyond 30 days where the provider continues to operate.  FCC providers are responsible for meeting housing requirements.

d.  Certified providers may remain in an inactive status for no more than 90 days.  After that period, FCC certification will be terminated, and all requirements for annual recertification shall be met before operating.  A fully certified FCC provider who transfers from another installation may remain inactive for 120, days without having to repeat all training requirements.  An installation records check shall be completed before recertification.

e.  A Quality Review Board (QRB) will be established to assist the FCC/OFCC program to make recommendations to the installation commander on FCC/OFCC certification, denial or revocation.  The QRB shall include, but is not limited to, a chairperson (chosen by the board), the FCC Director, a representative from preventive medicine, security, housing office, intervention and treatment, fire department, and safety.

3.  <u>School Age Care</u>.  The school age care (SAC) program provides nationally accredited comprehensive, supervised child care services for children ages 6 through 12 or enrolled in kindergarten through sixth grade, during duty hours before and after school, full day camps on school holidays, teacher in-service days, inter-sessions, and during school closings.  SAC provides a safe, supervised, healthy, age-appropriate environment while parents are at work.  SAC shall be located primarily in youth centers, FCC/OFCC homes, schools and other appropriate facilities that meet USMC requirements.  SAC shall be located in CDC's only if there is no unmet need for full-day child care for children ages six weeks through five years.  Partnerships with community based organizations to meet SAC needs, particularly for children living or attending school off base, are authorized.  SAC programs shall complement, rather than duplicate, the school day.  Emphasis shall be placed on programs that meet community needs, reinforce family values, and

1005                                    CYTP

promote individual and group activities that develop the social, emotional, cognitive, and physical potential of children.  All SAC programs shall meet requirements as established in reference (b).

>CH 1  4.  <u>Short Term Alternative Child Care</u>.  The short-term alternative child care(STACC) option provides care on an occasional rather than daily basis, and allows on-site hourly group care when parents of the children in care are attending command functions in the same facility.  Appropriately trained children, youth and teen personnel care for children, in the same facility or in a building immediately adjacent to the facility where the command function is being held.  Because parents shall remain on the premises, child development center standards contained in the National Fire Protection Association (NFPA) 101:  Life Safety Code, do not pertain.  STACC shall be provided no more than one hour before the start and one hour after the completion of the command function.  The facility shall be inspected and approved prior to use and on an annual basis, by safety, fire and preventive medicine.  Documentation of these inspections shall be kept on file and maintained by the CYTP.

>CH 1  5.  <u>Youth and Teen Programs</u>.  Programs shall consist of a comprehensive series and balance of activities and events, which respond to the recreational, developmental, social, psychological, cultural, and educational needs of eligible youth.  The programs support the development of lifelong skills and transition to adulthood, within a physically and emotionally safe environment.  Designated facilities and appropriately trained support staff shall be assigned.  Programs shall provide safe, supervised, healthy, accountable and age-appropriate activities and sports program that meet documented community needs.  All youth programs shall meet the requirements as established by reference (c).

    a.  Activities shall be diverse, engaging, and appealing to youth and teens from different backgrounds to help develop their strengths and competencies.  Programs shall provide a written daily schedule for all activities that begin and end at a specific time.  A variety of programs, activities, and instructional opportunities shall be offered to allow youth and teens from on and off base to have fun, positive experiences and be based on reasonable and affordable fees charged.

    b.  Open recreation for youth and teens is a generic term for occasional participation in youth programs/events for those who are above the age of the installation home alone policy.  It is not a substitute for child care/supervision needed by children whose parents are working or out of the home on a regular basis.  Elementary school children needing care while parents are at work shall be enrolled as regularly scheduled patrons in School Age Care (SAC).

    c.  Installation should have a separate Teen Center for teenagers 13 to 18 years of age (or enrolled in 9-12[th] grade).  Where a separate facility is not possible, separate designated space or separate teen hour of operation should be established in a youth facility.

    d.  Youth sports shall offer a wide array of organized sports programs.  Youth sports programs shall follow national standards developed by organizations such as the National Alliance for Youth Sports.  Organized sports and activities that are developmentally and age appropriate may include children younger than six years of age.

    e.  The Youth and Teen Program shall support the Youth Sponsorship Program to facilitate youth and teen's transition into a new community in accordance with

1-6

CYTP                                                      1006

>CH 1  MCO.1320.11E Personnel Sponsorship Program, reference (d).  This program
shall be in collaboration with the Relocation Assistance Office.  The Children,
Youth and Teen Program will provide support by identifying and providing a list of
youth interested in becoming sponsors and by ensuring youth receive proper sponsor
training.

6.  <u>Private Organizations (PO)</u>.  With written consent from the installation
commander, private organizations or other federally funded programs, such as Head
Start, may operate developmentally appropriate CDC's (preschools) when services
offered comply with all fire, safety, health, facility, and program requirements
such as inspections, national accreditation, training, and background checks
outlined in this Manual and other applicable regulations.  The CYT Program
Administrator will be the liaison between the PO and the Command.

7.  <u>Babysitter Training and Referral</u>.  The babysitter training and referral service
option provides training and referral services for teenage, family member
babysitters living on and off the installation.  Any installation generated list of
trained/approved babysitters shall be maintained by Resource and Referral.  To be
included in the listing all babysitters shall complete a CYTP or Red Cross approved
training course.

>CH 1  1006.  <u>SPECIAL NEEDS PLACEMENT</u>.  No qualified child/youth/teen with an
identified special need shall be subjected to discrimination by Children, Youth and
Teen Programs.  Policies shall be implemented to ensure that appropriate services
are provided for children, youth and teens with special needs.  Such policies shall
meet the requirements of the Rehabilitation Acts and the Department of Defense
Directive 1020.1, Non Discrimination on the Basis of Handicap in Programs and
Activities Assisted or Conducted by the Department of Defense, reference (e).

1.  A Special Need is defined as a condition requiring special medical, medically
related, or special education services.  Special needs include those characterized
as physical, intellectual, emotional or psychological.  Examples of a medical need
are, asthma, allergies, to include food allergies, diabetes, hearing and vision
impairment, cardiac conditions, cerebral palsy and mental health conditions.
Examples of educational needs are Attention Deficit Disorder (ADD), Attention
Deficit Hyperactivity Disorder (ADHD), Autism, and Occupational/Physical/Speech
Therapy.  Programs shall reasonably accommodate these needs and provide appropriate
care within program and budget constraints.

2.  Upon request for services, annually after placement or upon transition, a team
of qualified, cognizant personnel shall make an assessment of the accommodations
necessary for a special needs child to participate in the program and determine the
most appropriate placement for the child.  This team shall be called a Special
Needs Evaluation Review Team (SNERT).

3.  The SNERT shall include, but not be limited to the following members:  CYTP
Administrator, Exceptional Family Member Program Coordinator, medical personnel,
parent(s) of child(ren), child or youth when appropriate, and other applicable CYTP
or community agency personnel.  The team shall report to the installation commander
or his designated representative.

4.  Training specific to the special needs of the individual shall be provided to
applicable program personnel or FCC/OFCC provider prior to working with the special
needs child or youth.

1007                              CYTP


1007.  <u>MEETING CARE NEEDS</u>.  Services and programs shall support operational
readiness, mission accomplishment, and retention.  Optimal use of available
resources shall ensure that families' needs are met in quality, affordable programs
that support the unique needs of the military community.  When there is an unmet
need for full day care, Child Development Center space shall not be used for
supplemental programs, such as part day care, part day preschool or hourly care
services.

1.  CYTP's shall address leave periods for families in the event of emergencies,
priority access to hourly care spaces for relocating families immediately upon
arrival and prior to departure, and other installation community needs when
developing local policies and procedures.  Each command shall provide low cost
child care, based on available funding and resources, and in support of events,
which contribute to family readiness.

2.  Youth and teen programs and services shall reflect the needs and interests of
the youth and teen population.  Hours of operation and program activities shall
coincide with youth and teens free hours.


1008.  <u>RESOURCE AND REFERRAL (R&R)</u>

1.  R&R serves as the central enrollment registry to all eligible patrons seeking
programs for their children, youth and teens.  Services shall include but are not
limited to the following;

    a.  Providing general information on available children, youth and teen
programs/options to include youth sports on the installation and/or in the
surrounding community.

    b.  Track and monitor child care and youth center vacancies and waiting lists
for on-base child care and youth center programs.

    c.  Track referrals made to local community resources and maintain
documentation.

    d.  Maintain a listing of available qualified CYTP or Red Cross trained and
certified babysitters.

    e.  Establish and maintain a resource library that meets the individual needs.

    f.  Coordinate marketing strategies within CYTP.

    g.  Establish a communication network within the off base community to
coordinate possible expansion efforts.

2.  R&R shall maintain two separate waiting lists for CYTP's.  The information from
the DD 2606, Request for Care Record, shall determine family's placement on either
of the waiting lists.

    a.  The Unmet Need Waiting List (UNWL) consists of children whose parents
request child care but do not have access to quality, affordable child care in a
certified/registered family child care home or accredited child care center.
Quality care is defined as care provided at a nationally accredited site/facility

CYTP                                                            1010

or a locally certified home.  Affordable care is defined, as care in which the fee a family pays is no more than 20 percent higher than a military CDC program.

    b.  The Preferred Care Waiting List (PCWL) consists of children who currently have care in one of the affordable quality options, but whose parents prefer placement in another Marine Corps sponsored program or children whose parents decline to use an available space in one of the affordable options.


1009.  <u>INSTALLATION COMMANDERS' ADDITIONAL OPTIONS</u>

1.  Installation commanders may offer other programs that do not utilize child, youth or teen program employees.  Options available are:

    a.  Child care in a Unit Setting (CCUS) offers organizations and activities the opportunity to provide safe, flexible, low or no cost options to meet child care without following the operational requirements of this Manual.  The CCUS option allows the unit to provide on-site hourly group child care when parents of the children in care are attending a unit function.  Children shall be cared for in the same facility or in a building immediately adjacent to the facility where the unit activity is taking place.  For the purpose of CCUS, a unit shall be defined as any military unit, organization, or group authorized to exist and operate on the installation (e.g., military units, spouse and religious organizations, Navy/Marine Corps Relief Society, American Red Cross, Armed Services YMCA, and joint funded activity sponsored classes and athletic teams).  Reasonable precautions shall be taken to assure the safety and well being of children in care.  Individuals providing care for children shall be of an age and maturity to give proper supervision.  No individual shall be under the age of 11 and/or shall meet the age requirements on the installation home alone policy.  Additionally, they shall receive written instructions on how to handle emergencies.  Units sponsoring CCUS may be provided CDP equipment on loan.

    b.  Parent Baby-sitting Co-Ops are organizations of parents who need occasional child care services.  They operate on the principle of credit for time as parents exchange babysitting services rather than money.  Babysitting services shall be provided in the homes of the members.

2.  Other child care and youth options may be established at the local level to meet the unique needs of the installation upon approval of CMC (MR).


1010.  <u>CURRICULUM AND PROGRAM</u>.  Programs shall provide experiences that enhance and support the physical, social, emotional, and cognitive development of children, youth and teens.  These programs shall meet the guidelines of accreditation and/or affiliation.

1.  <u>Developmentally Appropriate Program</u>

    a.  Each CDP and private organization shall establish a developmentally appropriate program that meets the needs of full day, part day, and hourly participants.  Developmental programming shall be identified and characterized by experiences that enhance and support children's physical, social, emotional, and intellectual development regardless of setting or length of time in care.  Factors such as child/family orientation, staff/provider/child interaction, appropriate resource allocation and use (i.e., space, time, equipment, materials, and

1010                              CYTP

personnel), and recognition of unique age group requirements and individual needs are important.  Activities shall be child-initiated as well as adult-directed.

    b.  The Program shall have a written statement of its philosophy for children that is realistic and based on an assessment of children's individual needs and interests, goals for each age group of children and the annual developmental program plan.  The statement and the annual developmental program plan for all programs to include center based, FCC/OFCC, SAC, and private organizations, shall be available to parents, staff members and FCC/OFCC providers.

    c.  Youth and Teen programs shall collaborate efforts with schools and community based youth serving organizations, such as Boys and Girls Club of America, Cooperative Extension and 4-H and local law enforcement.  Programs will be implemented to enhance and expand opportunities for children, youth and teens.  The programs and initiatives shall include areas in character and leadership development, education and career development, health and life skills, the arts, and sports, fitness and recreation.

    d.  Youth and Teen Programs shall offer at a minimum the following baseline programs:

        (1) Character and Leadership Development

        (2) Education and Career Development

        (3) Health and Life Skills

        (4) Sports, Fitness and Recreation

        (5) The Arts

2.  Annual Developmental Program Plan.  The Annual Developmental Program Plan describes the overall CDP curriculum philosophy and how it will be implemented. Programs shall use the USMC approved standardized curriculum as the foundation for their annual development plan.  This plan shall include staff training plans based on environment evaluation.  On the years that programs are conducting their initial or re-accreditation process, programs may utilize the self-study classroom observation checklist.  FCC/OFCC training plans shall be based on home observations with an approved environment evaluation.  The Annual Developmental Program Plan shall also include procedures to review, evaluate, and update the plan.  Plans shall be maintained on site.

3.  Weekly Developmental Program Plan.  A weekly developmental program plan shall be available.  This shall be adjusted on a weekly basis, as needed.  It shall be prepared for each activity room and FCC/OFCC home and shall contain a description of the activities planned and how they meet the children's developmental needs. These activities shall be based on staff/provider observations and reflect and foster respect for the geographic, ethnic, and cultural differences of the children in the group.  Plans for CDC's and SAC shall be in writing and approved by the Training and Curriculum Specialist.  Plans for FCC/OFCC homes shall be in writing and approved by the FCC program manager/monitor or T&C during monthly home visits.

4.  Daily Activities Schedule.  Schedule of daily activities shall be planned for all ages of children.  This schedule shall be balanced and include indoor/outdoor, quiet/active, individual/small group/large group, large muscle/small muscle, and

CYTP                                                    1010

child/adult initiated activities and an opportunity for, but no requirement to, sleep or rest.

5.  <u>Dissemination of Religious Materials</u>.  The dissemination of religious information or materials, as well as providing program activities that teach and promote religious doctrine is prohibited.  Programs operated by chaplains and FCC/OFCC homes are exempt from this prohibition.

CYTP

CHAPTER 2

GENERAL POLICY

|  | PARAGRAPH | PAGE |
|---|---|---|
| RESPONSIBILITIES . . . . . . . . . . . . . . . . . . . . . | 2000 | 2-3 |
| INSPECTIONS . . . . . . . . . . . . . . . . . . . . . . . | 2001 | 2-5 |
| STANDARD OPERATING PROCEDURES (SOP'S) . . . . . . . . | 2002 | 2-7 |
| CHILD ABUSE GENERAL GUIDELINES. . . . . . . . . . . . | 2003 | 2-9 |
| CHILD ABUSE AND NEGLECT REPORTING . . . . . . . . . . | 2004 | 2-10 |
| HEALTH AND SANITATION GUIDELINES . . . . . . . . . . . | 2005 | 2-11 |
| CHILDREN'S RECORDS . . . . . . . . . . . . . . . . . . | 2006 | 2-12 |
| YOUTH RECORDS . . . . . . . . . . . . . . . . . . . . . | 2007 | 2-13 |
| ATTENDANCE RECORDS . . . . . . . . . . . . . . . . . . | 2008 | 2-13 |
| PERSONNEL/PROVIDER RECORDS . . . . . . . . . . . . . . | 2009 | 2-13 |
| LIABILITY INSURANCE FOR FCC PROVIDERS . . . . . . . . | 2010 | 2-13 |
| LIABILITY INSURANCE FOR OFCC PROVIDERS . . . . . . . | 2011 | 2-14 |
| SPECIAL CATEGORY INSURANCE . . . . . . . . . . . . . . | 2012 | 2-14 |
| CONFIDENTIALITY . . . . . . . . . . . . . . . . . . . . | 2013 | 2-14 |

CYTP

CHAPTER 2

GENERAL POLICY

2000.  <u>RESPONSIBILITIES</u>

1.  CMC (MR) shall:

    a.  Provide overall policy and standards for implementing high quality child development and youth programs and services.

    b.  Coordinate child development and youth initiatives and policy changes with component commands, other service Headquarters, HQMC staff agencies and higher headquarters.

    c.  Serve as the liaison with the Department of Defense, the other services, child care and youth organizations, and other federal agencies.

    d.  Serve as the resource sponsor and ensure equitable distribution of resources.

    e.  Identify the long-range goals for the children, youth and teen programs in the MCCS strategic plan.

    f.  Certify compliance with standards established by this Manual, DoD policies, and Congressional guidance through the monitoring of the installation inspection, or upon the higher headquarters request, conducting the inspection.  Inspection results shall be forwarded quarterly to the Assistant Secretary of Defense (Force Management Policy) by CMC (MR).

    g.  Attend organizational conferences and working groups pertaining to children, youth and teen matters.

    h.  Provide technical assistance to ensure high quality programs and effectiveness in meeting mission requirements and the expressed need of patrons.

    i.  Review the plans and specifications for Children, Youth and Teen Military Construction (MILCON) Projects.

    j.  Collect and compile data required to seek funding and develop Children, Youth and Teen Programs policy.

2.  CMC (SD) shall:

>CH 1  a.  Develop minimum safety inspection standards for children, youth and teen programs.  References (f) and (g) provide specific information regarding applicable standards.

    b.  Provide technical assistance to Marine Corps installations for oversight capability of the safety of children, youth and teen programs.

    c.  Upon request, interpret industry, electrical, and building criteria standards to ensure compliance.

2000                          CYTP

    d.  Upon request, provide safety evaluations for children youth and teen programs.

3.  Component Commander/Commander Supporting Establishment (COMMARFORPAC, COMMARFORLANT, MCCDC, and COMFORLOGBASES) shall:

    a.  Designate a staff position/section to interface between HQMC and appropriate installation and operational commanders on all matters pertaining to children, youth and teen programs and services.

    b.  Consider regionalization of services between installations within close proximity, and join in partnerships with the local community to optimize resources for the delivery of services.

    c.  Assist installation in program implementation upon request from installation commander.

    d.  Develop a plan of action for forwarding all inspection reports, reports of allegations of child abuse/neglect, outbreaks of contagious diseases, or serious accidents to CMC (MR).

    e.  Advocate for resources to support children, youth and teen programs.

    f.  Ensure DoD mandated fee ranges for child development programs, to include SAC fees, are implemented.

4.  Installation Commanders shall:

    a.  Budget and advocate for command resources (both nonappropriated and appropriated) to support the installation's children, youth and teen programs.

    b.  Implement programs to meet the children, youth and teen needs of the community within fiscal limitations.

    c.  Establish partnerships with other agencies and organizations to enhance and expand accessibility to children, youth and teen programs.

    d.  Establish a multidisciplinary team and ensure the team implements the annual multidisciplinary inspection of the children, youth and teen programs.

    e.  Establish policies and standard operating procedures (SOP's) that shall address all aspects of the children, youth and teen programs provided on the installation.  Shall include policies which address when children residing on a DoD installation can be left alone to care for themselves otherwise known as a "home alone" or "self care" policy.  Such a policy shall incorporate "self release" standards and sign in/sign out guidelines for children under the age of twelve.

    f.  Ensure FCC/OFCC providers obtain and maintain the minimum level of mandatory FCC/OFCC liability insurance as established by CMC (MR) and outlined in paragraphs 2011 and 2012.

    g.  Submit required reports to CMC (MR) via appropriate chain of command.

    h.  Ensure that CYTP's and private organizations meet the requirements

established in this Manual and the references, and nationally recognized program accreditation and DoD certification.

i.  Ensure the children, youth and teen programs meet the requirements as established in this Manual to include nationally recognized certification programs for instructors, coaches, trainees, and activity leaders.

j.  Publish and enforce installation Child Development and School Age Care Program fees.  Fees are based on the annual DoD fee ranges established and distributed during the 3rd quarter of each fiscal year to each component command and installation via CMC (MR).

2001.  <u>INSPECTIONS</u>

1.  <u>Children, Youth and Teen Program Inspections</u>.  In accordance with references (a) and (b) CYTP inspections shall be conducted to ensure the safety and well being of children and to monitor achievement of program outcome goals and the use of program resources.  All components of the Children, Youth and Teen Programs will be inspected as required.

2.  <u>Monthly</u>.  Facility based children; youth and teen programs shall have a fire drill conducted by the appropriate local personnel monthly.  The Marine Corps FCC Director/monitor or authorized representative shall inspect OFCC homes monthly during the first six months of participation in the program.  The MOA/MOU shall identify the state/county responsibility for oversight of fire, safety, health, and sanitation standards.

>Ch 1 3.  <u>Quarterly</u>.  Inspections of facility based children and youth programs shall be conducted quarterly in the areas of fire, safety, health and sanitation. **One of the four quarterly inspections will be comprehensive.  Qualified local subject matter experts shall conduct fire, safety, health and sanitation inspections, and ensure prompt correction of deficiencies. Additional inspections are authorized to ensure prompt correction of safety and facility deficiencies.** Records of inspections shall be reviewed during installation multidisciplinary, and higher headquarters inspections.  FCC homes shall have inspections conducted quarterly.  The FCC director/monitor shall undergo specialized training provided by installation subject matter experts prior to inspections.  Documentation of this training shall be kept on file.  Fire, safety, health and sanitation inspections shall be conducted by the FCC director/monitor.  In the month when inspections are not conducted, a FCC program manager/monitor or Training and Curriculum Specialist will conduct a home visit.  OFCC Homes that have participated satisfactorily in the program over six months shall have inspections conducted quarterly.  A report of any discrepancies shall be on file in the appropriate program office and corrections shall be accomplished in a timely manner.

4.  <u>Annual Inspections</u>.  Inspections shall be as follows:

a.  Higher Headquarters Inspection.  A higher headquarters unannounced inspection of all components of the children, youth and teen program shall be conducted.  This review shall address compliance with policy, achievement of program goals, and efficient use of resources.  CYTP's that are in compliance with DoD standards and this Manual shall be issued a DoD Certificate to Operate upon written verification to CMC (MR) that any discrepancies have been corrected.

2001                                    CYTP

(1) Life threatening violations of the provisions of this Manual identified (in an inspection or otherwise) shall result in discrepancies that shall be remedied immediately.  If corrections are not made immediately, the program or FCC/OFCC home shall be closed at once.

(2) In the case of a non-life threatening violation, the commander of the major command under which the installation concerned operates, may waive the requirement that the discrepancy be remedied immediately for up to 90 days beginning on the date of discovery of the discrepancy.  If the violation is not remedied by the end of the 90-day period, the program or FCC/OFCC home shall be closed.  When corrections cannot be made within the 90 days (e.g., facility renovation is required), the installation shall submit a request to the Assistant Secretary of the Navy (Manpower and Reserve Affairs) [ASN (M&RA)], via the major command and CMC (MR), who may waive the requirement to close.  The waiver request shall be submitted in sufficient time to receive a response prior to the end of the 90-day major commander's waiver.  This waiver shall include a description of compensating measures pending completion of corrections, and a plan of action and milestones.

(3) The higher headquarters representative performing the inspection shall possess detailed knowledge of the mission and program activities of the Marine Corps Children, Youth and Teen Programs, and at a minimum, meet the validator qualifications required by a nationally recognized accrediting body, such as the National Association for the Education of Young Children (NAEYC).

(4) A corrective action plan shall be developed by the installation in response to any discrepancies identified during the higher headquarters inspection.

(5) CMC (MR) shall forward the results of annual higher headquarters inspections to Assistant Secretary of Defense (ASD) (FMP) quarterly via ASN (M&RA).

  b.  Installation Multidisciplinary Inspection

(1) A multidisciplinary inspection at a minimum shall be conducted on an annual, unannounced basis.  This inspection, conducted within one year from the last multidisciplinary inspection, shall be led by a representative of the installation commander with authority to verify compliance with Marine Corps standards and will include subject matter experts in the appropriate inspection areas, these shall include but are not limited to fire prevention, safety, health, public works, family advocacy program, human resources, EFMP Coordinator, parent representative and external early childhood education/youth development experts. Representatives shall be appointed in writing by the command.

(2) This inspection shall include all components of the installation's children, youth and teen programs to include centers, SAC, private organization CDPs, R&R, FCC and OFCC homes shall be inspected and FCC/OFCC inspection records shall be reviewed.

(3) Inspection team shall be comprised of subject matter experts in the various standards prescribed and include parent representation.  The team shall solicit the views of parents during the inspection.

(4) An engineering review of the structural soundness of all CYT facilities shall be conducted once every three years as part of the multidisciplinary inspection.

2-6

>CH 1  (5) This inspection shall not be combined with any other required inspection.

5.  Initial and Annual Renewal Inspections of FCC/OFCC homes shall be conducted. Installation fire, safety and sanitation inspectors shall conduct the initial certification and annual renewal inspection of each on-base FCC home.  OFCC homes shall meet the inspection guidelines established in the command's Memorandum of Agreement (MOA)/Memorandum of Understanding (MOU) with State or local civilian authorities.

2002.  STANDARD OPERATING PROCEDURES (SOP'S)

1.  SOP's shall address all applicable child development and youth programs and operations such as, but not limited to, fees, hours, program administration, security, fire, emergency, and safety requirements, requirements for FCC/OFCC certification, denial of certification, re-certification, revocation, disciplinary procedures, child abuse reporting procedures, infant sleep positioning and other local requirements.  The appropriate subject matter experts prior to implementation and upon change shall review all SOP's.  Installation SOP's shall be available to parents.

2.  A written touch, discipline and guidance policy shall be provided to all parents and staff.  This policy shall prohibit the use of corporal punishment, shaming, or other humiliating methods of discipline and shall include positive guidance, re-direction, appropriate touch, and the setting of clear limits that foster children's abilities to become self-disciplined.  Policy shall be posted in all programs.

3.  Medications.  Medications shall be administered only by staff that has been trained to do so and have been directed in writing to do so on a daily basis by the child's parents or guardian on a medication dispensation form.  Youth and teens are not permitted to administer prescription or non-prescription medications to themselves unless there is a written statement on file from their parents permitting them to do so.  When youth/teens administer their own medications it must be done under the supervision of an adult and away from other children.  Until the medication is given it must be retained in a locked cabinet or refrigerator out of reach of other children.

    a.  Prescription medication shall be administered when prescribed by the child's medical provider.  The medication is clearly labeled for the child with dosage and frequency identified.  No over the counter medication shall be administered unless prescribed by a physician and administered from a prescription labeled container.

    b.  Non-prescription topical ointments, sunscreen and diaper ointment, and others shall be administered with parental written consent and a release of liability and assumption of risk statement that is signed by parents or legal guardian.

    c.  Procedures shall be established to ensure the administration of prescribed medication is given to the appropriate child, in the appropriate dosage, at the appropriate time.

>CH 1  d.  Annual training in the proper procedures for administering medications shall be conducted by appropriate medical personnel for those staff and providers who administer medications.

2002                              CYTP

e.  SOP's shall include standards for identifying a mildly ill child and detail the circumstances leading to illness exclusion from the program.

f.  <u>Rehabilitation Act</u>.  CYTP personnel and FCC/OFCC providers shall comply with the Rehabilitation Act (29 U.S.C. Chap. 16) and other applicable Public Laws. Procedures shall meet the recommendations and requirements of the local SNERT.

4.  <u>Blood Glucose Testing/Insulin Pump Monitoring</u>.  Children, Youth and Teen programs performing whole blood glucose testing and insulin pump monitoring are subject to specific requirements and procedures.  It is required that Marine Corps CYTP provide insulin pump monitoring for diabetic children when it is medically indicated by a physician.  It is not envisioned that CYTP personnel will independently adjust insulin doses or otherwise modify insulin pump settings, but rather that CYTP personnel will monitor adjustments made at parent's or medical personnel's direction, especially when these adjustments are made by the diabetic child.  The purpose is to provide another safeguard for the diabetic child.  The following steps should be taken.

a.  All procedures for the Special Needs Evaluation Resource Team (SNERT) as outlined in this Manual should be in place.

b.  Personnel with day-to-day responsibility of caring for the child should be trained by appropriate medical personnel in glucose testing and the workings of the pump.  Training should be renewed annually and documented.  Documented training and written procedures shall encompass the following:

(1) Blood collection procedures;

(2) Biohazardous waste disposal practices, universal precautions, and infection control;

(3) Procedures for the operation, calibration, and troubleshooting of the specific glucose meter used;

(4) Reportable range of patient results, reference ranges and normal values;

(5) Use and disposition of results including actions taken/authorized for abnormally high or low glucose levels.

c.  The child's medical provider must provide written guidance and explanations on actions to be taken if there is a pump malfunction.

d.  Parents must provide any supplies and equipment required.

e.  Written permission must be obtained from the parent prior to any blood glucose testing or insulin pump monitoring.  The parent must also be asked to sign a Release of Liability Agreement.

f.  Any and all procedures and results taken in testing or pump monitoring must be recorded in a daily log.

5.  <u>Injection Administration for Allergies</u>.  A disposable drug delivery system, such as an EpiPen Auto Injector shall be administered by children and youth personnel and FCC providers only after the following conditions are met:

a.  CYTP staff shall be trained on the use of the injector by medical personnel.

b.  For each incident all attempts will be made to contact qualified medical personnel; however, the injection will be administered in an emergency situation.

c.  Auto Injectors shall be approved for use by the installation medical officer and inspected as appropriate for effectiveness and operation.

6.  Parent and employee handbooks shall be developed and made available.  These handbooks shall include information on local installation policies and procedures relevant to the program.  Parents shall be provided with written materials that inform them about scheduled programs, fees and charges, hours of operation, policies and procedures.

2003.  <u>CHILD ABUSE GENERAL GUIDELINES</u>

1.  The DoD Child Abuse/Safety Violation Hotline posters shall be prominently displayed in highly visible areas in all CYTP facilities and FCC/OFCC homes.  The DoD Child Abuse/Safety Violations Hotline phone number (CONUS; (800) 336-4592 and OCONUS; (877) 351-8988) shall be included in all parent and employee handbooks and brochures.

2.  The CYTP shall ensure that children can be observed at all times by parents and staff, that access to children by those not employed by the program restricted, and the areas to which a child or children can be taken out of view of others is limited.

3.  Visitors to all CYTP facilities shall sign in and out, wear identification, and be escorted at all times or be within line of sight of staff that have completed, favorable background checks.

4.  Visitors to FCC/OFCC homes during hours of operation are required to sign in and out.

5.  Evening or weekend care conducted at CYTP facilities shall be located close to the front entrance to facilitate additional supervision of the rooms by the front desk staff and to allow visual access to parents entering and leaving the facility.

6.  Diapering areas shall be visible to other adults and provide visibility for classroom supervision.

7.  Closed circuit monitoring systems shall be in each activity room and monitors will be placed in an area where constant monitoring is available.  In the event the monitoring system is unavailable, additional safeguards (such as convex mirrors, indoor windows, etc.) shall be employed.

8.  All classrooms and activity rooms will have a window or other means, which allows viewing from the outside hallway.  There will be no draperies, blinds or paperwork, which obstructs the view from the interior halls or passageways.

9.  Interior doors, closets, and outdoor storage areas shall have vision panels unless doors are locked at all times and key is secured.  Areas that have doors with vision panels shall ensure lights are left on.  Central key control will be

2004                            CYTP

maintained for all bathrooms or doors without a vision panel outside of the child's activity area.  Doors shall be designed to open from both sides.

10.  Sufficient lighting shall be provided in all interior rooms to enable visual monitoring of the area at all times.

11.  Concave or convex mirrors shall be installed to improve supervision of low visibility areas.

12.  Exterior doors, except front entrance doors, not opening onto a fenced area or playground shall have operating alarms.

13.  Children shall be supervised at all times.


2004.  CHILD ABUSE AND NEGLECT REPORTING

1.  All children, youth and teen employees, FCC and OFCC providers, volunteers, and private organization employees shall be trained in child abuse and neglect prevention techniques, identification, and reporting procedures as outlined in the DoD training modules "Identifying and Reporting Child Abuse in Military Family Child care Settings", and "Identifying and Reporting Child Abuse in Military Child Development Programs."  These training modules can be accessed through local CYTP's.

2.  All programs, regardless of setting, shall be operated and maintained to provide comprehensive programs to prevent child abuse and promote early identification and reporting of cases of alleged child abuse/neglect.

3.  In cases of alleged child abuse/neglect in a child development center or youth program, the full and/or part-time employee shall be assigned to duties in which contact with children is not possible until the investigation is complete.  The flex/intermittent employee shall not be scheduled.

4.  In cases of alleged child abuse/neglect in FCC homes, the home shall be closed immediately and the children placed in other available CYTP spaces until the investigation is complete and a decision to reopen the home is made by the installation commander or designee.

5.  In cases of alleged child abuse/neglect in OFCC homes, the following action shall take place immediately:

    a.  OFCC provider shall be suspended from the Program;

    b.  The direct cash payment to the provider shall be suspended;

    c.  Parents shall be notified of the incident and offered alternative care; and

    d.  Allegations of child abuse/neglect in OFCC homes shall be reported immediately to the State or licensing agency.

6.  The OFCC provider shall not be reinstated into the Marine Corps program until investigation is completed and the allegations are unsubstantiated.

2005.  <u>HEALTH AND SANITATION GUIDELINES</u>

1.  Administrative procedures for emergencies and minor health problems shall be established, posted, and available.  These procedures shall follow specified criteria established jointly by the Program Director/Administrator and appropriate hospital/medical staff.

>CH 1  2.  Appropriate health and sanitation procedures shall be followed for food preparation and serving as outlined in reference (h).

3.  In CDCs, FCC/OFCC, SAC, Youth and Teen and private organizations:

    a.  Children enrolled in CDP shall have on file documentation of current age appropriate immunizations as recommended by the American Academy of Pediatrics. Youth and Teen programs are exempt from this requirement.  The installation medical officer may authorize exemptions on a case-by-case basis.

    b.  Upon arrival, children and youth shall be informally screened for illness. Children and youth shall not be admitted with an illness or when exhibiting symptoms of an illness.

    c.  Program staff/providers, children and youth shall follow acceptable standards for hand washing, diapering, and toileting as prescribed for child care by the Center for Disease Control.  Separate diaper changing and food handling areas shall be maintained.

    d.  Homes, child activity rooms, equipment, and furnishings shall be kept clean and sanitized to reduce the spread of disease.

    e.  Infants less than six months old shall be placed on their back to sleep, unless a physician provides a signed release.  Do not place infants on soft mattresses, sofas, sofa cushions waterbeds, sheepskins or other soft surfaces. Cribs shall have a firm mattress and the crib shall be free of pillows, quilts, stuffed toys and other soft items.  The infants face and head shall stay uncovered during sleep.

    f.  Children and youth shall be kept in a draft-free room with temperatures of 65 to 75 degrees Fahrenheit with 30 to 70% relative humidity during the winter months, and in a draft-free room with temperatures between 68 to 78 degrees F with 30 to 70% relative humidity during the summer months.

    g.  Microwave ovens shall not be used for warming baby bottles or containers of food for infants or toddlers.

    h.  Bottles shall not be propped for infant feedings.

    i.  Unopened jars of baby food provided by parents shall be identified with the child's name.  Bottles shall be labeled with child's name and date of preparation. Bottles shall be prepared daily and kept refrigerated and unused contents shall be disposed of appropriately.

>CH 1  4.  Each program shall provide adequate and nutritious meals and supplements that follow United States Department of Agriculture (USDA) Child Adult Care Food program (CACFP) guidelines and are prepared in a safe and sanitary manner as outlined in reference (h).

2006                         CYTP

    a.  Family style dining procedures shall be practiced for children 24 months to 5 years of age.

    b.  Cyclical menus and meal/supplement service schedules shall be approved by a dietitian or USDA representative.

    c.  Current menus to include supplements and meals shall be posted where parents can view them and substitutions shall be noted before serving.

    d.  There shall be no less than two and no more than three hours between meals and/or supplements thus ensuring that, by offering small feedings of nourishing food over the course of the day, the child's daily nutritional needs are met. Breakfast, lunch, and supplements shall be served.

    e.  Children with food allergies shall be identified to ensure staff awareness of each specific allergy and appropriate monitoring.

    f.  Persons who handle, process, prepare or serve unsealed food or drink shall have a food handler's card.

    g.  Ensure that only the food prepared at, or for the program is served for meals, snacks and special events such as parties. Exceptions can be made for SAC programs and youth where required to bring a sack lunch. Lunches provided by the parent or legal guardian shall not be shared with other youth.


2006.  <u>CHILDREN'S RECORDS</u>.  Programs shall ensure the files of children enrolled are complete and contain current information. These files shall be updated annually and kept on file and readily available for inspection purposes. Child development components (to include school age care) files include:

>CH 1  1.  A copy of the Family Care Plan as required by reference (i). Plans are required for all single and dual active duty service members regardless of military service affiliation, and deployable single DoD civilians with children enrolled in CYTP's on a regular basis.

2.  Health assessment, immunization records, child release and emergency information updated annually. Children utilizing hourly care services shall have met the above health assessment requirements within 30 days of participating in services.

3.  Individual documentation of a SNERT meeting is kept confidentially in each child's file.

4.  A Request for Care (form DD 2606).

5.  Field trip/walk/photo permission forms signed by parent or guardian updated annually.

6.  Accident/incident reports.

7.  Medical Power of Attorney.

8.  The above documentation shall be updated annually and documentation kept on file readily available for inspection purposes.

CYTP                                                                    2010

2007.  <u>YOUTH RECORDS</u>.  Youth Programs shall require all forms and documents be completed, signed and given to the youth director before youth may participate in programs.  Programs shall ensure that youth/teen records are updated annually, available for inspections, and include the following:

1.  Registration forms that are updated at least annually.

2.  Parental consent/authorization forms.

3.  Individual documentation of a SNERT meeting is kept confidentially in each youth file.

4.  Medical Power of Attorney

5.  Medical Release Form

6.  Family Care Plan (when applicable)

7.  Parent Orientation Checklist

8.  Computer/Internet Usage Form

9.  Administration of Prescription Medication (if applicable)

10.  Emergency contact information

11.  A release of liability shall be on file for any high-risk activities, off-base activities, or overnight activities.


2008.  <u>ATTENDANCE RECORDS</u>.  Daily attendance sheets for all programs shall be maintained for a minimum of one year and shall include arrival/departure time of child and parent's signature.


2009.  <u>PERSONNEL/PROVIDER RECORDS</u>.  Records shall be kept on personnel/providers to include documentation of favorable completion of training, most recent personnel action, proof of liability insurance, to include auto if applicable, for FCC/OFCC providers, and other applicable documents.  Employees shall be provided copies of their training records and grade status at time of departure from the program.


2010.  <u>LIABILITY INSURANCE FOR FCC PROVIDERS</u>.  FCC providers shall maintain personal liability insurance to protect themselves and the United States of America, the Marine Corps, the CMC, the Installation Commander, the Installation MCCS Activity, the sponsoring nonappropriated fund (NAF) instrumentality, and their agents against potential liability claims for negligence that might arise from their operations.

1.  The minimum coverage allowed shall be $500,000 per each occurrence and $1,000,000 aggregate limit.

2.  Insurance shall be purchased by the FCC provider upon completion of the initial provider certification process and prior to beginning child care.

2011                              CYTP

3.  CMC (MRG) shall arrange competitively priced liability insurance coverage with a choice of commercial insurance companies.  FCC providers shall purchase required insurance from one of these companies.

4.  This liability coverage shall extend only to the child care provided to family members or authorized patrons in owned or leased Government housing.

5.  All providers transporting children shall ensure that they obtain additional appropriate auto insurance.  Documentation shall be maintained in the provider's file.

2011.  <u>LIABILITY INSURANCE FOR OFCC PROVIDERS</u>.  OFCC providers shall maintain personal liability insurance to protect themselves and their agents against potential liability claims for negligence that might arise from their operations.

1.  The minimum coverage allowed shall be $500,000 per each occurrence and $1,000,000 aggregate limit.

2.  Insurance shall be purchased by the OFCC provider upon completion of the initial provider orientation to the military program and prior to program enrollment of any military children into the provider's program.

3.  All providers transporting children shall ensure that they obtain additional appropriate auto insurance.  Documentation shall be maintained in the FCC/OFCC providers file.

2012.  <u>SPECIAL CATEGORY INSURANCE</u>.  High-risk activities such as, skiing, rappelling, rock climbing, water sports, and overnight trips increase the program's liability and, therefore, special category insurance shall be in effect.  A quarterly schedule of special events shall be provided to CMC (MRG) and CMC (MR) in advance of these events to ensure applicable insurance is available.  High Risk activities require the presence of experienced personnel who specialize in the implementation of the high-risk activity.

2013.  <u>CONFIDENTIALITY</u>.  All information about children, youth, teens, families, and staff shall be kept confidential.  Program managers shall be familiar with and comply with the Privacy Act.  Program managers shall determine what information shall be released on an official need to know basis.

CYTP

## CHAPTER 3

## RESOURCES

|  | PARAGRAPH | PAGE |
|---|---|---|
| PURPOSE . . . . . . . . . . . . . . . . . . . | 3000 | 3-3 |
| CATEGORY B ACTIVITY . . . . . . . . . . . . . . . | 3001 | 3-3 |
| FUNDS SUPPORT . . . . . . . . . . . . . . . . . . | 3002 | 3-3 |
| PATRON USAGE FEES . . . . . . . . . . . . . . . . | 3003 | 3-3 |
| COST EFFICIENT PROGRAMS . . . . . . . . . . . . . | 3004 | 3-4 |

CYTP

CHAPTER 3

RESOURCES

3000.  <u>PURPOSE</u>.  The Children, Youth and Teen Programs shall receive adequate resources and operate cost effectively to meet the goals of mission accomplishment and force readiness and promote the health, safety, and development of children, youth and teens.

>CH 1  3001.  <u>CATEGORY B ACTIVITY</u>.  As a Category B (MWR) activity, the Children, Youth and Teen Programs shall be staffed by civilian personnel; and shall be operated, maintained and funded with at least 65 percent direct appropriated fund (APF) support.  APF's shall be used for meeting such operating costs as equipment; supplies; utilities; custodial and maintenance services; administrative, supervisory and direct service personnel; training and travel; and other authorized uses as outlined in reference (j).

3002.  <u>FUNDS SUPPORT</u>

1.  CYTP, excluding private organization programs, shall be operated, maintained and funded with a combination of APF and NAF funds.  APFs shall be used for materials and supplies, APF labor, and food and food related costs not reimbursed by the USDA and other authorized uses.

2.  APF funds shall be used to administer the FCC Program.  Sufficient funding shall be provided for lending libraries and training for providers.  APF shall be used for direct cash assistance to FCC providers if funds are available, and the installation participates in the program, so that FCC services can be provided to members of the Armed Forces at a cost comparable to the average cost of services provided by DoD facility based programs.

>CH 1  3.  The Uniformed, Funding, and Management (UFM) practice shall be utilized to the maximum extent possible, where appropriate, under the guidelines established in reference (j).

4.  Each CDC, FCC home, Youth and SAC Program shall participate in the United States Department of Agriculture (USDA) Child and Adult Care Food Program (CACFP), if the program is available and cost effective.  All programs shall meet the USDA/CACFP food component requirements.

5.  Youth and teen programs and activities shall be offered at a reasonable cost to parents.  Provisions are made for free or reduced fees for those who are not able to participate because of a financial hardship.  Installations are encouraged to accept donations, grants, state and federal funds and MCCS commercial sponsorship to further offset the cost of services to patrons.

3003.  <u>PATRON USAGE FEES</u>

1.  Child Development.  Local patron fees for CYTP's, to include SAC, regardless of location, shall be set on an annual basis, using the sliding fee ranges published

3004                          CYTP


by ASD (FM&P).  CMC (MR) shall provide further guidance on the fee ranges for the
next fiscal year early in the 3rd quarter of each Fiscal year.  CYTPs shall ensure,
to the maximum extent possible, that the child care fee revenues generated cover
the NAF cost of the care provided at the CYTP's.

    a.  The sliding fee ranges shall be used for all children who attend facility
based programs on a regular basis, including those participating in a scheduled
part-day preschool program and school age programs.  Such fees shall include meals
and snacks with the exception of infants who require formula, juice, and infant
food.

    b.  Each CYTP shall annually verify the total family income and adjust
individual fees accordingly.  Installations shall use the Basic Area Housing (BAH)
Type II chart provided annually by ASD (FM&P) to determine total family income.
Parents who do not disclose family income shall pay the fees in the highest
category.

    c.  In the case of hardship or other special circumstances, individual family
fees may be adjusted by the installation commander or designated representative on
a case-by-case basis.  Waivers shall be documented and maintained on file.

2.  Youth.  Fees and charges for youth programs shall be established to provide
value and savings that are comparable to local community youth programs and events.


3004.  COST EFFICIENT PROGRAMS.  Delivery of services shall be conducted in the
most cost efficient manner practicable.  Adherence to the Functionality Assessment
Staffing Model as attrition allows, optimal utilization of facilities, full case-
loads for the FCC staff, and use of alternative and community based programs shall
be of the highest priority to ensure child care, youth and teen fiscal resources
are most efficiently used.

CYTP

CHAPTER 4

PERSONNEL

|  | PARAGRAPH | PAGE |
|---|---|---|
| PURPOSE . . . . . . . . . . . . . . . . . . . | 4000 | 4-3 |
| STAFF QUALIFICATIONS AND RESPONSIBILITIES . . . . . . | 4001 | 4-3 |
| PAY COMPENSATION FOR CYTP DIRECT CARE STAFF . . . . . | 4002 | 4-4 |
| HEALTH REQUIREMENTS . . . . . . . . . . . . . . . | 4003 | 4-4 |
| BACKGROUND CHECKS . . . . . . . . . . . . . . . | 4004 | 4-4 |
| PROGRAM STAFF IDENTIFICATION . . . . . . . . . . . | 4005 | 4-5 |
| STAFFING RATIOS . . . . . . . . . . . . . . . . | 4006 | 4-5 |
| FCC/OFCC GROUP SIZE . . . . . . . . . . . . . . | 4007 | 4-6 |
| TRAINING PROGRAM . . . . . . . . . . . . . . . . | 4008 | 4-7 |

FIGURE

| 4-1   PERSONNEL AND SECURITY RECORDS REQUIREMENTS . . | | 4-11 |

CYTP


CHAPTER 4


PERSONNEL


4000.  <u>PURPOSE</u>.  Standards shall be implemented to employ competent and well trained personnel dedicated to protecting the health, safety, and well being of children, youth and teens.


4001.  <u>STAFF QUALIFICATIONS AND RESPONSIBILITIES</u>.  Staff members shall be hired based on their demonstrated ability to work with; children, youth and teens, their understanding of children, youth and teens' needs, and their qualifications to perform their duties.  Staffing for program administrators, program managers, and training and curriculum specialist positions are based on the staffing model, which incorporates the scope, size and complexity of the installations CYTP.  Staffing in all programs shall focus at the caregiver level with minimal overhead staff ratios.

1.  <u>Children, Youth and Teen Program Administrator</u>.  Program Administrators shall meet all qualifications for the professional series of the position and shall have training in, or experience relevant to early childhood and youth program administration.  Supporting areas such as human resources, financial management, recreation and sports are desirable.

2.  <u>Program Manager</u>.  Program Managers in CYTP's shall have at a minimum a baccalaureate degree from an accredited college, in child/youth development, early childhood education, home economics (early childhood emphasis), elementary education, youth development, youth recreation, special education, or any other degree appropriate to the position to be filled.  A combination of education and experience (i.e. courses equivalent to a major in education, or in one of the subject fields appropriate to the position, plus appropriate experience or additional course work, which provides knowledge comparable to that normally acquired through the successful completion of a four-year course of study, or a related field, including, but not limited to, education, social work, home economics, psychology, or child-related field, or three years equivalent experience) may be substituted.  Youth Program Managers hired after 1 October 2003, shall have a college degree in a field related to youth programs including youth recreation, physical recreation, secondary education, home economics, youth development, psychology, or social work.  A combination of education and experience may be substituted.  Program managers are primarily responsible for the day-to-day operations of their program.

3.  <u>Training and Curriculum Specialist</u>.  The Training and Curriculum Specialist (T&C) shall be an early childhood educator who meets the professional qualifications of a nationally recognized accrediting organization and the 1701 series and is a competitive service employee.  T&CS with the responsibilities for training in the youth and teen programs shall possess or be provided training in youth development.  At least one employee at each CYTP shall be a Training and Curriculum Specialist.

4.  <u>CYTP Direct Care Staff/OFCC/FCC Providers</u>.  CYTP direct care staff and FCC/OFCC providers shall be at least 18 years of age, possess a high school diploma or equivalent, be able to speak, read, and write English, and be willing and able to

4002                              CYTP

complete required training.  Children, Youth and Teen staff shall be committed, caring professionals, competent, healthy and trained, and can relate to the developmental needs of children, youth and teens.

5.  <u>Junior Staff</u>.  Paid youth employees between the ages of 16-18, may work various areas of the youth and teen program, such as summer camps, administration, field trips and other services, with one-on-one guidance from youth program staff. Junior staff shall not be counted in the ratio or substitute for paid adult staff members.  Junior staff shall have completed background checks.

6.  <u>Volunteers</u>.  The use of volunteers shall be authorized to enhance the programs and services provided for children, youth and their families. Volunteers shall not be counted in the ratio or substitution for paid staff members.  Volunteers shall have completed back round checks.


4002.  <u>PAY COMPENSATION FOR CYTP DIRECT CARE STAFF</u>

>CH 1  1.  Programs shall follow the DoD 1400-25-M; Classification and Pay System for Child Development Program NAF Assistants, Leaders and Technicians, reference (l) to include SAC employees located in youth centers.  Pay increases and promotions shall be tied to satisfactory performance and completion of the DoD Training Modules and other training as required.

2.  Employees assigned with the Youth and Teen Programs shall be paid a rate of pay comparable to other such employees on the installation with comparable education and training requirements.


4003. <u>HEALTH REQUIREMENTS</u>

1.  Personnel, to include caregivers/youth staff, FCC/OFCC providers, private organization staff, administrative, custodial, food service staff, and volunteers shall be in good physical and mental health and free from communicable disease.

2.  Personnel shall not work directly with children until their initial employment health screening is completed.  Health screenings shall be conducted annually thereafter.  OFCC providers shall meet requirements established in the MOA/MOU applicable to their program.

3.  Screenings shall include up-to-date immunizations, test for tuberculosis, and any other tests deemed necessary and appropriate by local medical authorities.

4.  Certification of child development and youth personnel health screenings shall be current, documented and on file.


4004. <u>BACKGROUND CHECKS</u>

>CH 1  1.  Background checks shall be completed on all personnel, to include APF and NAF employees, FCC providers and their families, youth coaches, contract instructors and Children, Youth and Teen program volunteers, in accordance with 42 United States Code, Section 13041, reference (m) and this Manual.  Documentation of favorable completion of the required checks shall be maintained on file and available for verification by inspectors.

4-4

CYTP                                                                    4006

2.  Individuals shall not be left unsupervised with children or youth until their background checks are completed with favorable results.

3.  Parents of children and youth currently enrolled who volunteer in their child's room or child's youth program shall not be subjected to the background checks.

4.  The requirement to review personnel and security records for all children and youth personnel shall be dependent upon the category of employee/provider. Requirements are provided in figure 4-1.

5.  Upon the successful completion of the Installation Records Check (IRC) and DCII, all FCC/OFCC providers with DoD affiliation shall be able to care for children.

6.  All non-DoD affiliated OFCC providers shall not care for children until the background checks required by their licensing agency are favorably completed.

7.  All FCC/OFCC providers shall undergo an IRC during the yearly re-certification process.  This check shall be conducted by local military police or civilian law enforcement agencies as applicable.

8.  All employees shall undergo the personnel and security records re-verification process after five years of consecutive employment at the same installation.


4005.  PROGRAM STAFF IDENTIFICATION.  All employees and volunteers shall wear nametags or other distinctive apparel that identifies them as staff.


4006.  STAFFING RATIOS.  Programs shall follow minimum staff to child/youth ratios to ensure adequate supervision, safety, and well being of the children and youth. Programs shall staff according to size of programs and established staffing plans. At least two staff members shall be present whenever children are in a CTYP facility.

1.  Staff to Child/Youth and Teen Ratios

    a.  Minimum staff/child ratios shall be maintained at all times.  Closed circuit surveillance of the room shall be maintained and monitored closely when one staff member is present due to limited room capacity or utilization.

    b.  The ratio of staff to children/youth and teens shall be based on ages within the group.  Minimum ratios and maximum group sizes are as follows:

| Category | Age Range | Staff to Child | Max Grp Size |
|----------|-----------|----------------|--------------|
| Infants | (6 wks-12 mos) | 1:4 | 8 |
| Pre-toddlers | (13 mos-24 mos) | 1:5 | 10 |
| Toddlers | (25 mos-36 mos) | 1:7 | 14 |
| Preschool | (37 mos-5 yrs) | 1:12 | 24 |
| School-age | (5-12 yrs) | 1:15 | 30 |

4007                                    CYTP

| Category | Age Range | Staff to Youth | Max Grp Size |
|----------|-----------|----------------|--------------|
| Youth (Supervised) | (6-10 yrs) | 1:20 | |
| Youth (Self-directed) | (10-18 yrs) | 1:15 | |
| Field Trips | (6-12 yrs) | 1:10 | |
| | (13-18 yrs) | 1:15 | |
| Day Camps | (6-12 yrs) | 1:15 | |
| Overnights | (6-12 yrs) | 1:12 | |
| | (13-18 yrs) | 1:8 | |

c. Staff shall be counted in ratios only when providing direct care to children, youth and teens.

d. The staff to child ratio for children older than 24 months may be doubled during rest time only to allow staff to engage in training or planning within the building. Staff shall be readily available in case of emergency.

e. For mixed age groupings, facility-based programs shall meet the staffing requirements for the age of the youngest child in the group if children in the youngest age category make up 20 percent or more of the group. If children in the youngest age category make up less than 20 percent of the group, use the staff to child ratio for the next higher age category.

f. A child shall be assigned to a primary caregiver. Children will be supervised at all times.

g. Volunteers shall not be counted in determining compliance with staff/child ratios.

2. <u>Youth Sports Ratios</u>. Follow ratios defined by the national governing body such as the National Alliance for Youth Sports (NAYS) for each sport.

4007. <u>FCC/OFCC GROUP SIZE</u>. Size of home and space available to children, as specified by local fire department and/or state and local licensing, shall determine the maximum number of children in the care in FCC/OFCC homes. This shall not exceed maximum group size defined as follows.

1. The maximum ratio for mixed age homes shall be one adult to six children.

a. No more than 2 children 24 months or younger shall be cared for in a home with a ratio of 1:6.

b. The provider's own children, if present and under the age of eight years, shall be counted in maximum group sizes and age group limitations.

2.  When all children in the home are 24 months or younger, the maximum group size at any one time shall be three children. Any of the provider's children 24 months or younger shall be counted as part of the maximum.

3.  The maximum group size in a school-age home shall be eight children if all children, including the provider's own, are over the age of five years and/or are enrolled in kindergarten.

4008.  <u>TRAINING PROGRAM</u>

>CH 1  1.  Personnel, to include management, support and direct care, and FCC/OFCC providers shall receive training and periodic updates on the latest techniques for providing safe, developmentally appropriate child development, youth and teen activities.  All personnel shall receive safety training in accordance with reference (f).

2.  Each staff member/FCC/OFCC provider shall participate with the T&C and/or the program director in developing, implementing, and maintaining their Individual Education Plan (IEP).

3.  <u>Children Youth and Teen Direct Care Staff Training</u>

    a.  The training program shall:

>CH 1  (1) Follow the DoD 1400-25-M, reference (l) and include orientation, initial and ongoing training as outlined in the plan.

        (2) Upon successful completion of DoD training modules, each employee shall complete a minimum of 24 hours of annual ongoing training.

        (3) Staff meetings may count toward the training requirement, if the specific purpose is to provide program information vice administrative information.

        (4) CPR and first-aid certification shall be current.

    b.  Training for youth and teen direct care staff, volunteers, junior staff, management and support personnel shall include orientation; initial, and annual competency based training requirements that are linked to the DoD pay system for employees who work with children and youth.

        (1) Ensure all CYTP direct care staff complete 36 hours of training within the first 12 months of employment.  Ensure all staff and specified volunteers receive training on child abuse prevention, identification, and reporting at the time of initial employment and at least annually, thereafter.  All staff and specified volunteers shall be observed while interacting with youth during the first 6 months of employment, receive at least 8 hours of orientation training prior to working with youth, and complete CPR and first aid within the first 6 months of employment.

        (2) Ensure each employee completes a minimum of 24 hours of annual, on-going training after completion of the DoD training modules and maintain current certification in CPR and First Aid.

4008                                    CYTP

(3) Ensure all regularly scheduled volunteers are trained in the following: program orientation; child abuse identification, reporting and prevention; evacuation procedures; applicable regulations and installation policy; age appropriate activities; and the role of volunteers in youth and teen programs.

(4) Ensure youth and teen management staff participate in a minimum of 12 hours of annual training such as the latest techniques in youth development and programming, child abuse identification and reporting procedures, youth program administration and parent involvement.

4.  <u>Youth Sports</u>

a.  Youth sports program managers shall be certified and maintain certification credentials in youth sports administration by obtaining certification through a nationally recognized organization such as the National Alliance for Youth Sports (NAYS).

(1) The youth sports administration certification and credential program shall include at a minimum the following: professional development; youth sports philosophy; parent education and involvement; planning programs; seasons and events; volunteers in youth sports; child abuse education and prevention; facilities, equipment and safety management; liability, risk management and potential legal issues.

(2) The Youth Sports Coordinator is responsible for recruiting, certifying and monitoring Youth Sports clinicians.

b.  Youth Sports clinicians are individuals who have demonstrated proof of sports specific skills and expertise, proof of coaches certification and have successfully completed a train the trainers course through a nationally accredited organization such as the National Youth Sports Coaches Association (NYSCA). Youth Sports Clinicians will administer the installation coaches certification program.

c.  Youth Sports coaches shall be certified and registered with a nationally recognized youth sports coaches association.

(1) The coaches certification program shall include at a minimum the following: psychology of coaching youth sports; first aid, CPR and safety (to include injury prevention); identification/reporting of child abuse and neglect; organizing/administering youth sports programs; maximizing athletic performance; techniques of coaching; de-glamorization of alcohol, drugs and tobacco.

(2) Successful completion of the course shall be documented in each individual's file.

(3) All youth coaches are to be registered with and listed in the registry of a national sports coaches association. All volunteer coaches shall be certified by an independent youth sports organization that provides coverage for certified coaches.

5.  <u>FCC/OFCC Provider Training</u>. Orientation and ongoing training for FCC/OFCC providers shall be conducted. Substitute providers shall meet all orientation-training requirements if they care for children on a regular basis for more than

CYTP                                                                4008

ten child care hours per week.  Substitute providers shall complete 12 hours of annual on-going training.

    a.  Orientation training shall be completed prior to providing care.  This training shall be comparable to the orientation training provided to center based caregivers.  The training shall include:  applicable regulations and installation policies; child abuse identification, reporting, and prevention; safety, nutrition, health procedures and universal precautions; USDA, Child and Adult Care Food Program (CACFP); first-aid, child and adult CPR training and preventing Sudden Infant Death Syndrome (SIDS); age appropriate guidance and discipline techniques; parent and family special needs awareness; and in-home observation of a certified provider who has been successful in providing care for a minimum of one year.

>CH 1  b.  Annual ongoing training of 24 hours shall include the DoD FCC training modules.  Upon completion of the DoD modules, each provider shall complete a minimum of 24 hours of annual on-going training.  Training shall include:  early childhood development; age-appropriate activities; standardized curriculum; food handling, nutrition, meal service; child abuse identification and reporting procedures; and provider participation in establishing the training plan.

    c.  CPR and first-aid certification shall be current.  If certification is not current, operations will be suspended until current certification is obtained.

    d.  DoD training modules shall be completed within 18 months.  If modules are not completed, individual CYT programs shall determine the provider's eligibility for re-certification.  Any periods of provider inactivity shall not be used to determine the completion time of training requirements.

6.  Management Staff Training.  Children and youth administrators, facility and program directors, FCC monitors, T&C Specialists and R&R Specialists shall participate in 12 hours of annual training to include, but not limited to, the latest techniques and procedures in child care and youth activities such as child abuse identification, prevention and reporting procedures; center and program administration and/or management; parent involvement; first aid and CPR and curriculum training.  Headquarters and major command staff who conduct Children, Youth and Teen Program inspections shall be provided opportunities for professional development.

7.  Food Service Personnel Training.  Food service personnel shall receive a minimum of six hours initial training, to include job procedures such as; health and sanitation, food storage and preparation, and menu planning prior to beginning food service duties and six hours of annual training related to the area of food service.

8.  Support Staff Training.  Support staff to include, but not limited to, administrative, receptionists, and custodial personnel shall receive a minimum of six hours of annual training to include job procedures, customer service, and recognizing and reporting child abuse/neglect.

9.  Volunteer Training.  All regularly scheduled volunteers shall complete eight hours orientation training including child abuse prevention, identification, and reporting procedures; four hours of observation before working with children and youth and working towards completion of the DoD modules for the age group they are working with.

CYTP

### PERSONNEL AND SECURITY RECORDS REQUIREMENTS

| NAME OF CHECK | APPLICANTS | FORMS | INITIATING OFFICE |
|---|---|---|---|
| Statement of Admission about arrests or charges with crimes involving children | All (including employees APF&NAF, contractors, providers, and volunteers) | Application for Employment | Personnel Office Program Administrator |
| Statement of Understanding of obligation for record check as condition of employment | All (including employees APF&NAF, contractors, providers, and volunteers) | Application for Employment | Personnel Office Program Administrator |
| Non Agency Check with Inquiry (NACI) | Non-Appropriated Fund (NAF) Employees Appropriated Fund (APF) Employees Not for FCC Providers | SF-85P or EPSQ worksheet and Required Fingerprint Cards | Personnel Office to Office of Personnel Management (OPM) |
| Reference checks (personnel and professional) | All (including employees APF&NAF, contractors, providers, and volunteers) | Installation Form | Personnel Office/OPM |
| Installation Records Check (IRC) | | | |
| Family Advocacy Checks | All who are affiliated with military services | Installation Form | Personnel Office Program Administrator |
| Drug and Alcohol | All who are affiliated with military services | Installation Form | Personnel Office Program Administrator |
| Local Military Police | All who are affiliated with military services | Installation Form | Personnel Office Program Administrator |
| Housing Office | FCC only | Installation Form | Personnel Office Program Administrator |
| Civilian Law Enforcement | All (including employees APF&NAF, contractors, providers, and volunteers) | Installation Form | Personnel Office Program Administrator |
| State Criminal History Checks (SCHR) | | | |
| State Criminal History Checks (Checks must be completed for all states lived in by applicant for last five years) | APF and NAF Employees  Not for FCC Providers | State Forms | Personnel Office |
| JPAS, Joint Personnel Adjudication System | | | |
| DCII Five year re-verification for all employees providing child care services.  DCII background check | APF and NAF Employees   FCC Providers and adult family members | Computer   Computer | Personnel Office or Security Officer   Personnel Office or Security Officer |

Installation Records Check (IRC) is a condition of employment.  IRC must be done on individuals for a minimum period of two years before the date of the application. Prior to selection of an applicant, only the local record check of information available at the current installation must be favorably completed.  Any additional checks required to complete the review at prior installations will begin immediately after the individual has been selected.  Selectees will be permitted to provide child care services under line of sight supervision until the background checks are completed.

>CH 1  Figure 4-1.--Personnel and Security Records Requirements Chart.

CYTP

CHAPTER 5

FACILITIES

|  | PARAGRAPH | PAGE |
|---|---|---|
| PURPOSE . . . . . . . . . . . . . . . . . . . . . | 5000 | 5-3 |
| COMMUNICATION EQUIPMENT . . . . . . . . . . . . . . | 5001 | 5-3 |
| CHILD DEVELOPMENT CENTERS . . . . . . . . . . . . . | 5002 | 5-3 |
| YOUTH/TEEN AND SCHOOL AGE CARE FACILITIES . . . . . . | 5003 | 5-4 |
| OVERSEAS CONSTRUCTION . . . . . . . . . . . . . . . | 5004 | 5-4 |
| EQUIPMENT, MATERIALS, AND FURNISHINGS . . . . . . . . | 5005 | 5-4 |
| FIRE AND SAFETY . . . . . . . . . . . . . . . . . | 5006 | 5-5 |

*

CYTP

CHAPTER 5

FACILITIES

>CH 1  5000.  <u>PURPOSE</u>.  Facilities shall be designed and equipped to meet fire, safety, health and sanitation standards, and provide maximum visual monitoring of children and youth.  Proposed construction or change to facilities and/or activities shall be reviewed by qualified subject matter experts for fire, safety, health and environmental considerations at the initial, mid, and final stages.  The most current Unified Facilities Criteria (UFC) for all DoD construction, renovation projects and Japanese Facility Improvement Projects (JFIP) shall be used in according with reference (n).

5001.  <u>COMMUNICATION EQUIPMENT</u>.  A working telephone shall be available in each FCC/OFCC home, private organization program, and child development and youth center/facility.  This telephone shall be capable of reaching emergency services and parental work sites.

5002.  <u>CHILD DEVELOPMENT CENTERS</u>

1.  Capacities shall be established and posted throughout the activity areas and playgrounds.  Usable space shall not include closets, storage space, corridors, kitchens, toilets, diaper changing areas, or administrative or support spaces.  The NFPA 101-Life Safety Code shall pertain.

2.  <u>Playgrounds</u>.  All playgrounds shall meet or exceed the basic guidance found in the Consumer Product Safety Commission (CPSC) Handbook for Playground Equipment; the American Society for Testing and Materials, (ASTM F 1487) Standard Consumer Safety Performance Specification for Playground Equipment for Public Use; and the ASTM F 963, Standard Consumer Safety Specifications on Toy Safety.  All CYT programs using nearby parks and playgrounds may do so providing they meet the standards identified in this paragraph and are free of protrusions, pinch points, sharp edges, hot surfaces, and the play surface is well drained and free of animal waste.  Playgrounds shall be inspected daily prior to use.  A checklist, approved by the installation safety office, shall be created to facilitate this process.  See paragraph, 2000.2a.

    a.  <u>Child Development Centers</u>

        (1)  Outdoor play areas shall be safe for children.  Children 24 months or younger shall be provided a separate playground.

        (2)  Playgrounds shall meet the layout and design guidance provided in the most current Child Development Unified Design Guide.

        (3)  Adequate impact materials shall be present under playground pieces.

        (4)  Each playground shall be surrounded by a fence at least five feet in height and secured from an unauthorized outside entry.  The fence shall have gates to admit emergency and maintenance vehicles.

5003                                    CYTP


    b.  <u>FCC/OFCC Homes</u>

        (1) While outdoors, children shall be under the direct supervision of the FCC/OFCC provider at all times.

        (2) Nearby parks and playgrounds may be used providing the play equipment is safe, free of protrusions, pinch points, sharp edges and hot surfaces.  The play surface is soft, well drained and free of animal waste.  The play area is free of harmful insects.


5003.  <u>YOUTH/TEEN AND SCHOOL AGE CARE FACILITIES</u>

>CH 1  1.  Youth/Teen and SAC programs shall primarily take place in appropriately designed, constructed, and equipped centers.  Facilities shall be designed and located to meet the differing needs of distinctive age groups such as teens, preteens, and school age.  Programs and usage shall not be planned to fit designs, rather designs shall fit programs and anticipated usage.  The most current unified facilities criteria for all DoD construction and renovation projects shall be used in accordance with reference (n).

2.  Youth and teen programs shall not be confined to youth centers; rather the coordinated use of other appropriate facilities and programs shall be emphasized based on youth needs.  If an installation can not support a youth center based on the youth population, then reserved times shall be set aside in other facilities for programs dedicated to the needs of each distinctive age group.


5004.  <u>OVERSEAS CONSTRUCTION</u>.  In overseas construction, host nation construction criteria or international requirements shall apply if more stringent than above stated requirements.


5005.  <u>EQUIPMENT, MATERIALS, AND FURNISHINGS</u>

1.  Equipment, materials, and furnishings that are age appropriate in design, function, size and in adequate quantities as required in Early Childhood Environmental Rating Scale (ECERS), Infant Toddler Environment Rating Scale (ITERS), Family Day Care Environment Rating Scale (FDCERS), School Age Care Environment Rating Scale (SACERS), as well as requirements from standardized curriculum and accrediting agencies shall be provided in every center activity room, playground, and FCC/OFCC home.  Items shall meet Consumer Product Safety Commission standards.

2.  Infant walkers (to include stationary), feeding corrals, playpens, mechanical swings, toy boxes/chests, other similar hinged equipment, trampolines and wading/swimming pools shall be prohibited.  This shall include FCC/OFCC homes during hours of operation.

3.  A cot for CDCs and a cot or mat for FCC/OFCC shall be provided for each child over the age of one year.

>CH 1  4.  The CPSC approved portable crib shall be used for infants 12 months and under in FCC/OFCC homes.


5-4

CYTP                                                    5006

a. A stainless steel crib or a crib made of easily sanitized material, with spacing between slats not to exceed 2 3/8 inches, and tight fitting bed linen shall be provided for each infant 12 months and under.

b. Wheeled evacuation cribs having been modified with large four inch rotating wheels shall be available to evacuate infants 12 months and under in centers. Appropriate evacuation procedures shall be established to ensure children 13 to 24 months are safely evacuated.

5. In youth/teen centers, space and equipment shall be provided for a well-rounded variety of indoor and outdoor, competitive and noncompetitive, self-directed and organized group activities.


5006. FIRE AND SAFETY STANDARDS. Facilities (centers, FCC/OFCC homes, alternative facilities) used to provide child care and youth activities shall maintain a safe and clean environment. Children and youth shall be protected from hazards and potential injuries.

1. Fire Standards

a. Facilities shall meet the structural and operational requirements of the most current NFPA 101 Life Safety Code. CDC's shall also meet standards as outlined in most current Child Development Design Guide for the type of program for which they are being used. This requirement shall include facilities used for preschools, school-age programs, and private organization programs that are not located in CDC facilities.

b. FCC/OFCC homes shall meet minimum fire protection and life safety requirements as outlined in the most current NFPA 101 Life Safety Code Manual and as interpreted by local fire authorities.

c. All program components, to include centers, FCC/OFCC, and private organizations, shall practice monthly evacuation drills with the children and youth. Records shall be kept of drills.

d. All exits, to include those in centers and homes, shall be free from obstructions and working.

e. FCC/OFCC homes shall have one fire extinguisher rated 1A:10BC and approved by the Local Fire Marshal readily available. Fire extinguisher training shall be provided to the FCC/OFCC provider by local fire department.

2. Safety Standards

a. Programs shall establish and follow procedures to protect children and youth from harm, unsafe materials and equipment, both indoors and outdoors. Guidance is available in the National Health and Safety Performance Standards, and the DOD Fire, Safety, Health, Child Abuse Program, and Operational Standards.

b. All cleaning products shall be reviewed for use by the appropriate installation representatives. Non-toxic or non-hazardous materials should be used or substituted whenever possible. A Material Safety Data Sheet (MSDS) shall be on file for each chemical presenting a hazard approved for use.

5006                                    CYTP

    c.  Animals shall be approved by the base veterinarian or safety officer.
FCC/OFCC providers shall inform parents in writing before enrollment of the
presence of any pets and before a new pet is acquired.  FCC/OFCC providers shall
inform parents in writing that liability insurance may not cover wounds inflicted
by household pets.  Poisonous plants are prohibited in all CYT Programs.

>CH 1   d.  Indoor safety guidelines, as established in reference (f), shall
include electrical appliances that meet the Underwriters Laboratory Guidelines.
Windows above the first floor shall be secured and protected with a barrier,
stairways over three steps shall have a handrail, floor coverings shall be backed
with non-slip materials, electrical outlets shall be the child safety-type or
covered by protective covers when not in use, door hardware shall be operable from
either side, and storage of firearms and ammunition shall meet standards as
established in reference (k).

CYTP

APPENDIX A

DEFINITIONS

1.  Appropriated Fund (APF) Support.  Dollars appropriated by Congress that are used to fund the management, administration and operation of Children, Youth and Teen Programs.  APF support may be direct or indirect.  Direct support includes those costs that are directly related to, or caused by the operation of the CYTP that would not occur if not for the program.  Indirect support is that support normally used to support, operate and maintain installation-wide facilities and functions that are provided to an entire installation.

2.  Child Abuse and Neglect.  Includes physical injury, sexual maltreatment, emotional maltreatment, deprivation of necessities, or combinations of a child's welfare under circumstances indicating that a child's welfare is harmed or threatened.  The term encompasses both acts and omissions on the part of a responsible person.

3.  Child and Adult Care Food Program (CACFP).  The U.S. Department of Agriculture's federally sponsored program whose child care component provides nutritious meals and snacks to children enrolled in child care institutions in the states and territories.  The term institution shall include programs developed to provide care outside school hours for school children.

>CH 1  4.  Children with Special Needs.  Children with developmental disabilities, mental impairment, emotional disturbance, sensory or motor impairment, or significant chronic illness or who meet the definition of a handicapped person in reference (e), and who require special health surveillance or specialized programs, interventions, or facilities.

5.  Child Development Programs (CDP).  Child care services for children, aged 6 weeks through 12 years, of eligible users provided in child development facilities, to include contract locations, family child care homes, and approved alternative locations.  Care may be provided on a full-day, part-day, or hourly basis.  Care is designed to protect the health and safety of children and to promote their physical, social, emotional, and cognitive development to enhance children's readiness for later school experience.

    a.  Full-Day Care.  This care meets the needs of parents working outside the home or attending school full-time who require child care services five hours or more per day on a regular basis, usually at least four days per week.

    b.  Part-Day Care.  This care meets the needs of parents working outside the home who require child care services on a seasonal or regularly scheduled part-day basis for fewer than five hours per day, usually fewer than four days per week.

    c.  Hourly Care.  Care provided in a CYTP that meets the needs of parents requiring short-term child care services on an intermittent basis.

    d.  Part-Day Preschool Programs.  A center-based enrichment program for children three to five years of age that last four hours or fewer per day on a regularly scheduled basis.

A-1

CYTP

e.  Family Child Care.  Home-based child care services that are provided for members of the Armed Forces and DoD civilian personnel by an individual who is certified by the Secretary of the Military Department concerned or Defense Agency Director and/or Commander concerned as qualified to provide those services, and provides those services for 10 hours or more per week per child on a regular basis for compensation.

f.  Off-Base Family Child Care.  Home-based child care services that are provided for members of the Armed Forces and DoD civilian personnel by an individual who is registered with the local command and meet all requirements as established in the Memorandum of Agreement or Understanding.  Providers in these homes provide services for 10 hours or more per week per child on a regular basis for compensation.

g.  School-Age Care (SAC).  Either facility-based or FCC-based care for children ages 6-12, or attending kindergarten, who require supervision before and after school, during duty hours, school holidays, and during school closures.

h.  Resource and Referral (R&R).  A service that provides information about children and youth programs on and off the installation to meet patrons' needs and to maximize use of available resources.

i.  Short-Term Alternative Child Care.  A child care program that provides on-site hourly group child care when a parent or guardian of the children in care is attending the same function and are in the same facility.

6.  Core Standards. The major, comprehensive programs offered by the youth and teen program which include character and leadership development; education and career development; health and life skills; the arts; and sports, fitness, and recreation; and youth development programs to include before and after school programs.

7.  DoD Contract Personnel.  DoD Contract Personnel are contractors who are performing a military mission on the installation.

8.  Defense Clearance and Investigations Index (DCII).  The central DoD record of investigative actions such as clearances and access determinations, revocations, and denials concerning military, civilian and contract personnel.

9.  DoD Certificate to Operate.  A certificate issued every 15 months to each DoD CDP after the program has been inspected by a representative(s) of the higher headquarters or a major command Children, Youth and Teen Program Specialist, and found to be in compliance with DoD standards.

10.  DoD Child Abuse and Safety Hotline.  Continental United States and Outside Continental United States toll free numbers which reach the Office of the Assistant Secretary of Defense, Force Management and Personnel, Military and Community Family Policy (Family Advocacy Office), for individuals to use to report suspected child abuse or safety violations in DoD child development and youth programs.  CONUS (800) 336-4592 and OCONUS (877) 351-8988.

11.  Facility-Based Program.  Refers to child development, school age and youth programs that are provided within DoD facilities.

A-2

CYTP

12.  Family Care Plan.  A document that outlines, on service-specific forms, the person(s) who shall provide care for the military member's children, disabled, elderly and/or other family member(s) dependent upon the member for financial, medical, or logistical support in the absence of the member due to military duty. The plan outlines the legal, medical, logistical, educational, monetary, and religious arrangements for the care of the member's family, in accordance with MCO 1740.13A Family Care Plans.

13.  Family Style Dining.  Meal and snack periods conducted in such a way to contribute to the children's growth and development.  Children are encouraged to participate in food preparation, setting tables, serving food, and clean-up activities.  Tables, chairs, serving pieces, eating utensils, and non-breakable dishes and glasses of design and size that are suitable for use by children are provided.

14.  FCC/OFCC Provider.  An individual 18 years of age or older who provides child care for 10 hours or more per week, per child, on a regular basis in his or her quarters, on or off the installation, with the approval and certification of the commanding officer.  FCC/OFCC providers are private contractors certified and monitored by the command who have responsibility for planning and carrying out a program that meets the children's needs at their various stages of development and growth.

15.  Full Day or Part Day Camps.  Supervised activities offered to children and youth during school holidays and vacation periods.  Day camps may last all day, or only for a few hours and may run for a few days, or for one or more weeks.  They are sometimes held outdoors, with the youth center as their home base.  Some day camps focus on special activities or skills, such as, reading, computer, or sports.

16.  Installations Records Check (IRC).  A check of installation records for an individual's identified residences for the preceding two years.  This check covers at a minimum, all police files (installation/military police, security offices, or criminal investigations or local law enforcement agencies), Substance Abuse Program files, Family Housing Files, Family Advocacy Program files (including the Central Registry records and mental health records), and any other organization's files as appropriate, and to the extent permitted by law.

17.  Non-Appropriated Funds.  Funds generated by participant fees and charges collected in MCCS activities on an installation.

18.  Open Recreation.  Program components, which are designed to permit youth to exercise choice and to experiment with activities and explore new areas of knowledge.  Open recreation activities are usually self-directed in nature and involve elements of choice.

19.  Preference of Care Waiting List.  Preference of Care Waiting List (PCWL) consists of children who currently have care in one of the affordable options, but whose parents desire placement in another Marine Corps sponsored program, or children whose parents decline to use an available space in one of the affordable options.

20.  Quality Review Board.  A committee formed to make recommendations to the Installation Command regarding FCC/OFCC certification, denial or revocation.  The QRB is also the mechanism for hearing appeals by providers/applicants.  All decisions of the QRB will be given in writing.

CYTP

21. <u>Reasonable Accommodation</u>.  The elimination of restrictive admission policies that single out children with disabilities and treat them differently. Programs shall assess, on an individual basis, whether a child with a disability can be cared for, or participate in a program or activity with reasonable accommodations.

22. <u>Staff-to-Child/Youth Ratio</u>.  The number of children/youth for whom an individual staff member may be responsible.  Staff:  youth ratios vary according to different activities.

23. <u>State Criminal History Repository (SCHR)</u>.  A state's central record of investigative files.

24. <u>Support Staff</u>.  Person(s) responsible for providing services not directly related to child care/youth program, such as, but not limited to, janitorial, food service, clerical, and administrative duties.

25. <u>Temporary Employees</u>.  Includes non-status appointments to a competitive service position for a specified period of less than a year.  Includes summer hires and student interns.

26. <u>Total Family Income</u>.  Includes all earned income including wages, salaries, tips, long-term disability benefits, voluntary salary deferrals, quarters and subsistence allowances and in-kind quarters, subsistence, and foreign earned income received by military member, pay for service in a combat zone and anything else of value, even if not taxable, that was received for providing services.  Quarters allowances and subsistence allowances mean the Basic Allowance for Housing (BAH), received by military personnel (with respect to grade and status), and the value of meals and lodging furnished in-kind to military personnel residing on military bases.

27. <u>Unmet Need</u>.  The number of children whose parents cannot work outside of the home because child care is not available.

28. <u>Volunteer</u>.  Individuals who assist with programs on an unpaid basis and are not counted in the staff:  child/youth ratios.

29. <u>Youth Program</u>.  A comprehensive series of planned and self-directed activities and events that respond to the recreational, developmental, social, physiological, psychological, cultural, and educational needs of eligible youth.  These activities support acquisition of lifelong skills and facilitate transition to adulthood. Youth programs are offered within a physically and emotionally safe environment that includes appropriately trained support staff in designated facilities and locations.