

# MARINE CORPS COMMUNITY SERVICES
# EMPLOYEE
## HANDBOOK





Investing in **MARINES** for **DUTY, HOME & SELF**

# CONTENTS

Welcome to Marine Corps Community Services .................. 2
MCCS Mission Statement ........................................... 3
Equal Opportunity and Sexual Assault Prevention
and Response Policy          ................................... 4
Base Regulations ................................................. 6-9
Employment Information ........................................ 11-20
Benefits ......................................................... 22-25
Leave Programs ................................................... 27-32
Administrative Information....................................... 34-40
MCCS Incentives.................................................. 42-44
Base Map ......................................................... 46
Marine Corps Rank Structure .................................... 47



# WELCOME

## To Marine Corps Community Services

Marine Corps Air Station, Yuma, AZ

Welcome to Marine Corps Community Services at Marine Corps Air Station, Yuma.
As a new employee you probably feel a little overwhelmed and have plenty of questions concerning the organization. This handbook, your New Employee Orientation Class, and on-the-job training by your supervisor will answer most of your questions.

The MCCS Department generates direct sales of approximately $23,336,000 indirect sales of $5,854,000 and is supported by $8,887,000 in Appropriated Funds. Our missiOn is to take care of Marines and their families.

You are the most important element for the success of our organization, and we are thankful that you have made us your employer of choice. Without your hard work, dedication, and your commitment to "World Class" customer service, we will never succeed. It is our promise to empower you with the knowledge and tools to provide our patrons with the best service, facilities, goods, and programs possible.

MCCS is a dynamic organization that continues to rise to new heights. As a new employee, you will have plenty of opportunities to show your abilities. Since MCCS is run like a business, you have the chance not only to apply for other positions, but according to your performance yOou may receive cash awards or salary increases.

Like other businesses, MCCS has certain policies and procedures to help guide you. It is important that you are aware of these policies and have the resources to refer them to, if a question arises. If you need a helping hand, please ask your supervisor or any member of the Human Resource Team.

**DAVID P. KOOPMANN**
Director, MCCS

2

# MCCS MISSION STATEMENT

To provide quality of life services (fitness/recreation programs, Marine and Family Services, and business activities) in support of our station command, tenant commands, and deployed aviation training units, to enhance and directly support individual and family readiness and retention.





# COMMANDING OFFICER'S EQUAL EMPLOYMENT OPPORTUNITY AND ANTI-HARASSMENT POLICY STATEMENT FOR CIVILIAN EMPLOYEES



All Marines and Civilian Marines of Marine Corps Air Station (MCAS) Yuma, Arizona serve an important role in the accomplishment of our mission and will be treated with respect. The Marine Corps' values of honor, courage, and commitment form the basis for how we conduct ourselves both at work and off duty. Equal employment opportunity covers all personnel/employment programs, management practices and decisions including, but not limited to, recruitment/hiring, merit promotion, transfer, reassignments, training and career development, benefits and separation.

Any form of discrimination is a direct violation of United States Federal Regulations. Discrimination undermines the Marine Corps mission and it will not be tolerated. All reported work place incidents of harassment based on discriminatory factors such as: race, color, national origin, gender (both sexual and non-sexual), age (over 40), religion, genetic information, or disability or non-discriminatory factors will be investigated in a timely manner. I assure you appropriate disciplinary action will be taken against the individual or individuals who were found to have harassed or discriminated against a civilian employee. I hold supervisors and managers (military and civilian) of civilian employees responsible for providing a work environment free from harassment based on discriminatory and non-discriminatory factors.

I assure you that the confidentiality of any individual bringing a claim of harassment or discrimination will be protected to the fullest extent possible and they will be free from reprisal for raising such a claim. Alternate Dispute Resolution (ADR) options such as mediation, conciliation or conflict coaching are available to resolve the conflicts in the work place. I highly encourage you to utilize ADR to resolve your conflict at the lowest possible level.

This policy covers appropriated and non-appropriated fund employees. If you are a civilian employee and believe that you have been discriminated against because of your race, color, religion, sex, age (over 40 years), national origin, disability, genetic information or reprisal for prior Equal Employment Opportunity (EEO) involvement, you may consult with an EEO counselor to resolve the matter. The matter must be brought to the attention of the EEO counselor within 45 calendar days after the date the alleged act occurred, the effective date of an alleged discriminatory personnel action or the date you knew, or reasonably should have known, that it occurred. If you wish to report harassment, want to file an EEO complaint, request ADR, or request a reasonable accommodation for your disability, please call (760) 725-3845. You can also contact the Human Resources Office to request ADR for any type of workplace conflict and the contact number is (928) 269-3419.

The Marine Corps' history is built on trust and teamwork. The continued success of MCAS Yuma, the Marine Corps, and our great nation is dependent upon you and your commitment to all members of our military and civilian team.

D. A. SUGGS
COLONEL, U.S. MARINE CORPS
COMMANDING OFFICER
MARINE CORPS AIR STATION
YUMA, ARIZONA

4



# BASE REGULATIONS

## COLORS

The ceremonial raising and lowering of the National Flag deserves special attention. Employees will encounter this ceremony at 0800 and again at sunset each day.

During morning and evening colors and during the playing of the National Anthem, all vehicles within sight or hearing of the ceremony will come to a complete stop. Occupants will remain seated in their car and maintain quiet during the rendering of honors.
If on foot, stop and stand at attention. Male employees wearing a hat will remove their hat and place it over their heart until the honors are complete.

## MILITARY TIME

As part of MCAS Yuma, you will encounter the use of a 24-hour time system to express the time of the day. Four digits are used to express each 24 hour day; the first two digits show the hour and the last two show the minutes with no reference to AM or PM.

### Examples:

| | |
|---|---|
| 8:00 AM - 0800 | 2:25 PM - 1425 |
| 12:00 Noon - 1200 | 1:00 AM - 0100 |

7

## CIVILIAN EMPLOYEE IDENTIFICATION

All employees will be issued a DOD Civilian Employee ID card, which they may be required to present upon entrance and departure from the Station. Your ID card (CAC or ~~MCASTAC~~) must be carried with you at all times. In addition, eligible employees may be issued a separate MCCS shopping card to be presented for shopping privileges at MCCS facilities. It is your responsibility to assure your ID cards are current. Should they become lost or damaged, notify the Human Resources Office immediately. Upon termination of employment, your ID card(s) must be surrendered to the Human Resources Office.

## VEHICLE REGISTRATION

All civilian employees are required to register their privately owned vehicle with the Provost Marshal (PMO) before driving privileges are granted. Prior to registration, the following requirements must be met:

- Proof of Ownership/Registration
- Valid Driver's License
- Proof of Insurance
- Bodily Injury, Liability, and Property Damage

A vehicle registration pass will be issued to employees who meet the criteria set forth above. Periodically this pass must be renewed. If you sell your vehicle or your employment ends, it must be removed and returned to the MCCS Human Resource Office.

## VEHICLE SEARCH AND INSPECTIONS

Random, non discriminatory inspection of all vehicles entering and exiting the station may be conducted. Civilians who are employees on the Marine Corps Air Station must submit to random vehicle inspections, or be subject to administrative action.

## PARKING REGULATIONS

All civilian personnel aboard MCAS will park their vehicles in designated employee parking areas only. Your manager or supervisor will show you the authorized parking areas.

## TRAFFIC REGULATIONS

Civilian employees are expected to obey all posted speed limits and traffic regulations on MCAS Yuma and are subject to regulations governing penalties for any violations. Seat belts are required and use of cell phones and texting is prohibited while driving. Driving on a military installation is a privilege, not a right, and may be revoked or suspended at any time for cause. The military police will issue citations and notify MCCS of infractions.

## SECURITY

It is the policy of the Department of Defense that no civilian will be employed for, assigned to, or retained in any activity that is not clearly consistent with the interest of national security.

## STANDARDS OF CONDUCT

As a Government employee you are under close scrutiny by the public. You must assure that your conduct on and off the job helps preserve a high degree of respect and confidence in public service. To this extent, do not place yourself in a position where conflict of interest might arise by reason of the acceptance of gifts, entertainment, or favors of any kind that would result in a financial profit to yourself or have an influence on business associates. Exempt employees or employees involved in purchasing may be asked to complete a Financial Disclosure Statement.

## VENDOR GIFTS/MANUFACTURER'S SAMPLES

As employees of a Government instrumentality, we are not permitted to accept gifts or samples, no matter how nominal, from any vendor doing business or seeking to do business with MCCS. For clarification, ask your supervisor for guidance. ■



EMPLOYMENT INFORMATION

## EQUAL EMPLOYMENT OPPORTUNITIES (EEO)

It is the policy of MCCS to ensure that recruitment, selection, placement, promotion, transfer, assignment and other related personnel actions are in consonance with the Department of Navy's (DON) and Marine Corps (MC) commitment to fair employment practices and equal employment opportunity for both applicants and employees. A positive program is conducted at all levels of employment to eliminate discrimination based upon race, religion, color, national origin, sex, age, marital status, physical handicap, lawful political affiliation or membership or non-membership in a lawful union.

There are EEO Counselors within the NAF system, and their phone numbers are posted on official bulletin boards. It is the policy of MCCS to hire the best qualified employees available for all jobs with certain prohibitions (i.e., relatives of present employees will not be placed in positions where they are working with or supervising a relative.) Check with the Human Resources Office if you have specific questions in this area.

## NO FEAR ACT

Congress enacted the Notification & Federal Employee Anti-discrimination & Retaliation Act (No FEAR Act) on May 15, 2002. The No FEAR Act was passed to ensure that the rights of employees, former employees, and applicants for employment are protected under discrimination, whistle blower, and retaliation laws.

## EMPLOYEE AFFIDAVIT

All new employees, as a condition of employment, are required to swear or affirm that they will support, protect and defend the Constitution of the United States against all enemies, foreign and domestic, bear true faith and allegiance to same, and that they will not participate in any strike against the Government of the United States or against the NAFI.

## DRUG-FREE WORKPLACE

It is the intent and obligation of MCCS to provide a drug and alcohol-free workplace. Employees shall not work while under the influence of alcohol or illegal substances. Employees who appear to be obviously impaired as the result of prescribed medication, drugs or alcohol will not be permitted to continue working. Federal employees have a right to a safe and secure workplace, and Marines, sailors, and their family members have a right to a reliable and productive Federal workforce.

## PERSONAL COUNSELING

You may, upon occasion, have a personal problem or minor complaint that you would like to discuss with someone not connected with your work section. The Human Resources Director is always available and willing to assist you. If you should desire an appointment, request permission through your immediate supervisor, or simply contact HR.

## PRIVACY ACT STATEMENT

Sections 1302, 3301, and 3304 of Title V of the United States Code gives the Department of Defense the authority to recruit, examine and evaluate applicants' qualifications for employment in the NAFI service. Use of the employment application is necessary for performing these functions.

## EMPLOYMENT APPLICATION PURPOSE & USE

The principal purpose of the employment application is to collect information needed to determine qualifications, suitability, and availability of applicants for employment and of current employees for reassignment, reinstatement, transfer or promotion. It may be used to determine entitlement under certain laws and regulations such as Spousal Preference, Veteran's Preference or Transitional Assistance, as well as a determination of family members already employed, residence requirements, and to contact applicant regarding availability and/or interview. All or part of the employment application form may be disclosed to certain agencies outside the NAFI Service.

## EFFECTS OF NONDISCLOSURE

Failure to answer all questions or omission of an item means that you may not receive full consideration for a position in which information is needed. A false answer to a question on the employment application may be grounds for dismissing an employee. All statements are subject to investigation, including a check of your police records and former employers.

## EMPLOYMENT CATEGORIES

Non-Appropriated Fund Instrumentality Employee
An individual employed by a NAFI are compensated primarily from non-appropriated funds.

*Appropriated Fund Employee*
An individual paid from funds appropriated by the Congress of the United States.

*Military Assigned*
An active duty member assigned to MCCS to fulfill military obligations.

*Off-Duty Military*
A military member who is employed part-time by MCCS.

*Contracted Personnel*
An individual who assists with the delivery of MCCS services, but is employed and paid by a civilian company .

14

## EMPLOYMENT STATUS

Employees will be placed in one of the following categories:

## REGULAR EMPLOYEES

- Regular full-time employees: persons hired for continuous
- positions that have a regularly scheduled workweek of 35
- 40 hours.
- Regular part-time employees: persons who are regularly
- scheduled 20 34 hours per week.
- Both regular full-time and part-time employees are entitled to benefits.

## FLEXIBLE EMPLOYEES

- Persons who are employed for 0 to 40 hours per week.
- May be on a regular schedule made in advance or be on
- an "as-needed" basis.

## PROBATIONARY STATUS

All regular employees (part-time and full-time) are required to satisfactorily complete a one year probationary period in order to be retained for continued employment. An additional probationary period may be required for any regular employee upon appointment as a supervisor or manager. Employees who fail to meet satisfactory standards of performance, attitude, attendance, and cooperation are subject to termination at anytime during the probationary period.

## IDENTIFICATION BADGES

Most employees are required to wear name badges. The Human Resources Office will issue an employee's first badge. Replacements will be at the employee's expense.

## EMPLOYEE TRAINING AND DEVELOPMENT

MCCS, through the Human Resources Office, provides training and career development for its employees. Formal instructions will commence with an orientation. Assignments to additional training are

based on job qualifications and a supervisor's recommendations. A vital part of the development process is on the job training given continually by the manager, supervisor, or co worker; however, the most valuable tool is self-motivation.

## LABOR ORGANIZATION

MCAS Yuma has a Consolidated Master Labor Agreement with the American Federation of Government Employees (AFGE). The locals for both NAF and APF are the exclusive representation for installation employees. However certain employees are excluded, such as management officials or supervisors, confidential employees, employees engaged in HR work, professional employees, and employees involved in investigation or audit functions. The Union is responsible for representing the interests of all employees in the unit without discrimination and without regard to labor organization membership. Employees are free to join or to refrain from joining this labor organization.

## POSITION CLASSIFICATION

Classification authority for NAF positions rests with the NAF Headquarters element and the NAFI Human Resources Office.

## POSITION DESCRIPTION (PD)

All employees will receive a copy of their current position description for their particular position.

Supervisors or managers will cover the details of the descriptions with employees and will also use PDs as a guideline in evaluating performance.

## PERFORMANCE EVALUATIONS

To determine the quality of work, MCCS conducts periodic evaluations of each employee's performance. Performance evaluations will be established at the beginning of the evaluation year, then employees and supervisors will meet for a mid-year evaluation and the year-end evaluation. Supervisors will discuss ratings with each employee to commend or to point out improvements where necessary.

Performance reviews are used as one of the determining factors in consideration for pay increases, promotions, transfers, or separations. The performance review becomes a part of the employee's official Personnel file (OPF).

## PROMOTIONS

MCCS promotes its employees from within the organization whenever possible. Management may choose to fill a vacancy non-competitively within existing regulations, or post a job announcement on the MCCS Career website (http://www.usmc-mccs.org/careers/). Promotions are based, but not limited to, experience, knowledge, ability, attendance, merit, fitness and skills.

## CREDITABLE SERVICE

All prior regular status DoD NAFI service, including service with the current employer, is creditable service toward an individual's annual leave record and length of service.

Active duty military and certain military retired time may also qualify. For additional information contact the Human Resources Office.

## WAGES

NAF employees fall into three pay categories: Pay Band, Crafts and Trades, and Child and Youth employees. All hourly rates and annual salary ranges are subject to change.

1.  Pay Band - There are six pay bands (NF-1 to NF-6). Commands do not have grades above NF-5. Each pay band includes a low end and high end of the salary and wage scale for the assigned classification level. All hourly rates and annual salary ranges are subject to change. Pay is directly linked to level of performance and approved budgets.
2.  Crafts and Trades –Wages are established under authority of DoD Directive 5120.42 "Department of Defense Wage Fixing Authority" contained in Public Law 102-393. Step increases occur at regularly scheduled intervals. There are three levels in this category - NA (Workers), NL (Leaders) and NS (Supervisors).

    •   Step 1: 6 months credited service – to step 2

- Step 2: 18 months credited service – to step 3
- Step 3: 24 months credited service – to step 4
- Step 4: 24 months credited service – to step 5

3. Child and Youth (CY) - Wages are determined by the corresponding GS locality schedule rate. CY Pay Band I covers entry & intermediate levels for Program Assistants. CC PayBand II covers the target level for Program Assistants and the Program Technician level.

Employees are paid every other Friday. Paychecks will be generated and held at Accounting for your first pay period, and thereafter, direct deposit to the financial institution of your choice.

Errors in pay must be reported immediately to your supervisor, HR, or Accounting, so that corrective action can be taken.

Your pay-stub is available through Peoplesoft and contains valuable information, including the number of hours sick and annual leave, tax deductions, etc.

Advance payment of salaries or wages not yet earned is not authorized. Personal loans may not be made from MCCS funds.

For information on pay increases/pay for performance and pay issues, see your supervisor.

## DIRECT DEPOSIT

In accordance with Public Law 104-134, Title 31 USC Sec. 3332, all MCCS employees will be required to have direct deposit for payroll. All new employees of MCCS, MCAS Yuma will be required to receive salary payments via direct deposit with a financial institution of their choice no later than 14 days after hire date.

## WAGE GARNISHMENTS

MCCS is bound by Executive Order to enforce Child Support Orders, Tax Withholding Orders, and all other legitimate Withholding Orders served aboard MCAS Yuma. Employees whose wages are being garnished are notifed in writing by the MCCS HR Department. All information is confidential.

The employee is always given a copy of the withholding order and is given the opportunity to have the order amended, if possible. The Internal Revenue Service and most agencies serving garnishments are willing to work with employees to make payments more affordable.

## FINANCIAL OBLIGATIONS

One factor that has an important bearing on Government employees is personal debt. Failure to pay just financial obligations may result in disciplinary action, up to and including termination.

Also, in consideration of your employment and the benefits you receive from MCCS, you must voluntarily and expressly consent to the deduction of your pay in case you become indebted to MCCS. This voluntary deduction of pay will not exceed the limits established by the Statute 5 U.S.C. 5514.

All employees are expected to meet all just financial obligations , especially those imposed by law. A "just financial obligation" means one which is rightfully yours to pay. It can be taxes, a bill you owe, or one which a court has judged that you are obligated to pay. Your wages can be garnished for nonpayment of child support, alimony, delinquent taxes and many personal debts. Indebtedness and failure to pay your financial obligations can result in disciplinary action against you when it becomes a burden to the employer. Please act responsibly to keep this and other personal matters outside of work.

## AWARDS AND COMMENDATIONS

Recognizing that employees at all levels share responsibility for the efficient and economical operation of MCCS, the Incentive Awards and Recognition Program has been established to recognize contributions and performance of employees. Employee incentive and/or letters of appreciation of certificates and may be presented at a proper ceremony.

Through the Incentive Awards and Employee Recognition Program, MCCS encourages and welcomes constructive suggestions or ideas concerning methods of saving time and material, increasing production or safety, and improving working conditions. Do not hesitate to submit thoughts to supervisors and managers.

Length of Service is recognized by awards for 5, 10, 15, 20, 25, 30, 35, and 40 years service.

## OTHER EVENTS
Social events including picnics, luncheons, and holiday parties may be scheduled throughout the year.

## TRAVEL
Employees may be asked from time to time to travel on MCCS business for specialized training, conferences, etc. In all instances, the expense of travel is primarily borne by MCCS.

## BULLETIN BOARDS
Each activity has its own offcial bulletin board upon which valuable information such as job vacancies, new regulation notices and bulletins of interest may be posted. Make it a habit to read the bulletin board daily. In addition, employees may receive important information through departmental meetings, emails or via pay-stub distibution. ■



BENEFITS

## GROUP INSURANCE PLAN

MCCS offers group insurance in recognition of the need to insure the safety and health in the lives of its employees. Enrollment is voluntary.

**Eligibility -** all regular full-time and regular part-time employees are eligible to participate in the Group Insurance Plan that includes:

1. Comprehensive Medical and Dental - coverage for employees and members of their immediate family.
2. Life and Accidental Death and Dismemberment (AD&D) - coverage for the employee and his/ her family after the employee's or covered family member's death. The benefit is based upon the employee's annual salary rounded up plus $2,000. You may also choose to double the value of your life insurance. Optional family life insurance is also available.
3. Long Term Care - intermediate and /or custodial care provided to individuals who are unable to care for themselves.

You may elect to enroll or waive enrollment by completing an Enrollment or Waiver Form that will be furnished by the Human Resources Office. No physical examination will be required, provided you enroll yourself and your eligible dependents in the Insurance Plan within 30 days of date of employment eligibility.

All premiums are paid through automatic payroll deductions.

## SOCIAL SECURITY

Employees are covered by the Social Security Act that adds to your security by providing many benefits, among which is a retirement supplement. Deductions will be made from each paycheck and the MCCS will contribute an equal amount.

## RETIREMENT PLAN

HQMC offers a retirement plan for regular full-time and regular part-time employees. Enrollment is automatic unless you sign a waiver card. The employee needs to have completed at least five (5) years of credited contributory service to have his/her vested interest in the plan. Eligible employees may enroll or waive enrollment anytime after becoming a regular employee.

Contributions are paid through automatic payroll deductions and are nominal, with each employee contributing 1% of his/her gross earnings.. As an employee approaches retirement age, the benefits to which he/she is entitled will be discussed with him/her.

## 401(k) INVESTMENT PLAN

A 401(k) Program is available for all regular employees who are at least 18 years of age. The investment options vary from low to high risk. There are tax advantages you can receive by making contributions to the 401(k) Investment Plan. Contributions are conveniently deducted pre-tax from your pay. MCCS matches your contributions up to 4%, plus an additional 1% if participating in the MCCS retirement plan. To enroll, please call Fidelity at (800) 890-4015 or go online to www.401k.com.

## FLEXIBLE SPENDING ACCOUNT

A Flexible Spending Account (FSA) allows you to direct part of your pay, on a pre-tax basis, into a special account that can be used throughout the year to reimburse yourself for eligible out-of-pocket health care or dependent care expenses. Employees choose the amount they want to contribute each year. The Health Care spending account can cover expenses such as co-pays, prescriptions, lab fees, dental work, hearing exams, and certain over-the-counter medications. The Dependent Care account can cover services of a day care center, nursery school, family day care or adult day care. All expenses must be approved as eligible expenses under the IRS guidelines. If, after the end of the plan year, you do not use all of the money deposited into your FSA account(s), the IRS may allow some of the money to be rolled over to the next benefit year, but the remainder over the allotted amount will be forfeited.

## WORKERS' COMPENSATION

As provided under the Federal Longshore and Harbor Workers' Compensation Act, MCCS provides Workers' Compensation Insurance at no cost to all employees. This insurance covers on-the-job injuries or illnesses. All work-related injuries and illnesses, regardless of how minor, must be reported immediately to your supervisor. Failure to report an injury/illness properly could result in delay of benefits or denial of coverage. MCCS supports its "Return to Work Program", which translates into bringing injured workers back into the work place.

As Federal employees, you do not contribute to State Disability.

## EMPLOYEE ASSISTANCE PROGRAM

An Employee Assistance Program (EAP) is a service that provides confidential assistance to employees on a variety of personal issues, including emotional, substance abuse, financial, legal, marital/family, dependent care, etc. MCCS provides all NAF employees , regular and flexible, and family members with access to the EAP offered through Magellan Health Services. It is easy to access and available when you need it through a toll-free number (1-800-424-5988), 24 hours a day, 7 days a week. Information is also available online at www.magellanhealth.com.

There is no cost to participate, but cost may be incurred for visits to providers that exceed those offered directly through EAP (typically three (3) visits). ■



LEAVE PROGRAMS

## ANNUAL LEAVE

Annual leave is a benefit granted to regular employees (part-time and full-time). Every effort will be made to comply with employee leave requests. However, the supervisor must consider workload and shifting needs before the leave request is approved.

The amount of annual leave an employee earns depends on his/her total length of creditable service. All prior NAFI service as a regular employee is creditable. Employees with prior military service must furnish a copy of the DD-214 in order to establish eligibility for additional annual leave credit. Retirees may receive credit able service for some campaigns.

Annual leave will accrue at the following rates:
- Less than three (3) years of service will accrue at 5% of the total hours worked in the pay period.
- Three (3) years, but less than fifteen (15) years of service will accrue at 7.5% of the total hours worked in the pay period.
- More than fifteen (15) years of service will accrue at 10% of the total hours worked in the pay period.

Overtime hours will not be credited for annual leave. If an employee is in a leave without pay status, no leave will accrue.

The maximum amount of accumulated annual leave that may be carried over from one leave year to the next is 240 hours. YTD annual leave hours are indicated on all employees' pay stubs and must be used by the end of the leave year.

When a regular employee terminates for any reason and has completed 90 days service, he/she will be paid for all annual leave accumulated.

## SICK LEAVE

Regular employees (part-time and full-time) earn sick leave at the rate of 5% of the total hours worked in the pay period. Overtime hours will not be credited for sick leave.

If an employee is in a leave without pay status, no leave will accrue.

If you are eligible for sick leave benefits, you may be granted sick leave for the following reasons:

- Medical, dental or optical examinations or treatments.
- Incapacitation for the performance of duty by sickness, injury, pregnancy and/or confinement.
- Your presence would jeopardize the health of others because of exposure to a contagious disease.
- Care of family members including medical/dental/optical examination or bereavement..Contact HR for further guidance.

All employees are charged with the responsibility of notifying the employer whenever they are unable to report for work. Therefore, you must always notify your supervisor of your illness no later than the beginning of the working hours on the first day of absence. Thereafter, you must keep them informed of your progress and expected date of return to work.

Upon retirement, all unused sick leave will be credited to active service on a ratio of 173 hours of sick leave to one month creditable service. Sick leave balances are never paid out under any circumstance.

For absences of three (3) days or more, a return to work note by a doctor may be required, stating that return to work is authorized and/or any limitations.

## FAMILY AND MEDICAL LEAVE ACT (FMLA)

Title V of the United States Code, Public Law 103-3 provides covered Federal employees with entitlement to 12 workweeks of unpaid leave during any 12-month period. Employees are eligible if they have worked for a covered employer for at least 12 months.

The following purposes are covered under FMLA:

- Incapacity due to pregnancy, prenatal medical care or child birth
- Care for the employee's child after birth, or placement for adoption or foster care
- Care for the employee's spouse, son, daughter or parent who has a serious health condition
- Serious health condition that makes the employee unable to perform his/her job
- Military exigency circumstances or to care for a covered service member who is a spouse, son, daughter or parent.

The employee must provide notice of his or her intent to take FMLA as early as possible before leave is to begin. Medical certification for FMLA leave will be required.

## FAMILY FRIENDLY LEAVE ACT
The Family Friendly Leave Act, Public Law 103-388, expands the use of sick leave by permitting employees to use up to 104 hours (13 days) sick leave for the following reasons:

- To provide care for a family member as a result of physical or mental illness, injury, pregnancy, or childbirth
- To accompany a family member to medical, dental, or optical examination or treatment
- To make arrangements necessitated by the death of a family member or attend the funeral of a family member

Family members include spouses, children, parents, and brothers/sisters and spouses thereof; and any individual related by blood or affinity whose close association with the employee is equivalent of a family relationship.

## LEAVE WITHOUT PAY
Leave Without Pay (LWOP) is a temporary non-pay status and absence from duty. It is for a determined specified time and authorized only by

the MCCS Director or his designated representative.
Benefits will not accrue during leave without pay, and employees will need to make arrangements to continue insurance premium payments.

## ADMINISTRATIVE LEAVE

Administrative leave is authorized by the MCCS Director, or his designated representative. It does not result in a charge to any kind of leave or loss of basic salary. Some examples are:

- Emergency rescue work
- Blood donations
- Voting hours
- Incentive Awards
- Frost calls in conjunction with holidays

Regular employees who are members of a Military Reserve Unit of the United States, including the National Guard, are given time off with pay, not to exceed 15 days per leave year, when the annual tour of duty of training is required. This time will not be charged to annual leave. A copy of the orders to active duty must accompany the request.

## LEAVE DONATION

MCCS has a leave donation program that allows regular employees who have credited annual leave to donate it for use by other MCCS employees for a medical emergency, family emergency, or other approved hardship. For further information or to determine if you qualify as a leave donation recipient or donor, please contact the MCCS HR Department.

## JURY DUTY/COURT LEAVE

Employees will be authorized absence from work for jury duty or for attending court in an unofficial capacity as a witness. When employees receive a court notice to appear for services as a juror or witness, they should deliver the notice to their supervisor as soon as possible.

Regular full-time and regular part-time employees on court leave

will receive their regular pay for this time, or will keep the court fees received from the court, whichever is the greater amount. If the court fees are the lesser amount, then except for transportation allowance, the fees received will be turned over to the Accounting Technician.

If the court releases any employee serving as a juror or witness, two or more hours before or after the employee's normally scheduled shift, the employee is expected to either work first or return to work.

## LEGAL HOLIDAYS

MCCS observes ten (10) Federal holidays each year:

- New Year's Day
- Martin Luther King's Birthday
- President's Day
- Memorial Day
- Independence Day
- Labor Day
- Columbus Day
- Veterans' Day
- Thanksgiving Day
- Christmas Day

Emergency service required, or work regularly scheduled as a part of a tour of duty, will be required of civilian employees on days observed as Federal holidays or any other days designated as a holiday by Federal Law or Executive Order.

A frost call is administrative leave time that may be approved by the MCAS Commanding Officer (CO) and/or the MCCS Director on the day preceding the holiday. Communication regarding frost calls will be sent through the chain of command, as applicable. ▪



# ADMINISTRATIVE
## INFORMATION

## WORK WEEK AND WORK DAY

The administrative work week for MCCS is Sunday at 0000 (midnight) through Saturday at 2359 (11:59pm).

## TIME

All non-exempt employees are required to clock in/out by electronic time card device or PeopleSoft by recording the exact time of the beginning and end of their regular shifts and meal periods using military time. Never sign-in or out for another employee or have any other employee sign-in or out for you. Time-sheets in PeopleSoft are records of hours worked and the basis on which an employee is paid. If you fail to report time for any reason or have time card problems, see your supervisor immediately for assistance.

## ATTENDANCE/TARDINESS

Employees are expected to be regular and prompt in attendance. Advance notice will be given of any necessary change in schedule. Lunch periods and rest breaks are scheduled in your activity by your supervisor.

An employee's attendance record is reviewed when the employee is considered for continued employment, change in status, and promotion.

Poor attendance or habitual tardiness will not be tolerated.

## PERSONAL APPEARANCE

Work attire will vary depending upon your occupation and work facility; however, basic dress and grooming standards are required. All employees will present a professional business-like image. Clothing must be clean, well maintained, properly fitted, and professional in keeping with the business setting. Your supervisor will review the specific dress code requirements that apply to your department.

## ILLNESS

If by chance you should feel sick at work, tell your supervisor immediately. If your sickness is a minor one, you will be given an opportunity to rest. If your sickness seems more serious, arrangements will be made for you to go home, to a doctor, or to the hospital. If it is decided that you should leave the facility, you

will be paid for any time you have actually worked during that day. The time for which you were scheduled that day, but did not work, will be charged to sick leave or leave without pay as appropriate.

If an unexpected matter or illness keeps an employee from reporting for work as scheduled, the supervisor must be advised before the beginning of the shift and not more than two hours thereafter. Failure to report will lead to the absence being charged as annual leave or leave without pay. Repeated offenses can lead to disciplinary action.

If your supervisor has reason to believe that you are abusing your sick leave privileges, you may be required to furnish a doctor's certificate for each absence for sickness. Otherwise, your absence will be charged to leave without pay and/or you may be subject to disciplinary action. Employees absent for illness for three (3) or more consecutive days may be required to supply a doctor's certificate defining the nature of the illness and capability/incapability to return to work.

## SAFETY AND EMERGENCY PROCEDURES

Safety is the responsibility of all employees. Any unsafe condition or injury, no matter how slight, must be reported to your supervisor immediately.

Your safety and that of our patrons is of the utmost importance at all times. For that reason, every employee is expected to understand thoroughly our procedures for dealing with emergencies.

## FIRE

In order to assure that our facilities can be quickly and efficiently evacuated in case of fire, fire drills will be staged from time to time. Your supervisor will explain the correct procedure to follow in the event of a fire and what directions are to be given to patrons.

Employees are to follow the evacuation procedures posted throughout work areas. Any deviance from these procedures, for any reason whatsoever, will be considered a breach of discipline.

## ACCIDENTS

Avoid obstructions in the aisles, including spills, accumulation of rubbish, and of course, such violations of rules as smoking anywhere but in designated areas. Deliberate violations of such safety rules may be cause for dismissal. All accidents to employees or to patrons are to be reported at once to your supervisor so that they can in turn be reported to the proper authorities. If an individual is seriously injured, supervisory personnel will arrange for the individual to be taken to the hospital.

## OFFICIAL PERSONNEL FILES

An official personnel file (OPF) will be maintained on on each employee with all information contained therein treated in a confidential manner. You may review your own OPF upon oral or written request to the Human Resources Office.

In the event of any change in your personal information such as address, telephone number, marital status, beneficiary, etc., you must notify your supervisor and the Human Resources Office immediately. Keeping your file up to date is important to you as well as to MCCS for purposes of payroll deductions, insurance, retirement, 401(k), emergency notification, and occasions where MCCS may need to contact you.

## TRANSFERS

If you would like to broaden your experiences within MCCS by working in a different department, visit www.mccs-usmc.org/careers and apply for any vacant positions.

Management, of course, will make the final decision on filling the position. The decision will be based on your qualifications, knowledge, skills, and work experience, in addition to department needs and employee performance.

## COMBINED FEDERAL CAMPAIGN

MCAS Yuma, participates annually in the Combined Federal Campaign (CFC) to support qualified health and human care agencies. When one of the key workers approaches you, please listen and consider carefully the need for your help. Your gift goes directly to the agency you designate.

## EMPLOYEE SECURITY

In accordance with Marine Corps Order 4066.18, Marine Corps Community Services Asset Protection Order, employees may be required to keep personal effects in lockers or other secure areas from selling and storage areas. Activity managers, Loss Prevention/ Security Staff, and Military Law Enforcement Personnel may conduct inspections of parcels, packages, or other objects carried into or out of MCCS facilities by employees. This authority extends to the search and inspection of employee lockers within the activity, in the presence of the employee and other witnesses. The purpose of this policy is part of the loss prevention program.

## AUDIO AND CLOSED-CIRCUIT TELEVISION (CCTV) RECORDING POLICY

Audio recording is not currently utilized within MCCS. CCTV recording is utilized at the Child Development Center, Counseling Support Branch, Substance Abuse Counseling Center and Military Resale outlets within MCCS. Individual privacy concerns demand that audio recordings of conversations between employees are allowed only if all parties are aware and consent to the recording. CCTV recordings must not violate individual privacy concerns but at the same time provide a level of workplace security along with activity specific issues such as loss prevention and protection of children.

## GRIEVANCES

MCCS employees have the right to have their grievances heard. Should problems arise in the course of your employment, you have the right and are encouraged to bring matters of personal concern directly to the attention of your immediate supervisor, HR Director, or other appropriate officials of MCCS. This does not preclude you from exercising grievance or appellate rights. Bargaining unit employees who wish to file a formal grievance through the union may find the procedure in the Consolidated Master Labor Agreement. Non-Bargaining unit employees must use the procedure listed in MCO P12000.11A. Formal grievances must be filed within specific time frames and clearly identify the issue. The filing of a grievance shall not be construed as reflecting unfavorably on an employee's good standing, performance, loyalty, or desirability.

Termination of employment while on probation or as a flexible employee is not eligible for the grievance process nor appealable.

## DISCIPLINARY ACTIONS

Any employee who fails to abide by the established rules and regulations or performs them in an unsatisfactory manner will be subject to corrective discipline or discharge. Corrective discipline, which falls short of discharge, may range from simple and timely verbal warnings for minor offenses to disciplinary time off without pay for more serious or repeated infractions. Major infractions may result in immediate discharge. Some reasons for termination may be, but are not limited to:

Any willful damage to or unauthorized removal of property belonging to MCCS or other employees.

- The use of intoxicating liquor and/or possession or use of controlled substances on the Air Station.
- Reporting for work under the influence of intoxicants or habit forming drugs.
- Insubordination, including refusal or failure to perform work assigned, or the use of abusive or threatening language.
- Failure to follow written or oral instructions.
- Proven or confessed dishonesty, including deliberate omission or incorrectness on employment application.
- Excessive absence or tardiness.
- Falsifying documentation of hours worked.

**IT IS MCCS POLICY TO TERMINATE THE EMPLOYMENT OF AN INDIVIDUAL FOR THEFT REGARDLESS OF THE DEGREE OF THE COST OF THE PROPERTY.**

## SEPARATIONS

If for any reason you find that you must terminate your employment, notice should be given to your supervisor as soon as possible to allow your department sand the Human Resources Office to plan for your replacement.

Employees are expected to give a minimum of 14 days notice.

Military dependents whose spouses are reassigned under military PCS Orders are eligible for enrollment in the Military Spouse Employment Preference Program.

Upon separation, employees are to turn in any of the following items in their possession:

- Keys
- Name Badge
- Uniforms
- ID Card (CAC/MCASYAC)
- Purchase/Government Travel Card
- Vehicle Decal/Pass
- Cell Phone

All monies due to MCCS must be paid in full.

## UNEMPLOYMENT COMPENSATION

If your employment with MCCS should end, you may make a claim for Federal unemployment benefits at the local State Employment Office. However, if separation is caused by the employee's actions, unemployment compensation may not be awarded. Necessary details are given at the time of separation. The Human Resources Office will issue a SF-8. ■

# MCCS INCENTIVES



## SEMPER FIT AND FACILITIES PRIVILEGES

Employees have access to numerous MCCS recreational programs and services. The following is a list of some of the activities available:

- Lake Martinez Recreation Area – beach areas, cabin rentals and related recreational equipment
- Fitness Center – equipment and available programs
- Entertainment Complex – bowling and movie theater
- Swimming Pool – facility, lessons and activities
- AZ Adventures – equipment rentals and group excursions/activities
- Wellness Program - Regular employees may utilize up to three (3) hours per week during work hours to exercise in a facility/location aboard MCAS Yuma, pending supervisor approval. Not all areas have the ability for employees to leave during the work day due to position requirements.

## EXCHANGE SERVICES SHOPPING PRIVILEGES

Eligible MCCS employees have the privilege of purchasing merchandise and services offered. An identification card (CAC) or shopping card authorizes employees to utilize the Exchange; however, employees may not purchase articles of military clothing, State tax free liquor, and tobacco products.

Personal purchases of merchandise made in an Activity where the employee works during scheduled working hours must be sealed, with an initialed cash register receipt, and stored at the department designated area. All parcels are subject to inspection and must be accompanied by a sales receipt.

Shopping privileges are a fringe benefit. Do not abuse them.

## SERVICES

Employees may utilize the following services available on base:

- Great Escapes Travel – tickets and travel at discount and special rates
- FedEx – discounted shipping
- Laser Engraving – plaques, awards, name plates

- Marine Mart – fuel and convenience store
- Auto Skills Center – vehicle repair and maintenance
- Dry-cleaning and tailoring
- 24/7 Laundromat
- Food Court
- Mobile Phone Center – Cell phones and plans
- Car Wash – New equipment ■

Contents of this Handbook are for informational purposes only and are subject to change.

44

## MCAS YUMA
# BASE MAP



■ **MCCS FACILITIES**
□ **BASE FACILITIES**
□ **CONTRACTED FACILITIES**
■ **HOUSING FACILITIES**

| | |
|---|---|
| ■ 153 | After Burner Restaurant |
| ■ 562 | Arizona Adventures |
| ■ 564 | Auto Skills Center |
| ■ 570 | Auto Pride Service Center |
| 590 | Commissary |
| ■ 545 | Fitness Center |
| ■ 567 | Car Wash |
| ■ 598 | Family Services, FAP, SACC EFMP, MCFTB, PFM & RAP |
| ■ 633 | Library, NAF Employment Check-in / Check-out |
| ■ 645 | New Parent Support program, Semper Fit, Single Marine Program |
| ■ 672 | Station Theater |
| ■ 673 | Cactus Bowl |
| 698 | Mail Boxes |
| 699 | Base Post Office |
| ■ 710 | Chow Hall |
| ■ 850 | Education |
| ■ 852 | Transition Asst, Employment Asst, Retired Office |
| ■ 965 | Marine Corps Exchange |
| ■ 965 | Food Court |
| ■ 965 | Dry Cleaner/Laundromat, Great Escapes Travel agency, Armed Forces Bank, GNC |
| 980 | MCAS Headquarters |
| ■ 1050 | Youth Center |
| ■ 1080 | Base Housing |
| ■ 1085 | Child Development Center & School Liaison |
| ■ 1088 | Dos Rios Inn / TLF |
| □ 1076 | Base Chapel |
| ■ 1093 | Base Community Center |
| ■ 1177 | PREP, CREDO Fellowship Hall |
| ■ 1200 | Consolidated Club / Club Pulse |
| ■ T-922 | SMP Recreation Center |

**OFF BASE:**

| | |
|---|---|
| 5027 | 16th Street Gym & Community Center |
| P111 | Cannon Defense Fitness Center |

**LAKE MARTINEZ RECREATION CENTER**
Located 35 miles North of Yuma on
Highway 95

46

UNITED STATES MARINE CORPS
# ENLISTED & OFFICER
RANK STRUCTURE


Private
First Class


Lance
Corporal


Corporal


Sergeant


Staff
Sergeant


Gunnery
Sergeant


Master
Sergeant


First
Sergeant


Master
Gunnery
Sergeant


Sergeant
Major


Sergeant Major
of the
Marine Corps


USMC
ENLISTED
RANK STRUCTURE
(E-1 thru E-11)


2nd
Lieutenant


1st
Lieutenant


Captain


Major


Lieutenant
Colonel


Colonel


Brigadier
General


Major
General


Lieutenant
General




General

USMC
OFFICER
RANK STRUCTURE
(O-1 thru O-10)
In order from
2nd Lieutenant
to General.